| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In Re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Steven J. Toll<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, NW, Ste 500 West<br>Washinton, DC 20005<br>202-408-4600<br>VA Bar No. 15300; Dist.Columbia No.225623 |
|---|---|
| Seeks to appear for this party: | See attached list. |
| Dated: 10/7/10 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____                    _____
                                          United States District Judge

## STEVEN J. TOLL SEEKS TO APPEAR AS COUNSEL FOR:

1. Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and sole Trustee of the New York State Common Retirement Fund ("NYSCRF"),

2. Proposed Co-Lead Counsel for NYSCRF and Ohio Attorney General Richard A. Cordray, statutory litigation counsel for the Ohio Public Employees Retirement System ("OPERS"), the State Teachers Retirement System of Ohio ("STRS Ohio"), the School Employees Retirement System of Ohio ("SERS Ohio"), and the Ohio Police & Fire Pension Fund ("OP&F") (collectively the "Ohio Funds").