UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Bryan L. Clobes<br>Cafferty Faucher LLP<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19106<br>(215)864-2800<br>Pennsylvania 68151 |
|---|---|
| Seeks to appear for this party: | Victor Skomedal |
| Dated: 10/5/10 | Signed: |

| The state bar reports that the applicant's status is: |
|---|
| Dated:  Clerk's signature: |

Order — This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Bryan L. Clobes, Esq.*

**DATE OF ADMISSION**

May 28, 1993

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 15, 2019

Patricia A. Johnson
Chief Clerk