| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In Re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey C. Block<br>Berman DeValerio<br>One Liberty Square, 8th Floor<br>Boston, MA 02109<br>617-542-8300<br>Massachusetts BBO 600747<br>USDC NY Eastern & Southern: JB-0387 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated: October 6, 2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Registered ||
|---|---|
| Dated: 10-8-10 | Clerk's signature: *Krista Strouse* |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: October 12, 2010 | *[signature]*<br>United States District Judge |