| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-02185 |
|---|---|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION ||||
| ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Lori G. Feldman<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel. (212) 594-5300<br>Licensed: NY (2d Dep't) (reg'n 2389070), WA (29026); S.D.N.Y, E.D.N.Y; N.D.N.Y, U.S. Court of Appeals for the 1st Cir. (1133973), 9th Cir. |
|---|---|
| Seeks to appear for this party: | Charis Moule, Jerry T. McGuire and Maureen S. Riely |
| Dated: 11/4/10 | Signed: [signature] |

| The state bar reports that the applicant's status is:                    . ||
|---|---|
| Dated: | Clerk's signature: |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                         United States District Judge