UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-02185 |
|---|---|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION ||||
|  ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Sanford P. Dumain<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel. (212) 594-5300<br>Licensed: NY (2d Dep't) (reg'n 1823574), S.D.N.Y, E.D.N.Y; U.S. Court of Appeals for the 1st Circuit (59774), 2d Cir., 3d Cir., 6th Cir., 7th Cir., 8th Cir. |
|---|---|
| Seeks to appear for this party: | Charis Moule, Jerry T. McGuire and Maureen S. Riely |
| Dated: 11/4/10 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                       United States District Judge