UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP p.l.c. SECURITIES LITIGATION |||| 
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Thomas J. McKenna<br>Gainey & McKenna<br>295 Madison Avenue, 4th Floor<br>New York, New York 10017<br>(212) 983-1300<br>NY: 2009546 |
|---|---|
| Seeks to appear for this party: | Plaintiff, Thomas Soesman |
| Dated:          11/4/2010 | Signed: *Thomas J. McKenna* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States District Judge