UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP p.l.c. SECURITIES LITIGATION ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Thomas J. McKenna<br>Gainey & McKenna<br>295 Madison Avenue, 4th Floor<br>New York, New York 10017<br>(212) 983-1300<br>NY: 2009546 |
|---|---|
| Seeks to appear for this party: | Plaintiff, Thomas Soesman |
| Dated:   11/4/2010 | Signed: *Thomas J. McKenna* |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 23 Nov 2010    Clerk's signature: |

Order

Dated: 23 Nov. 2010

This lawyer is admitted *pro hac vice*.

_____
United States District Judge