UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: BP P.L.C., SECURITIES LITIGATION | § § § § § § § § | Case Number 10-md-2185 |

## ORDER

Pending before the Court is the Ludlow Plaintiffs' Objections and Motion to Strike New York and Ohio's Sur-Reply Filed in Support of Motion for Lead Plaintiff (Doc. No. 63).

Having considered the motion, the Court hereby **DENIES** the Motion to Strike New York and Ohio's Sur-reply. The Court **GRANTS** the Ludlow Plaintiffs' alternative request for leave to file a sur-reply. Such filing shall be made no later than Wednesday, December 1, 2010.

**IT IS SO ORDERED.**

**SIGNED** this 23rd day of November, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE