UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: BP P.L.C. SECURITIES LITIGATION | MDL No. 2185<br>Civil Action No. 4:10-md-02185<br><br>Hon. Keith P. Ellison |
| *Document relates to the ERISA ACTIONS:*<br><br>Whitley v. BP P.L.C., et al., No. 4:10-cv-04214 (S.D. Tex.)<br><br>Moule v. BP Corp. North America, Inc., et al., No. 4:10-cv-04289 (S.D. Tex.)<br><br>Arshadullah, et al. v. BP P.L.C., et al., No. 4:10-cv-04294 (S.D. Tex.)<br><br>Humphries v. BP Corp. North America, Inc., et al., No. 4:10-cv-04300 (S.D. Tex.)<br><br>McGuire v. BP Corp. North America, Inc., et al., No. 4:10-cv-04301 (S.D. Tex.)<br><br>Mineman v. BP Corp. North America, Inc., et al., No. 4:10-cv-04305 (S.D. Tex.)<br><br>Riely v. BP Corp. North America, Inc., et al., No. 4:10-cv-04306 (S.D. Tex.)<br><br>Soesman v. BP Corp. North America, Inc., et al., No. 4:10-cv-04307 (S.D. Tex.) | |

**PLAINTIFFS' AMENDED MOTION FOR ENTRY OF [PROPOSED] ORDER
APPOINTING INTERIM CO-LEAD AND LIAISON COUNSEL**

Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely (the "ERISA Plaintiffs"), respectfully submit this Amended Motion for Appointment of Interim Co-Lead and Liaison Counsel.

There are eight (8) class actions pending in this District alleging breaches of fiduciary duty under the Employee Retirement Income Security Act of 1974 ("ERISA"), against BP p.l.c. ("BP") and other fiduciaries (collectively, "Defendants") of several BP employee retirement benefits plans (collectively, "Plan") on behalf of Plan participants and beneficiaries (collectively, "ERISA Actions"), namely:

(1) *Ralph Whitley v. BP P.L.C., et al.*, No. 4:10-cv-04214 (S.D. Tex.);

(2) *Charis Moule v. BP Corp. North America, Inc., et al.*, No. 4:10-cv-04289 (S.D. Tex.);

(3) *Syed Arshadullah, et al. v. BP P.L.C., et al.*, No. 4:10-cv-04294 (S.D. Tex.);

(4) *David M. Humphries v. BP Corp. North America, Inc., et al.*, No. 4:10-cv-04300 (S.D. Tex.);

(5) *Jerry T. McGuire v. BP Corp. North America, Inc., et al.*, No. 4:10-cv-04301 (S.D. Tex.);

(6) *Edward F. Mineman v. BP Corp. North America, Inc., et al.*, No. 4:10-cv-04305 (S.D. Tex.);

(7) *Maureen S. Riely v. BP Corp. North America, Inc., et al.*, No. 4:10-cv-04306 (S.D. Tex.); and

(8) *Thomas P. Soesman v. BP Corp. North America, Inc., et al.*, No. 4:10-cv-04307 (S.D. Tex.).

On July 30, 2010, ERISA Plaintiffs filed a motion in the Northern District of Illinois for entry of a proposed order consolidating the ERISA Actions and appointing their selection of counsel in this litigation as Interim Co-Lead and Liaison Counsel. Thereafter, the Judicial Panel on Multidistrict Litigation transferred the ERISA Actions to the Southern District of Texas, Houston Division, for inclusion in the coordinated or consolidated pretrial proceedings occurring before this Court in MDL No. 2185.[1] ERISA Plaintiffs now seek to renew and amend their

---

[1] *See* Conditional Transfer Order in Case No. 10-cv-04289, transferring the *Moule, Arshadullah,* and *Whitely* actions. (Dkt. No. 61). *See also* Conditional Transfer Order in Case No. 10-cv-04301, transferring the *Humphries, McGuire, Mineman, Riely* and *Soesman* actions. (Dkt. No. 26).

motion to appoint Milberg LLP and Harwood Feffer LLP as Interim Co-Lead Counsel and the Lanier Law Firm as Liaison Counsel to act on behalf of plaintiffs and the proposed class in the consolidated ERISA action.

