UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-md-2185 |
|---|---|---|---|
| In re BP p.l.c. Securities Litigation; Robert Ludlow-Plaintiff ||||
| *versus* ||||
| BP, plc et al. (Transferred from W.D.LA, Case No. 10-818) ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Matthew K. Edling<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>650-697-6000<br>California-250940 | United States Courts<br>Southern District of Texas<br>FILED<br>DEC 06 2010<br>David J. Bradley, Clerk of Court |
|---|---|---|
| Seeks to appear for this party: | Robert Ludlow ||
| Dated: 12/2/10 | Signed: [signature] ||

| The state bar reports that the applicant's status is: Active |||
|---|---|---|
| Dated: 12/9/10 | Clerk's signature: [signature] Hancock ||

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____                  _____
                                        United States District Judge

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 30, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW KENDALL EDLING, #250940 was admitted to the practice of law in this state by the Supreme Court of California on November 20, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records