(PLEASE PRINT)

| PHONE # | ATTY NAME (PLEASE PRINT) | PARTY REPRESENTED |
|---|---|---|
| 650-697-6000 | MARK MOLUMPHY | LUDLOW PLAINTIFFS |
| 650-697-6000 | JOSEPH W. COTCHETT | LUDLOW PLAINTIFFS |
| 650-697-6000 | MATTHEW K. EDLING | LUDLOW PLAINTIFFS |
| 212-558-4000 | Marc De Leeuw | BP Defendants |
| 713-220-477 | Georgia Lucier | BP Defendants |
| 713-220-4200 | Thomas W. Taylor | BP Defendants |
| 713-654-1122 | Richard Mithoff | Ludlow plaintiffs |
| 713-653-1700 | Steven Spears | State Street |
| 713-632-8000 | Andy Ness | New York & Ohio |
| 617-542-8300 | Jeffrey Block | New York and Ohio |
| 614-466-2980 | Dennis Smith | Ohio Attorney General's office |
| 202-408-4600 | Steven Toll | NY + Ohio |
| 617-646-1844 | Jason Leviton | NY + Ohio |
| 202-408-4600 | Julie Reiser | NY + Ohio |
| 518-474-3444 | Luke Bierman | NYS CRF - State Comptroller |
| 713-632-8000 | PAUL YETTER | NY/Ohio |

(PLEASE PRINT)

| PHONE # | ATTY NAME (PLEASE PRINT) | PARTY REPRESENTED |
|---|---|---|
| 650-697-6000 | MARK MOLUMPHY | LUDLOW PLAINTIFFS |
| 650-697-6000 | JOSEPH W. COTCHETT | LUDLOW PLAINTIFFS |
| 650-697-600 | MATTHEW K. EDLING | LUDLOW PLAINTIFFS |
| 212-558-4000 | Marc De Leeuw | BP Defendants |
| 713-220-477 | Georgia Lucier | BP Defendants |
| 713-220-4200 | Thomas W. Taylor | BP Defendants |
| 713-654-1122 | Richard Mithoff | Ludlow plaintiffs |
| 713-653-1700 | Steven Spears | State Street |
| 713-632-8000 | Andy Ness | New York & Ohio |
| 617-542-8300 | Jeffrey Block | New York and Ohio |
| 614-466-2980 | Dennis Smith | Ohio Attorney General's office |
| 202-408-4600 | Steven Toll | NY + Ohio |
| 617-646-1844 | Jason Leviton | NY + Ohio |
| 202-408-4600 | Julie Reiser | NY & Ohio |
| 518-474-3444 | Luke Bierman | NYS CRF - State Comptroller |
| 713-632-8000 | PAUL YETTER | NY/Ohio |