UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP ERISA Litigation ||||
| *versus* ||||
| ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul J. Ondrasik, Jr.<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>202-429-8088<br>District of Columbia - 261388<br>US Dist. Ct for the District of Columbia |
| Seeks to appear for this party: | BP, plc., BP Corporation North America, Inc.; BP America, Inc. |
| Dated: 1/7/2011 | Signed: *[signature]* |

| | |
|---|---|
| The state bar reports that the applicant's status is: | . |
| Dated: | Clerk's signature: |

| | |
|---|---|
| Order | This lawyer is admitted *pro hac vice*. |

Dated: _____    _____
United States District Judge