| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP ERISA Litigation | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Morgan D. Hodgson<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC  20036<br>202-429-3000<br>District of Columbia - 186528<br>US Dist. Ct for the District of Columbia |
|---|---|
| Seeks to appear for this party: | BP, plc., BP Corporation North America, Inc.; BP America, Inc. |
| Dated: 1/6/10 | Signed: *[signature] Morgan D. Hodgson* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                   United States District Judge