UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP ERISA Litigation ||||
| *versus* ||||
| ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul J. Ondrasik, Jr.<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>202-429-8088<br>District of Columbia - 261388<br>US Dist. Ct for the District of Columbia |
| Seeks to appear for this party: | BP, plc., BP Corporation North America, Inc.; BP America, Inc. |
| Dated: 1/7/2011 | Signed: *Paul J. Ondrasik* |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active ||
| Dated: 10 January 2011 | Clerk's signature: Stephanie D. [signature] |
| Order | This lawyer is admitted *pro hac vice*. |

Dated: 10 January 2011

United States District Judge