| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |

In re BP ERISA Litigation

*versus*

| | |
|---|---|
| Lawyer's Name | Morgan D. Hodgson |
| Firm | Steptoe & Johnson LLP |
| Street | 1330 Connecticut Ave., NW |
| City & Zip Code | Washington, DC 20036 |
| Telephone | 202-429-3000 |
| Licensed: State & Number | District of Columbia - 186528 |
| Federal Bar & Number | US Dist. Ct for the District of Columbia |
| Seeks to appear for this party: | BP, plc., BP Corporation North America, Inc.; BP America, Inc. |
| Dated: 1/6/10 | Signed: [signature] Morgan D. Hodgson |

The state bar reports that the applicant's status is: Active

Dated: 10 January 2011    Clerk's signature: [signature] Stephanie D. [illegible]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 10 January 2011         [signature]
                               United States District Judge