UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ellen Meriwether<br>Cafferty Faucher LLP<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19106<br>(215)864-2800<br>Pennsylvania 45210 |
|---|---|
| Seeks to appear for this party: | Victor Skomedal |
| Dated: 1/18/2011 | Signed: *Ellen Meriwether* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States District Judge



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Ellen Meriwether, Esq.*

DATE OF ADMISSION

*November 26, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 18, 2011

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk