| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |



United States District Court
Southern District of Texas
FILED

JAN 3 1 2011

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-md-02185 |

| IN RE: BP p.l.c. Securities Litigation; Robert Ludlow |
| *versus* |
| BP, plc et al. (Transferred from W.D. LA, Case No. 10-00818) |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jordanna G. Thigpen<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>California #232642 |
| Seeks to appear for this party: | Ludlow Plaintiffs |
| Dated: 1.28.11 | Signed: |

| The state bar reports that the applicant's status is: | Active |
| Dated: 2/2/11 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |

Dated: _____          _____
                                  United States District Judge