**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Adelaida J Ferchmin
Chaffe McCall LLP
1100 Poydras Street
Ste 2300
New Orleans  LA US  70163-2300

United States District Court
Southern District of Texas
FILED

JAN 3 1 2011

David J. Bradley, Clerk of Court

Case: 4:10-md-02185   Instrument: 95   (1 pages)   aty
Date: Jan 21, 2011
Control: 110110985
Notice: The attached order has been entered.

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

7016 3027 7206 0169

012H16202949
Mailed From 77002
01/24/2011
$00.440
US POSTAGE
Hasler

Suite 230

NIXIE        709   DE 1        00 01/28/11
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 77208101010        *0133-00491-24-34