IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: BP P.L.C., SECURITIES LITIGATION | ) ) ) | No. 10-md-2185<br>C.A. NO. 10-md-2185 |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE COURT AND ALL PARTIES OF RECORD:

COTCHETT, PITRE & McCARTHY hereby advises the Court and all parties in this matter, that as of January 3, 2011, the firm's new name is:

**COTCHETT, PITRE & McCARTHY, LLP**

The address, telephone, and facsimile numbers will remain the same.

Dated: February 3, 2011                     Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By   *s/ Mark C. Molumphy*
Joseph W. Cotchett
Mark C. Molumphy
Jordanna G. Thigpen
Imtiaz A. Siddiqui
Matthew K. Edling
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Fax:  (650) 697-0577

*Attorneys for the Ludlow Plaintiffs*