# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE BP SHAREHOLDER DERIVATIVE LITIGATION | ) MDL NO. 2185 ) ) Case No. 4:10-cv-03447 ) ) ) |
| In Re: BP P.L.C. SECURITIES LITIGATION | ) Civil Action No. 4:10-md-2185 ) ) ) HON. KEITH P. ELLISON ) |

## NOTICE OF FILING ADDITIONAL VERIFICATIONS

The Plaintiffs hereby file the verifications of the City of New Orleans Employees' Retirement System, John Miles and Robert Freedman in support of their Verified Consolidated Amended Shareholder Derivative Complaint.

Respectfully submitted on February 8, 2011.

        AJAMIE LLP

        By: */s/ Thomas R. Ajamie*
        Thomas R. Ajamie (Texas Bar No. 00952400)
        Dona Szak (Texas Bar No. 19597500)

        Pennzoil Plaza – South Tower
        711 Louisiana, Suite 2150
        Houston, TX 77002
        Tel.: (713) 860-1600
        Fax: (713) 860-1699

        *Liaison Counsel for the Derivative Plaintiffs*

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
Albert M. Myers
Michael A. Swick
Paul Balanon
Melinda A. Nicholson

206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
G. Anthony Gelderman III
John Alden Meade
2727 Prytania Street, Suite 14
New Orleans, Louisiana 70130
Tel.: (504) 899-2339

-and-

Mark Lebovitch
Jeroen van Kwawegen
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-1400

*Co-Lead Counsel for the Derivative Plaintiffs*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Gregory M. Nespole
Robert B. Weintraub

270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

- and –

BARRACK, RODOS & BACINE
Mark R. Rosen

Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Tel: (215) 963–0600

- and –

| | |
|---|---|
| CHIMICLES & TIKELLIS LLP<br>Pamela S. Tikellis<br><br>222 Delaware Avenue, Suite 1100<br>P.O. Box 1035<br>Wilmington, Delaware 19899<br>Tel.: (302) 656-2500 | Stephen R. Basser<br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, California 92101<br>Tel.: (619) 230-0800<br><br>A. Arnold Gershon<br>425 Park Avenue, Suite 3100<br>New York, NY 10022<br>Tel. (212) 688-0782<br><br>*Co-Chairs of the Executive Committee* |
| CAFFERTY FAUCHER LLP<br>Bryan L. Clobes<br>Ellen Meriwether<br><br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19103 | RYAN & MANISKAS, LLP<br>Katharine Ryan<br><br>995 Old Eagle School Road STE 311<br>Wayne, PA 1908717<br><br>*Members of the Executive Committee* |
| SCOTT & SCOTT LLP<br>Walter W. Noss<br>Mary Blasy<br><br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 | LAW OFFICES OF PATRICK YANCEY<br>Patrick H. Yancey<br><br>761 West Tunnel Blvd., Suite C<br>Houma, LA 70360<br>Tel.: (800) 449-2319 |

3

GOLDFARB | BRANHAM LLP
Jeffrey Goldfarb
Charles "Trey" Branham, III
Hamilton Lindley

Saint Ann Court
2501 N. Harwood St., Suite 1801
Dallas, TX 75201
Tel.: (214) 583-2233

KOHN SWIFT & GRAFT, P.C.
Denis F. Sheils

One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel.: (215) 238-1700

DOYLE LOWTHER LLP
William J. Doyle
John A. Lowther

9466 Black Mountain Road, STE 210
San Diego, California 92126
Tel.: (619) 573-1700

FEDERMAN & SHERWOOD
William B. Federman

10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel.: 405.235.1560

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the Plaintiffs' Notice of Filing Additional Verifications has been served through the Court's ECF system on counsel registered to receive filings by electronic means, and by U.S. mail on counsel who are not so registered on February 8, 2011.

By: */s/ Thomas R. Ajamie*
Thomas R. Ajamie

## VERIFICATION OF JEROME DAVIS ON BEHALF OF
## THE CITY OF NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM

I, Jerome Davis, verify pursuant to 28 U.S.C. Section 1746 under the penalty of perjury that: I am Chairman of the Board of Trustees of The City of New Orleans Employees' Retirement System, which is a Plaintiff in the action styled *In re BP Shareholder Derivative Litigation.*, Verified Consolidated Amended Shareholder Derivative Complaint. The facts set forth in the foregoing Verified Consolidated Amended Shareholder Derivative Complaint that relate to my acts and deeds are true as to my own knowledge. With respect to the facts set forth in the foregoing Verified Consolidated Amended Shareholder Derivative Complaint that relate to the acts and deeds of others, as to those matters, I believe them to be true.

I verify under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February, 2011.

Jerome Davis
Chairman of the Board of Trustees
The City of New Orleans Employees'
Retirement System

583777

## VERIFICATION

I, John Miles, am a Plaintiff in the foregoing action. I declare under penalty of perjury of the laws of the United States that I have reviewed the Verified Consolidated Amended Shareholder Derivative Complaint in this action, and I authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason I believe them to be true.

February 7, 2011.

_____
JOHN MILES

## IN RE BP SHAREHOLDER DERIVATIVE COMPLAINT

I, Robert Freedman, pursuant to 28 U.S.C. § 1746, hereby verify I am familiar with the allegations of the Verified Consolidated Amended Shareholder Derivative Complaint, and I have authorized the filing of that complaint. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 2, 2011

_____
Robert Freedman