# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE BP SHAREHOLDER DERIVATIVE LITIGATION | ) MDL NO. 2185 ) ) Case No. 4:10-cv-03447 ) ) ) ) |
| In Re: BP P.L.C. SECURITIES LITIGATION | ) Civil Action No. 4:10-md-2185 ) ) ) ) HON. KEITH P. ELLISON ) |

## CERTIFICATE OF SERVICE

I certify that the Plaintiffs' Verified Consolidated Amended Shareholder Derivative Complaint and Notice of Filing Additional Verifications have been served through the Court's ECF system on counsel registered to receive filings by electronic means, and by U.S. mail on counsel who are not so registered on February 8, 2011.

Respectfully submitted on February 8, 2011.

        AJAMIE LLP

        By: */s/ Thomas R. Ajamie*
        Thomas R. Ajamie (Texas Bar No. 00952400)
        Dona Szak (Texas Bar No. 19597500)

        Pennzoil Plaza – South Tower
        711 Louisiana, Suite 2150
        Houston, TX 77002
        Tel.: (713) 860-1600
        Fax: (713) 860-1699

        *Liaison Counsel for the Derivative Plaintiffs*