UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: BP P.L.C. SECURITIES LITIGATION | § <br> § MDL NO. 2185 <br> § CIVIL ACTION NO. 4:10-md-2185 <br> § |

## ORDER

On this day, the Court considered Defendants' Motion to Set a Briefing Schedule for Defendants' Motions to Dismiss the Consolidated Class Action Complaints (the "Motion") and Unopposed Motion to Enlarge Page Limits (Doc. No. 117). After considering the foregoing Motion, the Motion is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' brief on their motion to dismiss the claims of purchasers of BP p.l.c. ordinary shares under *Morrison v. National Australia Bank Ltd.*, 130 S. Ct. 2869 (2010), and other law (the "*Morrison* Brief") can be up to twenty-five (25) pages in length, exclusive of tables and cover, and is due no later than sixty (60) days from the date of this Order. Plaintiffs' opposition briefs can be the same length each and are due thirty (30) days thereafter. Defendants' reply briefs can be fifteen (15) pages each and are due fifteen (15) days thereafter;

2. Defendants' two briefs on their motions to dismiss the remaining claims in the Ludlow Plaintiffs' complaint (the "Ludlow Brief") and the New York/Ohio Plaintiffs' complaint (the "NY/Ohio Brief") can each be up to fifty (50) pages in length, exclusive of tables and cover, and are due no later than sixty (60) days from the date of this Order. Plaintiffs' opposition briefs can be the same length each and are due thirty (30) days thereafter. Defendants' reply briefs can be twenty-five (25) pages each and are due fifteen (15) days thereafter; and

3. Defendants may choose to submit the *Morrison* Brief at the same time or earlier than the submission of the Ludlow Brief and the NY/Ohio Brief.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of March, 2011.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE