# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In Re: BP P.L.C. SECURITIES LITIGATION | ) MDL NO. 2185 )<br>) Civil Action No. 4:10-md-2185<br>)<br>) Hon. Keith P. Ellison |
| In Re: BP SHAREHOLDER DERIVATIVE LITIGATION | ) Civil Action No. 4:10-cv-3447<br>)<br>) Hon. Keith P. Ellison<br>)<br>) |

## PLAINTIFFS' ADVISORY TO THE COURT

The BP Derivative Plaintiffs respectfully make this Advisory to the Court in regard to briefing deadlines.

Pursuant to paragraphs 12-14 of the Order Consolidating Actions and Appointing Co-Lead Counsel signed by this Court on October 12, 2010, the parties are proceeding under the following briefing schedule:

May 5, 2011: Co-Lead Counsel for Plaintiffs shall file an opposition to the Defendants' motion to dismiss.

May 25, 2011: Defendants shall file a reply to any opposition to the motion to dismiss.

The Defendants agree that this is the operative schedule for briefing the Defendants' Motion to Dismiss.

Dated: April 21, 2011.

Respectfully submitted,

AJAMIE LLP

By: */s/ Thomas R. Ajamie*
 _____
 Thomas R. Ajamie (Bar No. 00952400)
 Dona Szak (Bar No. 19597500)
 Pennzoil Place – South Tower
 711 Louisiana, Suite 2150
 Houston, TX  77002
 Tel.:  (713) 860-1600
 Fax:  (713) 860-1699

| **ATTORNEY-IN-CHARGE:** | **ATTORNEY-IN-CHARGE:** |
|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | KAHN SWICK & FOTI, LLC |
| */s/ Mark Lebovitch*<br>By: _____<br>Mark Lebovitch<br>*Attorney-in-Charge*<br>Jeroen van Kwawegen (*pro hac vice* pending)<br>John Alden Meade (*pro hac vice* pending)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel.: (212) 554-1400<br>Fax: (212) 554-1444<br><br>*Plaintiffs' Co-Lead Counsel* | */s/ Lewis S. Kahn*<br>By: _____<br>Lewis S. Kahn<br>*Attorney-in-Charge*<br>Albert M. Myers<br>Michael A. Swick<br>Paul Balanon<br>Melinda A. Nicholson<br>206 Covington Street<br>Madisonville, Louisiana 70447<br>Tel.: (504) 455-1400<br>Fax: (504) 455-1498<br><br>*Plaintiffs' Co-Lead Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Advisory to the Court has been served through the Court's electronic filing and notification system on April 21, 2011.

>                              */s/ Thomas R. Ajamie*
>                              ―――――――――――――――――――
>                                Thomas R. Ajamie