☜AO 435
(Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| FOR COURT USE ONLY |
|---|
| **DUE DATE:** |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Pamela Wofford for R. Paul Yetter | 713-632-8021 | 4-28-11 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 909 Fannin Suite 3600 | Houston | TX | 77010 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| 4:10-md-2185 | Ellison | 10. FROM | 11. TO |

| 12. CASE NAME | LOCATION OF PROCEEDINGS |  |
|---|---|---|
| In re BP plc Securities Litigation | 13. CITY   Houston | 14. STATE   TX |

15. ORDER FOR

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY
☐ NON-APPEAL      ☒ CIVIL             ☐ IN FORMA PAUPERIS             ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | **UNITED STATES COURTS** |
| ☐ OPENING STATEMENT (Defendant) | | | **SOUTHERN DISTRICT OF TEXAS** |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 4-13-11 hearing **FILED** |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | **APR 2 8 2011** |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | **David J. Bradley, Clerk of Court** |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| | | | NO. OF COPIES | | |
| ORDINARY | ☐ | ☐ | | | |
| | | | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | | | |
| | | | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | 1 | | |
| | | | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | | | |
| | | | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional)

| ESTIMATE TOTAL | |
|---|---|

18. SIGNATURE

☒ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED

19. DATE
4-28-11

EMAIL ADDRESS:
pwofford@yettercoleman.com

20. TRANSCRIPT TO BE PREPARED BY

Transcript was taken by Gail Dye

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY