# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185<br><br>Honorable Keith P. Ellison<br><br>JURY TRIAL DEMANDED<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF BP ADS PURCHASERS IN THE NEW YORK AND OHIO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants BP p.l.c. ("BP"), BP America, Inc. and BP Exploration and Production, Inc. and Individual Defendants Anthony B. Hayward, Lord Edmund John Philip Browne, Andy G. Inglis, H. Lamar McKay, Byron E. Grote, Douglas Suttles, Iain Conn, David Rainey, Robert Dudley and Robert Malone respectfully move to dismiss the claims of purchasers of BP American Depositary Shares asserted in the New York and Ohio Plaintiffs' Consolidated Class Action Complaint on the grounds that: (1) Plaintiffs' claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 thereunder (i) are barred by *Santa Fe Industries, Inc. v. Green*, 430 U.S. 462, 479 (1977), and Fifth Circuit precedent because they fundamentally allege "internal corporate mismanagement," which does not give rise to Section 10(b) claims, (ii) fail to allege any actionable misstatements or omissions, and (iii) fail to satisfy the Fifth Circuit's strict requirements for pleading scienter; and (2) Plaintiffs' Section 20(a) claims, which allege only secondary liability, fail because their Section 10(b) claims fail as a matter of law.

-2-

The grounds for this motion are fully set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Claims of BP ADS Purchasers in the New York and Ohio Plaintiffs' Consolidated Class Action Complaint, and supported by the Declaration of Thomas W. Taylor, filed concurrently herewith.

Dated: May 6, 2011
       Houston, Texas

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com
pellerm@sullcrom.com

Respectfully submitted,

*/s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX  77002
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served by electronic CM/ECF filing, on this 6th day of May, 2011.

*/s/ Thomas W. Taylor*
Thomas W. Taylor