**Appendix A**

**Identification of Failures to Plead Adequately Material Misstatements or Omissions or Scienter**

| ¶ | Source | Speaker(s)[4] | Reasons for Failure to Plead Adequately Misstatements or Omissions ||||||||||| Reasons for Failure to Plead Adequately Scienter[1] |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Safety and Risk Management Statements Not Material or Misleading | OMS Statements Not Material or Misleading | Deepwater GOM Leadership Statements Not Material or Misleading | Lengthy Statements of Fact Not Adequately Alleged or Misleading | Statements of Historical Fact Not Actionable[2] | Alleged Omissions Not Material or Misleading | Non-Public Statements Not Actionable | Code of Conduct Not Actionable | Unidentified Financial Statements Not Adequately Pled | Forward-Looking Statements Not Actionable[3] | Relies Entirely on Group Pleading to Allege Scienter | Attributed to Mr. Inglis, for Whom Scienter Allegations Are Inadequate | Scienter Based on Inadequately Described Confidential Witnesses | Scienter Based on Inadequate Allegations Concerning Internal Documents | Scienter Based on Publicly Available Information | Fraud by Hindsight Allegation of Scienter |
| 353 | 2008 Form 20-F | Hayward | X | X | | X | X | X | | | | X | X | | X | X | X | X |
| 355 | IEP | Scherie Douglas | | | | X | X | X | X | | | | X | | X | X | X | X |
| 365 | 3/25/09 Speech | McKay | X | | X | | X | | | | | | X | | X | X | X | X |
| 369-71 | 11/19/09 Testimony | David Rainey | | X | X | X | X | | | | | | X | | X | X | X | X |
| 374 | 2009 Annual Review | Svanberg | X | | | | X | | | | | X | X | | X | X | X | X |
| 376-78 | 2009 Annual Review | Hayward | X | | X | | X | X | | | | | X | | X | X | X | X |
| 380-81 | 2009 Annual Review | Inglis | X | X | X | | X | X | | | | | | X | X | X | X | X |
| 383, 385 | 2009 Annual Review | None Identified | X | X | | | X | X | | | | | X | | X | X | X | X |
| 386 | "financial statements" | None Identified | | | | | X | | | | X | | X | | X | X | X | X |
| 387-89 | 3/2/10 Presentation | Inglis[5] | | | | X | X | X | | | | X | | X | X | X | X | X |
| 390 | 3/2/10 Presentation | Iain Conn[5] | X | | | | X | | | | | X | | X | X | X | X | X |
| 390 | 3/2/10 Presentation | Hayward[5] | X | | | X | X | X | | | | | | X | X | X | X | X |
| 393 | 1/10 Westall Letter | Karen Westall | | | | | X | X | | | | | X | | X | X | X | X |
| 394 | 2009 Form 20-F | Hayward | X | X | | | X | | | | | X | X | | X | X | X | X |
| 396-97 | 2009 Form 20-F | Hayward | | | X | X | X | X | | | | | X | | X | X | X | X |
| 399 | 2009 Form 20-F | Hayward | X | X | | X | X | X | | | | | X | | X | X | X | X |
| 401 | 3/22/10 Speech | Inglis | X | X | X | | X | | | | | | | X | X | X | X | X |
| 406 | Code of Conduct | None Identified | X | | | X | | X | | X | | | X | | X | X | X | X |
| 408 | 2009 Sustain. Review | Hayward | X | X | | | X | X | | | | | X | | X | X | X | X |
| 408 | 2009 Sustain. Review | None Identified | X | | X | X | X | X | | | | | X | | X | X | X | X |
| 410 | 2009 Sustain. Report | Hayward | X | | | | X | | | | | | X | | X | X | X | X |
| 410 | 2009 Sustain. Report | None Identified | X | X | | X | X | X | | | | | X | | X | X | X | X |

[1]The last four scienter columns address a subset of the group-pled scienter allegations, and the Complaint also does not identify which scienter allegations are intended to apply to each challenged statement. Therefore, for those columns, Defendants assume that all scienter allegations at issue are intended to apply to all Defendants and challenged statements.

[2]*See* Appendix B.

[3]*See* Appendix C.

[4]Although Plaintiffs attribute many of the alleged misstatements to "BP" rather than to any individual (*see* Compl. ¶¶ 353, 355, 383, 386, 387-90, 394, 396-97, 399, 406, 408, 410), Defendants here attempt to identify the individual (if any) to which these statements may be attributable.

[5]Inglis, Hayward and Conn participated in parts of the presentation.