**Appendix C**

**Forward-Looking Statements**

| ¶ | Source | Cautionary Language | Statement (Emphasis in Complaint) |
|---|---|---|---|
| 353 | 2008 Annual Report (SEC Form 20-F) | Ex. H at 10 | All operated businesses plan to transition to OMS by the end of 2010. . . . [A] number of other sites, including all refineries not already operating the OMS, are expected to complete the transition in 2009.<br>***<br>We are on track to meet our target of implementing OMS across the group by the end of 2010.<br>***<br>**We remain fully committed to becoming a recognized industry leader in process safety management** and are working to achieve this.<br>***<br>The independent expert's second report is expected in the first half of 2009.<br>***<br>Implementation of these actions is expected to be largely complete by the end of 2009, with some aspects of implementation being incorporated into the transition to the OMS, expected to be completed by the end of 2010. |
| 374 | 2009 Annual Review | Ex. M at inside front cover | We must never shrink from taking on difficult challenges, but the board will *strive to set expectations of how risk is managed and remain vigilant on oversight."* |
| 387 | 2010 Strategy Presentation | Ex. N at 3 | [Slide]<br>Graph depicting BP's "Gulf of Mexico Production to 2020"<br>Map depicting "Gulf of Mexico – further growth potential" |
| 388 | 2010 Strategy Presentation | Ex. N at 3 | [Slide]<br>Lists of "Planned Final Investment Decisions 2010-11" |
| 389 | 2010 Strategy Presentation | Ex. N at 3 | [Slide]<br>Map depicting "Project start-ups 2010-2015." |
| 390 | 2010 Strategy Presentation | Ex. N at 3 | [Slide]<br>Safety, efficiency, quality and integration<br>• Safe and reliable operations remains #1<br>• Over $2bn p.a. of pre-tax performance opportunity in 2–3 years<br>• Costs: return to below 2004 levels<br>• Refining: targeting break-even in similar environment to 2009<br>• Whiting Refinery Modernization Project on-stream during 2012<br>• Portfolio: focus on quality and integration<br>• Margin share growth<br>• Sustainable contribution to group cash flow and dividend |
| 394 | 2009 Annual Report (SEC Form 20-F) | Ex. G at 17 | In 2010, we aim to use the momentum generated in 2009 to continue to improve operational, cost and capital efficiency, *while ensuring we maintain our priorities of safe, reliable and efficient operations.* |