UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No.  4:10-MD-02185<br><br>Honorable Keith P. Ellison<br><br>JURY TRIAL DEMANDED<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' MOTION TO DISMISS THE
### CLAIMS OF PURCHASERS OF BP ORDINARY SHARES

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367, defendants BP p.l.c. ("BP"), BP America, Inc., BP Exploration & Production, Inc. and Individual Defendants Anthony B. Hayward, Andy G. Inglis, Carl-Henric Svanberg, H. Lamar McKay, William Castell, Paul Anderson, Antony Burgmans, Cynthia Carroll, Erroll B. Davis, Jr., Lord Edmund John Philip Browne, Byron E. Grote, Douglas Suttles, Iain Conn, David Rainey, Robert Dudley and Robert Malone (collectively, "Defendants") respectfully move to dismiss with prejudice the claims of purchasers of BP ordinary shares asserted in the two Consolidated Class Action Complaints on the grounds that (i) the Supreme Court's decision in *Morrison* v. *National Australia Bank Ltd.*, 130 S. Ct. 2869, 2882 (2010), bars all Exchange Act claims based upon purchases of BP ordinary shares, which trade only on exchanges in London and Frankfurt and not on any U.S. exchange, (ii) the New York/Ohio Plaintiffs' claims are barred by the Securities Litigation Uniform Standards Act of 1998, and (iii) the Court should not exercise supplemental jurisdiction over the New York/Ohio Plaintiffs' English law claims, which

also should be dismissed in deference to English courts based on *forum non conveniens* and on comity grounds.

The grounds for this motion are fully set forth in Defendants' Memorandum in Support of their Motion to Dismiss the Claims of Purchasers of BP Ordinary Shares, and supported by (i) the Declaration of Martin Moore QC, filed concurrently herewith, and (ii) the Declaration of Thomas W. Taylor, filed today with Defendants' Memorandum of Law in Support of their Motion to Dismiss the Claims of BP ADS Purchasers in the New York and Ohio Plaintiffs' Consolidated Class Action Complaint.

Dated: May 6, 2011
       Houston, Texas

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com
pellerm@sullcrom.com

Respectfully submitted,

*/s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX  77002
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served by electronic CM/ECF filing, on this 6th day of May, 2011.

*/s/ Thomas W. Taylor*
Thomas W. Taylor