| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In re BP p.l.c. Securities Litiation ||||
| *versus* ||||
| ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joshua S. Devore<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W, STE 500<br>Washington, D.C. 20005-3964<br>202-408-4600<br>Virginia - 45312 |
| Seeks to appear for this party: | See Attached |
| Dated: 5/16/2011 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 19 May 2011 | Clerk's signature: SD Fogave |

Order

This lawyer is admitted *pro hac vice*.

Dated: 18 May 2011

United States District Judge