# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In Re: BP P.L.C. SECURITIES LITIGATION | MDL No. 2185<br>Civil Action No. 4:10-md-02185<br><br>Hon. Keith P. Ellison |

## PLAINTIFFS' RESPONSE TO DEFENDANTS'
## POST STATUS CONFERENCE ADVISORY (DOC. 157)

The Ludlow Plaintiffs, with New York and Ohio (together, "Plaintiffs"), provide this brief response to Defendants' Advisory and Scheduling/Docket Control Order (Docs. 157, 157-1).

In short, Plaintiffs believe that setting a trial date and associated deadlines now will promote efficiency and timely resolution. Defendants' suggestion that trial setting should await the Court's rulings on pending motions to dismiss and, if a trial date is set, should commence in October 2013, more than two years away, will not achieve the goals of promoting an efficient and timely resolution of this action.

In addition, Plaintiffs' disagree with Defendants' suggested dates with regard to class certification (while the dates in the parties submission appear to be the same – February 2012, in reality they are quite different since tied to the timing of discovery and trial) . Under present Fifth Circuit precedent, Plaintiffs are required to make factual showings with regard to the merits of the claims.  Indeed, Defendants themselves recognize as much when they say that "expert submissions and discovery are almost always required for class certification in securities cases . . ." Defendants' Response to Plaintiffs' Post Status Conference Advisory (DOC. 156), Docket Entry 157, p. 6, n.4.  We respectfully submit that the motion for class certification be filed towards the end of the merits discovery period since Plaintiffs are required to make a showing on the merits and to require such a showing without adequate and reasonable time to conduct discovery is unfair.

991483.2 2

While Plaintiffs believe that a July 2012 trial date is reasonable, as initially proposed, they are amenable to setting a trial date later in 2012 if the Court believes additional time is necessary and, of course, subject to the Court's own availability. Thus, if the Court sets a trial date later in 2012, Plaintiffs believe the class certification deadlines should also appropriately be pushed back by a number of months. Plaintiffs also believe that, with the setting of dates for Plaintiffs' motion for class certification and trial, the parties will be able to work together to reach accord on all other relevant pretrial dates and to submit a jointly proposed schedule to the Court for its consideration.

DATED: May 19, 2011

Respectfully submitted,

By: /s/ Richard W. Mithoff, Jr.
MITHOFF LAW FIRM
Richard W. Mithoff, Jr.
Sherie P. Beckman
Warner J. Hocker
One Allen Ctr Penthouse
500 Dallas St, Ste. 3450
Houston, TX 77002
Tel: 713-654-1122
Fax: 713-739-8085

*Counsel for Ludlow Lead Plaintiffs and Co-Lead Counsel for Ludlow Subclass*

COTCHETT, PITRE & McCARTHY, LLP
Joseph W. Cotchett
Mark C. Molumphy
Matthew K. Edling (admitted *pro hac vice*)
Jordanna G. Thigpen (admitted *pro hac vice*)
Imtiaz A. Siddiqui (admitted *pro hac vice*)
840 Malcolm Rd., Ste. 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577

*Counsel for Ludlow Lead Plaintiffs and Co-Lead Counsel for Ludlow Subclass*

By: /s/ R. Paul Yetter
YETTER COLEMAN LLP
R. Paul Yetter
State Bar No. 22154200
Autry W. Ross
State Bar No. 17283950
909 Fannin, Suite 3600
Houston, TX 77010
Tel: (713) 632-8000
Fax: (713) 632-8002

*Counsel for New York and Ohio and Class*

COHEN MILSTEIN SELLERS
& TOLL PLLC
Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
Julie G. Reiser (admitted *pro hac vice*)
Matthew K. Handley (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

BERMAN DEVALERIO
Jeffrey C. Block (admitted *pro hac vice*)
Jason M. Leviton (admitted *pro hac vice*)
Whitney E. Street (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Counsel for New York and Ohio and*
*Co-Lead Counsel for the Class*

**Certificate of Service**

I certify that on this 19th day of May, 2011, true and correct copies of the foregoing were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification, and on all other counsel of record by first class mail.

/s/ Autry W. Ross
Autry W. Ross