IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE BP SHAREHOLDER DERIVATIVE LITIGATION | § § § § § | MDL NO. 2185<br><br>Case No. 4:10-cv-03447 |
| In Re: BP P.L.C. SECURITIES LITIGATION | § § § § | Civil Action No. 4:10-md-2185<br><br>HON. KEITH P. ELLISON |

## ORDER

UNDER SUBMISSION this day was nominal defendant BP p.l.c. and all of the individual defendants' (collectively, the "BP Defendants") Unopposed Motion To Expand Page Limits Applicable to the BP Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss the Verified Consolidated Amended Shareholder Derivative Complaint ("BP Defendants' Reply Memorandum"). Upon considering the BP Defendants' Unopposed Motion, the Court is of the opinion that the BP Defendants' Motion should be and hereby is:

GRANTED in all respects. The BP Defendants' Reply Memorandum can be up to 20 pages in length, exclusive of tables and cover.

Signed this 23rd day of May 2011.

_____
UNITED STATES DISTRICT JUDGE