# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

John Alden Meade
Bernstein Litowitz et al
2727 Prytania Street
Suite 17
New Orleans  LA  70130

United States District Court
Southern District of Texas
FILED

MAY 2 7 2011

David J. Bradley, Clerk of Court

---

Case: 4:10-md-02185   Instrument: 159   (1 pages)   aty
Date: May 18, 2011
Control: 11058917
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail.  All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing.  Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In re BP p.l.c. Securities Litiation ||||
| *versus* ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joshua S. Devore<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W, STE 500<br>Washington, D.C. 20005-3964<br>202-408-4600<br>Virginia - 45312 |
| Seeks to appear for this party: | See Attached |
| Dated:   5/16/2011 | Signed: |

| The state bar reports that the applicant's status is: | active |
|---|---|
| Dated: 19 May 2011 | Clerk's signature: SD Foeave |

Order

Dated: 18 May 2011

This lawyer is admitted *pro hac vice*.

United States District Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

7013085ES

012H16202949
$00.440
Mailed From 05/19/2011
77002
US POSTAGE
Hasler

NIXIE            709   DE 1            00   05/25/11
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 77208101010              *0133-08352-19-40