UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF **United States District Court**
**Southern District of Texas**
**FILED**

**MAY 3 1 2011**

Motion and Order for Admission *Pro Hac Vice*

**David J. Bradley, Clerk of Court**

| Division | Houston | Case Number | 10-md-02185 |
|----------|---------|-------------|-------------|

| IN RE: BP p.l.c. Securities Litigation; Robert Ludlow |
|---|

| *versus* |
|---|

| BP, plc et al. (Transferred from W.D. LA, Case No. 10-00818) |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Bryan M. Payne<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>California #272971 |
|---|---|
| Seeks to appear for this party: | Ludlow Plaintiffs |
| Dated: 5/25/11 | Signed: |

| The state bar reports that the applicant's status is: **Active** | |
|---|---|
| Dated: 5/31/11 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                              United States District Judge

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 20, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRYAN MARSHALL PAYNE, #272971 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records