United States District Court
Southern District of Texas
FILED

MAY 3 1 2011

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-md-02185 |
|---|---|---|---|
| IN RE: BP p.l.c. Securities Litigation; Robert Ludlow |||| 
| *versus* ||||
| BP, plc et al. (Transferred from W.D. LA, Case No. 10-00818) ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Hester H. Cheng<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>California #273578 |
|---|---|
| Seeks to appear for this party: | Ludlow Plaintiffs |
| Dated: 5/26/11 | Signed: |

| The state bar reports that the applicant's status is: *active* . |
|---|
| Dated: *31 May 2011* | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                              United States District Judge

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 20, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HESTER H. CHENG, #273578 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records