UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re: BP p.l.c. SECURITIES LITIGATION | **Civil Action No. 4:10-md-2185** |
| In re:  BP ERISA LITIGATION | **Civil Action No. 4:10-cv-4214** |
| | **Honorable Keith P. Ellison** |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Please take notice that the law firm of **GAINEY & McKENNA**, attorneys for Plaintiff,

Thomas Soesman in the above-captioned matter, has moved and the new address is:

> **GAINEY & McKENNA**
> 440 Park Avenue South, 5th Floor
> New York, New York 10016
> Tel: (212) 983-1300
> Fax:  (212) 983-0383
> E-mail: tjmlaw2001@yahoo.com
>                tjmckenna@gaineyandmckenna.com

Our telephone and facsimile numbers have remained unchanged.

Thomas J. McKenna hereby certifies that a copy of this notice is being filed

electronically with the Court and thereby served on all parties.

Dated: New York, New York
         June 10, 2011

Yours, etc.

By:   *Thomas J. M⁻Kenna*
         Thomas J. McKenna, Esq.
         **GAINEY & McKENNA**
         *Counsel for Plaintiff Thomas Soesman*
         440 Park Avenue South, 5th Floor
         New York, New York 10016
         (212) 983-1300
         Our File No.: 100.512