

600 Travis, Suite 4200
Houston, Texas 77002
713.220.4200 Phone
713.220.4285 Fax
andrewskurth.com

Thomas W. Taylor
713.220.3991 Phone
ttaylor@andrewskurth.com

June 20, 2011

Honorable Keith Ellison
United States District Court for the
Southern District, Houston Division
515 Rusk, Courtroom 3A
Houston, Texas 77002

    Re:    *In Re: BP p.l.c. Securities Litigation*, No. 4:10-MD-02185;
            *In re: BP Shareholder Derivative Litigation*, No. 4:10-cv-03447

Dear Judge Ellison:

    We write to advise the Court that we learned today that Judge John Ellisor of the 122nd Judicial District Court of Galveston County dismissed a similar shareholder derivative action brought on behalf of BP p.l.c. for lack of standing. In the enclosed order dated June 16, 2011, Judge Ellisor granted the Nominal Defendants' Plea to the Jurisdiction, which raised the same standing argument that we presented to the Court last week.

    For the Court's convenience, we also enclose copies of the Nominal Defendants' Plea to the Jurisdiction and Brief in Support, along with Plaintiffs' Opposition to Defendants' Motion to Dismiss and Plea to the Jurisdiction and Reply in Further Support of Plaintiff's Motion to Compel Production of Documents, and Supplemental Memorandum in Opposition.

    Thank you for your consideration.

                                  Very truly yours,

                                  /s

                                  Thomas W. Taylor

09671:sm
Enclosures

cc: All counsel of record (w/encls.) (*by CM/ECF*)