JASON E. MURRAY
CLERK DISTRICT COURT
FILED
JUN 16 2011
By Court
GALVESTON COUNTY, TEXAS

NO. 09-cv-1352

| | | |
|---|---|---|
| NANCY GOLDSTEIN, derivatively on behalf of BP p.l.c., | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | GALVESTON COUNTY, TEXAS |
| v. | § § | 122nd JUDICIAL DISTRICT |
| IAIN C. CONN, BYRON E. GROTE, ANTHONY B. HAYWARD, ANDREW G. INGLIS, ANTONY BURGMANS, CYNTHIA B. CARROLL, WILLIAM M. CASTELL, GEORGE DAVID, ERROLL B. DAVIS JR., DOUGLAS J. FLINT, DEANNE S. JULIUS, TOM MCKILLOP, IAN M.G. PROSSER, PETER D. SUTHERLAND, DAVID C. ALLEN, JOHN BROWNE, JOHN H. BRYAN, CHARLES F. KNIGHT, JOHN A. MANZONI, HENRY MICHAEL P. MILES, ROBIN B. NICHOLSON, MICHAEL H. WILSON, BRIAN E. FRANK, ROBERT A. MALONE, LAMAR MCKAY, and WALTER E. MASSEY, | § § § § § § § § § § § § § § § § § | |
| Defendants, | § | |
| - and - | § | |
| BP p.l.c., BP AMERICA INC., and BP PRODUCTS NORTH AMERICA INC., | § § § | |
| Nominal Defendants. | § | |

### ORDER ON NOMINAL DEFENDANTS' PLEA TO THE JURISDICTION

On the 16 day of June 2011, the Court, having considered BP p.l.c., BP America, Inc., and BP Products North America Inc.'s (collectively, the "Nominal Defendants") Plea to the Jurisdiction, the Plaintiff's response thereto, and any arguments of the parties, has determined that the Nominal Defendant's Plea to the Jurisdiction

should be GRANTED.

It is, therefore, ORDERED that Plaintiff's First Amended Petition is dismissed without prejudice in its entirety. The parties shall each bear their own costs.

*John Ellison*
Judge John Ellisor