# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185<br><br>Honorable Keith P. Ellison |

## NOTICE OF RECENT AUTHORITY

Defendants hereby notify the Court of a recent decision (a copy of which is attached as Exhibit A) by the United States Court of Appeals for the Ninth Circuit, *Reese* v. *BP Exploration (Alaska) Inc.*, No. 10-35128, slip op. (9th Cir. June 29, 2011). In opposing Defendants' motion to dismiss the claims of ADS purchasers, the Ludlow Plaintiffs relied on the district court decision in *Reese* permitting a securities fraud claim based on a single challenged statement to proceed. (Ludlow Opp'n at 10-12; *see also* Reply Br. at 5-6.) In the attached decision, the Ninth Circuit reversed and dismissed that claim.

Dated: June 30, 2011

                                                                               Respectfully submitted,

                                                                               *s/ Thomas W. Taylor*
                                                                               Thomas W. Taylor
                                                                               Texas State Bar No. 19723875
                                                                               S.D. Tex. Bar No. 3906
                                                                               ANDREWS KURTH LLP
                                                                               600 Travis, Suite 4200
                                                                               Houston, Texas 77002
                                                                               Telephone: (713) 220-4200
                                                                               Facsimile: (713) 220-4285
                                                                               ttaylor@andrewskurth.com

                                                                               *Attorney-in-Charge for Defendants*

- 2 -

OF COUNSEL

Daryl A. Libow (*pro hac vice*)
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Telephone:  (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:  (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com
pellerm@sullcrom.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Recent Authority has been served by electronic CM/ECF filing, on this 30th day of June, 2011.

*s/ Thomas W. Taylor*
Thomas W. Taylor