UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | No. 4:10-md-02185 |
| | Honorable Keith P. Ellison |

## NOTICE OF WITHDRAWAL OF COUNSEL

**To the Clerk of Court and all parties of record:**

As of July, 2, 2011, Matthew K. Handley will no longer be associated with the firm of Cohen Milstein Sellers & Toll PLLC. Please withdraw his appearance on behalf of Lead Plaintiffs Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and sole Trustee of the New York State Common Retirement Fund, and the Ohio Public Employees Retirement System, the State Teachers Retirement System of Ohio, the School Employees Retirement System of Ohio and the Ohio Police & Fire Pension Fund together with their statutory litigation counsel, the Ohio Attorney General Mike DeWine ("New York and Ohio") in the above captioned matter. No prejudice will occur to New York and Ohio as they remain represented by other counsel of record at Cohen Milstein Sellers & Toll PLLC, Berman DeValerio and Yetter Coleman LLP.

Dated:  July 1, 2011                                  Respectfully submitted,

**YETTER COLEMAN LLP**


/s/ R. Paul Yetter
R. Paul Yetter (Bar No. 22154200)
Autry W. Ross (Bar No. 17283950)
909 Fannin, Suite 3600
Houston, TX  77010
Tel: (713) 632-8000
Fax: (713) 632-8002

*Counsel for New York and Ohio and Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice)*
Daniel S. Sommers (admitted *pro hac vice)*
Julie G. Reiser (admitted *pro hac vice)*
Matthew K. Handley (admitted *pro hac vice)*
Joshua M. Kolsky (admitted *pro hac vice)*
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

**BERMAN DEVALERIO**
Jeffrey C. Block (admitted *pro hac vice*)
Jason M. Leviton (admitted *pro hac vice*)
Whitney E. Street (admitted *pro hac vice*)
One Liberty Square
Boston, MA  02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Counsel for New York and Ohio and Co-Lead Counsel for the Class*

2

3

## Certificate of Service

I hereby certify that on July 1, 2011, the foregoing was electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

/s/ R. Paul Yetter
R. Paul Yetter