**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States District Court
Southern District of Texas
FILED

JUL 0 6 2011

David J. Bradley, Clerk of Court

Bryan M. Payne
Cotchett Pitre et al
Burlingame CA 94010

Case: 4:10-md-02185   Instrument: 222   (1 pages)   aty
Date: Jun 24, 2011
Control: 110613098
Notice: The attached order has been entered.

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

94010$P68001010

United States District Court
Southern District of Texas
FILED

JUL - 6 2011

Clerk of Court

Hasler

012H1620294 9
Mailed From 06/27/2011
$00.440
US POSTAGE 77002

NIXIE        941   DE  1         00  06/30/11
             RETURN TO SENDER
             INSUFFICIENT ADDRESS
             UNABLE TO FORWARD

BC: 77208101010         *0233-00594-27-39