IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: BP ERISA LITIGATION | MDL No. 2185<br><br>Civil Action No. 4:10-cv-04214<br>Hon. Keith P. Ellison |

## STIPULATION AND ORDER

Plaintiffs and Defendants, through their respective counsel, subject to the Court's approval, agree and stipulate as follows:

### RECITALS

WHEREAS, the Consolidated Complaint filed on May 27, 2011 (Docket #57) is 122 pages long;

WHEREAS, by rule, Defendants' Memorandum in Support of Their Motion to Dismiss the Consolidated Complaint ("Motion to Dismiss Memorandum"), which is due on July 26, 2011 (*see* Docket #55), is limited to 25 pages;

WHEREAS, by rule, Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Consolidated Complaint ("Plaintiffs' Opposition"), which is due on September 23, 2011 (*see* Docket #55), is limited to 25 pages;

WHEREAS, by rule, Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss the Consolidated Complaint ("Defendants' Reply Memorandum"), which is due on November 7, 2011 (*see* Docket #55), is limited to 10 pages;

WHEREAS, Defendants will attempt to file as concise a Motion to Dismiss Memorandum as possible, but have determined that additional pages are required to ensure

that they can effectively present their arguments in support of dismissal of the Consolidated Complaint.

THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL:

1. The page limit applicable to the Motion to Dismiss Memorandum is expanded to 45 pages, exclusive of tables, cover and signature.

2. The page limit applicable to Plaintiffs' Opposition is expanded to 45 pages, exclusive of tables, cover and signature.

3. The page limit applicable to Defendants' Reply Memorandum is expanded to 25 pages, exclusive of tables, cover and signature.

AGREED TO:

Dated: July 19, 2011

Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Office: (713) 220-4200
Fax: (713) 220-4285
E-mail: ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

W. Mark Lanier
Texas Bar No. 11934600
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Tel: (713) 659-5200
Fax: (713) 659-2204

Evan M. Janush (*pro hac vice*)
THE LANIER LAW FIRM
126 East 56th Street, 6th Floor
New York, New York, 10022
Tel: (212) 860-1600
Fax: (713) 860-7699

*Attorneys for Plaintiffs Charis Moule, Jerry McGuire and Maureen S. Riely and Interim Co-Liaison Counsel*

that they can effectively present their arguments in support of dismissal of the Consolidated Complaint.

THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL:

1. The page limit applicable to the Motion to Dismiss Memorandum is expanded to 45 pages, exclusive of tables, cover and signature.

2. The page limit applicable to Plaintiffs' Opposition is expanded to 45 pages, exclusive of tables, cover and signature.

3. The page limit applicable to Defendants' Reply Memorandum is expanded to 25 pages, exclusive of tables, cover and signature.

AGREED TO:

Dated: July ___, 2011

Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Office: (713) 220-4200
Fax: (713) 220-4285
E-mail: ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

W. Mark Lanier
Texas Bar No. 11934600
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, Texas 77069
Tel: (713) 659-5200
Fax: (713) 659-2204

Evan M. Janush (*pro hac vice*)
THE LANIER LAW FIRM
126 East 56th Street, 6th Floor
New York, New York, 10022
Tel: (212) 860-1600
Fax: (713) 860-7699

*Attorneys for Plaintiffs Charis Moule, Jerry McGuire and Maureen S. Riely and Interim Co-Liaison Counsel*

2

OF COUNSEL:

| | |
|---|---|
| Paul J. Ondrasik, Jr. (*pro hac vice*)<br>Morgan D. Hodgson (*pro hac vice*)<br>Ryan T. Jenny (*pro hac vice*)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 429-3000<br><br>Daryl A. Libow (*pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue N.W.<br>Washington, DC 20006-5805<br>Tel: (202) 956-7500<br><br>Richard C. Pepperman, II (*pro hac vice*)<br>Marc De Leeuw (*pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>Tel: (212) 558-4000 | Thomas Robert Ajamie<br>Texas Bar No. 00952400<br>Dona Szak<br>Texas Bar No. 19597500<br>John W. Clay<br>Texas Bar No. 00796366<br>AJAMIE LLP<br>711 Louisiana, Suite 2150<br>Houston, TX 77002<br>Tel: (713) 860-1600<br>Fax: (713) 860-1699<br><br>*Attorneys for Plaintiff David M. Humphries and Interim Co-Liaison Counsel*<br><br>Ronald S. Kravitz<br>Texas Bar No. 00795147<br>Kim Zeldin (*pro hac vice*)<br>LINER GRODE STEIN, YANKELEVITZ<br>SUNSHINE REGENSTREIF & TAYLOR LLP<br>199 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>Tel: (415) 489-7700<br>Fax: (415) 278-7701<br><br>*Attorneys for Plaintiff David M. Humphries and Interim Co-Lead Counsel* |

Sanford P. Dumain (*pro hac vice*)
Lori G. Feldman (*pro hac vice*)
Arvind B. Khurana (*pro hac vice*)
MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Plaintiffs Charis Moule, Jerry McGuire and Maureen S. Riely and Interim Co-Lead Counsel*

Stephen J. Fearon, Jr. (*pro hac vice*)
Joseph Goljan (*pro hac vice*)
Olga Anna Posmyk (*pro hac vice*)
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492

*Attorneys for Plaintiffs Ralph Whitley and Frankie Ramirez and Interim Counsel -- Executive Committee*

Robert I. Harwood (*pro hac vice*)
Jeffrey M. Norton (*pro hac vice*)
Tanya Korkhov (*pro hac vice*)
HARWOOD FEFFER LLP
488 Madison Avenue, Suite 801
New York, NY 10022
Tel: (212) 935-7400

*Attorneys for Plaintiffs Charis Moule, Jerry McGuire and Maureen S. Riely and Interim Counsel -- Executive Committee*

Gregory M. Egleston (*pro hac vice*)
EGLESTON LAW FIRM
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 683-3400

*Attorneys for Plaintiff Ralph Whitley*

Thomas J. McKenna (*pro hac vice*)
GAINEY AND MCKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Tel: (212) 983-1300

*Attorneys for Plaintiff Thomas P. Soesman*

Edwin J. Mills
Michael J. Klein
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230

*Attorneys for Plaintiff Edward Mineman*

Robert A. Izard (*pro hac vice*)
IZARD NOBEL LLP
29 South Main Street Suite 215
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Attorneys for Plaintiff Arshadullah Syed*

**IT IS SO ORDERED**:

Signed: July ___, 2011

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Stipulation and Order has been served by electronic CM/ECF filing, on this 19th day of July, 2011.

_____
Thomas W. Taylor