UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP ERISA Litigation ||||
| *versus* ||||
|  ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ryan T. Jenny<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, DC  20036<br>202-429-8098<br>Dist. of Columbia - 495863<br>US Dist. Court - District of Columbia |
| Seeks to appear for this party: | BP p.l.c.; BP Corporation North America, Inc.; BP America, Inc. |
| Dated:     7/22/2011    Signed: /Ryan T. Jenny/ ||

| The state bar reports that the applicant's status is: Active . |
|---|
| Dated:  7/25/11     Clerk's signature: R. Saldaña |

| Order |   This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                        United States District Judge