UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  BP ERISA LITIGATION

MDL No. 2185

Civil Action No. 4:10-cv-04214
Hon. Keith P. Ellison

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

1. Please enter my appearance as counsel in this case for the following Defendants: BP Corporation North America, Inc.'s Board of Directors, the BP Savings Plan Investment Oversight Committee, Lord John Browne, Stephanie C. Moore, Gregory T. Williamson, Thomas L. Taylor, Neil Shaw, Brian D. Smith, Stephen J. Riney, Robert A. Malone, Jeanne M. Johns, Anthony Hayward, Lamar McKay, Patrick Gower, James Dupree, Richard J. Dorazil, and Corey Correnti.

2. I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: 26th day of July 2011.

Respectfully submitted,

/s/ Paul J. Ondrasik, Jr.
Paul J. Ondrasik, Jr.
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Phone: (202) 429-8088
Fax: (202) 429-3902
pondasik@steptoe.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance has been served by electronic CM/ECF filing this 26th day of July 2011.

      /s/ Paul J. Ondrasik, Jr.