UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN P MILES, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-10-3447 |
| | § | H-10-MD-2185 |
| ANTHONY B HAYWARD, *et al*, | § § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

The Derivative Plaintiff's filed an Opposed Motion [241] for Leave to Brief Issues Raised at Hearing and for Discovery. A response is required on an expedited basis.

All responses should be filed no later Monday, August 8, 2011.

**IT IS SO ORDERED.**

SIGNED this 29th day of July, 2011.

                                                        KEITH P. ELLISON
                                       UNITED STATES DISTRICT JUDGE