UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| **IN RE: BP ERISA LITIGATION** | MDL No. 2185<br><br>Civil Action No. 4:10-cv-04214<br>Hon. Keith P. Ellison |

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

1. Please enter my appearance as counsel in this case for the following Defendants:

Marvin L. Damsma and Patricia H. Miller.

2. I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: 20th day of September 2011.

        Respectfully submitted,

        /s/ Morgan D. Hodgson
        Morgan D. Hodgson
        Steptoe & Johnson LLP
        1330 Connecticut Ave, NW
        Washington, DC 20036
        Phone: (202) 429-6219
        Fax: (202) 429-3902
        mhodgson@steptoe.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appearance has been served by electronic CM/ECF filing this 20th day of September 2011.

/s/ Morgan D. Hodgson