UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE: BP ERISA LITIGATION** | MDL No. 2185<br><br>Civil Action No. 4:10-cv-04214<br>Hon. Keith P. Ellison |

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

1. Please enter my appearance as counsel in this case for the following Defendants:

BP Corporation North America, Inc.'s Board of Directors, the BP Savings Plan Investment Oversight Committee, Lord John Browne, Stephanie C. Moore, Gregory T. Williamson, Thomas L. Taylor, Neil Shaw, Brian D. Smith, Stephen J. Riney, Robert A. Malone, Jeanne M. Johns, Anthony Hayward, Lamar McKay, Patrick Gower, James Dupree, Richard J. Dorazil, Corey Correnti, Marvin L. Damsma, and Patricia H. Miller.

2. I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: 20th day of September 2011.

Respectfully submitted,

/s/ Ryan T. Jenny
Ryan T. Jenny
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Phone: (202) 429-8098
Fax: (202) 429-3902
rjenny@steptoe.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appearance has been served by electronic CM/ECF filing this 20th day of September 2011.

                                              /s/ Ryan T. Jenny