UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185 |
| In re BP ERISA Litigation | No. 4:10-cv-04214 |
| | Honorable Keith P. Ellison |

## NOTICE OF APPEARANCE

Notice is hereby given that Thomas W. Taylor of Andrews Kurth LLP, 600 Travis, Suite 4200, Houston, Texas 77002, hereby enters his appearance in this Court as counsel of record for Defendants BP p.l.c., BP Corporation North America Inc., BP America Inc., BP North America Inc.'s Board of Directors, The Savings Plan Investment Oversight Committee, Anthony Hayward, Richard J. Dorazil, Lord John Browne, Corey Correnti, Marvin L. Damsma, James Dupree, Patrick Gower, Jeanne M. Johns, Robert A. Malone, Lamar McKay, Patricia H. Miller, Stephanie C. Moore, Stephen J. Riney, Brian D. Smith, Neil Shaw, Thomas L. Taylor and Gregory T. Williamson in the action listed above, without waiver of any defenses, including as to personal jurisdiction.

HOU:3153209.1

Dated:  September 22, 2011

Respectfully submitted,

By: *s/Thomas W. Taylor*
    Thomas W. Taylor
    Federal No. 3906
    State Bar No. 19723875
    ttaylor@andrewskurth.com
    Andrews Kurth LLP
    600 Travis, Suite 4200
    Houston, Texas  77002
    Tel:  (713) 220-4200
    Fax: (202) 220-4285

ATTORNEY FOR DEFENDANTS BP P.L.C., THE SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE, RICHARD J. DORAZIL, ANTHONY HAYWARD, BP CORPORATION NORTH AMERICA INC., BP AMERICA INC., BP NORTH AMERICA INC.'S BOARD OF DIRECTORS, LORD JOHN BROWNE, COREY CORRENTI, MARVIN L. DAMSMA, JAMES DUPREE, PATRICK GOWER, JEANNE M. JOHNS, ROBERT A. MALONE, LAMAR MCKAY, PATRICIA H. MILLER, STEPHANIE C. MOORE, STEPHEN J. RINEY, BRIAN D. SMITH, NEIL SHAW, THOMAS L. TAYLOR, GREGORY T. WILLIAMSON, MARVIN DAMSMA AND PATRICIA H. MILLER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by electronic CM/ECF filing, on this 22nd day of September, 2011.

*s/Thomas W. Taylor*
Thomas W. Taylor

2

3

HOU:3153209.1