UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185 |
| In re BP ERISA Litigation | No. 4:10-cv-04214 |
| | Honorable Keith P. Ellison |

## NOTICE OF APPEARANCE

Notice is hereby given that Daryl A. Libow of Sullivan & Cromwell LLP, 1701 Pennsylvania Ave. N.W. Washington, DC 20006, hereby enters his appearance in this Court as counsel of record for Defendants BP p.l.c., BP Corporation North America Inc., BP America Inc., BP North America Inc.'s Board of Directors, The Savings Plan Investment Oversight Committee, Anthony Hayward, Richard J. Dorazil, Lord John Browne, Corey Correnti, Marvin L. Damsma, James Dupree, Patrick Gower, Jeanne M. Johns, Robert A. Malone, Lamar McKay, Patricia H. Miller, Stephanie C. Moore, Stephen J. Riney, Brian D. Smith, Neil Shaw, Thomas L. Taylor and Gregory T. Williamson in the action listed above, without waiver of any defenses, including as to personal jurisdiction.

| | |
|---|---|
| Dated:  September 22, 2011 | Respectfully submitted, |

By: *s/Daryl A. Libow*
Daryl A. Libow
libowd@sullcrom.com
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel:  (202) 956-7500
Fax: (202) 293-6330

ATTORNEY FOR DEFENDANTS BP P.L.C., THE SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE, RICHARD J. DORAZIL, ANTHONY HAYWARD, BP CORPORATION NORTH AMERICA INC., BP AMERICA INC., BP NORTH AMERICA INC.'S BOARD OF DIRECTORS, LORD JOHN BROWNE, COREY CORRENTI, MARVIN L. DAMSMA, JAMES DUPREE, PATRICK GOWER, JEANNE M. JOHNS, ROBERT A. MALONE, LAMAR MCKAY, PATRICIA H. MILLER, STEPHANIE C. MOORE, STEPHEN J. RINEY, BRIAN D. SMITH, NEIL SHAW, THOMAS L. TAYLOR, GREGORY T. WILLIAMSON, MARVIN DAMSMA AND PATRICIA H. MILLER

## CERTIFICATE OF SERVICE

I certify that this pleading was filed electronically with the Court, and thus served simultaneously upon all counsel of record on September 22, 2011.

*s/Daryl A. Libow*
Daryl A. Libow

HOU:3153254.1