UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185 |
| In re BP ERISA Litigation | No. 4:10-cv-04214 |
| | Honorable Keith P. Ellison |

**NOTICE OF APPEARANCE**

Notice is hereby given that Richard C. Pepperman, II of Sullivan & Cromwell LLP, 125 Broad Street New York, NY 10004, hereby enters his appearance in this Court as counsel of record for Defendants BP p.l.c., BP Corporation North America Inc., BP America Inc., BP North America Inc.'s Board of Directors, The Savings Plan Investment Oversight Committee, Anthony Hayward, Richard J. Dorazil, Lord John Browne, Corey Correnti, Marvin L. Damsma, James Dupree, Patrick Gower, Jeanne M. Johns, Robert A. Malone, Lamar McKay, Patricia H. Miller, Stephanie C. Moore, Stephen J. Riney, Brian D. Smith, Neil Shaw, Thomas L. Taylor and Gregory T. Williamson in the action listed above, without waiver of any defenses, including as to personal jurisdiction.

Dated:  September 22, 2011

Respectfully submitted,

By: *s/Richard C. Pepperman, II*
    Richard C. Pepperman, II
    peppermanr@sullcrom.com
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, NY  10004
    Tel:  (212) 558-4000
    Fax: (212) 558-3588

ATTORNEY FOR DEFENDANTS BP P.L.C., THE SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE, RICHARD J. DORAZIL, ANTHONY HAYWARD, BP CORPORATION NORTH AMERICA INC., BP AMERICA INC., BP NORTH AMERICA INC.'S BOARD OF DIRECTORS, LORD JOHN BROWNE, COREY CORRENTI, MARVIN L. DAMSMA, JAMES DUPREE, PATRICK GOWER, JEANNE M. JOHNS, ROBERT A. MALONE, LAMAR MCKAY, PATRICIA H. MILLER, STEPHANIE C. MOORE, STEPHEN J. RINEY, BRIAN D. SMITH, NEIL SHAW, THOMAS L. TAYLOR, GREGORY T. WILLIAMSON, MARVIN DAMSMA AND PATRICIA H. MILLER

## CERTIFICATE OF SERVICE

    I certify that this pleading was filed electronically with the Court, and thus served simultaneously upon all counsel of record on September 22, 2011.

*s/Richard C. Pepperman, II*
Richard C. Pepperman, II