Exhibit 2

# STEPTOE & JOHNSON LLP
## ATTORNEYS AT LAW

Morgan D. Hodgson  
Tel 202.429.6219  
Fax 202.261.9821  
mhodgson@steptoe.com

1330 Connecticut Avenue, NW  
Washington, DC  20036-1795  
Tel 202.429.3000  
Fax 202.429.3902  
steptoe.com

March 9, 2011

**Via E-Mail**

Ronald S. Kravitz, Esq.  
Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP  
199 Fremont Street, Ste. 200  
San Francisco, CA  94105

Lori G. Feldman, Esq.  
Milberg LLP  
One Pennsylvania Plaza  
New York, NY 10119

Re: *In re BP ERISA Litig.*, MDL No. 2185, Case No. 4:10-cv-04214

Dear Mr. Kravitz and Ms. Feldman:

On behalf of the BP Defendants in the above-referenced action, pursuant to the Stipulation Governing Discovery ("Stipulation") the BP Defendants are providing the materials described herein. The BP Defendants will provide via FTP transfer to Mr. Kravitz this evening documents numbered BPGOM ERISA 000001- BPGOM ERISA 003801.  Please note that provision of such documents does not constitute a representation that any given document is or may be relevant to this litigation or is an ERISA fiduciary communication. Provision of such documents also does not constitute a representation that any given document is an "instrument under which the plan is established or operated," insofar as portions of the included materials fall outside the scope of ERISA § 104(b)(4).

Defendants are also providing as Appendix A hereto a list of members of the Savings Plan Investment Oversight Committee ("SPIOC") and Designated Officers of BP p.l.c. for the period agreed to in the Stipulation.  The provision of this information does not constitute a representation that any individual listed on Appendix A is or may be a proper defendant in this action.

Mr. Kravitz and Ms. Feldman
March 9, 2011
Page 2 of 2

STEPTOE & JOHNSON LLP

   The BP Defendants further refer to the terms and limitations set forth in Attachment A to the Stipulation, which govern the production of documents and other information provided herein.

          Sincerely,

          Morgan D. Hodgson

Enclosure

cc: Bill Boies, Esq.

STEPTOE & JOHNSON LLP

# APPENDIX A

## SPIOC Members – 2005 through 2010

| Member | Appointment Date | End Date |
|---|---|---|
| Ian Springett | 09/20/2004 | 02/01/2005 |
| Simon F. Drysdale | 09/20/2004 | 09/08/2005 |
| Laura Folse | 09/20/2004 | 09/08/2005 |
| Ross J. Pillari | 09/20/2004 | 09/12/2006 |
| Marv Damsma | 09/20/2004 | 04/01/2008 |
| Patrick Gower | 09/20/2004 | 05/15/2008 |
| Jeanne M. Johns | 09/20/2004 | 05/15/2008 |
| Stephen J. Riney | 02/01/2005 | 03/14/2007 |
| Robert A. Malone | 06/30/2006 | 02/01/2009 |
| Gregory T. Williamson | 04/01/2008 | Active as of 12/31/2010 |
| Patricia H. Miller | 05/22/2006 | 01/07/2008 |
| Stephanie C. Moore (Atkins) | 02/09/2006 | Active as of 12/31/2010 |
| Thomas L. Taylor | 03/14/2007 | 07/01/2009 |
| Richard J. Dorazil | 01/07/2008 | Active as of 12/31/2010 |
| Lamar McKay | 05/15/2008 | Active as of 12/31/2010 |
| Neil Shaw | 05/15/2008 | 02/01/2010 |
| Corey T. Correnti | 07/01/2009 | Active as of 12/31/2010 |
| Brian D. Smith | 07/01/2009 | Active as of 12/31/2010 |
| James Dupree | 02/01/2010 | 02/15/2011 |

## Designated Officer-BP p.l.c. - 2005 through 2010

| Member | Appointment Date | End Date |
|---|---|---|
| Robert Dudley | 10/01/2010 | |
| Anthony Hayward | 05/01/2007 | 10/01/2010 |
| Lord John Browne | | 05/01/2007 |