Exhibit 3

# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Morgan D. Hodgson
Tel 202.429.6219
Fax 202.261.9821
mhodgson@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

May 19, 2011

**Via E-Mail**

Ronald S. Kravitz, Esq.
Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
199 Fremont Street, Ste. 200
San Francisco, CA 94105

Lori G. Feldman, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re BP ERISA Litig.*, MDL No. 2185, Case No. 4:10-cv-04214

Dear Ron and Lori:

In furtherance of yesterday's teleconference, on behalf of the BP Defendants I enclose a list of individuals in response to Ron's letter dated May 9, 2011 (received by email on May 10). The enclosed list includes information on individuals dating back to June 30, 2005, the earliest date in any of the putative class periods in the filed complaints. It does not include individuals who may have been delegated or may have performed administrative tasks not related to the four BP retirement savings plans listed in the eight ERISA complaints filed in this proceeding or the BP Stock Fund.

Please note that provision of this information does not constitute a representation that any person listed or any individual that holds a particular title is a "fiduciary" as defined by the Employee Retirement Income Security Act of 1974 ("ERISA"), or that these individuals are proper defendants in the pending actions. As we explained in yesterday's teleconference, many of these individuals have had no fiduciary roles with respect to the claims asserted in the eight ERISA complaints. Provision of the information also does not constitute a concession as to the relevant time period for plaintiffs' claims. Rather, all information is provided solely as part of the BP defendants'

efforts to provide to plaintiffs ERISA-related information on a voluntary basis to plaintiffs to promote efficient litigation of the pending actions.

Sincerely,

*Morgan D Hodgson*

Morgan D. Hodgson

Attachment

cc: Bill Boies, Esq.

**BP Employee Savings Plan, BP Capital Accumulation Plan, BP Partnership Savings Plan & BP DirectSave Plan Response to Plaintiffs'** *In Re BP ERISA Litigation***, MDL NO. 2185 C.A. NO. 4:10-cv-4214**

| Role | Name | Dates |
|---|---|---|
| Administrator | Simon Drysdale<br>Ross J. Pillari<br>Patricia H. Miller<br>Richard J. Dorazil | as of 6/30/2005-8/1/2005<br>8/1/2005 - 5/22/2006<br>5/22/2006 - 12/18/2007<br>12/18/2007 - current |
| Administrative Named Fiduciary | Simon Drysdale<br>Ross J. Pillari<br>Patricia H. Miller<br>Richard J. Dorazil | as of 6/30/2005-8/1/2005<br>8/1/2005 - 5/22/2006<br>5/22/2006 - 12/18/2007<br>12/18/2007 - current |
| Applicable Administrative Named Fiduciary | Simon Drysdale<br>Ross J. Pillari<br>Patricia H. Miller<br>Richard J. Dorazil | as of 6/30/2005-8/1/2005<br>8/1/2005 - 5/22/2006<br>5/22/2006 - 12/18/2007<br>12/18/2007 - current |
| Applicable Investment Named Fiduciary | SPIOC | as of 6/30/2005 - current |
| Applicable Named Fiduciary | Simon Drysdale<br>Ross J. Pillari<br>Patricia H. Miller<br>Richard J. Dorazil<br>SPIOC | as of 6/30/2005-8/1/2005<br>8/1/2005 - 5/22/2006<br>5/22/2006 - 12/18/2007<br>12/18/2007 - current<br>as of 6/30/2005 - current |
| Appointing Officer | Ross J. Pillari<br>Robert A. Malone<br>Lamar McKay | as of 6/30/2005 - 7/1/2006<br>7/1/2006 - 2/1/2009<br>4/13/2009 - current |
| Appointing Officer Acting as Applicable Administrative Fiduciary | Ross J. Pillari<br>Robert A. Malone<br>Lamar McKay | as of 6/30/2005 - 7/1/2006<br>7/1/2006 - 2/1/2009<br>4/13/2009 - current |
| BP Corporation North America Inc. Bd of Directors | Ross J. Pillari<br>P.D. Wessells<br>S.J. Riney<br>James A. Dietz<br>Robert A. Malone<br>Thomas L. Taylor | as of 6/30/2005 - 7/1/2006<br>6/1/2003 - 5/4/2006<br>3/1/2005 - 2/12/2007<br>5/4/2006 - current<br>6/15/2006 - 2/1/2009<br>2/12/2007 - 7/1/2009 |

| | | |
|---|---|---|
| Designated Officer | Lamar McKay | 4/13/2009 - current |
| | Brian D. Smith | 6/15/2009 - current |
| | Ross J. Pillari | as of 6/30/2005 - 7/1/2006 |
| | Robert A. Malone | 7/1/2006 - 2/1/2009 |
| | Richard J. Dorazil | 12/18/2007 - current |
| | Lamar McKay | 4/13/2009 - current |
| | Lord John Browne | 12/31/1998 - 5/1/2007 |
| | Tony Hayward | 5/1/2007 - 10/1/2010 |
| | Robert Dudley | 10/1/2010 - current |
| Director, Trust Investments (TI), The Americas | Marvin Damsma | as of 6/30/2005 - 6/10/2008 |
| | Gregory T. Williamson | 6/10/2008 - current |
| Fiduciary | Administrative Named Fiduciary (see above) | |
| Investment Named Fiduciary | Director TI (see above) | |
| | SPIOC | as of 6/30/2005 - current |
| | Designated Officer (see above) | |
| Named Fiduciary | See above | |

19-May-11