UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 4:10–md–02185 |
|  | Judge Keith P Ellison |
| BP plc, et al. | |
| Defendant. | |
| TYPE OF CASE: Multidistrict Litigation | |

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/4/11

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #149
Motion to Dismiss – #153

Date:   September 28, 2011

David J. Bradley, Clerk