**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185 |
| Robert R. Glenn, | No. 4:11-cv-02941 |
| Plaintiff, | |
| v. | Honorable Keith P. Ellison |
| BP p.l.c., | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND TIME TO**

**RESPOND TO MOTION TO DISMISS**

Plaintiff Robert R. Glenn ("Glenn") by and through his counsel of record, Stoll Stoll Berne Lokting & Shlachter P.C., and defendant BP p.l.c ("BP") by and through its counsel of record, Sullivan & Cromwell LLP, hereby stipulate plaintiff Glenn may have an extension of time to and including October 26, 2011, within which to file his response to defendant BP's Motion to Dismiss the Class Action Complaint; and defendant will have until November 18, 2011, within which to file its reply to plaintiff's response.

DATED this 5th day of October, 2011.

| Respectfully submitted, | OF COUNSEL |
|---|---|
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | Mark W. Collmer<br>Texas State Bar No. 04626420<br>Collmer Law Group<br>1221 Lamar, Suite 1302 |
| By: /s/ Keith A. Ketterling | Houston, TX 77010 |
| **Steve D. Larson** (pro hac vice)<br>Email: slarson@stollberne.com | Telephone:   (713) 337-4040<br>Facsimile:   (713) 337-4044 |
| **Keith A. Ketterling** (pro hac vice)<br>Email: kketterling@stollberne.com | Email:         mark@collmerlawcom |

- 1 -

- 2 -

**Jennifer S. Wagner** (pro hac vice pending)
Email:  jwagner@stollberne.com
**Jacob S. Gill** (pro hac vice)
Email:  jgill@stollberne.com
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:      (503) 227-6840

*Attorney-in-Charge for Plaintiff*

OF COUNSEL

| | |
|---|---|
| Daryl A. Libow (pro hac vice) | */s/ Thomas W. Taylor* |
| Amanda F. Davidoff | Thomas W. Taylor |
| SULLIVAN & CROMWELL LLP | Texas State Bar No. 19723875 |
| 1701 Pennsylvania Avenue, N.W. | S.D. Tex. Bar No. 3906 |
| Washington, DC 20006 | ANDREWS KURTH LLP |
| Telephone: (202) 956-7500 | 600 Travis, Suite 4200 |
| | Houston, TX 77002 |
| Richard C. Pepperman, II (pro hac vice) | Telephone: (713) 220-4200 |
| Marc De Leeuw (pro hac vice) | Facsimile: (713) 220-4285 |
| Matthew A. Peller | ttaylor@andrewskurth.com |
| SULLIVAN & CROMWELL LLP | |
| 125 Broad Street | *Attorney-in-Charge for Defendant* |
| New York, NY 10004 | |
| Telephone: (212) 558-4000 | |

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this _____ day of October, 2011.

_____
Honorable Keith P. Ellison
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Stipulation has been served by electronic CM/ECF filing, on this 5th day of October, 2011.

/s/ Keith A. Ketterling
Keith A. Ketterling
