| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In Re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kristin J. Moody<br>Berman DeValerio<br>One Liberty Square, 8th Floor<br>Boston, MA 02109<br>617-542-8300<br>Massachusetts BBO #661792<br>USDC-Massachusetts admitted 2005 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated:   10/14/2011 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                  United States District Judge

**KRISTIN J. MOODY SEEKS TO APPEAR AS COUNSEL FOR:**

1. Ohio Attorney General Richard A. Cordray, statutory litigation counsel for the Ohio Public Employees Retirement System ("OPERS");

2. State Teachers Retirement System of Ohio ("STRS Ohio");

3. School Employees Retirement System of Ohio ("SERS Ohio");

4. Ohio Police & Fire Pension Fund ("OP&F") (collectively the "Ohio Funds"); and

5. Proposed Co-Lead Counsel for the Ohio Funds and Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and sole Trustee of the New York State Common Retirement Fund ("NYSCRF") as Proposed Co-Lead Plaintiffs for the Class.