UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In Re: BP p.l.c. Securities Litigation | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Glen DeValerio<br>Berman DeValerio<br>One Liberty Square, 8th Floor<br>Boston, MA  02109<br>617-542-8300<br>Massachusetts BBO #122010<br>USDC-Massachusetts admitted 1974 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated:        10/14/2011 | Signed:    *Glen DeValerio* |

| The state bar reports that the applicant's status is:   *Active* | |
|---|---|
| Dated:   10 / 14 / 11 | Clerk's signature:   *B Thu* |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: *14 October 2011*

*Keith P. Ellison*
United States District Judge