| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In Re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Mark Delaney<br>Berman DeValerio<br>One Liberty Square, 8th Floor<br>Boston, MA  02109<br>617-542-8300<br>Massachusetts BBO #652194<br>USDC-Massachusetts admitted 2002 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated:   10/14/2011 | Signed: |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated:  10/14/11 | Clerk's signature:  B Th— |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____                    _____
                                            United States District Judge