# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

||||||||||||||||||||||||||||||||||

Serena E. Pollack
701 Poydras St.
Suite 3600
New Orleans  LA  70139-7735

United States Courts
Southern District of Texas
FILED

OCT 2 6 2011

David J. Bradley, Clerk of Court

---

Case: 4:10-md-02185   Instrument: 279   (1 pages)
Date: Oct 17, 2011
Control: 11108440
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

OCT 2 6 2011

David J. Bradley, Clerk of Court

Return To Sender
No Longer at this Address

Hasler

012H1620A349

$00.440
10/17/2011
Mailed From 77002
US POSTAGE

OCT 2 3 2011

David J. Bradley, Clerk of Court

NIXIE        708    DE  1       00 10/23/11

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010        *1433-09709-17-42