# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Serena E. Pollack
701 Poydras St.
Suite 3600
New Orleans  LA  70139-7735

United States Courts
Southern District of Texas
FILED

OCT 2 0 2011

David J. Bradley, Clerk of Court

Case: 4:10-md-02185    Instrument: 278    (1 pages)
Date: Oct 17, 2011
Control: 11108351
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Return To Sender
No longer at this Address

United States Courts
Southern District of Texas
FILED

OCT 26 2011

David J. Bradley, Clerk of Court

NIXIE    708  DE 1          00  10/23/11
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 77208101010    *1439-09713-17-42