In accordance with Section 854 of the Companies Act 2006

# AR01
Annual Return

Paid
Bacs
01/06/11

FEE PAID
£ 40   M I
COMPANIES HOUSE

Companies House
— for the record —

A fee is payable with this form
Please see 'How to pay' on the last page

You can use the WebFiling service to file this form online
Please go to www.companieshouse.gov.uk

✓ What this form is for
You may use this form to confirm that the company information is correct as at the date of this return You must file an Annual Return at least once every year

✗ What this form is NOT f(
You cannot use this form t
notice of changes to the c
officers, registered office a
company type or informat
relating to the company r

WEDNESDAY

*L725BUMQ*
LD4    01/06/2011    11
COMPANIES HOUSE

## Part 1   Company details

The section must be completed by all companies

→ Filling in this form
Please complete in typescript or in bold black capitals

All fields are mandatory unless specified or indicated by *

### A1   Company details

Company number: 0 0 1 0 2 4 9 8

Company name in full: BP P L C

❶ Company name change
If your company has recently changed its name, please provide the company name as at the date of this return

### A2   Return date

Please give the annual return made up date The return date must not be a future date The annual return must be delivered within 28 days of the date given below

Date of this return ❷: 0 5  0 5  2 0 1 1

❷ Date of this return
Your company's return date is usually the anniversary of incorporation or the anniversary of the last annual return filed at Companies House You may choose an earlier return date but it must not be a later date

### A3   Principal business activity

Please show the trade classification code number(s) for the principal activity or activities ❸

Classification code 1: 7 4 1 5
Classification code 2:
Classification code 3:
Classification code 4:

If you cannot determine a code, please give a brief description of your business activity below

Principal activity description:

❸ Principal business activity
You must provide a trade classification code (SIC code) or a description of your company's main business in this section

A full list of the trade classification codes are available on our website www.companieshouse.gov.uk

BIS | Department for Business Innovation & Skills

CHFP000
04/11 Version 4 1

# AR01
Annual Return

## A4 Company type ❶

Please confirm your company type by ticking the appropriate box below (only one box must be ticked)

- [✓] Public limited company
- [ ] Private company limited by shares
- [ ] Private company limited by guarantee
- [ ] Private company limited by shares exempt under section 60
- [ ] Private company limited by guarantee exempt under section 60
- [ ] Private unlimited company with share capital
- [ ] Private unlimited company without share capital

❶ Company type
If you are unsure of your company type, please check your latest certificate of incorporation or our website www.companieshouse.gov.uk

## A5 Registered office address ❷

| | |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| | |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |

❷ Change of registered office
This must agree with the address that is held on the Companies House record at the date of this return

If the registered office address has changed, you should complete form AD01 and submit it together with this annual return

## A6 Single alternative inspection location (SAIL) of the company records (if applicable) ❸

| | |
|---|---|
| Building name/number | Equiniti Limited |
| Street | Holm Oak Business Park, Woods Way |
| | Goring By Sea |
| Post town | Worthing |
| County/Region | West Sussex |
| Postcode | B N 1 2 4 F E |

❸ SAIL address
This must agree with the address that is held on the Companies House record at the date of this return

If the address has changed, you should complete form AD02 and submit it together with this annual return

## A7 Location of company records ❹

Please tick the appropriate box to indicate which records are kept at the SAIL address in Section A6

- [✓] Register of members
- [ ] Register of directors
- [ ] Directors' service contracts
- [ ] Directors' indemnities
- [ ] Register of secretaries
- [ ] Records of resolutions etc
- [ ] Contracts relating to purchase of own shares
- [ ] Documents relating to redemption or purchase of own share out of capital by private company
- [ ] Register of debenture holders
- [ ] Report to members of outcome of investigation by public company into interests in its shares
- [✓] Register of interests in shares disclosed to public company
- [ ] Instruments creating charges and register of charges England and Wales or Northern Ireland
- [ ] Instruments creating charges and register of charges Scotland

❹ Location of company records
If the company records are held at the registered office address, do not tick any of the boxes in this section

Certain records must be kept by every company while other records are only kept by certain company types where appropriate

If the records are not kept at the SAIL address, they must be available at the registered office

If any of the company records have moved from the registered office to the address in Section A6 since the last annual return, you must complete form AD03 and submit it together with this annual return

CHFP000
04/11 Version 4 1

# AR01
Annual Return

## Part 2 — Officers of the company

This section should include details of the company at the date to which this annual return is made up

