## AR01
### Annual Return

| Part 3 | Statement of capital [i] | | |
|---|---|---|---|
| | Does your company have share capital?<br>→ **Yes** Complete the sections below and the following **Part 4**<br>→ **No** Go to **Part 5 (Signature).** | | [i] This should reflect the company's capital status at the made up date of this annual return |

### F1 — Share capital in pound sterling (£)

Please complete the table below to show each class of shares held in pound sterling
If all your issued capital is in sterling, only complete **Section F1** and then go to **Section F4**

| Class of shares (E g Ordinary/Preference etc ) | Amount paid up on each share [?] | Amount (if any) unpaid on each share [?] | Number of shares [?] | Aggregate nominal value [?] |
|---|---|---|---|---|
| 8% Cum Preference | £1 00 | N/A | 7,232,838 | £ 7,232,838 |
| 9% Cum Preference | £1 00 | N/A | 5,473,414 | £ 5,473,414 |
| | | | | £ |
| | | | | £ |
| | | | Totals 12,706,252 | £ 12,706,252 |

### F2 — Share capital in other currencies

Please complete the table below to show any class of shares held in other currencies
Please complete a separate table for each currency

Currency   US Dollars

| Class of shares (E g Ordinary/Preference etc ) | Amount paid up on each share [?] | Amount (if any) unpaid on each share [?] | Number of shares [?] | Aggregate nominal value [?] |
|---|---|---|---|---|
| Ordinary | $0 73 | N/A | 20,767,837,806 | $5,191,959,451 50 |
| | | | Totals 20,767,837,806 | 5,191,959,451 50 |

Currency

| Class of shares (E g Ordinary/Preference etc ) | Amount paid up on each share [?] | Amount (if any) unpaid on each share [?] | Number of shares [?] | Aggregate nominal value [?] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | Totals | |

### F3 — Totals

| | Please give the total number of shares and total aggregate nominal value of issued share capital | [?] Total aggregate nominal value Please list total aggregate values in different currencies separately For example £100 + €100 + $10 etc |
|---|---|---|
| Total number of shares [?] | 20,780,544,058 | |
| Total aggregate nominal value [?] | £12,706,252 and US$5,191,959,451 50 | |

| [?] Including both the nominal value and any share premium | [?] Number of shares issued multiplied by nominal value of each share | Continuation Pages |
|---|---|---|
| [?] Total number of issued shares in this class | | Please use a Statement of Capital continuation page if necessary |

CHFP000
04/11 Version 4 1

## AR01
Annual Return

**F4**        **Statement of capital** (Voting rights)

Please give the prescribed particulars of rights attached to shares for each class
of share shown in the statement of capital share tables in **Sections F1 and F2**

| Class of share | 8% Cumulative Preference |
|---|---|
| Voting rights | On a poll, shareholders present in person or by proxy have two votes for every £5 in nominal amount of the first preference shares held<br><br>On a show-of-hands vote on other resolutions at a general meeting, shareholders present in person or by proxy have one vote each |

| Class of share | 9% Cumulative Preference |
|---|---|
| Voting rights | On a poll, shareholders present in person or by proxy have two votes for every £5 in nominal amount of the second preference shares held<br><br>On a show-of-hands vote on other resolutions at a general meeting, shareholders present in person or by proxy have one vote each |

| Class of share | Ordinary |
|---|---|
| Voting rights | On a poll, shareholders present in person or by proxy have one vote for every ordinary share held<br><br>On a show-of-hands vote on other resolutions at a general meeting, shareholders present in person or by proxy have one vote each |

| Class of share | |
|---|---|
| Voting rights | |

CHFP000
04/11 Version 4 1

| Part 4 | **Shareholders** | |
|---|---|---|
| | Does your company have share capital? <br> → **Yes**  Complete the sections below <br> → **No**  Go to Part 5 (Signature) | ❶ This should reflect the shareholder details at the made up date of this annual return |

| **G1** | Traded public companies ❷ | |
|---|---|---|
| | ☑  Please tick the box if your company was a traded public company at any time during the period of this return | ❷ Traded company definition <br> A traded company means a company any of whose shares are admitted to trading on a regulated market |

| **G2** | List of past and present shareholders | |
|---|---|---|
| | Private and non-traded public companies are required to provide a 'full list' if one was not included with either of the last two returns <br><br> Traded public companies are required to provide a list of shareholders who held at least 5% of the issued shares of any share class if a list was not provided with either of the last two returns <br><br> Please tick the appropriate box below <br><br> ☐  A full list of shareholders for a private or non-traded public company is enclosed  Please complete **Section G3**, or <br><br> ☑  A list of shareholders holding at least 5% of the issued shares of any share class for a traded public company is enclosed  Please complete **Section G4** <br><br> ☐  A list of shareholder changes is enclosed <br> → For private or non-traded public companies, please complete **Section G3** <br> → For traded public companies, please complete **Section G4** <br><br> ☐  There were no shareholder changes in this period <br> → Go to **Part 5 (Signature)** | |
| | Please tick the appropriate box below to indicate the format of your shareholder details <br> ☑  The list of shareholders is enclosed on paper <br> ☐  The list of shareholders is enclosed in another format | |

