# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2234 | | | | | | | Southern Ridge Pipeline GP LLC | | | | | | | | | | Southern Ridge Pipeline Holding Company, 50%, Chocolate Bayou Pipeline Holding Company, 50% | USA | 50.00% |
| 2235 | | | | | | | | Southern Ridge Pipeline Partners LP | | | | | | | | | Southern Ridge Pipeline LP LLC, 49.95%, Southern Ridge Pipeline GP LLC, 0.1%, Chocolate Bayou Pipeline LLC, 49.95% | USA | 50.00% |
| 2236 | | | | | | | Southern Ridge Pipeline LP LLC | | | | | | | | | | Southern Ridge Pipeline Holding Company, 100% | USA | 100.00% |
| 2237 | | | | | | | | Southern Ridge Pipeline Partners LP | | | | | | | | | Southern Ridge Pipeline LP LLC, 49.95%, Southern Ridge Pipeline GP LLC, 0.1%, Chocolate Bayou Pipeline LLC, 49.95% | USA | 50.00% |
| 2238 | | | | | | Vastar Pipeline, LLC | | | | | | | | | | | BP Pipelines (North America) Inc., 100% | USA | 100.00% |
| 2239 | | | | | BP Products North America Inc | | | | | | | | | | | | BP Company North America Inc., 48.29%, The Standard Oil Company, 27.72%, BP Exploration (Alaska) Inc., 23.99% | USA | 100.00% |
| 2240 | | | | | Air BP Canada LLC | | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2241 | | | | | American Oil Company | | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2242 | | | | | Amoco Environmental Services Company | | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2243 | | | | | Amoco Marketing Environmental Services Company | | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2244 | | | | | Amoco Oil Holding Company | | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2245 | | | | | | Amoco Corporate Development Company (Latin America) | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2246 | | | | | | Amoco Eurasia Oil Company | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2247 | | | | | | Amoco Louisiana Fractionator Company | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2248 | | | | | | Amoco MB Fractionation Company | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2249 | | | | | | Amoco MBF Company | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2250 | | | | | | Amoco Sulfur Recovery Company | | | | | | | | | | | Amoco Oil Holding Company, 50%, Amoco Chemical (Europe) S.A., 50% | USA | 100.00% |
| 2251 | | | | | | Joint Basin Corporation | | | | | | | | | | | Amoco Oil Holding Company, 25%, TransMontaigne Operating Company LP, 25%, Citgo Petroleum Corporation, 25%, Motiva Enterprises LLC, 25% | USA | 25.00% |
| 2252 | | | | | | Omega Oil Company | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2253 | | | | | | Utah Oil Refining Company | | | | | | | | | | | Amoco Oil Holding Company, 100% | USA | 100.00% |
| 2254 | | | | | | ARCO Mexico Projects, Inc | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2255 | | | | | | ARCO Mexico Ventures, Inc | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2256 | | | | | | ARCO Wittenberg Investments Limited | | | | | | | | | | | BP Products North America Inc., 79%, BP Global Investments Limited, 21% | Bahamas | 100.00% |
| 2257 | | | | | | BP Caribbean Trading Company Inc | | | | | | | | | | | BP Products North America Inc., 100% | Panama | 100.00% |
| 2258 | | | | | | BP Oil Marketing Co | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2259 | | | | | | BP West Coast Products LLC | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2260 | | | | | | | AM/PM International Inc | | | | | | | | | | BP West Coast Products LLC, 100% | USA | 100.00% |
| 2261 | | | | | | | ARCO Material Supply Company | | | | | | | | | | BP West Coast Products LLC, 100% | USA | 100.00% |
| 2262 | | | | | | | ARCO Terminal Services Corporation | | | | | | | | | | BP West Coast Products LLC, 100% | USA | 100.00% |
| 2263 | | | | | | | ARCO Western Gas Pipeline Company | | | | | | | | | | BP West Coast Products LLC, 100% | USA | 100.00% |
| 2264 | | | | | | Conti Cross Keys Inn, Inc | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2265 | | | | | Gravcap, Inc | | | | | | | | | | | | BP Products North America Inc., 12.5%, BP America Production Company, 12.5%, Ashland Oil Inc, 12.5%, Clark Oil & Refining Corporation 12.5%, Shell Oil Company, 12.5%, Marathon Petroleum Company, 12.5%, Texaco, Inc, 12.5%, Union Oil Company of California, 12.5% | USA | 25.00% |
| 2266 | | | | | Toledo Refinery Holding Company LLC | | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2267 | | | | | | BP-Husky Refining LLC | | | | | | | | | | | Toledo Refinery Holding Company LLC, 50%, Husky Oil Toledo Company, 50% | USA | 50.00% |
| 2268 | | | | | | Westlake Houston Development, LLC | | | | | | | | | | | BP Products North America Inc., 100% | USA | 100.00% |
| 2269 | | | | Elm Holdings Inc | | | | | | | | | | | | | The Standard Oil Company, 100% | USA | 100.00% |
| 2270 | | | | | TEA Comercio E Participacoes Ltda | | | | | | | | | | | | Elm Holdings Inc., 99%, The Standard Oil Company, 1% | Brazil | 100.00% |
| 2271 | | | | Energy Global Investments (USA) Inc | | | | | | | | | | | | | The Standard Oil Company, 100% | USA | 100.00% |
| 2272 | | | | Ken-Chas Reserve Company | | | | | | | | | | | | | BP Exploration (Alaska) Inc., 99%, The Standard Oil Company, 1% | USA | 100.00% |
| 2273 | | | | Kitt Energy Corporation | | | | | | | | | | | | | The Standard Oil Company, 100% | USA | 100.00% |
| 2274 | | | | Prospect International, C A | | | | | | | | | | | | | The Standard Oil Company, 99.9%, Alfred E. Wolf, 0.1% | Venezuela | 99.90% |
| 2275 | | | | Standard Oil Alternate Energy Development Company | | | | | | | | | | | | | The Standard Oil Company, 100% | USA | 100.00% |
| 2276 | | | | TEA Comercio E Participacoes Ltda | | | | | | | | | | | | | Elm Holdings Inc., 99%, The Standard Oil Company, 1% | Brazil | 100.00% |
| 2277 | BP International Limited | | | | | | | | | | | | | | | | BP p.l.c., 100% | England and Wales | 100.00% |
| 2278 | | Air BP Limited | | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2279 | | | Fingal Aviation Services Limited | | | | | | | | | | | | | | Air BP Limited, 50%, Shell and Topaz Aviation Ireland Limited, 50% | Ireland | 50.00% |
| 2280 | | Asera Inc | | | | | | | | | | | | | | | BP International Limited, 1%, Other Third Party, 99 | USA | 1.00% |
| 2281 | | Aviation Fuel Services Limited | | | | | | | | | | | | | | | BP International Limited, 25%, Third Party Shareholder(s), 75% | England | 25.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2282 | | | BP Alternative Energy Holdings Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2283 | | | | | BP Sunoasis Company Limited | | | | | | | | | | | | BP Alternative Energy Holdings Limited, 49%, Xinjiang SunOasis Company Limited by Shares, 51% | China | 49.00% |
| 2284 | | | | | BP Solar Deutschland GmbH | | | | | | | | | | | | BP Alternative Energy Holdings Limited, 100% | Germany | 100.00% |
| 2285 | | | | | BP Solar France | | | | | | | | | | | | BP Alternative Energy Holdings Limited 99.975%, BP Solar Espana, S.A. Unipersonal, 0.025% | France | 100.00% |
