# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2614 | | | | | | Pentland Aviation Fuelling Services Limited | | | | | | | | | | | BP International Limited, 33 3%, Third Party Shareholder(s), 66 7% | England | 33.30% |
| 2615 | | | | | | | Stansted Fuelling Company Limited | | | | | | | | | | BP International Limited, 14 2857%, Esso Petroleum Company Limited, 28 5715%, Chevron Limited, 14 2857%, Kuwait Petroleum International Aviation Company (U K ) Limited, 14 2857%, Shell U K Limited, 14 2857%, Total Downstream UK plc, 14 2857% | England | 14.29% |
| 2616 | | | | | | | Stansted Intoplane Company Limited | | | | | | | | | | BP International Limited, 20%, Other Third Party, 80% | England | 20.00% |
| 2617 | | | | | | | S & J D Robertson North Air Limited | | | | | | | | | | BP International Limited, 49%, Skytanking Holding GmbH, 51% | Scotland | 49.00% |
| 2618 | | | | | | The Consolidated Petroleum Company Limited | | | | | | | | | | | BP International Limited, 50%, The Anglo-Saxon Petroleum Company Limited, 50% | England | 50.00% |
| 2619 | | | | | | | Shell and BP Red Sea Trading Limited | | | | | | | | | | The Consolidated Petroleum Company Limited, 99.9987%, BP p l c , 0013%, Third Party Shareholder(s), 002% | England | 50.00% |
| 2620 | | | | | | | Shell and BP Services Limited | | | | | | | | | | The Consolidated Petroleum Company Limited 98%, Melrose Oil Trading Company Limited 1%, Third Party Shareholder(s), 1% | England | 50.00% |
| 2621 | | | | | | | Shell Red Sea Limited | | | | | | | | | | The Consolidated Petroleum Company Limited, 99.98%, BP p l c , 01%, Third Party Shareholder(s), 01% | England | 50.00% |
| 2622 | | | | | | The Consolidated Petroleum Supply Company Limited | | | | | | | | | | | The Consolidated Petroleum Company Limited, 90%, BP p l c , 5%, Third Party Shareholder(s), 5% | England | 50.00% |
| 2623 | | | | | | Viceroy Investments Limited | | | | | | | | | | | BP International Limited 100% | England | 100.00% |
| 2624 | | | | | | Pacroy (Thailand) Ltd | | | | | | | | | | | Viceroy Investments Limited, 39%, Mr Panithi Shunhasawasdikul, 60.4%, Mr Anirudh Pichedpan, 0 1%, Mr Tudpong Boonchot, 0 1%, Ms Yuwadee Sakulpichetratana, 0 1%, Ms Patcharapan Panikaew, 0 1%, Mr Rukchai Chuenpratoom, 0 1%, Mr Nuntawat Sirikulyothin, 0 1% | Thailand | 39.00% |
| 2625 | | | | | | | SOFAST Limited | | | | | | | | | | Viceroy Investments Limited, 39%, Pacroy (Thailand) Ltd , 60 95%, Mr Tatpong Boonchote, 0 01%, Mr Nantawat Sinkoonyothin, 0 01%, Ms Nipaporn Suphautchaichan, 0 01%, Ms Salitta Lokattakorn, 0 01%, Mr Kraisorn Ruengkul, 0 01% | Thailand | 62.77% |
| 2626 | | | | | | | | BP Holdings (Thailand) Limited | | | | | | | | | BP International Limited, 49%, SOFAST Limited, 51%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 81.01% |
| 2627 | | | | | | | | | BP Oil (Thailand) Limited | | | | | | | | BP Holdings (Thailand) Limited, 51%, BP International Limited, 49%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 90.32% |
| 2628 | | | | | | | | | | BP - Castrol (Thailand) Limited | | | | | | | Castrol Limited, 34 89%, BP Oil (Thailand) Limited, 25 1%, Loxley Joint and Hold Co , Ltd , 40%, Other Third Party, 0 01 | Thailand | 57.56% |
| 2629 | | | | | | | | | | Duckhams Oils (Thailand) Company Limited | | | | | | | BP Global Investments Limited, 45%, BP Oil (Thailand) Limited, 5%, MC Petroleum Ltd, 49%, Other Third Party, 0 | Thailand | 50.42% |
| 2630 | | | | | | | | | | Thai Petroleum Pipeline Company Limited | | | | | | | BP Oil (Thailand) Limited, 3 24%, PTT PLC, 33 2%, Esso (Thailand) PLC, 20 66%, The Shell Company of Thailand Ltd , 14 87%, Chevron Asia Pacific Holdings Ltd , 9 91%, Thai Oil Co , Ltd , 9 19%, Kuwait Petroleum (Thailand) Ltd, 4 96%, Petronas Retails (Thailand) Ltd, 3 97% | Thailand | 2.93% |
| 2631 | | | | | | | SOFAST Limited | | | | | | | | | | Viceroy Investments Limited, 39%, Pacroy (Thailand) Ltd , 60 95%, Mr Tatpong Boonchote 0 01% Mr Nantawat Sinkoonyothin, 0 01%, Ms Nipaporn Suphautchaichan, 0 01%, Ms Salitta Lokattakorn, 0 01%, Mr Kraisorn Ruengkul, 0 01% | Thailand | 62.77% |
| 2632 | | | | | | | | BP Holdings (Thailand) Limited | | | | | | | | | BP International Limited, 49%, SOFAST Limited, 51%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 81.01% |
| 2633 | | | | | | | | | BP Oil (Thailand) Limited | | | | | | | | BP Holdings (Thailand) Limited, 51%, BP International Limited, 49%, Nominee - BP Employee, 0%, Other Third Party, 0 | Thailand | 90.32% |
| 2634 | | | | | | | | | | BP - Castrol (Thailand) Limited | | | | | | | Castrol Limited, 34 89%, BP Oil (Thailand) Limited 25 1% Loxley Joint and Hold Co Ltd 40%, Other Third Party, 0 01 | Thailand | 57.56% |
| 2635 | | | | | | | | | | Duckhams Oils (Thailand) Company Limited | | | | | | | BP Global Investments Limited, 45%, BP Oil (Thailand) Limited, 5%, MC Petroleum Ltd, 49%, Other Third Party, 0 | Thailand | 50.42% |
| 2636 | | | | | | | | | | Thai Petroleum Pipeline Company Limited | | | | | | | BP Oil (Thailand) Limited, 3 24%, PTT PLC, 33 2%, Esso (Thailand) PLC, 20 66%, The Shell Company of Thailand Ltd , 14 87%, Chevron Asia Pacific Holdings Ltd , 9 91%, Thai Oil Co , Ltd 9 19%, Kuwait Petroleum (Thailand) Ltd, 4 96%, Petronas Retails (Thailand) Ltd, 3 97% | Thailand | 2.93% |
| 2637 | | | Young's Paraffin Light and Mineral Oil Company (Limited) (in Liquidation) | | | | | | | | | | | | | | BP International Limited, 100% | Scotland | 100.00% |
| 2638 | | BP Japan Trading Limited (in liquidation) | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100.00% |
| 2639 | | BP Lesotho (Pty) Limited | | | | | | | | | | | | | | | BP p l c , 100% | Lesotho | 100.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2640 | BP Malta Limited | | | | | | | | | | | | | | | | BP p l c , 100% | Malta | 100 00% |
| 2641 | BP Middle East Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2642 | | | Bahrain Aviation Fuelling Company B S C | | | | | | | | | | | | | | BP Middle East Limited, 13%, Bahrain Petroleum Corporation, 60%, Caltex, 27% | Bahrain | 13 00% |
| 2643 | | | Sharjah Pipeline Company LLC | | | | | | | | | | | | | | BP Middle East Limited, 49%, Government of Emirate of Sharjah, 51% | United Arab Emirates | 49 00% |
