20-F 1 d20f.htm ANNUAL REPORT ON FORM 20-F

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 20-F**

(Mark One)

[  ]    REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) or (g)
OF THE SECURITIES EXCHANGE ACT OF 1934

OR

[ ü ]    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2003**

OR

[  ]    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from          to
**Commission file number 1-6262**

**BP p.l.c.**

(Exact name of Registrant as specified in its charter)
**ENGLAND and WALES**

(Jurisdiction of incorporation or organization)
**1 St James's Square**
**London**
**SW1Y 4PD**
**England**

(Address of principal executive offices)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Ordinary Shares of 25c each** | **Chicago Stock Exchange\*** |
| | **New York Stock Exchange\*** |
| | **Pacific Exchange, Inc.\*** |

\*Not for trading, but only in connection
with the registration of American Depositary Shares, pursuant
to the requirements of the Securities and Exchange
Commission

Securities registered or to be registered pursuant to Section 12(g) of the Act.
**None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.
**None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| | |
|---|---:|
| **Ordinary Shares of 25c each** | **22,122,610,104** |
| **Cumulative First Preference Shares of £1 each** | **7,232,838** |
| **Cumulative Second Preference Shares of £1 each** | **5,473,414** |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

J. Gill Declaration Exhibit K Page 1 of 22

Annual Report on form 20-F                                   http://www.sec.gov/Archives/edgar/data/313807/000119312504110485/...

Table of Contents

## ITEM 4 — INFORMATION ON THE COMPANY

### GENERAL

*Unless otherwise indicated, information in this Item reflects 100% of the assets and operations of the Company and its subsidiaries which were consolidated at the date or for the periods indicated, including minority interests. Also, unless otherwise indicated, figures for business turnover include sales between BP businesses.*

BP was created on December 31, 1998 by the merger of Amoco Corporation, incorporated in Indiana, USA, in 1889, and The British Petroleum Company p.l.c., registered in 1909 in England and Wales. The resulting company, BP p.l.c. is a public limited company, registered in England and Wales.

BP is one of the world's leading oil companies on the basis of market capitalization and proved reserves. Our worldwide headquarters is located in London, UK. Our registered address is:

BP p.l.c.
1 St James's Square
London SW1Y 4PD
United Kingdom

Tel: +44 (0)20 7496 4000

Internet address: www.bp.com

Our agent in the USA is:

BP America Inc.
4101 Winfield Road
Warrenville, Illinois 60555

Tel: +1 630 821 2222

### Overview of the Group

Our operating business segments are Exploration and Production; Gas, Power and Renewables; Refining and Marketing; and Petrochemicals. Exploration and Production's activities include oil and natural gas exploration and field development and production (upstream activities), together with pipeline transportation and natural gas processing (midstream activities). Gas, Power and Renewables activities include marketing and trading of natural gas, NGL, new market development and LNG, and solar and renewables. The activities of Refining and Marketing include oil supply and trading as well as refining and marketing (downstream activities). Petrochemicals activities include manufacturing, marketing and distribution. The Group provides high quality technological support for all its businesses through its research and engineering activities.

These segments fall into two groupings: the Resources Business comprising Exploration and Production; and Customer Facing Businesses comprising Refining and Marketing, Petrochemicals and Gas, Power and Renewables.

The Group's operating business segments are managed on a global basis and not on a regional basis. Geographical information for the Group and segments is given to provide additional information for investors, but does not reflect the way BP manages its activities. Information by geographical area is provided for production and reserves in response to the requirements of Appendix A to Item 4D of Form 20-F.

