10/25/2011 11:50 IFAX fax@ssbls.com → Fax 002/002
Oct. 25. 2011 11:50AM No. 1965 P. 2

CERTIFICATE

# State of Oregon

OFFICE OF THE SECRETARY OF STATE
Corporation Division

I, KATE BROWN, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:

A Business Corporation
incorporated under the laws of
**Delaware**
was authorized to transact business in Oregon
as
**BP AMERICA INC. A CORPORATION OF DELAWARE**
on
**October 3, 2000.**

I further certify that
**BP AMERICA INC. A CORPORATION OF DELAWARE**
is active on the records of the Corporation Division as of
the date of this certificate.



In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.

KATE BROWN, Secretary of State

By _____
Debra L. Virag
October 25, 2011

Come visit us on the Internet at http://www.filinginoregon.com
FAX (503) 378-4381

1301