10/25/2011 07:56 IFAX fax@ssbls.com → Fax ☐002/008
Oct. 25. 2011p. 7:55AM 13:15   C T SYSTEM   312 No. 1913 P. 2/4

**Application for Authority to Transact Business—Business/Professional**

Phone: (503) 986-2200
Fax: (503) 378-4381
Secretary of State
Corporation Division
255 Capitol St. NE, Suite 151
Salem, OR 97310-1327

Check the appropriate box below:
☒ FOREIGN BUSINESS CORPORATION (Complete only 1, 2, 3, 4, 5, 6, 7, 8, 9, 13, 14)
☐ FOREIGN PROFESSIONAL CORPORATION (Complete all items)

For office use only

**FILED**
OCT - 3 2000
OREGON
SECRETARY OF STATE

Registry Number: 275604-81

Attach Additional Sheet if Necessary
Please Type or Print Legibly in Black Ink

1) **Name of Corporation**: BP America Inc., a Corporation of Delaware
   NOTE: Must be identical to the name on the Certificate of Existence. See #2.

2) **Certificate of Existence** (This application must be accompanied by a certificate of existence, current within 60 days of delivery to this Division authenticated by the official having custody of the corporate records in the jurisdiction of incorporation.)
   ☒ Certificate attached

3) **Date of Incorporation**: 07/19/1974    **Duration, if Not Perpetual**:

4) **State or Country of Organization**: Delaware

☐ CHECK HERE TO INDICATE ON YOUR REGISTRATION THAT YOU DO NOT WANT MAIL SOLICITATION.

5) **Address of Principal Office of the Business**: 200 East Randolph Drive, Chicago, IL 60601

6) **Name of Oregon Registered Agent**: C T CORPORATION SYSTEM

7) **Address of the Oregon Registered Office**: 601 SW Second Avenue, Suite 2030
   Portland, Oregon 97204

8) **Address for Mailing Notices**: 200 East Randolph Drive
   Chicago, IL 60601

9) **Name and Address of President and Secretary**:
   President: R.D. Agdern
   Address: 200 East Randolph Drive
   Chicago, IL 60601
   Secretary: D.B. Pinkert
   Address: 200 East Randolph Drive
   Chicago, IL 60601

**PROFESSIONAL CORPORATION ONLY**

10) **Shareholders** (Name, street addresses and profession(s) of all shareholders, if any, who are licensed to render the professional service(s) in Oregon. Attach a separate sheet if necessary.)

11) **Professional/Business Services** (List professional service(s) and other business services, if applicable, to be rendered.)

12) **Directors** (names, street addresses and profession(s) of all directors who are licensed to render the professional service(s) in Oregon. Attach a separate sheet if necessary.)

13) **Execution**
    Printed Name: D.A. PLUMB
    Signature: [signed]
    Title: Assistant Secretary

14) **Contact Name**:    **Daytime Phone Number**:

**FEES**
Make check for $440 payable to "Corporation Division"
NOTE: Filing fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

CR121 (Rev. 6/97)
CR013 - C T Filing Manager Online