10/25/2011 07:56 IFAX fax@ssbls.com → Fax 006/008
Oct. 25. 2011 7:55AM No.1913 P. 6

## Annual Report

**Corporation Division**

www.filinginoregon.com

E-FILED
Aug 25, 2011

OREGON SECRETARY OF STATE

| | |
|---|---|
| REGISTRY NUMBER | 77560481 |
| REGISTRATION DATE | 10/03/2000 |
| BUSINESS NAME | BP AMERICA INC. A CORPORATION OF DELAWARE |
| BUSINESS ACTIVITY | OIL PRODUCTION |
| MAILING ADDRESS | |
| | 501 WESTLAKE PARK BOULEVARD |
| | HOUSTON TX 77079 USA |
| BUSINESS CONTACT | CAROL L. GODUN |
| PHONE | 630-420-5212 |
| TYPE | FOREIGN BUSINESS CORPORATION |
| | |
| PRIMARY PLACE OF BUSINESS | 501 WESTLAKE PARK BOULEVARD |
| | HOUSTON TX 77079 USA |
| JURISDICTION | DELAWARE |
| AGENT | 329227-C T CORPORATION SYSTEM |
| | 388 STATE ST STE 420 |
| | SALEM OR 97301 USA |
| PRESIDENT | L MCKAY |
| | 4101 WINFIELD RD |
| | WARRENVILLE IL 60555 USA |
| SECRETARY | PAULA J CLAYTON |
| | 4101 WINFIELD RD |
| | WARRENVILLE IL 60555 USA |

**SIGNER**          W T MANGAN

By my signature, I declare as an authorized authority, that this filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

| | |
|---|---|
| **ELECTRONIC SIGNATURE** | W T MANGAN |
| **TITLE** | Officer |
| **DATE SIGNED** | 2011-08-25 |