Counsel for ERISA Plaintiffs have conferred with counsel for Defendants who take no position regarding the proposed leadership structure.

Counsel for ERISA Plaintiffs have also conferred with counsel for plaintiffs in the remaining ERISA Actions who oppose the leadership structure proposed in this amended motion.

In support of this motion, ERISA Plaintiffs rely on the contemporaneously filed Memorandum of Law and the Declaration of W. Mark Lanier In Support of Plaintiffs' Amended Motion for Entry of [Proposed] Order Appointing Interim Co-Lead and Liaison Counsel, dated November 24, 2010.

Wherefore, Plaintiffs respectfully request that the Court appoint Milberg LLP and Harwood Feffer LLP as Interim Co-Lead Counsel and The Lanier Law Firm as Interim Liaison Counsel after the actions are consolidated into a single action for all purposes pursuant to Fed. R. Civ. P. 42(a).

Dated: November 24, 2010

/s/ W. Mark Lanier
W. Mark Lanier
Evan M. Janush
**THE LANIER LAW FIRM**
6810 FM 1960 West
Houston, TX 77069
Tel: (713) 659-5200

*Proposed Liaison Counsel for Plaintiffs*

Sanford P. Dumain (admitted pro hac vice)
Lori G. Feldman (admitted pro hac vice)
Arvind B. Khurana (admitted pro hac vice)
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119

Tel: (212) 594-5300

Robert I. Harwood
Jeffrey M. Norton
Tanya Korkhov
**HARWOOD FEFFER LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400

*Proposed Interim Co-Lead Counsel for Plaintiffs*

### Certificate of Conference for Plaintiffs' Amended Motion for Entry of the [Proposed] Order Appointing Interim Co-Lead and Liaison Counsel

Proposed Interim Co-Lead and Liaison Counsel conferred with Marvin Miller, counsel for plaintiffs Charis Moule, Jerry T. McGuire, and Maureen S. Riely and Thomas J. McKenna, counsel for plaintiff Thomas P. Soesman. Mr. Miller and Mr. McKenna support the counsel leadership structure proposed in this amended motion.

Counsel for plaintiffs Syed Arshadullah, Ron Pierce, Ralph Whitley, Edward F. Mineman, and David M. Humphries oppose the counsel leadership structure proposed in this amended motion. On November 22, 2010, Bob Khurana, Jeffrey Norton and Thomas J. McKenna conferred with Thomas Ajamie regarding this motion. During the conference, Mr. Ajamie indicated that he and his colleagues from the Arshadullah, Pierce, Whitley, Mineman and Humphries actions oppose the proposed leadership structure described in this motion. Shortly thereafter, Bob Khurana conferred with Ron Kravitz who confirmed on November 24, 2010 that he and his colleagues from the Arshadullah, Pierce, Whitley, Mineman and Humphries actions oppose the proposed leadership structure described in this motion.

On November 22, 2010, Bob Khurana, Jeffrey Norton and Thomas J. McKenna called Marc De Leeuw of Sullivan & Cromwell LLP, counsel for BP defendants, to discuss this motion. Mr. De Leeuw indicated that BP takes no position on the proposed plaintiffs' leadership structure.

On November 22, 2010, Bob Khurana, Jeffrey Norton and Thomas J. McKenna called Wilber H. Boies of McDermott Will & Emory, counsel for State Street Bank and Trust Co., to discuss this motion. Mr. Boies indicated that State Street Bank takes no position on the proposed plaintiffs' leadership structure.

/s/ W. Mark Lanier

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I hereby certify that on November 24, 2010, service of the foregoing *Plaintiffs' Amended Motion for Entry of the [Proposed] Order Appointing Interim Co-Lead and Liaison Counsel, Memorandum of Law in Support of Plaintiffs' Amended Motion for Appointment of Interim Co-Lead Counsel and in Opposition to the Motion of Plaintiffs Whitely and Humphries*, and the *Declaration of W. Mark Lanier* was accomplished pursuant to ECF as to Filing Users and upon the following individuals via email:

Kristopher S. Ritter, Esq.
ritterk@kirkland.com
**Kirkland & Ellis LLP**
300 N. LaSalle Street
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200