→ For a secretary who is an individual, go to Section B1
→ For a corporate secretary, go to Section C1
→ For a director who is an individual, go to Section D1
→ For a corporate director, go to Section E1

**Continuation pages**
Please use a continuation page if you need to enter more officer details

### Secretary

**B1 Secretary's details**

Please use this section to list all the secretaries of the company
For a corporate secretary, complete Section C1-C4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | David John |
| Surname | Jackson |
| Former name(s) | |

**Secretary appointments**
You may not use this form to appoint a secretary To do this, please complete form AP03 and submit it together with this annual return

**Corporate details**
Please use Section C1-C4 to enter corporate secretary details

**Secretary details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH03

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**B2 Secretary's service address**

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| | |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y   4 P D |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with
Section 854 of the
Companies Act 2006

# AR01 - continuation page
Annual Return

## Secretary

### B1 Secretary's details ❶

Please use this section to list all the secretaries of the company
For a corporate secretary, complete Section C1-C4

| | |
|---|---|
| Title* | |
| Full forename(s) | David John |
| Surname | Pearl |
| Former name(s) ❷ | |

❶ **Secretary appointments**
You cannot use this form to appoint a secretary To do this, please complete form AP03 and submit it together with this annual return

**Corporate details**
Please use Section C1-C4 to enter corporate secretary details

**Secretary details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH03

❷ **Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

### B2 Secretary's service address ❸

| | |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y  4 P D |
| Country | |

❸ **Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

# AR01
Annual Return

## Corporate secretary

### C1 Corporate secretary's details ❶

Please use this section to list all the corporate secretaries of the company

| Field | |
|---|---|
| Corporate body/firm name | |
| Building name/number | |
| Street | |
| Post town | |
| County/Region | |
| Postcode | |
| Country | |

❶ **Corporate secretary appointments**
You cannot use this form to appoint a corporate secretary To do this, please complete form AP04 and submit it together with this annual return

**Corporate secretary details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH04

This information will appear on the public record

### C2 Location of the registry of the corporate body or firm

Is the corporate secretary registered within the European Economic Area (EEA)?
→ Yes  Complete **Section C3 only**
→ No   Complete **Section C4 only**

### C3 EEA companies ❷

Please give details of the register where the company file is kept (including the relevant state) and the registration number in that register

| Field | |
|---|---|
| Where the company/firm is registered ❷ | |
| Registration number | |

❷ **EEA**
A full list of countries of the EEA can be found in our guidance www companieshouse gov uk

❷ This is the register mentioned in Article 3 of the First Company Law Directive (68/151/EEC)

### C4 Non-EEA companies

Please give details of the legal form of the corporate body or firm and the law by which it is governed If applicable, please also give details of the register in which it is entered (including the state) and its registration number in that register

| Field | |
|---|---|
| Legal form of the corporate body or firm | |
| Governing law | |
| If applicable, where the company/firm is registered ❶ | |
| If applicable, the registration number | |

❶ **Non-EEA**
Where you have provided details of the register (including state) where the company or firm is registered, you must also provide its number in that register

CHFP000
04/11 Version 4 1

# AR01
Annual Return

## Director

### D1 Director's details ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Paul Milton |
| Surname | Anderson |
| Former name(s) ❷ | |
| Country/State of residence | USA |
| Nationality | American |
| Date of birth | 0 1  0 4  1 9 4 5 |
| Business occupation (if any) | Company Director |

**❶ Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

**❷ Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return  Married women do not need to give former names unless previously used for business purposes

### D2 Director's service address ❸

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| | |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y  4 P D |
| Country | |

**❸ Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

# AR01
Annual Return

## Director

### D1 Director's details

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | Admiral, US Navy (Retired) |
| Full forename(s) | Frank Lee ("Skip") |
| Surname | Bowman |
| Former name(s) | |
| Country/State of residence | USA |
| Nationality | American |
| Date of birth | 9 / 2 / 1944 |
| Business occupation (if any) | Non-Executive Director |

**Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

### D2 Director's service address

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| Post town | London |
| County/Region | |
| Postcode | SW1Y 4PD |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

In accordance with Section 854 of the Companies Act 2006

# AR01 - continuation page
## Annual Return

### Director

**D1  Director's details** ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Antony |
| Surname | Burgmans |
| Former name(s) ❷ | |
| Country/State of residence | |
| Nationality | Dutch |
| Date of birth | d1 d3 m0 m2 y1 y9 y4 y7 |
| Business occupation (if any) | Director |