CHFP000
04/11 Version 4 1

# AR01
Annual Return

**G3**     **Private or non-traded public companies – list of past and present shareholders**

| | |
|---|---|
| This section should only be completed by companies that have not traded on a regulated market at any time during the period of this return<br><br>Changes during this period to shareholders' particulars or details of the amount of stock or shares transferred must be completed each year<br><br>You must provide a 'full list' of all company shareholders on<br>– The company's first annual return following incorporation,<br>– Every third annual return after a full list has been provided | Please list the company shareholders in alphabetical order<br><br>Joint shareholders should be listed consecutively<br><br>**Further shareholders**<br>Please use a 'Private or non-traded public companies – list of past and present shareholders' continuation page if necessary |

| Shareholder's Name (Address not required) | Class of share | Shares or stock currently held | Shares or stock transferred (if appropriate) | |
|---|---|---|---|---|
| | | Number of shares or amount of stock | Number of shares or amount of stock | Date of registration of transfer |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |
| | | | | /    / |

CHFP000
04/11 Version 4 1

## AR01
Annual Return

**G4**

### Traded public companies – list of past and present shareholders

This section should show the shareholders that hold at **least 5%** of any class of share(s) of the company at the date of this return It should only be completed by public companies that have traded on a regulated market at any time during the period of this return

Changes during this period to shareholders' particulars or details of the amount of stock or shares transferred must be completed each year

You must provide a 'full list' of all company shareholders on
– The company's first annual return following incorporation,
– Every third annual return after a full list has been provided

Please list the company shareholders in alphabetical order

Joint shareholders should be listed consecutively

**Further shareholders**
Please use a 'Traded public companies – list of past and present shareholders' continuation page if necessary

| Shareholder's details | Class of share | Shares or stock currently held | Shares or stock transferred (if appropriate) | |
|---|---|---|---|---|
| | | Number of shares or amount of stock | Number of shares or amount of stock | Date of registration of transfer |
| Name Please see Appendix A | | | | / / |
| Address | | | | / / |
| | | | | / / |
| Name | | | | / / |
| Address | | | | / / |
| | | | | / / |
| Name | | | | / / |
| Address | | | | / / |
| | | | | / / |
| Name | | | | / / |
| Address | | | | / / |
| | | | | / / |

CHFP000
04/11 Version 4 1

**APPENDIX A**

BP P L C
Company number  102498
Annual Return dated 5/5/2011

G2 and G4  List of past and present shareholders holding at least 5% of the issued shares of any share class for a
traded public company at any time during the annual return period