| 2286 | | | | | | BP Solar Maroc | | | | | | | | | | | BP Solar France, 100% | Morocco | 100.00% |
| 2287 | | | | | BP Solar Italia S.R.L. | | | | | | | | | | | | BP Alternative Energy Holdings Limited, 99%, BP Solar Espana, S.A. Unipersonal, 1% | Italy | 100.00% |
| 2288 | | | | | | BP (Prime) Sunoasis Company Limited | | | | | | | | | | | BP Alternative Energy Holdings Limited, 49%, Xinjiang SunOasis Company Limited by Shares, 48.57%, Xinjiang Sangou Solar Equipment Company Limited, 2.43% | China | 49.00% |
| 2289 | | | | | Solar Farm Investments Pty Ltd | | | | | | | | | | | | BP Alternative Energy Holdings Limited, 16%, Energy Pacific (Vic) Pty Ltd 15% Fotowatio Energia Renovable X, S.L. 69% | Australia | 16.00% |
| 2290 | | | | | | Moree Solar Farm Pty Ltd | | | | | | | | | | | Solar Farm Investments Pty Ltd, 100% | Australia | 16.00% |
| 2291 | | | | | Solarex Electric Ltd | | | | | | | | | | | | BP Alternative Energy Holdings Limited, 100% | Hong Kong | 100.00% |
| 2292 | | | | | Tata BP Solar India Limited | | | | | | | | | | | | BP Alternative Energy Holdings Limited, 51%, TATA Power Company Limited Mumbai, 49% | India | 51.00% |
| 2293 | | | BP Alternative Energy International Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2294 | | | | | BP Energy Vietnam Limited | | | | | | | | | | | | BP Alternative Energy International Limited, 100% | Vietnam | 100.00% |
| 2295 | | | | | BP Solar do Brasil Ltda | | | | | | | | | | | | BP Alternative Energy International Limited, 99%, BP Global Investments Limited, 1% | Brazil | 100.00% |
| 2296 | | | | HECA LONDON LIMITED | | | | | | | | | | | | | BP Alternative Energy International Limited 50% Rio Tinto Energy Limited, 50% | England and Wales | 50.00% |
| 2297 | | | | Hydrogen Energy International Limited | | | | | | | | | | | | | BP Alternative Energy International Limited, 100% | England and Wales | 100.00% |
| 2298 | | | | | | Hydrogen Energy Australia Pty Ltd | | | | | | | | | | | Hydrogen Energy International Limited, 100% | Australia | 100.00% |
| 2299 | | | | | | North Sea Carbon Management Company Limited | | | | | | | | | | | Hydrogen Energy International Limited, 100% | England and Wales | 100.00% |
| 2300 | | | | | | UKCS Carbon Management Company Limited | | | | | | | | | | | Hydrogen Energy International Limited, 100% | England and Wales | 100.00% |
| 2301 | | | | Peterhead Hydrogen Power Limited | | | | | | | | | | | | | BP International Limited, 100% | Scotland | 100.00% |
| 2302 | | | BP Asia Pacific Holdings Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2303 | | | | | BP Asia Pacific (Malaysia) Sdn Bhd | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | Malaysia | 100.00% |
| 2304 | | | | | BP Biofuels Brazil Investments Limited | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | England and Wales | 100.00% |
| 2305 | | | | | | Companhia Nacional de Acucar e Alcool | | | | | | | | | | | BP Biofuels Brazil Investments Limited, 83.58%, LDC-SEV Bioenergia S.A. 16.26%, GS Power Holdings, 0.11%, QP Investments LLC, 0.04%, Discovery Global Citizen America LLC, 0.01% | Brazil | 83.58% |
| 2306 | | | | | | | | Campina Verde Bioenergia Ltda | | | | | | | | | Campina Verde Empreendimentos e Participacoes S.A., 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2307 | | | | | | | Campina Verde Empreendimentos e Participacoes S.A. | | | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda., 0.01% | Brazil | 83.58% |
| 2308 | | | | | | | | Campina Verde Bioenergia Ltda | | | | | | | | | Campina Verde Empreendimentos e Participacoes S.A., 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2309 | | | | | | | | Central Itumbiara de Bioenergia e Alimentos S.A. | | | | | | | | | Central Itumbiara de Empreendimentos e Participacoes S.A., 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2310 | | | | | | | Itutuaba Empreendimentos e Participacoes S.A. | | | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Central Itumbiara de Bioenergia e Alimentos S.A., 0.01% | Brazil | 83.58% |
| 2311 | | | | | | | | Ituiutaba Bioenergia Ltda | | | | | | | | | Ituiutaba Empreendimentos e Participacoes S.A., 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2312 | | | | | | | | | Campina Verde Empreendimentos e Participacoes S.A. | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda., 0.01% | Brazil | 83.58% |
| 2313 | | | | | | | | | | Campina Verde Bioenergia Ltda | | | | | | | Campina Verde Empreendimentos e Participacoes S.A. 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2314 | | | | | | | | | Platina Bioenergia Ltda | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda., 0.01% | Brazil | 83.58% |
| 2315 | | | | | | | | Central Itumbiara de Empreendimentos e Participacoes S.A. | | | | | | | | | Companhia Nacional de Acucar e Alcool, 100% | Brazil | 83.58% |
| 2316 | | | | | | | | | Central Itumbiara de Bioenergia e Alimentos S.A. | | | | | | | | Central Itumbiara de Empreendimentos e Participacoes S.A. 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2317 | | | | | | | | | | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Central Itumbiara de Bioenergia e Alimentos S.A., 0.01% | Brazil | 83.58% |
| 2318 | | | | | | | | | | | | Ituiutaba Empreendimentos e Participacoes S A | | | | | Ituiutaba Empreendimentos e Participacoes S A, 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2319 | | | | | | | | | Ituiutaba Bioenergia Ltda | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2320 | | | | | | | | | | | | Campina Verde Bioenergia Ltda | | | | | Campina Verde Empreendimentos e Participacoes S A, 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2321 | | | | | | | | | | | Platina Bioenergia Ltda | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2322 | | | | | | | | Ituiutaba Bioenergia Ltda | | | | | | | | | Ituiutaba Empreendimentos e Participacoes S A, 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2323 | | | | | | | | | | | Campina Verde Empreendimentos e Participacoes S A | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2324 | | | | | | | | | | Campina Verde Bioenergia Ltda | | | | | | | Campina Verde Empreendimentos e Participacoes S A, 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2325 | | | | | | | | Platina Bioenergia Ltda | | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2326 | | | | | | | | | Ituiutaba Empreendimentos e Participacoes S A | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Central Itumbiara de Bioenergia e Alimentos S A, 0.01% | Brazil | 83.58% |
| 2327 | | | | | | | | | Ituiutaba Bioenergia Ltda | | | | | | | | Ituiutaba Empreendimentos e Participacoes S A, 99.99%, Companhia Nacional do Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2328 | | | | | | | | | | Campina Verde Empreendimentos e Participacoes S A | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2329 | | | | | | | | | | Campina Verde Bioenergia Ltda | | | | | | | Campina Verde Empreendimentos e Participacoes S A, 99.99%, Companhia Nacional de Acucar e Alcool, 0.01% | Brazil | 83.58% |