| 2644 | BP Namibia (Proprietary) Limited | | | | | | | | | | | | | | | | BP p l c , 100% | Namibia | 100 00% |
| 2645 | BP Pension Trustees Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2646 | | | Finsbury Properties Inc | | | | | | | | | | | | | | BP Pension Trustees Limited, 100% | USA | 100 00% |
| 2647 | | | | Finsbury Colorado Properties Inc | | | | | | | | | | | | | Finsbury Properties Inc , 100% | USA | 100 00% |
| 2648 | | | Ropemaker Properties Limited | | | | | | | | | | | | | | BP Pension Trustees Limited, 100% | England | 100 00% |
| 2649 | | | | Reading Investment (Nominee) Limited | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England and Wales | 100 00% |
| 2650 | | | | Ropemaker Deansgate Limited | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2651 | | | | Ropemaker Gilston Limited | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2652 | | | | Ropemaker Hams Hall Limited | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2653 | | | | Ropemaker Heywood Limited (in Liquidation) | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2654 | | | | Ropemaker Maidenhead Limited (In Liquidation) | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2655 | | | | Ropemaker Nottingham Limited | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2656 | | | | Ropemaker Stockley Limited (In Liquidation) | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2657 | | | | Ropemaker Stratton (No 1) Limited (In Liquidation) | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2658 | | | | Ropemaker Stratton (No 2) Limited (In Liquidation) | | | | | | | | | | | | | Ropemaker Properties Limited, 100% | England | 100 00% |
| 2659 | BP Pensions Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2660 | BP Pensions (Overseas) Limited | | | | | | | | | | | | | | | | BP p l c , 100% | Guernsey | 100 00% |
| 2661 | BP Petrollen Anonim Sirketi | | | | | | | | | | | | | | | | Castrol Limited 29 5%, BP p l c , 19 3%, BP Turkey Refining Limited, 51 18%, BP International Limited, 0 01%, Kenilworth Oil Company Limited 0 01% | Turkey | 100 00% |
| 2662 | | | Ambarli Depolama Hizmetleri Limited Sirketi | | | | | | | | | | | | | | | BP Petrollen Anonim Sirketi, 50%, Shell & Turcas Petrol Anonim Sirketi, 50% | Turkey | 50 00% |
| 2663 | | | BP Akaryakıt Ortakligi | | | | | | | | | | | | | | | BP Petrollen Anonim Sirketi, 70%, Mobil Oil Turk Anonim Sirketi, 30% | Turkey | 70 00% |
| 2664 | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | | | | | | | BP Petrollen Anonim Sirketi 96% BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96 99% |
| 2665 | BP Gaz Anonim Sirketi | | | | | | | | | | | | | | | | BP Holdings International B V , 49%, B V Petrotank, 20%, BP Petrolleri Anonim Sirketi, 30%, Murat Gunem, 0 9%, Djan Suphi, 0 05%, Engin Ilksavas, 0 05% | Turkey | 99 00% |
| 2666 | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS 1% | Turkey | 96 99% |
| 2667 | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99 01% |
| 2668 | | | Cekisan Depolama Hizmetleri Limited Sirketi | | | | | | | | | | | | | | | BP Petrollen Anonim Sirketi, 35%, Shell & Turcas Petrol Anonim Sirketi, 50%, Mobil Oil Turk Anonim Sirketi 15% | Turkey | 35 00% |
| 2669 | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99 01% |
| 2670 | BP Properties Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2671 | | | Lilac Properties Limited (In liquidation) | | | | | | | | | | | | | | BP Properties Limited, 100% | England | 100 00% |
| 2672 | BP Shipping Limited | | | | | | | | | | | | | | | | BP p l c 100% | England and Wales | 100 00% |
| 2673 | | | China LNG Shipping (International) Company Limited | | | | | | | | | | | | | | BP Shipping Limited, 40%, China LNG Shipping (Holdings) Ltd, 60% | Hong Kong | 40 00% |
| 2674 | BP South East Asia Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2675 | BP Southern Africa (Proprietary) Limited | | | | | | | | | | | | | | | | BP p l c , 75%, MIC, 17 5%, WDB, 7 5% | South Africa | 75 00% |
| 2676 | | | Blencor (Pty) Limited | | | | | | | | | | | | | | BP Southern Africa (Proprietary) Limited, 50% Shell 50% | South Africa | 37 50% |
| 2677 | | | BPSA Pension Fund | | | | | | | | | | | | | | BP Southern Africa (Proprietary) Limited, 100% | South Africa | 75 00% |
| 2678 | | | MASANA PETROLEUM SOLUTIONS (PTY) LTD | | | | | | | | | | | | | | BP Southern Africa (Proprietary) Limited, 45%, MIC, 24 5%, WDB, 10 5%, BEE Management Trust, 15%, BEE Staff Trust, 5% | South Africa | 33 75% |
| 2679 | | | Shell and BP South African Petroleum Refineries (Pty) Ltd | | | | | | | | | | | | | | BP Southern Africa (Proprietary) Limited, 50%, Shell SA (Pty) Ltd, 50% | South Africa | 37 50% |
| 2680 | BP Swaziland (Pty) Limited | | | | | | | | | | | | | | | | BP p l c , 100% | Swaziland | 100 00% |
| 2681 | BP Trading Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2682 | BP Turkey Refining Limited | | | | | | | | | | | | | | | | BP p l c , 100% | England and Wales | 100 00% |
| 2683 | | | ATAS, Anadolu Tasfiyehanesi Anonim Sirketi | | | | | | | | | | | | | | BP Turkey Refining Limited, 51%, BP p l c, 15%, Kenilworth Oil Company Limited, 2%, The Shell Petroleum Company Limited, 27%, Turcas Petrol Anonim Sirketi, 5% | Turkey | 68 00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2684 | | | BP Petrollen Anonim Sirketi | | | | | | | | Castrol Limited, 29.5%, BP p.l.c., 19.3%, BP Turkey Refining Limited, 51.18%, BP International Limited, 0.01%, Kenilworth Oil Company Limited, 0.01% | Turkey | 100.00% |
| 2685 | | | | | | Ambarli Depolama Hizmetleri Limited Sirketi | | | | | BP Petrollen Anonim Sirketi, 50%, Shell & Turcas Petrol Anonim Sirketi, 50% | Turkey | 50.00% |
| 2686 | | | | | | BP Akaryakit Ortakligi | | | | | BP Petrollen Anonim Sirketi, 70%, Mobil Oil Turk Anonim Sirketi, 30% | Turkey | 70.00% |
| 2687 | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | BP Petrollen Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |
| 2688 | | | | | BP Gaz Anonim Sirketi | | | | | | BP Holdings International B.V., 49%, B V Petrotank, 20%, BP Petrolleri Anonim Sirketi, 30%, Murat Gunem, 0.9%, Djan Suphi, 0.05%, Engin Iksavas, 0.05% | Turkey | 99.00% |