13

J. Gill Declaration Exhibit K Page 2 of 22

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 20-F**

(Mark One)

[  ]    REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) or (g)
OF THE SECURITIES EXCHANGE ACT OF 1934

OR

[ X ]    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2004**

OR

[  ]    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from          to

**Commission file number 1-6262**

**BP p.l.c.**

(Exact name of Registrant as specified in its charter)
**ENGLAND and WALES**

(Jurisdiction of incorporation or organization)
**1 St James's Square**
**London**
**SW1Y 4PD**
**United Kingdom**

(Address of principal executive offices)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Ordinary Shares of 25c each** | **Chicago Stock Exchange***<br>**New York Stock Exchange***<br>**Pacific Exchange, Inc.*** |

*Not for trading, but only in connection
with the registration of American
Depositary
Shares, pursuant to the requirements of the
Securities and Exchange Commission

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

J. Gill Declaration Exhibit K Page 3 of 22

## GENERAL

*Unless otherwise indicated, information in this Item reflects 100% of the assets and operations of the Company and its subsidiaries which were consolidated at the date or for the periods indicated, including minority interests. Also, unless otherwise indicated, figures for business turnover include sales between BP businesses.*

BP was created on December 31, 1998 by the merger of Amoco Corporation, incorporated in Indiana, USA, in 1889, and The British Petroleum Company p.l.c., registered in 1909 in England and Wales. The resulting company, BP p.l.c., is a public limited company, registered in England and Wales.

BP is one of the world's leading oil companies on the basis of market capitalization and proved reserves. Our worldwide headquarters is located in London, UK. Our registered address is:

BP p.l.c.
1 St James's Square
London SW1Y 4PD
United Kingdom
Tel: +44(0)20 7496 4000
Internet address: www.bp.com

Our agent in the USA is:

BP America Inc.
4101 Winfield Road
Warrenville, Illinois 60555
Tel: +1 630 821 2222

## Overview of the Group

For years to December 31, 2004, our operating business segments were Exploration and Production; Refining and Marketing; Petrochemicals; and Gas, Power and Renewables. Exploration and Production's activities include oil and natural gas exploration and field development and production (upstream activities), together with pipeline transportation and natural gas processing (midstream activities). The activities of Refining and Marketing include oil supply and trading as well as refining and marketing (downstream activities). Petrochemicals activities include manufacturing, marketing and distribution. The Petrochemicals segment ceased to report separately as from January 1, 2005 (see Resegmentation in 2005 in this Item on page 16). Gas, Power and Renewables activities include marketing and trading of natural gas, NGL, new market development and LNG, and solar and renewables. The Group provides high quality technological support for all its businesses through its research and engineering activities.

These segments fall into two groupings: the Resources Business comprising Exploration and Production; and Customer Facing Businesses comprising Refining and Marketing, Petrochemicals and Gas, Power and Renewables.

The Group's operating business segments are managed on a global basis and not on a regional basis. Geographical information for the Group and segments is given to provide additional information for investors, but does not reflect the way BP manages its activities. Information by geographical area is provided for production and reserves in response to the requirements of Appendix A to Item 4D of Form 20-F.

13

Table of Contents

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
FORM 20-F

(Mark One)

[ ]   REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) or (g) OF THE SECURITIES
EXCHANGE ACT OF 1934

OR

[ü]   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2005**

OR

[ ]   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

OR

[ ]   SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

**Commission file number 1-6262**

**BP p.l.c.**

(Exact name of Registrant as specified in its charter)
**ENGLAND and WALES**

(Jurisdiction of incorporation or organization)
**1 St James's Square**
**London**
**SW1Y 4PD**
**United Kingdom**

(Address of principal executive offices)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Ordinary Shares of 25c each** | **New York Stock Exchange\*** |
| | **Chicago Stock Exchange\*** |
| | **NYSE Arca\*** |

\*Not for trading, but only in connection
with the registration of American Depositary
Shares, pursuant to the requirements of the
Securities and Exchange Commission

Securities registered or to be registered pursuant to Section 12(g) of the Act.
**None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.
**None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| | |
|---|---|
| **Ordinary Shares of 25c each** | **20,657,044,719** |
| **Cumulative First Preference Shares of £1 each** | **7,232,838** |
| **Cumulative Second Preference Shares of £1 each** | **5,473,414** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes   [ü]                    No   [ ]

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports
pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934

J. Gill Declaration Exhibit K Page 5 of 22