Marc De Leeuw
deleeuw@sullcrom.com
**Sullivan and Cromwell LLP**
125 Broad Street
New York , NY 10004
Tel: 212-558-4219
Fax: 212-558-3588

*Counsel for BP Defendants*

Wilber H. Boies, Esq.
bboies@mwe.com
Aron J. Frakes, Esq.
ajfrakes@mwe.com
**McDermott Will & Emory LLP**
227 West Monroe Street
Chicago, IL 60606
Tel: 312-372-2000
Fax: 312-984-7700

*Counsel for State Street Bank and Trust*

Stephen J. Fearon, Jr.
Stephen@sfclasslaw.com
**Squitieri & Fearon, LLP**
32 East 57th Street
12th Floor
New York, NY 10022
Tel: 212-575-2092
Fax: 212-575-2184

Gregory M. Egleston
egleston@gme-law.com
**Egleston Law Firm**
360 Furman Street
Suite 443
Brooklyn, NY  11201
Tel:  646-227-1700
Fax: 646-227-1701

*Counsel for Plaintiff Ralph Whitley*

Robert A. Izard
rizard@izardnobel.com
Matthew Tuccillo
mtuccillo@izardnobel.com
Wayne Boulton
wboulton@izardnobel.com
**Izard Nobel LLP**
20 South Main Street
Suite 215
West Hartford, CT  06107
Tel:  860-493-6292
Fax: 860-493-6290

Ronen Sarraf
ronen@sarrafgentile.com
Joseph Gentile
joseph@sarrafgentile.com
**Sarraf Gentile LLP**
116 John Street
Suite 2310
New York, NY  10038
Tel:  212-868-3610
Fax: 212-918-9767

Charles R. Watkins
cwatkins@futtermanhoward.com
**Futterman Howard Ashley Watkins & Weltman, P.C.**
122 South Michigan Avenue
Suite 1850
Chicago, IL  60603
Tel:  312-427-3600
Fax: 312-427-1850

*Counsel for Plaintiffs Syed Arshadullah and Ron Pierce*

Edwin J. Mills
emills@ssbny.com
Michael J. Klein
mklein@ssbny.com
**Stull, Stull & Brody**
6 East 45 Street
Suite 500
New York, NY  10017
Tel:  212-687-7230
Fax:  212-490-2022

Bruce C. Howard
bchoward@ix.netcom.com
Robert D. Allison
rdalaw@ix.netcom.com
Steven Paul Schneck
spschneckjazzlaw@yahoo.com
**Robert D. Allison & Associates**
122 South Michigan Avenue
Suite 1850
Chicago, IL  60603
Tel: 312-427-7600
Fax: 312-427-1850

*Counsel for Plaintiff Edward F. Mineman*

Ronald S. Kravitz
rkravitz@linerlaw.com
Kim S. Zeldin
kzeldin@linerlaw.com
**Liner Yankelevitz Sunshine & Regenstreif LLP**
199 Fremont Street
20th Floor
San Francisco, CA  94105
Tel:  415-489-7700
Fax: 415-489-7701

Thomas Robert Ajamie
tajamie@ajamie.com
Dona Szak
dszak@ajamie.com
**Ajamie LLP**
711 Louisiana
Suite 2150
Houston TX  77002
Tel:  713-860-1600
Fax: 713-860-1699

Mitchell L. Marinello
mmarinello@novackandmacey.com
Laura Elizabeth Towbin
ltowbin@novackandmacey.com
**Novack & Macey**
100 North Riverside Plaza
Suite 1500
Chicago, IL  60606
Tel:  312-419-6900
Fax: 312-419-6928

*Counsel for David M. Humphries*

Thomas J. McKenna, Esq.
tjmckenna@gaineyandmckenna.com
**Gainey & McKenna**
295 Madison Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-1300
Fax: (212) 983-0383

William W. Thomas
wthomas@futtemanhoward.com
Charles R. Watkins
cwatkins@futtermanhoward.com
**Futterman Howard Ashley Watkins & Weltman, P.C.**
122 South Michigan Avenue
Suite 1850
Chicago, IL  60603
Tel:  312-427-3600
Fax:  312-427-1850

*Counsel for Thomas P. Soesman*

/s/ W. Mark Lanier