❶ **Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

❷ **Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2  Director's service address** ❸

| Field | Value |
|---|---|
| Building name/number | |
| Street | BurGo B V Lange Vijverberg 12 |
| | The Hague |
| Post town | 2513 AC |
| County/Region | |
| Postcode | |
| Country | The Netherlands |

❸ **Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with
Section 854 of the
Companies Act 2006

# AR01 - continuation page
Annual Return

## Director

**D1** Director's details ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Cynthia Blum |
| Surname | Carroll |
| Former name(s) ❷ | |
| Country/State of residence | |
| Nationality | American |
| Date of birth | d1 d3 m1 m1 y1 y9 y5 y6 |
| Business occupation (if any) | Director |

❶ **Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

❷ **Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2** Director's service address ❸

| Field | Value |
|---|---|
| Building name/number | 20 |
| Street | Carlton House Terrace |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 5 A N |
| Country | |

❸ **Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with Section 854 of the Companies Act 2006

# AR01 - continuation page
## Annual Return

### Director

**D1 Director's details**

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | Sir |
| Full forename(s) | William Martin |
| Surname | Castell |
| Former name(s) | |
| Country/State of residence | United Kingdom |
| Nationality | British |
| Date of birth | d1 d0 m0 m4 y1 y9 y4 y7 |
| Business occupation (if any) | Company Director |

**Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2 Director's service address**

| Field | Value |
|---|---|
| Building name/number | 215 |
| Street | Euston Road |
| Post town | London |
| County/Region | |
| Postcode | N W 1  2 B E |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

| In accordance with Section 854 of the Companies Act 2006 | **AR01 - continuation page** Annual Return |
|---|---|

### Director

**D1** Director's details

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Title* | |
|---|---|
| Full forename(s) | Iain Cameron |
| Surname | Conn |
| Former name(s) | |
| Country/State of residence | |
| Nationality | British |
| Date of birth | d2 d2 m1 m0 y1 y9 y6 y2 |
| Business occupation (if any) | Executive Director |

**Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2** Director's service address

| Building name/number | 1 |
|---|---|
| Street | St James's Square |
| | |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with Section 854 of the Companies Act 2006

# AR01 - continuation page
Annual Return

## Director

### D1 Director's details

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | George Alfred Lawrence |
| Surname | David |
| Former name(s) | |
| Country/State of residence | |
| Nationality | American |
| Date of birth | d0 d7 m0 m4 y1 y9 y4 y2 |
| Business occupation (if any) | Director |

**Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

### D2 Director's service address

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with Section 854 of the Companies Act 2006

# AR01 - continuation page
Annual Return

## Director

### D1 Director's details ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Ian Edward Lamert |
| Surname | Davis |
| Former name(s) ❷ | |
| Country/State of residence | UK |
| Nationality | British |
| Date of birth | d1 d0 m0 m3 y1 y9 y5 y1 |
| Business occupation (if any) | Director |

❶ **Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

❷ **Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

### D2 Director's service address ❸

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| | |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |
| Country | |

❸ **Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with Section 854 of the Companies Act 2006

## AR01 - continuation page
### Annual Return

**Director**

**D1  Director's details** ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Robert Warren |
| Surname | Dudley |
| Former name(s) ❷ | |
| Country/State of residence | |
| Nationality | American |
| Date of birth | d1 d4 m0 m9 y1 y9 y5 y5 |
| Business occupation (if any) | Company Director |

❶ **Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

❷ **Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2  Director's service address** ❸

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |
| Country | |

❸ **Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with
Section 854 of the
Companies Act 2006

# AR01 - continuation page
Annual Return

## Director

**D1** Director's details ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| | |
|---|---|
| Title* | Dr |
| Full forename(s) | Byron Elmer |
| Surname | Grote |
| Former name(s) ❷ | |
| Country/State of residence | |
| Nationality | British and US Citizen |
| Date of birth | d0 d8 m0 m3 y1 y9 y4 y8 |
| Business occupation (if any) | Oil Company Executive |

❶ Director appointments
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

Corporate details
Please use Section E1-E4 to enter corporate director details

Director details
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

❷ Former name(s)
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2** Director's service address ❸

| | |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| | |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |
| Country | |

❸ Service address
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with
Section 854 of the
Companies Act 2006