| Shareholder's Name and address | Class of share | Number of shares held | Number of shares transferred | Date of registration of transfer |
|---|---|---|---|---|
| Chase Nominees Limited<br>PO Box 18171<br>125 London Wall<br>London<br>EC2Y 5AJ | 9% Cumulative Preference Shares of £1 each | 987,000 | | |
| HSBC Global Custody Nominee (UK) Limited<br>8 Canada Square<br>London<br>E14 5HQ | 9% Cumulative Preference Shares of £1 each | 438,000 | | |
| Pershing Nominees Limited<br>Capstan House<br>One Clove Crescent<br>East India Dock<br>London<br>E14 2BH | 9% Cumulative Preference Shares of £1 each | 404,500 | | |
| Prudential Client HSBC GIS Nominee (UK) Limited<br>8 Canada Square<br>London<br>E14 5HQ | 9% Cumulative Preference Shares of £1 each | 644,450 | 23 642<br>15,000<br>1,710<br>10,507 | 7-May-2010<br>19-May-2010<br>4-Jun-2010<br>7-Jun-2010 |
| Roy Nominees Limited<br>71 Queen Victoria Street<br>London<br>EC4V 4DE | 9% Cumulative Preference Shares of £1 each | 263,000 | -10,000<br>-9,000<br>-3,000<br>-6,000 | 22-Jul-2010<br>21-Dec-2010<br>14-Jan-2011<br>20-Jan-2011 |
| Chase Nominees Limited<br>PO Box 18171<br>125 London Wall<br>London<br>EC2Y 5AJ | 8% Cumulative Preference Shares of £1 each | 945,000 | | |
| Dunlaw Nominees Limited<br>Wrotham Place<br>Wrotham<br>Sevenoaks<br>Kent<br>TN15 7AE | 8% Cumulative Preference Shares of £1 each | 459,876 | -1,500<br>1,500<br>-2,000 | 21-Oct-2010<br>21-Oct-2010<br>11-Nov-2010 |
| HSBC Global Custody Nominee (UK) Limited<br>8 Canada Square<br>London<br>E14 5HQ | 8% Cumulative Preference Shares of £1 each | Closed | -100,000<br>-50,000<br>-50,000<br>-115,000<br>-79,538 | 9-Aug-2010<br>9-Aug-2010<br>12-Aug-2010<br>16-Aug-2010<br>23-Aug-2010 |
| Prudential Client HSBC GIS Nominee (UK) Limited<br>8 Canada Square<br>London<br>E14 5HQ | 8% Cumulative Preference Shares of £1 each | 528,150 | | |
| Bearer Warrants to Subscribe<br>Highdown House<br>Yeoman Way<br>Worthing<br>West Sussex<br>BN99 6HH | Ordinary shares of US$0 25 each (**NB  These shares are held by JPMorgan Chase Bank, N A , the ADS depositary and transfer agent** ) | 4,824,143,600 | -50,000,000<br>-50,000,000<br>-50,000,000<br>-50,000,000<br>-50,000,000<br>-50,000,000 | 23-Jun-2010<br>5-Jul-2010<br>9-Jul-2010<br>9-Jul-2010<br>26-Jul-2010<br>5-Aug-2010 |
| BP Plc<br>C/O Client Services<br>Equiniti Limited<br>Aspect House<br>Spencer Road<br>Lancing<br>West Sussex<br>BN99 6DA | Ordinary shares of US$0 25 each (**NB  Held as Treasury Shares**) | 1,846,841,888 | -4,712<br>-1,940,794<br>-1,050<br>-460,778<br>-4,159<br>-11,736<br>-8,927<br>-1,084 | 10-May-2010<br>12-May-2010<br>13-May-2010<br>13-May-2010<br>17-May-2010<br>24-May-2010<br>1-Jun-2010<br>7-Jun-2010 |

| | | | | |
|---|---|---|---|---|
| | | | -843,190 | 15-Jun-2010 |
| | | | -3,070 | 13-Jul-2010 |
| | | | -702,775 | 15-Jul-2010 |
| | | | -784 | 19-Jul-2010 |
| | | | -457 | 2-Aug-2010 |
| | | | -594,969 | 13-Aug-2010 |
| | | | -1,635 | 16-Aug-2010 |
| | | | -2,516 | 23-Aug-2010 |
| | | | -2,280 | 31-Aug-2010 |
| | | | -10,173 | 9-Sep-2010 |
| | | | -5 094 | 13-Sep-2010 |
| | | | -619,948 | 15-Sep-2010 |
| | | | -4,241 | 16-Sep-2010 |
| | | | -16,271 | 20-Sep-2010 |
| | | | -3,532 | 27-Sep-2010 |
| | | | -748 | 30-Sep-2010 |
| | | | -8,673 | 4-Oct-2010 |
| | | | -9,395 | 7-Oct-2010 |
| | | | -6,909 | 11-Oct-2010 |
| | | | -586,835 | 14-Oct-2010 |
| | | | -4,577 | 14-Oct-2010 |
| | | | -3,747 | 18-Oct-2010 |
| | | | -1,198 | 21-Oct-2010 |
| | | | -4,322 | 25-Oct-2010 |
| | | | -1,372 | 28-Oct-2010 |
| | | | -535 | 1-Nov-2010 |
| | | | -4,602 | 4-Nov-2010 |
| | | | -2,422 | 8-Nov-2010 |
| | | | -562 341 | 15-Nov-2010 |
| | | | -17,795 | 15-Nov-2010 |
| | | | -6,744 | 18-Nov-2010 |
| | | | -10,431 | 22-Nov-2010 |
| | | | -830 | 25-Nov-2010 |
| | | | -12,147 | 29-Nov-2010 |
| | | | -2,946,158 | 2-Dec-2010 |
| | | | -3 012 | 6-Dec-2010 |
| | | | -3,747 | 9-Dec-2010 |
| | | | -19,128 | 13-Dec-2010 |
| | | | -567,278 | 15-Dec-2010 |
| | | | -6,030 | 16-Dec-2010 |
| | | | -20,059 | 20-Dec-2010 |
| | | | -10,838 | 23-Dec-2010 |
| | | | -51,522 | 30-Dec-2010 |
| | | | -49,042 | 6-Jan-2011 |
| | | | -105,603 | 10-Jan-2011 |
| | | | -517,596 | 13-Jan-2011 |
| | | | -52,688 | 13-Jan-2011 |
| | | | -5,452 | 13-Jan-2011 |
| | | | 20 | 13-Jan-2011 |
| | | | -53 055 | 17-Jan-2011 |
| | | | -21,859 | 20-Jan-2011 |
| | | | -38,873 | 24-Jan-2011 |
| | | | -37,108 | 27-Jan-2011 |
| | | | -51,998 | 31-Jan-2011 |
| | | | -15,180 | 3-Feb-2011 |
| | | | -60,668 | 7-Feb-2011 |
| | | | -24,895 | 10-Feb-2011 |
| | | | -528,940 | 10-Feb-2011 |
| | | | -23,133 | 14-Feb-2011 |
| | | | -6,067 | 17-Feb-2011 |
| | | | -379,814 | 18-Feb-2011 |
| | | | -36,066 | 21-Feb-2011 |
| | | | -18,693 | 24-Feb-2011 |
| | | | -76,290 | 25-Feb-2011 |
| | | | -69,389 | 28-Feb-2011 |
| | | | -63 914 | 3-Mar-2011 |
| | | | -52,287 | 7-Mar-2011 |
| | | | -206 | 10-Mar-2011 |
| | | | -7,082 | 14-Mar-2011 |
| | | | -523 850 | 15-Mar-2011 |
| | | | -4,198 | 21-Mar-2011 |
| | | | -4,089 | 28-Mar-2011 |
| | | | -2,076 | 31-Mar-2011 |
| | | | -442,885 | 1-Apr-2011 |