| 2330 | | | | | | | | Platina Bioenergia Ltda | | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2331 | | | | | | | Platina Bioenergia Ltda | | | | | | | | | | Companhia Nacional de Acucar e Alcool, 99.99%, Ituiutaba Bioenergia Ltda, 0.01% | Brazil | 83.58% |
| 2332 | | | | | BP Business Service Centre Asia Sdn Bhd | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | Malaysia | 100.00% |
| 2333 | | | | | BP Chemicals S E A Pte Ltd | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | Singapore | 100.00% |
| 2334 | | | | | BP Chile Petrolera Limitada | | | | | | | | | | | | BP International Limited, 50%, BP Asia Pacific Holdings Limited, 50% | Chile | 100.00% |
| 2335 | | | | | BP Guangdong Limited | | | | | | | | | | | | BP Asia Pacific Holdings Limited 90% Yuehai Import & Export Co, 10% | China | 90.00% |
| 2336 | | | | | BP New Zealand Holdings Limited | | | | | | | | | | | | BP Asia Pacific Holdings Limited 100% | New Zealand | 100.00% |
| 2337 | | | | | | BP Oil New Zealand Limited | | | | | | | | | | | BP New Zealand Holdings Limited 100% | New Zealand | 100.00% |
| 2338 | | | | | | BP New Zealand Share Scheme Limited | | | | | | | | | | | BP Oil New Zealand Limited, 100% | New Zealand | 100.00% |
| 2339 | | | | | | Coastal Oil Logistics Limited | | | | | | | | | | | BP Oil New Zealand Limited 25%, Greenstone Energy Limited, 25%, Mobil Oil New Zealand Ltd, 25%, Chevron New Zealand, 25% | New Zealand | 25.00% |
| 2340 | | | | | | Coro Trading NZ Ltd | | | | | | | | | | | BP Oil New Zealand Limited, 100% | New Zealand | 100.00% |
| 2341 | | | | | | Independent Petroleum Laboratory Limited | | | | | | | | | | | BP Oil New Zealand Limited, 25.8%, The New Zealand Refining Company Limited, 74.2% | New Zealand | 25.80% |
| 2342 | | | | | | McFall Fuel Limited | | | | | | | | | | | BP Oil New Zealand Limited, 30.7%, Other Third Party, 69.3 | New Zealand | 30.70% |
| 2343 | | | | | | | Direct Fuels Limited | | | | | | | | | | McFall Fuel Limited 100% | New Zealand | 30.70% |
| 2344 | | | | | | New Zealand Oil Services Limited | | | | | | | | | | | BP Oil New Zealand Limited, 50%, Greenstone Energy Limited, 50% | New Zealand | 50.00% |
| 2345 | | | | | | Penegree Limited | | | | | | | | | | | BP Oil New Zealand Limited, 25%, Greenstone Energy Limited, 25%, Mobil Oil New Zealand Ltd, 25%, Chevron New Zealand, 25% | New Zealand | 25.00% |
| 2346 | | | | | | RD Petroleum Limited | | | | | | | | | | | BP Oil New Zealand Limited, 49%, Wilson Holdings Limited, 51% | New Zealand | 49.00% |
| 2347 | | | | | | Rural Fuel Limited | | | | | | | | | | | BP Oil New Zealand Limited, 49%, Larry & Jane Ellison, 51% | New Zealand | 49.00% |
| 2348 | | | | | Win Oil Services Ltd | | | | | | | | | | | | BP Oil New Zealand Limited, 27.78%, Mobil Oil New Zealand Limited, 27.78%, Greenstone Energy Limited, 27.78%, Chevron New Zealand, 16.66% | New Zealand | 27.78% |
| 2349 | | | | | BP Pacific Investments Ltd | | | | | | | | | | | | BP New Zealand Holdings Limited, 100% | New Zealand | 100.00% |
| 2350 | | | | | Europa Oil NZ Limited | | | | | | | | | | | | BP New Zealand Holdings Limited, 100% | New Zealand | 100.00% |
| 2351 | | | | | | The New Zealand Refining Co Ltd | | | | | | | | | | | BP New Zealand Holdings Limited, 15.09%, Europa Oil NZ Limited, 8.57%, Other Third Party, 76.34 | New Zealand | 23.66% |
| 2352 | | | | | | The New Zealand Refining Co Ltd | | | | | | | | | | | BP New Zealand Holdings Limited, 15.09%, Europa Oil NZ Limited, 8.57%, Other Third Party, 76.34 | New Zealand | 23.66% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2353 | | | | BP Oil Vietnam Limited | | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | England and Wales | 100.00% |
| 2354 | | | | | Castrol BP Petco Limited Liability Company | | | | | | | | | | | | BP Oil Vietnam Limited 59% Castrol Limited, 6%, Petrolimex, 35% | Vietnam | 65.00% |
| 2355 | | | | BP Taiwan Limited (In Liquidation) | | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | England and Wales | 100.00% |
| 2356 | | | | BP (Shanghai) Trading Limited | | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | China | 100.00% |
| 2357 | | | | Consolidada de Energia y Lubricantes, (CENERLUB) C.A | | | | | | | | | | | | | BP Global Investments Limited, 99.01%, BP Asia Pacific Holdings Limited, 0.99% | Venezuela | 100.00% |
| 2358 | | | | Lebanese Aviation Technical Services S A L | | | | | | | | | | | | | BP Asia Pacific Holdings Limited, 100% | Lebanon | 100.00% |
| 2359 | | | BP Biofuels UK Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2360 | | | | Kingston Research Limited | | | | | | | | | | | | | BP Biofuels UK Limited, 50%, Du Pont (UK) Limited 50% | England and Wales | 50.00% |
| 2361 | | | | Tropical BioEnergia S A | | | | | | | | | | | | | BP Biofuels UK Limited, 50%, LDC-SEV Bioenergia S A , 25%, Maeda S A Agroindustrial, 25% | Brazil | 50.00% |
| 2362 | | | Viveros Fuels Limited | | | | | | | | | | | | | | BP Biofuels UK Limited, 45% ABF Investments plc 45% Du Pont (UK) Limited, 10% | England and Wales | 45.00% |
| 2363 | | | BP Brasil Investimentos Ltda | | | | | | | | | | | | | | BP International Limited, 99%, Kenilworth Oil Company Limited, 1% | Brazil | 100.00% |
| 2364 | | | BP Capital Markets p l c | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2365 | | | BP Caplux S A | | | | | | | | | | | | | | BP International Limited, 100% | Luxembourg | 100.00% |
| 2366 | | | BP Arobel N V | | | | | | | | | | | | | | BP Caplux S A , 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2367 | | | | BP Capital V O F | | | | | | | | | | | | | BP Arobel N V , 99.23%, BP Caplux S A , 0.77% | Belgium | 100.00% |
| 2368 | | | | | BP Capital AUD V O F | | | | | | | | | | | | BP Capital V O F , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2369 | | | | | BP Capital EURO V O F | | | | | | | | | | | | BP Capital V O F , 99.99% BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2370 | | | | | BP Capital NOK V O F | | | | | | | | | | | | BP Capital V O F , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2371 | | | BP Capital AUD V O F | | | | | | | | | | | | | | BP Caplux S A , 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2372 | | | BP Capital EURO V O F | | | | | | | | | | | | | | BP Caplux S A , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2373 | | | BP Capital NOK V O F | | | | | | | | | | | | | | BP Caplux S A , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2374 | | | BP Capital V O F | | | | | | | | | | | | | | BP Arobel N V  99.23% BP Caplux S A  0.77% | Belgium | 100.00% |
| 2375 | | | | BP Capital AUD V O F | | | | | | | | | | | | | BP Capital V O F , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2376 | | | | BP Capital EURO V O F | | | | | | | | | | | | | BP Capital V O F , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2377 | | | | BP Capital NOK V O F | | | | | | | | | | | | | BP Capital V O F , 99.99%, BP Caplux S A , 0.01% | Belgium | 100.00% |