| 2689 | | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | BP Petrollen Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |
| 2690 | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99.01% |
| 2691 | | | | | Cekisan Depolama Hizmetleri Limited Sirketi | | | | | | BP Petrollen Anonim Sirketi, 35%, Shell & Turcas Petrol Anonim Sirketi, 50%, Mobil Oil Turk Anonim Sirketi, 15% | Turkey | 35.00% |
| 2692 | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99.01% |
| 2693 | | | BP (Barbican) Limited | | | | | | | | BP p.l.c., 100% | England and Wales | 100.00% |
| 2694 | | | BP (Bermuda) Limited | | | | | | | | BP p.l.c., 100% | Bermuda | 100.00% |
| 2695 | | | | BP Peru Limited | | | | | | | BP (Bermuda) Limited, 100% | Bermuda | 100.00% |
| 2696 | | | | | BP Maritime Services (Isle of Man) Limited | | | | | | BP Peru Limited, 100% | Isle of Man | 100.00% |
| 2697 | | | BP (Gibraltar) Limited | | | | | | | | BP p.l.c., 100% | England and Wales | 100.00% |
| 2698 | | | BP (Indian Agencies) Limited | | | | | | | | BP p.l.c., 100% | England and Wales | 100.00% |
| 2699 | | | BP India Limited | | | | | | | | BP (Indian Agencies) Limited, 40%, BP India Services Private Limited, 11%, Guzder Group of Companies, 49% | India | 51.00% |
| 2700 | | | BP-Amoco International Limited | | | | | | | | BP p.l.c., 100% | England and Wales | 100.00% |
| 2701 | | | Burmah Castrol PLC | | | | | | | | BP p.l.c., 100% | Scotland | 100.00% |
| 2702 | | | | Burmah-Shell Oil Storage & Distributing Company of India Limited (in liquidation) | | | | | | | Burmah Castrol PLC, 50%, The Shell Transport and Trading Company Limited, 50% | England | 50.00% |
| 2703 | | | | Burmah Castrol Capital (Jersey) Limited | | | | | | | Burmah Castrol PLC, 100% | Jersey | 100.00% |
| 2704 | | | | Burmah Castrol Holdings Limited | | | | | | | Burmah Castrol PLC, 100% | England | 100.00% |
| 2705 | | | | | Burmah Castrol Overseas Holdings Limited | | | | | | Castrol Limited, 76.3052%, Burmah Castrol Holdings Limited, 23.6948% | England | 100.00% |
| 2706 | | | | | | Burmah Castrol South Africa (Pty) Limited | | | | | Burmah Castrol Overseas Holdings Limited, 100% | South Africa | 100.00% |
| 2707 | | | | | | | Castrol Namibia (Pty) Limited | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2708 | | | | | | | Castrol South Africa (Pty) Limited | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2709 | | | | | | | Castrol Swaziland (Pty) Limited | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2710 | | | | | | | Paardell Investments (Pty) Limited | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2711 | | | | | Castrol Limited | | | | | | Burmah Castrol Holdings Limited, 100% | England | 100.00% |
| 2712 | | | | | | AsPac Lubricants (Malaysia) Sdn Bhd | | | | | | Castrol Limited, 41.85%, BP Malaysia Holdings Sdn. Bhd., 30.25%, Permodalan Nasonal Berhad, 27.9% | Malaysia | 63.03% |
| 2713 | | | | | | | BP Castrol Lubricants (Malaysia) Sdn. Bhd | | | | AsPac Lubricants (Malaysia) Sdn. Bhd., 100% | Malaysia | 63.03% |
| 2714 | | | | | | BP - Castrol (Thailand) Limited | | | | | Castrol Limited, 34.89%, BP Oil (Thailand) Limited, 25.1%, Loxley Joint and Hold Co Ltd, 40%, Other Third Party, 0.01 | Thailand | 57.56% |
| 2715 | | | | | | BP Castrol KK | | | | | Castrol Limited, 53.25%, TJKK, 11.59%, Nihon Jidosha Seibi Shoko Kumiai Rengo-kai 4.96%, Other Third Party, 30.18 | Japan | 64.84% |
| 2716 | | | | | | | BP Lubricants KK, 100% | | | | BP Castrol KK, 100% | Japan | 64.84% |
| 2717 | | | | | | | Castrol KK | | | | BP Castrol KK, 100% | Japan | 64.84% |
| 2718 | | | | | | BP Danmark A/S | | | | | Castrol Limited, 100% | Denmark | 100.00% |
| 2719 | | | | | | | BP Aviation A/S | | | | BP Danmark A/S, 100% | Denmark | 100.00% |
| 2720 | | | | | | | | Braendstoflageret Kobenhavns Lufthavn I/S | | | BP Aviation A/S, 16%, Other Third Party, 83.3 | Denmark | 16.00% |
| 2721 | | | | | | | | Danish Refuelling Service I/S | | | BP Aviation A/S, 33%, Other Third Party, 67 | Denmark | 33.00% |
| 2722 | | | | | | | | Danish Tankage Services I/S | | | BP Aviation A/S, 50%, Other Third Party, 50 | Denmark | 50.00% |
| 2723 | | | | | | | Nordic Lubricants A/S | | | | BP Danmark A/S, 100% | Denmark | 100.00% |
| 2724 | | | | | | BP Fuels & Lubricants A/S | | | | | Castrol Limited, 100% | Norway | 100.00% |
| 2725 | | | | | | BP Japan K.K. | | | | | Castrol Limited, 100% | Japan | 100.00% |
| 2726 | | | | | | BP Korea Limited | | | | | Castrol Limited, 100% | South Korea | 100.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2727 | | | | | BP Petrollen Anonim Sirketi | | | | | | | | | | | | Castrol Limited, 29.5%, BP p.l.c., 19.3%, BP Turkey Refining Limited, 51.18%, BP International Limited, 0.01%, Kenilworth Oil Company Limited, 0.01% | Turkey | 100.00% |
| 2728 | | | | | | Ambarli Depolama Hizmetleri Limited Sirketi | | | | | | | | | | | BP Petrollen Anonim Sirketi, 50%, Shell & Turcas Petrol Anonim Sirketi, 50% | Turkey | 50.00% |
| 2729 | | | | | | BP Akaryakit Ortakligi | | | | | | | | | | | BP Petrollen Anonim Sirketi, 70%, Mobil Oil Turk Anonim Sirketi, 30% | Turkey | 70.00% |
| 2730 | | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | | BP Petrollen Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS 1% | Turkey | 96.99% |
| 2731 | | | | | | BP Gaz Anonim Sirketi | | | | | | | | | | | BP Holdings International B V , 49%, B V Petrotank, 20%, BP Petrollen Anonim Sirketi, 30%, Murat Gunem, 0.9%, Djan Suphi, 0.05%, Engin Ilksavas, 0.05% | Turkey | 99.00% |
| 2732 | | | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | BP Petrollen Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1% HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |
| 2733 | | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99.01% |
| 2734 | | | | | | | Cetiksan Depolama Hizmetleri Limited Sirketi | | | | | | | | | | BP Petrollen Anonim Sirketi, 35% Shell & Turcas Petrol Anonim Sirketi, 50%, Mobil Oil Turk Anonim Sirketi, 15% | Turkey | 35.00% |
| 2735 | | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99.01% |
| 2736 | | | | | BP Taiwan Marketing Limited | | | | | | | | | | | | Castrol Limited 100% | Taiwan | 100.00% |