# AR01 - continuation page
Annual Return

## Director

### D1 Director's details ❶

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| | |
|---|---|
| Title* | |
| Full forename(s) | Brendan Robert |
| Surname | Nelson |
| Former name(s) ❷ | |
| Country/State of residence | England |
| Nationality | British |
| Date of birth | ᵈ0 ᵈ7  ᵐ0 ᵐ7  ʸ1 ʸ9 ʸ4 ʸ9 |
| Business occupation (if any) | Non-Executive Director |

❶ **Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

❷ **Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

### D2 Director's service address ❸

| | |
|---|---|
| Building name/number | 36 |
| Street | St Andrew Square |
| | |
| Post town | Edinburgh |
| County/Region | Scotland |
| Postcode | E H 2   2 Y B |
| Country | |

❸ **Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with Section 854 of the Companies Act 2006

# AR01 - continuation page
## Annual Return

## Director

### D1 Director's details

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Freedom Phuthuma |
| Surname | Nhleko |
| Former name(s) | |
| Country/State of residence | South Africa |
| Nationality | South African |
| Date of birth | d0 d7 m0 m4 y1 y9 y6 y0 |
| Business occupation (if any) | Company Director |

**Director appointments**
You cannot use this form to appoint a director. To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House. If you have made changes since the last annual return and have not notified us, please complete form CH01

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return. Married women do not need to give former names unless previously used for business purposes.

### D2 Director's service address

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| Post town | London |
| County/Region | |
| Postcode | S W 1 Y 4 P D |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

In accordance with Section 854 of the Companies Act 2006

# AR01 - continuation page
## Annual Return

### Director

**D1 Director's details**

Please use this section to list all the directors of the company
For a corporate director, complete Section E1-E4

| Field | Value |
|---|---|
| Title* | |
| Full forename(s) | Carl-Henric |
| Surname | Svanberg |
| Former name(s) | |
| Country/State of residence | |
| Nationality | Swedish |
| Date of birth | d2 d9 m0 m5 y1 y9 y5 y2 |
| Business occupation (if any) | Company Director |

**Director appointments**
You cannot use this form to appoint a director To do this, please complete form AP01 and submit it together with this annual return

**Corporate details**
Please use Section E1-E4 to enter corporate director details

**Director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH01

**Former name(s)**
Please provide any previous names which have been used for business purposes during the period of this return Married women do not need to give former names unless previously used for business purposes

**D2 Director's service address**

| Field | Value |
|---|---|
| Building name/number | 1 |
| Street | St James's Square |
| Post town | London |
| County/Region | |
| Postcode | SW1Y 4PD |
| Country | |

**Service address**
If you have previously notified Companies House that the service address is at 'The Company's Registered Office', please state 'The Company's Registered Office' in the address

This information will appear on the public record

CHFP000
04/11 Version 4 1

J. Gill Declaration Exhibit H Page 18 of 97

**AR01**
Annual Return

## Corporate director

### E1 Corporate director's details

Please use this section to list all the corporate director's of the company

| Field | |
|---|---|
| Corporate body/firm name | |
| Building name/number | |
| Street | |
| Post town | |
| County/Region | |
| Postcode | |
| Country | |

**Corporate director appointments**
You cannot use this form to appoint a corporate director To do this, please complete form AP02 and submit it together with this annual return

**Corporate director details**
All details must agree with those previously notified to Companies House If you have made changes since the last annual return and have not notified us, please complete form CH02

This information will appear on the public record

### E2 Location of the registry of the corporate body or firm

Is the corporate director registered within the European Economic Area (EEA)?
→ Yes  Complete **Section E3 only**
→ No   Complete **Section E4 only**

### E3 EEA companies

Please give details of the register where the company file is kept (including the relevant state) and the registration number in that register

| | |
|---|---|
| Where the company/firm is registered | |
| Registration number | |

**EEA**
A full list of countries of the EEA can be found in our guidance www companieshouse gov uk

This is the register mentioned in Article 3 of the First Company Law Directive (68/151/EEC)

### E4 Non-EEA companies

Please give details of the legal form of the corporate body or firm and the law by which it is governed  If applicable, please also give details of the register in which it is entered (including the state) and its registration number in that register

| | |
|---|---|
| Legal form of the corporate body or firm | |
| Governing law | |
| If applicable, where the company/firm is registered | |
| If applicable, the registration number | |

**Non-EEA**
Where you have provided details of the register (including state) where the company or firm is registered, you must also provide its number in that register

CHFP000
04/11 Version 4 1