| | | | | |
|---|---|---|---|---|
| | | | -11,061 | 4-Apr-2011 |
| | | | -2,385 | 7-Apr-2011 |
| | | | -2,076 | 11-Apr-2011 |
| | | | -857,542 | 14-Apr-2011 |
| | | | -3,935 | 18-Apr-2011 |
| | | | -4,360 | 21-Apr-2011 |
| | | | -2,551 | 5-May-2011 |

## AR01
Annual Return

| Part 5 | Signature | |
|---|---|---|

| | This must be completed by all companies | ❶ Societas Europaea |
|---|---|---|
| | I am signing this form on behalf of the company | If the form is being filed on behalf of a Societas Europaea (SE) please delete 'director' and insert details of which organ of the SE the person signing has membership |
| Signature | Signature <br> X ~~~~~~~~~~~~ X | ❷ Person authorised <br> Under either section 270 or 274 of the Companies Act 2006 |
| | This form may be signed by <br> Director ❶, Secretary, Person authorised ❷, Charity commission receiver and manager, CIC manager, Judicial factor | |

CHFP000
04/11 Version 4 1

# AR01
## Annual Return

### 👤 Presenter information

You do not have to give any contact information, but if you do it will help Companies House if there is a query on the form  The contact information you give will be visible to searchers of the public record

Contact name

Company name   **BP P L C**

Address   Company Secretary's Office

1 St James's Square

Post town   London

County/Region

Postcode   | S | W | 1 | Y | | 4 | P | D |

Country

DX

Telephone   0207 496 4000

### ✔ Checklist

We may return forms completed incorrectly or with information missing

Please make sure you have remembered the following
- ☐ The company name and number match the information held on the public Register
- ☐ You have completed your principal business activity
- ☐ You have not used this form to make changes to the registered office address
- ☐ You have not used this form to make changes to secretary and director details
- ☐ You have fully completed the Statement of capital (if applicable)
- ☐ You have signed the form
- ☐ You have enclosed the correct fee

### ❗ Important information

Please note that all information on this form will appear on the public record

### £ How to pay

A fee is payable on this form
Make cheques or postal orders payable to 'Companies House'  For information on fees, go to  www companieshouse gov uk

### ✉ Where to send

You may return this form to any Companies House address, however for expediency we advise you to return it to the appropriate address below

**For companies registered in England and Wales**
The Registrar of Companies, Companies House, Crown Way, Cardiff, Wales, CF14 3UZ
DX 33050 Cardiff

**For companies registered in Scotland**
The Registrar of Companies, Companies House, Fourth floor, Edinburgh Quay 2, 139 Fountainbridge, Edinburgh, Scotland, EH3 9FF
DX ED235 Edinburgh 1
or LP - 4 Edinburgh 2 (Legal Post)

**For companies registered in Northern Ireland**
The Registrar of Companies, Companies House, Second Floor, The Linenhall, 32-38 Linenhall Street, Belfast, Northern Ireland, BT2 8BG
DX 481 N R  Belfast 1

### ℹ Further information

For further information, please see the guidance notes on the website at www companieshouse gov uk or email enquiries@companieshouse gov uk

This form is available in an alternative format. Please visit the forms page on the website at www.companieshouse gov uk