| 2378 | | | BP Chemicals Investments Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2379 | | | BP Aromatics Holdings Limited | | | | | | | | | | | | | | BP Chemicals Investments Limited, 100% | England and Wales | 100.00% |
| 2380 | | | | BP Aromatics Limited | | | | | | | | | | | | | BP Aromatics Holdings Limited, 100% | England and Wales | 100.00% |
| 2381 | | | | BP Aromatics Limited N V | | | | | | | | | | | | | BP Aromatics Holdings Limited, 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2382 | | | BP Chemicals Limited | | | | | | | | | | | | | | BP Chemicals Investments Limited  100% | England and Wales | 100.00% |
| 2383 | | | | BP Chemicals France Holding | | | | | | | | | | | | | BP Chemicals Limited, 100% | France | 100.00% |
| 2384 | | | | | BP France | | | | | | | | | | | | BP Global Investments Limited, 95%, BP Chemicals France Holding, 5% | France | 100.00% |
| 2385 | | | | | | BP Polypropylene France | | | | | | | | | | | BP France, 100% | France | 100.00% |
| 2386 | | | | | | | Compagnie pour la Participation Eco-Emballages - ECOPAR | | | | | | | | | | BP France, 0.43%, Other Third Party, 99.57 | France | 0.43% |
| 2387 | | | | | | | Depots Petroliers de Fos - DPF | | | | | | | | | | BP France, 5.88%, Other Third Party, 94.12 | France | 5.88% |
| 2388 | | | | | | | Dépôt Pétrolier de Portes-Les-Valence - DPPV | | | | | | | | | | BP France, 18% Total 82% | France | 18.00% |
| 2389 | | | | | | | Entrepot pétrolier de Chambery | | | | | | | | | | BP France, 32%, Total, 56%, Bollore, 12% | France | 32.00% |
| 2390 | | | | | | | Entrepot petrolier de Lyon | | | | | | | | | | BP France, 18.01%, Total, 41.27%, ESSENCE ET CARBURANTS, 8.76%, Agip, 8.76%, Other Third Party, 23.2 | France | 18.01% |
| 2391 | | | | | | | Entrepôt Pétrolier de Puget sur Argens - EPPA | | | | | | | | | | BP France, 58.25%, Total, 41.75% | France | 58.25% |
| 2392 | | | | | | | Entrepôts Pétroliers Provençaux - EPP | | | | | | | | | | BP France, 17.29%, Total, 82.71% | France | 17.29% |
| 2393 | | | | | | | Fuelling Aviation Service - FAS | | | | | | | | | | BP France, 50%, AGIP, 25%, TOTAL, 25% | France | 50.00% |
| 2394 | | | | | | | GEOGAZ - LAVERA | | | | | | | | | | BP France, 19.59%, Other Third Party, 80.41 | France | 19.59% |
| 2395 | | | | | | | GEOSTOCK HOLDING | | | | | | | | | | BP France, 25%, Other Third Party, 75 | France | 25.00% |
| 2396 | | | | | | | GEOVEXIN | | | | | | | | | | BP France, 8.16%, ANTARGAZ, 44.9%, Total, 26.53%, Butagaz, 20.41% | France | 8.16% |
| 2397 | | | | | | | Groupement d'Exploitation du Dépôt de Réception de Chennevières - GEDRC | | | | | | | | | | BP France, 12.5%, CHEVRON FRANCE, 12.5%, AGIP, 12.5%, KUWAIT PETROLEUM AVIATION, 12.5%, AIR FRANCE, 12.5%, SHELL, 12.5%, ESSO, 12.5%, TOTAL, 12.5% | France | 12.50% |
| 2398 | | | | | | | Groupement de Distribution de Carburants de Rungis (DISCARIS) | | | | | | | | | | BP France, 33.3333333333333%, Shell, 33.3333333333333%, Total, 33.3333333333333% | France | 33.33% |
| 2399 | | | | | | | Groupement Pétrolier de Brest - GPB | | | | | | | | | | BP France, 19%, TOTAL FRANCE, 81% | France | 19.00% |
| 2400 | | | | | | | Groupement Pétrolier de Saint Pierre des Corps - GPSPC | | | | | | | | | | BP France, 20%, Total, 50%, Pétroplus Marketing France, 20%, Esso, 10% | France | 20.00% |
| 2401 | | | | | | | Groupement Pétrolier de Strasbourg | | | | | | | | | | BP France, 33.33%, Total, 66.67% | France | 33.33% |

## BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2402 | | | | | | | Groupement pour l'Avitaillement d'Orly - GAO | | | | | | | | | | BP France, 33.33%, Total France, 66.67%, Total France, 0% | France | 33.33% |
| 2403 | | | | | | | Groupement pour l'Avitaillement de Lyon Saint-Exupéry - GALYS | | | | | | | | | | BP France, 50%, Total, 50% | France | 50.00% |
| 2404 | | | | | | | Groupement pour l'Avitaillement de Marseille Provence - GAM | | | | | | | | | | BP France, 33.33%, Total, 66.67% | France | 33.33% |
| 2405 | | | | | | | Groupement pour l'Avitaillement de Nice Cote d'Azur - GANCA | | | | | | | | | | BP France, 33.33%, TOTAL FRANCE, 66.67% | France | 33.33% |
| 2406 | | | | | | | Groupement pour l'Avitaillement de Toulouse - GAT | | | | | | | | | | BP France, 50%, TOTAL FRANCE, 50% | France | 50.00% |
| 2407 | | | | | | | Middle East Lubricants Company LLC | | | | | | | | | | BP France, 29.33%, Jelubco, 10.67%, Exxon Mobil, 19.6%, Gibca, 20.4%, Emirates General Petroleum Corporation (Emarat), 20% | United Arab Emirates | 29.33% |
| 2408 | | | | | | | Produits Métallurgie Doittau SA - PROMEDO | | | | | | | | | | BP France, 99.883%, Foseco Holding International B.V., 0.088%, Burmah Castrol PLC, 0.029% | France | 100.00% |
| 2409 | | | | | | | Raffinerie de Strasbourg | | | | | | | | | | BP France, 33.33%, TOTAL FRANCE, 66.67% | France | 33.33% |
| 2410 | | | | | | | SA de Gestion de Stocks de Sécurité - SAGESS | | | | | | | | | | BP France, 7.59%, Other Third Party, 92.41 | France | 7.59% |
| 2411 | | | | | | | SA DE L'HORLOGE | | | | | | | | | | SRHP, 0.02%, BP France, 7.78%, Other Third Party, 92.2 | France | 7.80% |
| 2412 | | | | | | | Sharjah Aviation Services Co LLC | | | | | | | | | | BP France, 49%, Sheikh Abdulla Bin Mohammed Al Thani rep by Felix Trading, 51% | United Arab Emirates | 49.00% |
| 2413 | | | | | | | SOCIETE IMMOBILIERE PETROLIERE DE GESTION - SIPG | | | | | | | | | | BP France, 12.5%, Esso, 25%, Shell, 12.5%, Agip, 12.5%, Total, 37.5% | France | 12.50% |
| 2414 | | | | | | | Société de Gestion de Dépots d'Hydrocarbures - GDH | | | | | | | | | | BP France 98% SRHP 2% | France | 100.00% |
| 2415 | | | | | | | Société de Gestion de Produits Pétroliers - SOGEPP | | | | | | | | | | BP France 37% ESSO 37% SIPLEC 10% CARFUEL SAS, 16% | France | 37.00% |
| 2416 | | | | | | | Société de Manutention de Carburants Aviation - SMCA | | | | | | | | | | BP France, 16.66%, Other Third Party, 83.34 | France | 16.66% |
| 2417 | | | | | | | Société des Dépots de Pétrole Cotiers (D.P.C) | | | | | | | | | | BP France, 10.98%, Esso, 25.85%, SCA PETROLE ET DERIVES, 24.59%, CARFUEL SAS, 24.39%, Société d'Importation E. LECLERC - SIPLEC 14.19% | France | 10.98% |
| 2418 | | | | | | | Société des Transports Pétroliers par Pipeline - TRAPIL | | | | | | | | | | BP France, 6.45%, TOTAL, 35.8%, PISTO, 32.08%, PETROPLUS, 5.5%, ESSO, 17.3%, Other Third Party, 2.87 | France | 6.45% |
| 2419 | | | | | | | Société du Pipeline Méditerranée-Rhone - SPMR | | | | | | | | | | BP France, 15.17%, Other Third Party, 84.83 | France | 15.17% |
| 2420 | | | | | | | Société du Pipeline Sud-Européen - SPSE | | | | | | | | | | BP France 8.53%, BP p.l.c., 3.56%, Other Third Party, 87.91 | France | 12.09% |
| 2421 | | | | | | | Société Havraise de Manutention de Produits Pétroliers - SHMPP | | | | | | | | | | BP France, 15.4%, TOTAL, 60.8%, ESSO SAF, 15.4%, STE F I PETROFRANCE, 8.4%, CAPIC 1 Action, 0% | France | 15.40% |