| 2737 | | | | | Burmah Castrol Overseas Holdings Limited | | | | | | | | | | | | Castrol Limited, 76.3052%, Burmah Castrol Holdings Limited, 23.6948% | England | 100.00% |
| 2738 | | | | | | Burmah Castrol South Africa (Pty) Limited | | | | | | | | | | | Burmah Castrol Overseas Holdings Limited, 100% | South Africa | 100.00% |
| 2739 | | | | | | | Castrol Namibia (Pty) Limited | | | | | | | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2740 | | | | | | | Castrol South Africa (Pty) Limited | | | | | | | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2741 | | | | | | | Castrol Swaziland (Pty) Limited | | | | | | | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2742 | | | | | | | Paardesi Investments (Pty) Limited | | | | | | | | | | Burmah Castrol South Africa (Pty) Limited, 100% | South Africa | 100.00% |
| 2743 | | | | | Castrol BP Petco Limited Liability Company | | | | | | | | | | | | BP Oil Vietnam Limited, 59%, Castrol Limited, 6%, Petrolimex, 35% | Vietnam | 65.00% |
| 2744 | | | | | Castrol Brasil Ltda | | | | | | | | | | | | Castrol Limited, 99.99%, Kenilworth Oil Company Limited 0.01% | Brazil | 100.00% |
| 2745 | | | | | Castrol Servicos Ltda | | | | | | | | | | | | Castrol Brasil Ltda , 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2746 | | | | | Castrol China Investments Limited (In Liquidation) | | | | | | | | | | | | Castrol Limited, 100% | England | 100.00% |
| 2747 | | | | | Castrol Colombia Limitada | | | | | | | | | | | | Castrol Limited, 99%, Castrol Overseas Investments Limited, 1% | Colombia | 100.00% |
| 2748 | | | | | Castrol de Venezuela C A | | | | | | | | | | | | Castrol Limited, 100% | Venezuela | 100.00% |
| 2749 | | | | | Castrol Del Peru S A | | | | | | | | | | | | Castrol Limited, 98.98%, Castrol Overseas Equities Limited, 0.51%, Castrol Overseas Investments Limited, 0.51% | Peru | 100.00% |
| 2750 | | | | | Castrol India Limited | | | | | | | | | | | | Castrol Limited, 70.92% BP Mauritius Limited, 0.11%, Other Third Party, 28.97 | India | 71.03% |
| 2751 | | | | | Castrol Marine Oils Limited | | | | | | | | | | | | Castrol Limited, 100% | Cyprus | 100.00% |
| 2752 | | | | | Castrol Mexico, S A de C V | | | | | | | | | | | | Castrol Limited, 99.9%, Castrol Overseas Investments Limited, 0.1% | Mexico | 100.00% |
| 2753 | | | | | Castrol Middle East Limited (In Liquidation) | | | | | | | | | | | | Castrol Limited, 100% | England | 100.00% |
| 2754 | | | | | Castrol Overseas Equities Limited | | | | | | | | | | | | Castrol Limited, 100% | England | 100.00% |
| 2755 | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA | | | | | | | | | | | BP Global Investments Limited, 99.9986%, Kenilworth Oil Company Limited, 0.0005% Castrol Overseas Equities Limited, 0.0005%, Melrose Oil Trading Company Limited, 0.0002%, Castrol Overseas Investments Limited, 0.0002% | Portugal | 100.00% |
| 2756 | | | | | | | CLC-Companhia Logistica de Combustiveis, SA | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 20%, Other Third Party, 80 | Portugal | 20.00% |
| 2757 | | | | | | | FUELPLANE- Sociedade Abastecedora de Aeronaves, Unipessoal Lda | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2758 | | | | | | | SABA- Sociedade Abastecedora de Aeronaves, Lda | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 25%, Other Third Party, 75 | Portugal | 25.00% |
| 2759 | | | | | | | SIGAS-Armazenagem de Gas, ACE | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 35%, Other Third Party, 65 | Portugal | 35.00% |
| 2760 | | | | | | | Sociedade de Promocao Imobiliaria Quinta do Loureiro, SA | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2761 | | | | | | | Sonorgas-Sociedade de Gas do Norte SA | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 10%, Other Third Party, 90 | Portugal | 10.00% |
| 2762 | | | | | Castrol Del Peru S A | | | | | | | | | | | | Castrol Limited, 98.98% Castrol Overseas Equities Limited, 0.51%, Castrol Overseas Investments Limited, 0.51% | Peru | 100.00% |
| 2763 | | | | | Castrol Ecuador | | | | | | | | | | | | Lubricants UK Limited, 98%, Castrol Overseas Investments Limited, 1%, Castrol Overseas Equities Limited, 1% | Ecuador | 100.00% |
| 2764 | | | | | MES TECNOLOGIA EN SERVICIOS Y ENERGIA, S A DE C V | | | | | | | | | | | | Castrol Limited, 99.9%, Castrol Overseas Equities Limited, 0.1% | Mexico | 100.00% |
| 2765 | | | | | Castrol Overseas Investments Limited | | | | | | | | | | | | Castrol Limited, 100% | England | 100.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011
| Index | Entity (Tier) | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|
| 2766 | BP Portugal -Comercio de Combustiveis e Lubrificantes SA (Tier 6) | BP Global Investments Limited, 99 9986%, Kenilworth Oil Company Limited, 0 0005%, Castrol Overseas Equities Limited, 0 0005%, Melrose Oil Trading Company Limited, 0 0002%, Castrol Overseas Investments Limited, 0 0002% | Portugal | 100 00% |
| 2767 | CLC-Companhia Logistica de Combustiveis, SA (Tier 7) | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 20%, Other Third Party, 80 | Portugal | 20 00% |
| 2768 | FUELPLANE- Sociedade Abastecedora de Aeronaves, Unipessoal, Lda (Tier 7) | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100 00% |
| 2769 | SABA- Sociedade Abastecedora de Aeronaves Lda (Tier 7) | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 25%, Other Third Party, 75 | Portugal | 25 00% |
| 2770 | SIGAS-Armazenagem de Gas, ACE (Tier 7) | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 35%, Other Third Party, 65 | Portugal | 35 00% |
| 2771 | Sociedade de Promocao Imobiliana Quinta do Loureiro SA (Tier 7) | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100 00% |
| 2772 | Sonorgás-Sociedade de Gás do Norte SA (Tier 7) | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 10%, Other Third Party, 90 | Portugal | 10 00% |
| 2773 | Castrol Colombia Limitada (Tier 6) | Castrol Limited, 99%, Castrol Overseas Investments Limited, 1% | Colombia | 100 00% |
| 2774 | Castrol Del Peru S A (Tier 6) | Castrol Limited, 98 98%, Castrol Overseas Equities Limited 0 51%, Castrol Overseas Investments Limited, 0 51% | Peru | 100 00% |