| 2422 | | | | | | | Société Maritime de Combustibles Liquides de Boulogne sur Mer - SMCL | | | | | | | | | | BP France 12.16% TOTAL 24.41%, SOBAD, 42.22%, Mme Brigitte KLIBER, 8.77%, M Vincent MAQUINGHEN, 12.36%, Other Third Party 0.08 | France | 12.16% |
| 2423 | | | | | | | SRHP | | | | | | | | | | BP France, 99.99%, Société de Gestion de dépots d'Hydrocarbures - GDH, 0.01% | France | 99.99% |
| 2424 | | | | | | | | Distribution Routiere SCI | | | | | | | | | SRHP, 0.01%, Other Third Party, 99.99 | France | 0.01% |
| 2425 | | | | | | | | Revue Générale des Routes et des Aérodromes - RGRA | | | | | | | | | SRHP, 0.57%, Other Third Party, 99.43 | France | 0.57% |
| 2426 | | | | | | | | SA DE L'HORLOGE | | | | | | | | | SRHP, 0.02%, BP France, 7.78%, Other Third Party, 92.2 | France | 7.80% |
| 2427 | | | | | | | | SCI Rue de Lille | | | | | | | | | SRHP, 7%, Other Third Party, 93 | France | 7.00% |
| 2428 | | | | | | | | SEMVIM | | | | | | | | | SRHP 7.5%, Other Third Party, 92.5 | France | 7.50% |
| 2429 | | | | | | | | Société de Gestion de Dépots d'Hydrocarbures - GDH | | | | | | | | | BP France, 98%, SRHP, 2% | France | 100.00% |
| 2430 | | | | | | BP Chemicals (Korea) Limited | | | | | | | | | | | BP Chemicals Limited, 100% | England and Wales | 100.00% |
| 2431 | | | | | | | Asian Acetyls Co. Ltd | | | | | | | | | | BP Chemicals (Korea) Limited, 34%, Samsung Fine chemicals Co.,Ltd, 33%, Union Carbide Corporation, 33% | South Korea | 34.00% |
| 2432 | | | | | | | Samsung-BP Chemicals Co. Ltd | | | | | | | | | | BP Chemicals (Korea) Limited, 51%, Samsung Group, 49% | South Korea | 51.00% |
| 2433 | | | | | | BP Korea Marketing Limited | | | | | | | | | | | BP Chemicals Limited, 100% | England and Wales | 100.00% |
| 2434 | | | | | | BP World-Wide Technical Services Limited | | | | | | | | | | | BP Chemicals Limited, 100% | England and Wales | 100.00% |
| 2435 | | | | | | BXL Plastics Limited | | | | | | | | | | | BP Chemicals Limited, 100% | England | 100.00% |
| 2436 | | | | | BP Chemicals Trading Limited | | | | | | | | | | | | BP Chemicals Investments Limited, 100% | England and Wales | 100.00% |
| 2437 | | | | | BP Chemicals (Ireland) Limited (In liquidation) | | | | | | | | | | | | BP Chemicals Investments Limited, 100% | England and Wales | 100.00% |
| 2438 | | | | | BP YPC Acetyls (Nanjing) Company Limited | | | | | | | | | | | | BP Chemicals Investments Limited, 50%, Sinopec Yangzi Petrochemical Company Limited (中国石化工集团江苏石化股份), 50% | China | 50.00% |
| 2439 | | | | | Yangtze River Acetyls Co., Ltd | | | | | | | | | | | | BP Chemicals Investments Limited, 51% Sinopec Assets Operation and Management Co., Ltd, 44%, Chongqing Energy Investment Co.,Ltd, 5% | China | 51.00% |
| 2440 | | | | BP Chemicals (International) Limited (In Liquidation) | | | | | | | | | | | | | BP International Limited 100% | England and Wales | 100.00% |
| 2441 | | | | BP Chile Petrolera Limitada | | | | | | | | | | | | | BP International Limited, 50%, BP Asia Pacific Holdings Limited, 50% | Chile | 100.00% |
| 2442 | | | | BP Dhofar LLC | | | | | | | | | | | | | BP International Limited, 49%, Dhofar International Development and Investment SAOG 51% | Oman | 49.00% |
| 2443 | | | | BP Exploration Company Limited | | | | | | | | | | | | | BP International Limited, 100% | Scotland | 100.00% |
| 2444 | | | Abu Dhabi Marine Operating Company | | | | | | | | | | | | | | BP Exploration Company Limited, 14.7%, ADNOC, 60%, JODCO, 12%, TOTAL, 13.3% | United Arab Emirates | 14.70% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1-14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|
| 2445 | Agencia Operadora Guarapiche S.A. | | | BP Exploration Company Limited, 100% | Venezuela | 100.00% |
| 2446 | BP-Japan Oil Development Company Limited | | | BP Exploration Company Limited, 50%, Japan Oil Development Company, Ltd, 50% | Scotland | 50.00% |
| 2447 | Abu Dhabi Marine Areas Limited | | | BP-Japan Oil Development Company Limited, 66.667%, TOTAL S.A., 33.333% | England | 33.33% |
| 2448 | BP Caribbean (Holdings) Limited | | | BP Exploration Company Limited, 100% | Trinidad & Tobago | 100.00% |
| 2449 | BP Exploration Company (Middle East) Limited | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2450 | Abu Dhabi Company for Onshore Oil Operations | | | BP Exploration Company (Middle East) Limited, 9.5%, ADNOC, 60%, Shell, 9.5%, Total, 9.5%, ExxonMobil, 9.5%, Partex, 2% | United Arab Emirates | 9.50% |
| 2451 | Abu Dhabi Petroleum Company Limited | | | BP Exploration Company (Middle East) Limited, 23.75%, Near East Development Corporation, 23.75%, The Shell Petroleum Company Ltd, 23.75%, TOTAL S.A., 23.75%, Participations and Explorations Corporation 5% | England | 23.75% |
| 2452 | Iraq Petroleum Company, Limited | | | BP Exploration Company (Middle East) Limited, 23.75%, Near East Development Corporation, 23.75% The Shell Petroleum Company Ltd, 23.75%, TOTAL S.A., 23.75%, Participations and Explorations Corporation, 5% | England | 23.75% |
| 2453 | BP Exploration Mexico Limited | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2454 | BP Exploration Operating Company Limited | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2455 | Amoco Angola B V | | | BPNE International B.V., 62.18%, BP Exploration Operating Company Limited, 37.82% | Netherlands | 100.00% |
| 2456 | BP Angola (Block 18) B V | | | Amoco Angola B.V., 100% | Netherlands | 100.00% |
| 2457 | Amoco Caspian Sea Petroleum Limited | | | BP Exploration Operating Company Limited, 100% | British Virgin Islands | 100.00% |
| 2458 | Black Hill Industrial Estate Limited | | | BP Exploration Operating Company Limited, 49%, Lerwick Harbour Trust, 51% | Scotland | 49.00% |
| 2459 | BP Algerie Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2460 | BP Amoco Exploration (Faroes) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2461 | BP Amoco Exploration (Forties) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2462 | BP Amoco Exploration (In Amenas) Limited | | | BP Exploration Operating Company Limited, 100% | Scotland | 100.00% |
| 2463 | BP Amoco Exploration (Inam) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2464 | BP Amoco Exploration (MSA) Limited (in liquidation) (in Liquidation) | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2465 | BP Arguni I Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2466 | BP Brasil Ltda | | | BP Exploration Operating Company Limited, 99%, BP Global Investments Limited, 1% | Brazil | 100.00% |
| 2467 | Air BP Brasil Ltda | | | BP Global Investments Limited, 99%, BP Brasil Ltda, 1% | Brazil | 100.00% |
| 2468 | BP East Kalimantan CBM Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2469 | Energy Colombia Limited | | | BP Exploration Operating Company Limited, 100%, n/a, 0% | England | 100.00% |