| 2775 | Castrol Ecuador (Tier 6) | Lubricants UK Limited, 98%, Castrol Overseas Investments Limited, 1%, Castrol Overseas Equities Limited, 1% | Ecuador | 100 00% |
| 2776 | Castrol Mexico S A de C V (Tier 6) | Castrol Limited, 99 9%, Castrol Overseas Investments Limited, 0 1% | Mexico | 100 00% |
| 2777 | Castrol Philippines, Inc (Tier 5) | Castrol Limited, 100% | Philippines | 100 00% |
| 2778 | Castrol Zimbabwe (Private) Limited (Tier 6) | Castrol Limited, 100% | Zimbabwe | 100 00% |
| 2779 | Castrol (China) Limited (Tier 6) | Castrol Limited, 100% | Hong Kong | 100 00% |
| 2780 | Castrol (Ireland) Limited (Tier 6) | Castrol Limited, 100% | Ireland | 100 00% |
| 2781 | Castrol (U K ) Limited (Tier 6) | Castrol Limited, 100% | England and Wales | 100 00% |
| 2782 | Electrical Oil Services Limited (Tier 6) | Castrol Limited, 50%, Petrochem Carless Limited, 50% | England | 50 00% |
| 2783 | Foseco Holding International B V (Tier 6) | Castrol Limited, 100% | Netherlands | 100 00% |
| 2784 | Foseco Chile Ltda (Tier 7) | Foseco Holding International B V, 99 9%, BP Nederland Holdings BV, 0 1% | Chile | 100 00% |
| 2785 | Foseco Holding, Inc (Tier 7) | Foseco Holding International B V, 100% | USA | 100 00% |
| 2786 | Berea Holding Company (Tier 8) | Foseco Holding, Inc, 100% | USA | 100 00% |
| 2787 | Foseco Management Inc (Tier 8) | Foseco Holding, Inc, 100% | USA | 100 00% |
| 2788 | Georgetown Holding Company (Tier 8) | Foseco Holding, Inc, 100% | USA | 100 00% |
| 2789 | Foseco, Inc (Tier 9) | Georgetown Holding Company, 100% | USA | 100 00% |
| 2790 | Exomet, Inc (Tier 10) | Foseco, Inc, 100% | USA | 100 00% |
| 2791 | Foseco Properties, Inc (Tier 10) | Foseco, Inc, 100% | USA | 100 00% |
| 2792 | Medina Holding Company (Tier 8) | Foseco Holding, Inc, 100% | USA | 100 00% |
| 2793 | Baltimore Ennis Land Company, Inc (Tier 9) | Medina Holding Company, 100% | USA | 100 00% |
| 2794 | Fosven, CA (Tier 6) | BP Global Investments Limited, 50 99%, Foseco Holding International B V, 49 01% | Venezuela | 100 00% |
| 2795 | Produits Metallurgie Dottau SA - PROMEDO (Tier 6) | BP France, 99 983%, Foseco Holding International B V, 0 088%, Burmah Castrol PLC, 0 029% | France | 100 00% |
| 2796 | Reax Industria e Comercio Ltda (Tier 6) | Burmah Castrol PLC, 99 99%, Foseco Holding International Limited, 0 01% | Brazil | 100 00% |
| 2797 | Latin Energy Argentina S A (Tier 6) | Castrol Limited, 95%, BP Global Investments Limited, 5% | Argentina | 100 00% |
| 2798 | MES TECNOLOGIA EN SERVICIOS Y ENERGIA, S A DE C V (Tier 6) | Castrol Limited, 99 9%, Castrol Overseas Equities Limited, 0 1% | Mexico | 100 00% |
| 2799 | Nordic Lubricants AB (Tier 6) | Castrol Limited, 100% | Sweden | 100 00% |
| 2800 | Premier Lubricants (S) Pte Ltd (Tier 6) | Castrol Limited, 68 3%, PT Astron Lamtoro Bahana, 17 06%, PT Polindo Setyatama, 14 64% | Singapore | 100 00% |
| 2801 | PT Castrol Indonesia (Tier 5) | Castrol Limited, 68 3%, PT Astron Lamtoro Bahana, 17 06%, PT Polindo Setyatama, 14 84% | Indonesia | 68 30% |
| 2802 | PT Cakrawala Tata Sentosa (Tier 6) | PT Castrol Indonesia, 99 6%, Mrs Menahti Liento, 0 4% | Indonesia | 68 03% |
| 2803 | TJKK (Tier 5) | Castrol Limited, 100% | Japan | 100 00% |
| 2804 | BP Castrol KK (Tier 6) | Castrol Limited, 53 25%, TJKK, 11 59%, Nihon Jidosha Seibi Shoko Kumiai Rengo-kai, 4 98%, Other Third Party, 30 18 | Japan | 64 84% |
| 2805 | BP Lubricants KK (Tier 7) | BP Castrol KK, 100% | Japan | 64 84% |
| 2806 | Castrol KK (Tier 7) | BP Castrol KK, 100% | Japan | 64 84% |
| 2807 | Veedol International Limited (Tier 5) | Castrol Limited, 50%, Lubricants UK Limited 50% | Scotland | 100 00% |
| 2808 | Veedol International Ltd (Colombia) (Tier 6) | Veedol International Limited 100% | Colombia | 100 00% |
| 2809 | Lubricants UK Limited (Tier 4) | Burmah Castrol Holdings Limited, 100% | England | 100 00% |
| 2810 | Apex Service Stations Limited (In Liquidation) (Tier 5) | Lubricants UK Limited, 100% | England | 100 00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2811 | | | | | | A P P Chemicals Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2812 | | | | | | BP Global Special Products Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England and Wales | 100.00% |
| 2813 | | | | | | BP Lubricants (UK) Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England and Wales | 100.00% |
| 2814 | | | | | Castrol Ecuador | | | | | | | | | | | | Lubricants UK Limited, 98%, Castrol Overseas Investments Limited, 1%, Castrol Overseas Equities Limited, 1% | Ecuador | 100.00% |
| 2815 | | | | | | Castrol Industrial Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2816 | | | | | | Castrol Offshore Limited | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2817 | | | | | | Duckhams Oils Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2818 | | | | | | Dussek Campbell Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2819 | | | | | | Dussek Campbell (Cables) Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2820 | | | | | | Expandite Contract Services Limited | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2821 | | | | | | Major and Company Limited (In Liquidation) | | | | | | | | | | | Lubricants UK Limited, 100% | England | 100.00% |
| 2822 | | | | | | Veedol International Limited | | | | | | | | | | | Castrol Limited, 50%, Lubricants UK Limited, 50% | Scotland | 100.00% |
| 2823 | | | | | | | Veedol International Ltd (Colombia) | | | | | | | | | | Veedol International Limited, 100% | Colombia | 100.00% |
| 2824 | | | | | Burmah Oil Tankers Limited | | | | | | | | | | | | Burmah Castrol PLC, 100% | Bermuda | 100.00% |
| 2825 | | | | | Foseco India Limited | | | | | | | | | | | | Burmah Castrol PLC, 20%, Other Third Party, 80 | India | 20.00% |
| 2826 | | | | | Foseco Venezolana C A | | | | | | | | | | | | Burmah Castrol PLC, 100% | Venezuela | 100.00% |
| 2827 | | | | | Fosroc Expandite Limited | | | | | | | | | | | | Burmah Castrol PLC, 100% | England | 100.00% |
| 2828 | | | | | J H C Realisations Limited (In Liquidation) | | | | | | | | | | | | Burmah Castrol PLC, 100% | Scotland | 100.00% |
| 2829 | | | | | Menehall Investments Limited (In liquidation) | | | | | | | | | | | | Burmah Castrol PLC, 100% | England | 100.00% |