| 2470 | BP Exploration Angola (Kwanza Benguela) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2471 | BP Exploration Beta Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2472 | BP Exploration Company (Colombia) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2473 | BP Exploration Indonesia Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2474 | BP Exploration Libya Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2475 | BP Exploration North Africa Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2476 | BP Exploration Services Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2477 | BP Exploration (Algeria) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2478 | ARCO El-Djazair LLC | | | BP Exploration (Algeria) Limited, 49%, ARCO El-Djazair Holdings Inc., 51% | USA | 49.00% |
| 2479 | | BP Exploration (El Djazair) Limited | | ARCO El-Djazair LLC, 100% | Bahamas | 49.00% |
| 2480 | | In Salah Gas Ltd | | BP Exploration (El Djazair) Limited, 25.5%, Third Party Shareholder(s), 74.5% | Jersey | 12.50% |
| 2481 | | In Salah Gas Services Ltd | | BP Exploration (El Djazair) Limited, 25.5%, Third Party Shareholder(s), 74.5% | Jersey | 12.50% |
| 2482 | BP Exploration (Alpha) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2483 | BP Exploration (Angola) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2484 | BP Exploration (Azerbaijan) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2485 | Azerbaijan Gas Supply Company Limited | | | BP Exploration (Azerbaijan) Limited, 20.4%, SOCAR, 20%, Statoil Azerbaijan AS, 20.4%, TotalFinaElf Azerbaijan B.V., 8%, LUKAgip N.V., 8%, Nafturan Intertrade Co. (NICO) Limited, 8%, Turkish Petroleum Overseas Company Limited, 7.2%, Azerbaijan (Shah Deniz) Limited, 8% | Cayman Islands | 20.40% |
| 2486 | BP Exploration (Delta) Limited | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2487 | North Ghara Petroleum Company (NOGHCO) | | | BP Exploration (Delta) Limited, 40%, Egyptian General Petroleum Corporation, 60% | Egypt | 40.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2488 | | | | | | | | | | | | | Petro Shadwan Petroleum Company "PETRO SHADWAN" | | | | BP Exploration (Delta) Limited 25%, Egyptian General Petroleum Corporation, 50%, Tri-Ocean Energy Company (Tri-Ocean), 15%, Beach Petroleum Egypt Pty Ltd, 10% | Egypt | 25.00% |
| 2489 | | | | | | | | | | | | | West Morgan Petroleum Company (PETROMORGAN) | | | | BP Exploration (Delta) Limited, 50%, Egyptian General Petroleum Corporation, 50% | Egypt | 50.00% |
| 2490 | | | | | | | | BP Exploration (Epsilon) Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2491 | | | | | | | | BP Exploration (Nigeria Finance) Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2492 | | | | | | | | BP Exploration (Nigeria) Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | Nigeria | 100.00% |
| 2493 | | | | | | | | BP Exploration (Shah Deniz) Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2494 | | | | | | | | BP Exploration (Vietnam) Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2495 | | | | | | | | BP Exploration (Zeta) Limited (in liquidation) | | | | | | | | BP Exploration Operating Company Limited, 100% | Scotland | 100.00% |
| 2496 | | | | | | | | BP Gas Marketing Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2497 | | | | | | | | BP Iran Limited | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2498 | | | | | | BP IRAQ N V | | | | | | | | | | | BP Exploration Operating Company Limited, 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2499 | | | | | | BP Kapuas I Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2500 | | | | | | BP Kapuas II Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2501 | | | | | | BP Kapuas III Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2502 | | | | | | BP Kazakhstan Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2503 | | | | | | BP Kuwait Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2504 | | | | | | BP North Arafura Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100%, na, 0% | England | 100.00% |
| 2505 | | | | | | BP SANGATTA II LIMITED | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England | 100.00% |
| 2506 | | | | | | BP Shafag Asiman Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2507 | | | | | | BP Sharjah Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2508 | | | | | | BP TANJUNG IV LIMITED | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2509 | | | | | | BP West Papua I Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2510 | | | | | | BP West Papua III Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England and Wales | 100.00% |
| 2511 | | | | | | Bntoil Public Limited Company | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | Scotland | 100.00% |
| 2512 | | | | | | Central North Sea Fibre Telecommunications Company Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England | 100.00% |
| 2513 | | | | | | Grangemouth Holdings Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | England | 100.00% |
| 2514 | | | | | | | Grangemouth Properties Limited | | | | | | | | | | Grangemouth Holdings Limited, 100% | England | 100.00% |
| 2515 | | | | | | Oil Spill Response Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 6.85%, Other Third Party, 93.15 | England | 6.85% |
| 2516 | | | | | | PHP Investments Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 100% | Scotland | 100.00% |
| 2517 | | | | | | | PHP Operations | | | | | | | | | | BP Exploration Operating Company Limited, 51%, PHP Investments Limited, 49% | Scotland | 100.00% |
| 2518 | | | | | | | | BP Exploration (Caspian Sea) Limited | | | | | | | | PHP Operations, 100% | England and Wales | 100.00% |
| 2519 | | | | | | | | | Azerbaijan International Operating Company | | | | | | | BP Exploration (Caspian Sea) Limited, 41.5876%, Other Third Party, 58.4124 | Cayman Islands | 41.59% |
| 2520 | | | | | | | | | Georgian Pipeline Company | | | | | | | BP Exploration (Caspian Sea) Limited, 41.5876%, Other Third Party, 58.4124 | Cayman Islands | 41.59% |
| 2521 | | | | | | PHP Operators | | | | | | | | | | | BP Exploration Operating Company Limited, 51%, PHP Investments Limited, 49% | Scotland | 100.00% |
| 2522 | | | | | | | BP Exploration (Caspian Sea) Limited | | | | | | | | | | PHP Operations 100% | England and Wales | 100.00% |
| 2523 | | | | | | | | Azerbaijan International Operating Company | | | | | | | | BP Exploration (Caspian Sea) Limited, 41.5876%, Other Third Party, 58.4124 | Cayman Islands | 41.59% |
| 2524 | | | | | | | | Georgian Pipeline Company | | | | | | | | BP Exploration (Caspian Sea) Limited, 41.5876%, Other Third Party, 58.4124 | Cayman Islands | 41.59% |
| 2525 | | | | | | The Sullom Voe Association Limited | | | | | | | | | | | BP Exploration Operating Company Limited 33.3334%, Shell U K Limited, 33.3333%, Shetland Islands Council, 33.3333% | Scotland | 33.33% |
| 2526 | | | | | | VIC CBM Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 50%, Eni Lasmo plc, 50% | England and Wales | 50.00% |
| 2527 | | | | | | Virginia Indonesia Co CBM Limited | | | | | | | | | | | BP Exploration Operating Company Limited, 50%, Eni Lasmo plc, 50% | England and Wales | 50.00% |