| 2830 | | | | | | Burmah Endeavour Limited (in liquidation) | | | | | | | | | | | Menehall Investments Limited, 100% | England | 100.00% |
| 2831 | | | | | | Burmah Enterprise Limited (in liquidation) | | | | | | | | | | | Menehall Investments Limited, 100% | England | 100.00% |
| 2832 | | | | | | Burmah Vessel Operations Limited (In liquidation) | | | | | | | | | | | Menehall Investments Limited, 100% | England | 100.00% |
| 2833 | | | | | Pipers Holdings Limited | | | | | | | | | | | | Burmah Castrol PLC, 100% | Bermuda | 100.00% |
| 2834 | | | | | Produits Métallurgie Dottau SA - PROMEDO | | | | | | | | | | | | BP France, 99.9863%, Foseco Holding International B.V., 0.088%, Burmah Castrol PLC, 0.029% | France | 100.00% |
| 2835 | | | | | Reax Industria e Comercio Ltda | | | | | | | | | | | | Burmah Castrol PLC, 99.99%, Foseco Holding International B.V., 0.01% | Brazil | 100.00% |
| 2836 | | | | | Stellaria Property Company Limited | | | | | | | | | | | | Burmah Castrol PLC, 100% | England | 100.00% |
| 2837 | | | | | The Burmah Oil Company (Pakistan Trading) Limited | | | | | | | | | | | | Burmah Castrol PLC, 100% | Scotland | 100.00% |
| 2838 | | | Emerald Offshore Services Limited | | | | | | | | | | | | | | BP p.l.c., 100% | England | 100.00% |
| 2839 | | | | Pars Investment Corporation | | | | | | | | | | | | | Emerald Offshore Services Limited, 40%, Atlantic Richfield Co 17%, Other Third Party, 58.3 | Iran | 40.00% |
| 2840 | | | Employment Conditions Abroad Ltd | | | | | | | | | | | | | | BP p.l.c., 2.5%, Other Third Party, 97.5 | England | 2.50% |
| 2841 | | | Kenilworth Oil Company Limited | | | | | | | | | | | | | | BP p.l.c. 99% Melrose Oil Trading Company Limited, 1% | England | 100.00% |
| 2842 | | | | ATAS Anadolu Tasfiyehanesi Anonim Sirketi | | | | | | | | | | | | | BP Turkey Refining Limited, 51%, BP p.l.c., 15%, Kenilworth Oil Company Limited, 2%, The Shell Petroleum Company Limited, 27%, Turcas Petrol Anonim Sirketi, 5% | Turkey | 68.00% |
| 2843 | | | | BP Arobel N V | | | | | | | | | | | | | BP Caplux S.A., 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2844 | | | | | BP Capital V O F | | | | | | | | | | | | BP Arobel N.V. 99.23%, BP Caplux S A, 0.77% | Belgium | 100.00% |
| 2845 | | | | | | BP Capital AUD V O F | | | | | | | | | | | BP Capital V O F, 99.99%, BP Caplux S.A., 0.01% | Belgium | 100.00% |
| 2846 | | | | | | BP Capital EURO V O F | | | | | | | | | | | BP Capital V O F, 99.99%, BP Caplux S.A., 0.01% | Belgium | 100.00% |
| 2847 | | | | | | BP Capital NOK V O F | | | | | | | | | | | BP Capital V O F 99.99%, BP Caplux S A, 0.01% | Belgium | 100.00% |
| 2848 | | | | BP Aromatics Limited N.V. | | | | | | | | | | | | | BP Aromatics Holdings Limited, 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2849 | | | | BP Brasil Investimentos Ltda | | | | | | | | | | | | | BP International Limited, 99%, Kenilworth Oil Company Limited, 1% | Brazil | 100.00% |
| 2850 | | | | BP Global Investments Salalah & Co LLC | | | | | | | | | | | | | BP Global Investments Limited, 99.7%, Kenilworth Oil Company Limited, 0.3% | Oman | 100.00% |
| 2851 | | | BP IRAQ N V | | | | | | | | | | | | | | BP Exploration Operating Company Limited, 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2852 | | | BP Italia SpA | | | | | | | | | | | | | | BP Global Investments Limited, 99%, Kenilworth Oil Company Limited, 1% | Italy | 100.00% |
| 2853 | | | | Air BP Italia Spa | | | | | | | | | | | | | BP Italia SpA, 50%, Italfin srl, 50% | Italy | 50.00% |
| 2854 | | | BP Petrolleri Anonim Sirketi | | | | | | | | | | | | | | Castrol Limited, 29.5%, BP p.l.c., 19.3%, BP Turkey Refining Limited 51.18%, BP International Limited, 0.01%, Kenilworth Oil Company Limited, 0.01% | Turkey | 100.00% |
| 2855 | | | | Ambarli Depolama Hizmetleri Limited Sirketi | | | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 50%, Shell & Turcas Petrol Anonim Sirketi, 50% | Turkey | 50.00% |
| 2856 | | | | BP Akaryakit Ortakligi | | | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 70%, Mobil Oil Turk Anonim Sirketi, 30% | Turkey | 70.00% |
| 2857 | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 96%, BP Gaz Anonim Sirketi 1% DJAN HULUSI SUPHI 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2858 | | | | BP Gaz Anonim Sirketi | | | | | | | | | | | | | BP Holdings International B V , 49%, B V Petrotank, 20%, BP Petrollen Anonim Sirketi, 30%, Murat Gunem, 0.9%, Djan Suphi, 0.05%, Engin Ilksavas, 0.05% | Turkey | 99.00% |
| 2859 | | | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | BP Petrollen Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 98.99% |
| 2860 | | | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99.01% |
| 2861 | | | | | | | Cekisan Depolama Hizmetleri Limited Sirketi | | | | | | | | | | BP Petrollen Anonim Sirketi, 35%, Shell & Turcas Petrol Anonim Sirketi, 50%, Mobil Oil Turk Anonim Sirketi, 15% | Turkey | 35.00% |
| 2862 | | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrollen Anonim Sirketi, 1% | Turkey | 99.01% |
| 2863 | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA | | | | | | | | | | | | | BP Global Investments Limited, 99.9986%, Kenilworth Oil Company Limited, 0.0005%, Castrol Overseas Equities Limited, 0.0005%, Melrose Oil Trading Company Limited 0.0002%, Castrol Overseas Investments Limited, 0.0002% | Portugal | 100.00% |
| 2864 | | | | | CLC-Companhia Logistica de Combustiveis, SA | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 20%, Other Third Party, 80 | Portugal | 20.00% |
| 2865 | | | | | FUELPLANE- Sociedade Abastecedora de Aeronaves, Unipessoal, Lda | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2866 | | | | | SABA- Sociedade Abastecedora de Aeronaves, Lda | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 25%, Other Third Party, 75 | Portugal | 25.00% |
| 2867 | | | | | SIGAS-Armazenagem de Gas ACE | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 35%, Other Third Party 65 | Portugal | 35.00% |
| 2868 | | | | | Sociedade de Promocao Imobiliana Quinta do Loureiro, SA | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2869 | | | | | Sonorgas-Sociedade de Gas do Norte SA | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 10%, Other Third Party, 90 | Portugal | 10.00% |