| 2528 | | | | | BP Exploration Orinoco Limited | | | | | | | | | | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2529 | | | | | BP Exploration (Finance) Limited | | | | | | | | | | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2530 | | | | | BP Services International Limited | | | | | | | | | | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2531 | | | | | BP (Abu Dhabi) Limited | | | | | | | | | | | | BP Exploration Company Limited, 100% | England and Wales | 100.00% |
| 2532 | | | | Bunduq Company Limited | | | | | | | | | | | | | BP Exploration Company Limited, 33.35% UNITED PETROLEUM DEVELOPMENT CO LTD (JAPAN), 33.35%, TOTAL S.A., 33.3% | England | 33.35% |
| 2533 | | | | Kuwait Oil Company Limited | | | | | | | | | | | | | BP Exploration Company Limited, 50%, Gulf Kuwait Company, 50% | England | 50.00% |
| 2534 | | | BP Exploration (Alov) Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2535 | | | BP Finance p l c | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2536 | | | BP Finance (South East Asia) Limited (In Liquidation) | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2537 | | | | | BP High Density Polyethylene France - BP HDPE | | | | | | | | | | | | BP International Limited, 100% | France | 100.00% |
| 2538 | | | | | BP Holdings (Thailand) Limited | | | | | | | | | | | | BP International Limited, 49%, SOFAST Limited, 51%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 81.01% |
| 2539 | | | | | | | BP Oil (Thailand) Limited | | | | | | | | | | BP Holdings (Thailand) Limited, 51%, BP International Limited, 49%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 90.32% |
| 2540 | | | | | | | | BP - Castrol (Thailand) Limited | | | | | | | | | Castrol Limited, 34.89%, BP Oil (Thailand) Limited, 25.1%, Loxley Joint and Hold Co Ltd, 40%, Other Third Party, 0.01 | Thailand | 57.56% |
| 2541 | | | | | | | | | Duckhams Oils (Thailand) Company Limited | | | | | | | | BP Global Investments Limited, 45%, BP Oil (Thailand) Limited, 6%, MC Petroleum Ltd, 49%, Other Third Party, 0 | Thailand | 50.42% |
| 2542 | | | | | | Thai Petroleum Pipeline Company Limited | | | | | | | | | | | BP Oil (Thailand) Limited, 3.24%, PTT PLC, 33.2%, Esso (Thailand) PLC, 20.66%, The Shell Company of Thailand Ltd, 14.87%, Chevron Asia Pacific Holdings Ltd, 9.91% Thai Oil Co Ltd, 9.19%, Kuwait Petroleum (Thailand) Ltd, 4.96%, Petronas Retails (Thailand) Ltd, 3.97% | Thailand | 2.93% |
| 2543 | | | | BP Investment Management Limited | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2544 | | | | BP Marine Limited | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2545 | | | | BP Maritime Services Limited | | | | | | | | | | | | | BP International Limited, 100% | Bermuda | 100.00% |
| 2546 | | | | BP Oil International Limited | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2547 | | | | BP Oil UK Limited | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2548 | | | | | Alexander Duckham & Co Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2549 | | | | | BP Express Shopping Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England and Wales | 100.00% |
| 2550 | | | | | BP Fuels Marketing Limited (In liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | England and Wales | 100.00% |
| 2551 | | | | | BP LPG UK Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England and Wales | 100.00% |
| 2552 | | | | | BP Oil Kent Refinery Limited (in liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | England and Wales | 100.00% |
| 2553 | | | | | BP Oil Llandarcy Refinery Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England and Wales | 100.00% |
| 2554 | | | | | BP Oil Logistics UK Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England and Wales | 100.00% |
| 2555 | | | | | British Pipeline Agency Limited | | | | | | | | | | | | BP Oil UK Limited, 50%, Shell U K Limited, 50% | England | 50.00% |
| 2556 | | | | | Dorchester Oil Trading Company Limited (In Liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2557 | | | | | Handygas Limited (in liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2558 | | | | | Ludgate Sixty Nine Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2559 | | | | | | Charringtons Fuels Limited (In liquidation) (In Liquidation) | | | | | | | | | | | Ludgate Sixty Nine Limited, 100% | England | 100.00% |
| 2560 | | | | | Macgas Limited (in liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | Scotland | 100.00% |
| 2561 | | | | | Munster, Simms & Co Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | Northern Ireland | 100.00% |
| 2562 | | | | | National Benzole Company Limited | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2563 | | | | | Scottish Oils Limited (In Liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | Scotland | 100.00% |
| 2564 | | | | | Shell-Mex and B P Limited | | | | | | | | | | | | BP Oil UK Limited, 40%, Third Party Shareholder(s), 60% | England | 40.00% |
| 2565 | | | | | | BP Marketing Limited (In Liquidation) | | | | | | | | | | | Shell-Mex and B P Limited, 100% | England | 40.00% |
| 2566 | | | | | | Shell and BP Scotland Limited (in liquidation) | | | | | | | | | | | Shell-Mex and B P Limited, 100% | Scotland | 40.00% |
| 2567 | | | | | | SM Realisations Limited (In Liquidation) | | | | | | | | | | | Shell-Mex and B P Limited, 100% | England | 40.00% |
| 2568 | | | | | Sunderland Oil Storage Limited | | | | | | | | | | | | BP Oil UK Limited, 50%, Third Party Shareholder(s), 50% | England | 50.00% |
| 2569 | | | | | The Power Petroleum Company Limited (In Liquidation) | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2570 | | | | United Kingdom Oil Pipelines Limited | | | | | | | | | | | | | BP Oil UK Limited, 33.5%, Shell U K Limited, 48%, Chevron Limited, 15%, Total Downstream UK plc, 3.5% | England | 33.50% |
| 2571 | | | | Walton-Gatwick Pipeline Company Limited | | | | | | | | | | | | | BP Oil UK Limited 42.3333%, Shell U K Limited 51.6667%, Chevron Limited, 6% | England | 42.33% |
| 2572 | | | | West London Pipeline and Storage Limited | | | | | | | | | | | | | BP Oil UK Limited, 30.5%, Shell U K Limited, 37.5%, Chevron Limited, 21%, Total Downstream UK plc, 11% | England | 30.50% |
| 2573 | | | | Yasdan Limited (In Liquidation) | | | | | | | | | | | | | BP Oil UK Limited, 100% | England | 100.00% |
| 2574 | | | BP Oil Venezuela Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2575 | | | BP Oil Yemen Limited | | | | | | | | | | | | | | BP International Limited, 100% | England and Wales | 100.00% |
| 2576 | | | BP Oil (Thailand) Limited | | | | | | | | | | | | | | BP Holdings (Thailand) Limited, 51%, BP International Limited, 49%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 90.32% |
| 2577 | | | | BP - Castrol (Thailand) Limited | | | | | | | | | | | | | Castrol Limited 34.89%, BP Oil (Thailand) Limited, 25.1%, Loxley Joint and Hold Co Ltd, 40%, Other Third Party, 0.01 | Thailand | 57.56% |
| 2578 | | | | Duckhams Oils (Thailand) Company Limited | | | | | | | | | | | | | BP Global Investments Limited, 45%, BP Oil (Thailand) Limited, 6%, MC Petroleum Ltd, 49%, Other Third Party, 0 | Thailand | 50.42% |

BP p.l.c.