| 2870 | | | BP (Barbados) Holding SRL | | | | | | | | | | | | | | BP Global Investments Limited, 99%, Kenilworth Oil Company Limited, 1% | Barbados | 100.00% |
| 2871 | | | | Atlantic 1 Holdings LLC | | | | | | | | | | | | | BP (Barbados) Holding SRL, 34%, BG Atlantic 1 Holdings Limited, 26%, Suez LNG Liquefachon S A , 10%, NG Trinidad and Tobago LNG Limited, 10%, Repsol LNG Port Spain B V , 20% | USA | 34.00% |
| 2872 | | | | | Atlantic LNG Company of Trinidad and Tobago | | | | | | | | | | | | Atlantic 1 Holdings LLC, 100% | Trinidad & Tobago | 34.00% |
| 2873 | | | | Atlantic 4 Holdings LLC | | | | | | | | | | | | | BP (Barbados) Holding SRL, 37.78%, BG Atlantic 4 Holdings Limited, 28.89%, Repsol LNG Port Spain B V , 22.22%, NGC Trinidad and Tobago LNG Limited, 11.11% | USA | 37.78% |
| 2874 | | | | | Atlantic LNG 4 Company of Trinidad and Tobago Unlimited | | | | | | | | | | | | Atlantic 4 Holdings LLC, 100% | Trinidad & Tobago | 37.78% |
| 2875 | | | | BP Trinidad Processing Limited | | | | | | | | | | | | | (Barbados) Holding SRL, 100% | Trinidad & Tobago | 100.00% |
| 2876 | | | Castrol Brasil Ltda | | | | | | | | | | | | | | Castrol Limited 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2877 | | | | Castrol Servicos Ltda | | | | | | | | | | | | | Castrol Brasil Ltda , 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2878 | | | Castrol Servicos Ltda | | | | | | | | | | | | | | Castrol Brasil Ltda , 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2879 | | | ZAO BI Neft | | | | | | | | | | | | | | BP Global Investments Limited, 99%, Kenilworth Oil Company Limited, 1% | Russia | 100.00% |
| 2880 | | Melrose Oil Trading Company Limited | | | | | | | | | | | | | | | BP p.l.c., 100% | England | 100.00% |
| 2881 | | | BP Mocambique Limitada | | | | | | | | | | | | | | BP Africa Limited, 98.27%, Melrose Oil Trading Company Limited, 1.73% | Mozambique | 100.00% |
| 2882 | | | BP Mocambique Limited | | | | | | | | | | | | | | BP Africa Limited, 99.9973%, Melrose Oil Trading Company Limited, 0.0027% | England and Wales | 100.00% |
| 2883 | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA | | | | | | | | | | | | | | BP Global Investments Limited, 99.9986%, Kenilworth Oil Company Limited, 0.0005%, Castrol Overseas Equities Limited, 0.0005%, Melrose Oil Trading Company Limited, 0.0002%, Castrol Overseas Investments Limited, 0.0002% | Portugal | 100.00% |
| 2884 | | | | CLC-Companhia Logistica de Combustiveis, SA | | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 20%, Other Third Party, 80 | Portugal | 20.00% |
| 2885 | | | | FUELPLANE- Sociedade Abastecedora de Aeronaves, Unipessoal, Lda | | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2886 | | | | SABA- Sociedade Abastecedora de Aeronaves, Lda | | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 25%, Other Third Party, 75 | Portugal | 25.00% |
| 2887 | | | | SIGAS-Armazenagem de Gas ACE | | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 35%, Other Third Party, 65 | Portugal | 35.00% |
| 2888 | | | | Sociedade de Promocao Imobiliana Quinta do Loureiro SA | | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2889 | | | | Sonorgas-Sociedade de Gas do Norte SA | | | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 10%, Other Third Party, 90 | Portugal | 10.00% |
| 2890 | | Kenilworth Oil Company Limited | | | | | | | | | | | | | | | BP p.l.c., 99%, Melrose Oil Trading Company Limited, 1% | England | 100.00% |
| 2891 | | | ATAS, Anadolu Tasfiyehanesi Anonim Sirketi | | | | | | | | | | | | | | BP Turkey Refining Limited 51%, BP p l c , 15%, Kenilworth Oil Company Limited 2%, The Shell Petroleum Company Limited, 27%, Turcas Petrol Anonim Sirketi, 5% | Turkey | 68.00% |
| 2892 | | | BP Arobel N V | | | | | | | | | | | | | | BP Caplux S A , 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |

# BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for Information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893 | | | | | | BP Capital V O F | | | | | | | | | | | BP Arobel N.V., 99.23%, BP Caplux S.A., 0.77% | Belgium | 100.00% |
| 2894 | | | | | | | BP Capital AUD V O F | | | | | | | | | | BP Capital V O F, 99.99%, BP Caplux S A, 0.01% | Belgium | 100.00% |
| 2895 | | | | | | | BP Capital EURO V O F | | | | | | | | | | BP Capital V O F, 99.99%, BP Caplux S A, 0.01% | Belgium | 100.00% |
| 2896 | | | | | | | BP Capital NOK V O F | | | | | | | | | | BP Capital V O F, 99.99%, BP Caplux S A, 0.01% | Belgium | 100.00% |
| 2897 | | | | | BP Aromatics Limited N V | | | | | | | | | | | | BP Aromatics Holdings Limited 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2898 | | | | | BP Brasil Investimentos Ltda | | | | | | | | | | | | BP International Limited 99% Kenilworth Oil Company Limited, 1% | Brazil | 100.00% |
| 2899 | | | | | BP Global Investments Salalah & Co LLC | | | | | | | | | | | | BP Global Investments Limited, 99.7%, Kenilworth Oil Company Limited, 0.3% | Oman | 100.00% |
| 2900 | | | | BP IRAQ N V | | | | | | | | | | | | | BP Exploration Operating Company Limited, 99.99%, Kenilworth Oil Company Limited, 0.01% | Belgium | 100.00% |
| 2901 | | | | BP Italia SpA | | | | | | | | | | | | | BP Global Investments Limited 99%, Kenilworth Oil Company Limited, 1% | Italy | 100.00% |
| 2902 | | | | | Air BP Italia Spa | | | | | | | | | | | | BP Italia SpA, 50%, Italfin srl, 50% | Italy | 50.00% |
| 2903 | | | | | BP Petrolleri Anonim Sirketi | | | | | | | | | | | | Castrol Limited, 29.5%, BP p l c, 19.3%, BP Turkey Refining Limited, 51.18%, BP International Limited, 0.01%, Kenilworth Oil Company Limited, 0.01% | Turkey | 100.00% |
| 2904 | | | | | | Ambarli Depolama Hizmetleri Limited Sirketi | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 50%, Shell & Turcas Petrol Anonim Sirketi, 50% | Turkey | 50.00% |
| 2905 | | | | | | BP Akaryakit Ortakligi | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 70%, Mobil Oil Turk Anonim Sirketi, 30% | Turkey | 70.00% |
| 2906 | | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |
| 2907 | | | | | BP Gaz Anonim Sirketi | | | | | | | | | | | | BP Holdings International B V, 49%, B V Petrotank, 20%, BP Petrolleri Anonim Sirketi, 30%, Murat Gunem, 0.9%, Djan Suphi, 0.05%, Engin Ilksavas, 0.05% | Turkey | 99.00% |