| Index | Tier 1-15 Entity | Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|
| 2579 | Thai Petroleum Pipeline Company Limited | ...ailand) Limited, 3.24%, PTT PLC, 33.2%, Esso (Thailand) PLC, 20.66%, Company of Thailand Ltd, 14.87%, Chevron Asia Pacific Holdings Ltd., ...ar Oil Co., Ltd, 9.19%, Kuwait Petroleum (Thailand) Ltd, 4.96%, Petronas ...hailand) Ltd 3.97% | Thailand | 2.93% |
| 2580 | BP Panama SA | ...ional Limited, 100% | Panama | 100.00% |
| 2581 | BP Petrolleri Anonim Sirketi | ...al Limited, 29.5%, BP p l c , 19.3%, BP Turkey Refining Limited, 51.18%, BP ...al Limited, 0.01%, Kenilworth Oil Company Limited, 0.01% | Turkey | 100.00% |
| 2582 | Ambarli Depolama Hizmetleri Limited Sirketi | ...en Anonim Sirketi, 50%, Shell & Turcas Petrol Anonim Sirketi, 50% | Turkey | 50.00% |
| 2583 | BP Akaryakit Ortakligi | ...rl Anonim Sirketi, 70%, Mobil Oil Turk Anonim Sirketi, 30% | Turkey | 70.00% |
| 2584 | BP Dogalgaz Ticaret Anonim Sirketi | ...n Anonim Sirketi 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI ...k, HAKAN TURKER, 1% ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |
| 2585 | BP Gaz Anonim Sirketi | ...rjs International B V , 49%, B V Petrotank, 20%, BP Petrolleri Anonim ...%, Murat Gunem, 0.9%, Djan Suphi, 0.05%, Engin Ilksavas, 0.05% ...en Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI ...., HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 99.00% |
| 2586 | BP Dogalgaz Ticaret Anonim Sirketi | Anonim Sirketi, 99%, BP Petrolleri Anonim Sirketi, 1% | Turkey | 96.99% |
| 2587 | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | ...nl Anonim Sirketi, 35%, Shell & Turcas Petrol Anonim Sirketi, 50%, Mobil ...nonim Sirketi, 15% | Turkey | 99.01% |
| 2588 | Cekisan Depolama Hizmetleri Limited Sirketi | ...nonim Sirketi 99% BP Petrolleri Anonim Sirketi, 1% | Turkey | 35.00% |
| 2589 | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | ...tional Limited, 100% | Turkey | 99.01% |
| 2590 | BP Power Trading Limited | ...tional Limited, 100% | Scotland | 100.00% |
| 2591 | BP Singapore Pte Limited | ...tional Limited, 100% | Singapore | 99.01% |
| 2592 | Changi Airport Fuel Hydrant Installation Pte Ltd | ...ore Pte Limited, 12.5% Other Third Party 87.5 | Singapore | 100.00% |
| 2593 | Changi Into-Plane Services (Pte) Limited | ...ore Pte Limited, 16.66% Other Third Party, 83.34 | Singapore | 12.50% |
| 2594 | ST-Airport Services Pte Ltd | ...ore Pte Limited, 33%, Other Third Party 67 | Singapore | 16.66% |
| 2595 | BP Sutton Limited | ...tional Limited, 100% | England and Wales | 33.00% |
| 2596 | BP Venezuela Limited | ...tional Limited, 100% | England and Wales | 100.00% |
| 2597 | Britannic Energy Trading Limited | ...tional Limited, 100% | England and Wales | 100.00% |
| 2598 | Britannic Strategies Limited | ...tional Limited, 100% | Scotland | 100.00% |
| 2599 | Britannic Trading Limited | ...tional Limited, 100% | England and Wales | 100.00% |
| 2600 | ChemConnect, Inc | ...tional Limited, 4.9%, Other Third Party, 95.1 | USA | 4.90% |
| 2601 | ENP | ...tional Limited, 0.62%, Other Third Party 99.38 | England | 0.62% |
| 2602 | Gatwick Airport Storage and Hydrant Company Limited | ...tional Limited 12.5% Esso Petroleum Company Limited, 25%, Chevron ...5%, Elf Oil UK Limited, 12.5%, Kuwait Petroleum International Aviation ...U K ) Limited, 12.5%, Shell U K Limited, 12.5%, Total UK Limited, | England | 12.50% |
| 2603 | Gatwick Refuelling Services Limited | ...tional Limited, 50%, Chevron Limited, 25%, Total UK Limited, 25% | England | 50.00% |
| 2604 | Grampian Aviation Fuelling Services Limited | ...tional Limited, 100% | England and Wales | 100.00% |
| 2605 | H & G Contracting Services Limited | ...tional Limited, 33.5%, Other Third Party, 66.5 | England | 33.50% |
| 2606 | Heathrow Airport Fuel Company Limited | ...tional Limited, 16.6667%, Chevron Limited, 16.6667%, Esso Petroleum Limited 16.6667%, Kuwait Petroleum International Aviation Company ...red, 16.6667%, Shell UK Oil Products Limited, 16.6666%, Total UK ...6.6666% | England | 16.67% |
| 2607 | Heathrow Hydrant Company Limited | ...tional Limited, 10%, Esso Petroleum Company Limited, 20%, British ...LC, 10% Chevron Limited 10%, Elf Oil UK Limited, 10%, Kuwait International Aviation Company (U K ) Limited, 10%, Shell U K Limited, ... Third Party, 20 | England | 10.00% |
| 2608 | Heathrow Hydrant Operating Company Limited | ...tional Limited, 10%, Esso Petroleum Company Limited, 20%, British ...LC, 10% Chevron Limited 10%, Elf Oil UK Limited, 10%, Kuwait International Aviation Company (U K ) Limited, 10%, Shell U K Limited, ...d Third Party, 20 | England | 10.00% |
| 2609 | Hemel Restaurant Limited | ...ional Limited, 16.7205%, Third Party Shareholder(s), 83.2795% | England | 16.72% |
| 2610 | International Card Centre Limited | ...ional Limited, 100% | England | 100.00% |
| 2611 | Manchester Airport Storage & Hydrant Company Limited | ...ional Limited, 25%, Other Third Party, 75 | England | 25.00% |
| 2612 | Nigermed Petroleum S A | ...ional Limited, 50%, Nigerian National Petroleum Corporation, 50% | Panama | 50.00% |
| 2613 | OceanConnect.com Inc | ...ional Limited, 10%, Other Third Party, 90 | USA | 10.00% |