| 2908 | | | | | | BP Dogalgaz Ticaret Anonim Sirketi | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 96%, BP Gaz Anonim Sirketi, 1%, DJAN HULUSI SUPHI, 1%, HAKAN TURKER, 1%, ENGIN RIFAT ILKSAVAS, 1% | Turkey | 96.99% |
| 2909 | | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrolleri Anonim Sirketi, 1% | Turkey | 99.01% |
| 2910 | | | | | | Ceksan Depolama Hizmetleri Limited Sirketi | | | | | | | | | | | BP Petrolleri Anonim Sirketi, 35%, Shell & Turcas Petrol Anorum Sirketi, 50%, Mobil Oil Turk Anonim Sirketi 15% | Turkey | 35.00% |
| 2911 | | | | | | | Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi | | | | | | | | | | BP Gaz Anonim Sirketi, 99%, BP Petrolleri Anonim Sirketi, 1% | Turkey | 99.01% |
| 2912 | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA | | | | | | | | | | | | BP Global Investments Limited, 99.9986% Kenilworth Oil Company Limited, 0.0005%, Castrol Overseas Equities Limited, 0.0005%, Melrose Oil Trading Company Limited, 0.0002%, Castrol Overseas Investments Limited, 0.0002% | Portugal | 100.00% |
| 2913 | | | | | | CLC-Companhia Logistica de Combustiveis, SA | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 20%, Other Third Party, 80 | Portugal | 20.00% |
| 2914 | | | | | | FUELPLANE- Sociedade Abastecedora de Aeronaves, Unipessoal, Lda | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2915 | | | | | | SABA- Sociedade Abastecedora de Aeronaves, Lda | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 25%, Other Third Party, 75 | Portugal | 25.00% |
| 2916 | | | | | | SIGAS-Armazenagem de Gas, ACE | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 35%, Other Third Party, 65 | Portugal | 35.00% |
| 2917 | | | | | | Sociedade de Promocao Imobiliaria Quinta do Loureiro, SA | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA, 100% | Portugal | 100.00% |
| 2918 | | | | | | Sonorgás-Sociedade do Gás do Norte SA | | | | | | | | | | | BP Portugal -Comercio de Combustiveis e Lubrificantes SA 10% Other Third Party, 90 | Portugal | 10.00% |
| 2919 | | | | BP (Barbados) Holding SRL | | | | | | | | | | | | | BP Global Investments Limited, 99%, Kenilworth Oil Company Limited, 1% | Barbados | 100.00% |
| 2920 | | | | | Atlantic 1 Holdings LLC | | | | | | | | | | | | BP (Barbados) Holding SRL, 34%, BG Atlantic 1 Holdings Limited, 26%, Suez LNG Liquefaction S A, 10%, NG Trinidad and Tobago LNG Limited 10% Repsol LNG Port Spain B V, 20% | USA | 34.00% |
| 2921 | | | | | | Atlantic LNG Company of Trinidad and Tobago | | | | | | | | | | | Atlantic 1 Holdings LLC, 100% | Trinidad & Tobago | 34.00% |
| 2922 | | | | | Atlantic 4 Holdings LLC | | | | | | | | | | | | BP (Barbados) Holding SRL, 37.78%, BG Atlantic 4 Holdings Limited, 28.89%, Repsol LNG Port Spain B V, 22.22%, NGC Trinidad and Tobago LNG Limited, 11.11% | USA | 37.78% |
| 2923 | | | | | | Atlantic LNG 4 Company of Trinidad and Tobago Unlimited | | | | | | | | | | | Atlantic 4 Holdings LLC, 100% | Trinidad & Tobago | 37.78% |
| 2924 | | | | | BP Trinidad Processing Limited | | | | | | | | | | | | BP (Barbados) Holding SRL, 100% | Trinidad & Tobago | 100.00% |
| 2925 | | | Castrol Brasil Ltda | | | | | | | | | | | | | | Castrol Limited, 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2926 | | | | | Castrol Servicos Ltda | | | | | | | | | | | | Castrol Brasil Ltda, 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2927 | | | Castrol Servicos Ltda | | | | | | | | | | | | | | Castrol Brasil Ltda, 99.99%, Kenilworth Oil Company Limited, 0.01% | Brazil | 100.00% |
| 2928 | | | ZAO Bi Neft | | | | | | | | | | | | | | BP Global Investments Limited, 99% Kenilworth Oil Company Limited, 1%, Melrose Oil Trading Company Limited, 1%, Third Party Shareholder(s), 1% | Russia | 100.00% |
| 2929 | | Shell and BP Services Limited | | | | | | | | | | | | | | | The Consolidated Petroleum Company Limited, 98%, Melrose Oil Trading Company Limited, 1%, Third Party Shareholder(s), 1% | England | 50.00% |

## BP p.l.c. Ownership Chart
as of 05 May 2011

| Index | Tier 1 | Tier 2 | Tier 3 | Tier 4 | Tier 5 | Tier 6 | Tier 7 | Tier 8 | Tier 9 | Tier 10 | Tier 11 | Tier 12 | Tier 13 | Tier 14 | Tier 15 | Tier 16 | Owning Entity (See Help for information on multiple ownership) | Formation Country | % BP Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2930 | | | | | | National Gas Shipping Company Limited | | | | | | | | | | | BP p.l.c., 10%, Other Third Party, 90 | British Virgin Islands | 10.00% |
| 2931 | | | | | | | Peninsular Aviation Services Company Limited | | | | | | | | | | BP p.l.c., 25%, Saudi Arabian Markets Ltd, 20%, Shell Petroleum, co Ltd, 25%, Other Third Party, 30 | Saudi Arabia | 25.00% |
| 2932 | | | | | | | Shell and BP Red Sea Trading Limited | | | | | | | | | | The Consolidated Petroleum Company Limited, 99.9967%, BP p.l.c., 0013%, Third Party Shareholder(s), 002% | England | 50.00% |
| 2933 | | | | | | | Shell Red Sea Limited | | | | | | | | | | The Consolidated Petroleum Company Limited, 99.98%, BP p.l.c., 01%, Third Party Shareholder(s), 01% | England | 50.00% |
| 2934 | | | | | | | | Societa Italiana per l'Oleodotto Transalpino S.P.A. | | | | | | | | | Ruhr Oel GmbH (ROG), 11%, BP Europa SE, 5%, BP p.l.c., 4%, OMV Refining & Marketing GmbH, Vienna, 25%, Shell Italia S p A, Milan, 15%, Shell Deutschland Oil GmbH, Hamburg, 9%, ExxonMobil Mediterranea S.r.l., Rome, 16%, Ecufuel S.p.A., San Donato Milanese (Milan) ENI, 10%, Conoco AG Zug, 3%, Total S A Courbevoie 2% | Italy | 14.50% |
| 2935 | | | | | | | | Société du Pipeline Sud-Européen - SPSE | | | | | | | | | BP France, 8.53%, BP p.l.c., 3.56%, Other Third Party, 87.91 | France | 12.09% |
| 2936 | | | | | | | | The BP Share Plans Trustees Limited | | | | | | | | | BP p.l.c., 100% | England | 100.00% |
| 2937 | | | | | | | | The British Petroleum Company Limited (In liquidation) | | | | | | | | | BP p.l.c., 100% | England | 100.00% |
| 2938 | | | | | | | | The Consolidated Petroleum Supply Company Limited | | | | | | | | | The Consolidated Petroleum Company Limited, 90%, BP p.l.c., 5%, Third Party Shareholder(s), 5% | England | 50.00% |