bp

bp.com

# What's inside...

Welcome letter from the Chairman

Dividend option form

Communication option form

Frequently asked questions

## Chairman's welcome



Dear Shareholder,

Welcome to BP. I am very pleased that you have joined the thousands of other shareholders who have invested in one of the world's largest companies. BP is a global enterprise which is committed to meeting the world's growing energy needs in a responsible and ethical way.

BP has an informative website www.bp.com and I recommend you refer to it regularly for more information about the company. BP will use website communication to keep in touch with you unless you tell us that you want to receive paper documents by returning the attached form headed 'How do you want to communicate with you?'

I also attach a form headed 'How do you want to receive your dividends?' which you can use to tell us how to pay your dividends. The enclosed booklet 'BP Scrip Dividend The Programme' tells you how to elect to receive shares instead of cash for your dividends.

Please read the booklet and forms carefully and return them in the reply-paid envelope.

If you have any questions regarding your shareholding after reading this letter and the documents enclosed please do not hesitate to contact the BP Registrar on 0800 701107 or at Equiniti Limited, Aspect House, Spencer Road, Lancing, West Sussex, BN99 6DA.

Yours sincerely

Carl-Henric Svanberg
Chairman

How do you want to
receive your dividends?

+                                                                                                               +

BP Shareholder Reference    | 1 1 0 0 |

**There are three options open to you:**

(1) Payment into Bank/Building society account

☐ Tick this box to receive future dividends for BP p.l.c. direct to the following Bank or Building Society

Sort Code:            | | | | | | |

Account Number:       | | | | | | | | |

Building Society Reference
or Roll Number (if applicable):   | | | | | | | | | | | | | |

**Don't forget to sign below whether you have chosen Option 1 or Option 2**

Where instructions are in favour of a UK bank/building society which can receive BACS payments, dividends will be paid directly into your account and an annual tax voucher will be sent to your registered address in March of each year, unless quarterly vouchers are specifically requested. If your bank/building society cannot receive BACS payments, a cheque and tax voucher will be sent to your bank/building society which should forward the tax voucher on to you.

(2) Receive new BP shares instead of cash

☐ Tick this box to participate in the Scrip Dividend Programme (the 'Programme')

**Please read the declarations overleaf and the enclosed booklet, 'BP Scrip Dividend
The Programme' for further details on the Programme before you sign this form.**

To: BP p.l.c. ('BP') and Equiniti Financial Services Ltd ('Equiniti FS').

I/We, the undersigned, confirm that I/we have read and understood the declaration on the reverse of this form. The statements made in the declaration are correct and I/we instruct BP and Equiniti FS to act accordingly. Equiniti FS may send you notices about products and services we think you may be interested in. If you do not wish to receive these communications, please tick this box. ☐

Sign here for Option 1 and 2.

_____    (2) Signature _____

Date _____    (3) Signature _____

(1) Signature _____    (4) Signature _____

(3) Do nothing

**If you do not return this form, dividends will be sent by cheque to your registered address.**

This form is only to be used by private shareholders resident in the UK. All shareholders, executors, administrators or personal representatives must sign. Corporate bodies and other shareholders should contact the BP Registrar. If you hold your shares in CREST you can elect to receive dividends in the form of new ordinary shares through the CREST Dividend Election Input Message.

+                                                            +                   +

How do you want us to
communicate with you?

+                                                                              +

| BP Shareholder Reference | 1100 | |
|---|---|---|

There are three options open to you:

① Provide an email address

Go to *www.bp.com/edelivery* and register a preference for electronic delivery.

② Receive paper copies

☐ Tick this box to receive paper copies of BP shareholder documents.
If you select this option we will normally send you the summary BP Annual Review.

☐ If you would prefer to receive the full BP Annual Report and Accounts, please tick this box.

③ Do nothing

**If you do not return this form or register online we will assume that you are happy to download the documents from our website, and will send you a short note in the post giving you the website address each time we publish a new document.**

**Please return your completed form to the BP Registrar using the reply-paid envelope provided. In order for your preference to be registered in time for the Annual Report mailing it must be received by 1 February following the relevant year end for that report.**

+                                                                              +

## Your communication options

Following a resolution passed at the 2007 BP AGM, the default method by which the company communicates with shareholders is the BP website. This letter is your opportunity to express a preference for how you receive shareholder communications.

### What will happen if I give you my e-mail address?

We will send an e-mail to the address provided each time we publish new shareholder documents on our website. We will no longer send you paper copies of shareholder documents.

In addition, we will set up an account for you with a website called Shareview. The BP Registrar uses Shareview to provide electronic services to our shareholders. We will send a letter to your registered address containing an 'Account Number'. You will then be able to log on to Shareview and look at your share balance and dividend payment history, and update your account with changes to your postal and e-mail addresses, bank account details and mailing preferences. If you have your dividends paid directly into your bank account, your electronic tax voucher will be accessible on Shareview and we will not send you a paper copy.

You do not need to access Shareview if you do not want to.

We will not use your e-mail address for any other purpose.

### Can I give you my e-mail address online instead of returning this form?

Yes, just log on to www.bp.com/edelivery and follow the instructions on the screen.

### What if I prefer to receive paper documents?

We understand that some people do not have access to a computer or simply prefer to read hard-copy documents. By returning the attached form you can let us know this. If you elect to receive paper documents we will normally send you the BP Annual Review each year rather than the full BP Report and Accounts. Most shareholders prefer the shorter form of the Annual Review, and it saves considerably on paper. If you wish to receive the full BP Report

and Accounts every year you should tick the appropriate box on the form overleaf and return to the BP Registrar before 1 February in the first year you are a shareholder. If we have sent you this form between 1 February and the date on which documents are mailed, you will receive the full BP Report and Accounts for one year.

The BP Annual Review will also contain a statement by the company's auditors telling you whether the Summary Financial Statement is consistent with the full accounts and reports for the year, whether it complies with the relevant legislation and whether their report on the accounts was qualified. The BP Annual Review will not contain sufficient information to allow as full an understanding of the results and state of affairs of the company as would be provided by the full annual accounts and reports.

You have the right to obtain, at any time, free of charge, a copy of the most recent full BP Report and Accounts if you want more information.

### What will you do if I do not return this form?

We will assume that you are happy to view and download the documents from our website. As we will not have an e-mail address for you, we will send you a short note in the post when the documents are available, giving you the website address.

### What if I change my mind?

You can always let us know that you have changed your mind by telling the BP Registrar. Their contact details will be given on each e-mail or note we send you. You can request copies of individual documents or permanently change how we communicate with you from then on. If your request is received very close to the date we are about to send something to you, we may not have time to make the change, but will update your records as soon as possible.

## Scrip Dividend Programme Declaration

If you are applying for the Scrip Dividend Programme using Option 2 of this form, please read the following declaration before signing the back of this form.

I/We the undersigned, being the registered holder(s) of ordinary shares in the Company, confirm that I/we have read and understood the full Terms and Conditions of the Scrip Dividend Programme (the 'Programme'). I/We hereby elect to receive new ordinary shares instead of cash, in respect of any future dividend for which a scrip dividend alternative is offered, for my/our maximum entitlement, subject to and in accordance with the Articles of Association of the Company and full Terms and Conditions of the Programme as modified from time to time.

By signing this mandate form I/we confirm that I/we am/are not prohibited from receiving or electing to receive scrip dividends in accordance with the full Terms and Conditions of the Programme, and that my/our participation in the Programme will be in compliance with any regulatory and legal requirements of any applicable overseas jurisdiction applicable to me/us.

I/We the undersigned hereby authorise you to treat any cash balances in accordance with the full Terms and Conditions of the Programme. The mandate will apply for all future dividends that are paid by the Company on all the ordinary shares registered in my/our name at such time, until this mandate is revoked by me/us in writing at the company's Registrar, Equiniti or via the website at www.bp.com/scrip.

I/We authorise you to send me/us by post, at my/our own risk a share certificate in respect of new ordinary shares issued to me/us under the Programme.

Please return your completed form to the BP Registrar using the reply-paid envelope provided. In order to be registered in time for a particular dividend payment, the form must be received by our Registrars, Equiniti, by the election date to be announced by BP, that will not be more than 20 business days before the relevant dividend payment date. Details of the election dates will be made available at www.bp.com/scrip at the time of each dividend announcement. Unless revoked, your scrip mandate will apply to all future dividends in respect of which a scrip dividend alternative is offered by the directors. This mandate may be revoked by you at any time by writing to our Registrars, Equiniti, or by cancelling your election via the website at www.bp.com/scrip.

All enquiries regarding the Scrip Dividend Programme should be made to Share Dividend Team, Equiniti, Aspect House, Spencer Road, Lancing, West Sussex BN99 6DA. Telephone 0871 384 2268.
Calls to this number will be charged at 8p per minute from a BT landline. Other network providers costs may vary.

# Frequently asked questions

## Dividends

### What are dividends and when do I receive them?

Dividends are one way the company makes distributions from the company's profits to shareholders. BP announces financial results four times a year, and the BP directors decide the level of each dividend based on those results. If a dividend is declared, BP pays the dividend approximately six weeks after the announcement. A dividend is paid for each share, so the amount you receive depends on the number of shares you own

BP declares dividends in US dollars and at the same time states an equivalent sterling dividend. As a holder of BP ordinary shares you will receive your dividend in sterling, so the amount you receive each quarter may vary as a result of changing foreign exchange rates.

### What do the terms 'ex-dividend' and 'record date' mean?

Before announcing each dividend and in consultation with the London Stock Exchange, we set a date on which our shares will be sold without entitlement to the dividend. This is known as going 'ex-dividend'. Before that date the shares are said to be 'cum dividend'.

If you buy shares before the ex-dividend date you are entitled to receive the dividend recently announced. If you buy on or after that date, in the ex-dividend period, that dividend is payable to the previous owner.

The dividend is paid to shareholders based on the number of shares held on the share register at the record date. The record date is currently two days after the ex-dividend date. If you receive a dividend having recently sold your shares and are unsure whether you are entitled to it, contact the agent who acted on your behalf in the sale. Depending on the terms of the sale, the dividend may be due to the new owner.

You can look up future ex-dividend and record dates on the financial calendar page at *www.bp.com/investors*.

### Do I have to pay tax on my dividends?

Dividends are announced net of tax (the 'net dividend'). Dividends received are treated as though they had been paid after deduction of basic rate income tax (the 'tax credit'). The total of these two amounts is sometimes called the 'gross dividend'. The tax credit on dividends is currently 10% of the gross dividend.

Broadly speaking, if you are a resident in the UK and:

- pay tax at the lower or basic rate – you have no further tax to pay
- pay tax at a higher rate – you will be taxed at a special rate of 32.5% of the gross dividend. You will therefore have to pay the extra 22.5% (over the 10% tax credit) when you settle your overall tax bill for the year
- do not pay tax – you will be unable to reclaim the tax credit.

HM Revenue and Customs recommends that individuals retain tax vouchers for at least 22 months from the end of the tax year to which they relate, whilst self-employed individuals should retain tax vouchers for six years.

If you receive cash dividends directly into your bank account, you will normally receive an annual tax voucher in March which will show the net dividend and tax credit for each dividend paid during the financial year.

If you receive cash dividends directly into your bank account and have registered for electronic communication you will be able to view and download a separate tax voucher for each quarterly dividend via Shareview, and will not be sent any paper vouchers.

If you receive dividend cheques, participate in the Scrip Dividend Programme or have made a specific request to the Registrar, you will receive a paper voucher quarterly. You will then need to retain all four vouchers for each year in the six-year period.

Further information regarding the current tax credit on dividends is available at *www.hmrc.gov.uk/taxon/uk.htm*.

## Share certificates

### What is a Registrar?

Your shareholding in BP is recorded on a register of shareholders. The register is a list of the names and addresses of all BP ordinary shareholders and the number of shares each owns. The register is maintained on behalf of the company by Equiniti ('the Registrar'). The Registrar updates the register when your personal circumstances or shareholding change, and also sends out your dividend cheques and share certificates.

By law, the register is a public document which the Registrar must make available for inspection when requested. A request must contain the name and address of the person seeking access, a statement of what the information will be used for, whether it will be shared with anyone else and if so, to whom and for what purpose.

BP will not provide details of any individual shareholder to third parties, beyond our legal obligations to do so.

### What should I do with my share certificate?

Share certificates are evidence of your ownership and should be kept in a safe place. You will need them if you want to sell all or some of your shares in the future. We recommend that you keep a separate record of the certificate numbers and the number of shares each certificate covers in case of loss or damage. Share certificates are posted to shareholders at their own risk.

### I have more than one certificate. Can they be combined?

If you have several BP share certificates you can ask for your certificates to be consolidated into one. Please send them to the Registrar, together with a covering letter. There is no charge to private shareholders for this service. You should retain the counterfoils as they may be required for tax purposes.

### What if I lose my share certificate, dividend cheque or tax voucher?

If your certificates are lost, stolen or destroyed, you should contact the BP Registrar as soon as you can. The Registrar will need to arrange for you to complete an indemnity covering the company for any loss arising from a dispute over who owns the shares, and you may be charged for this depending on the size of your holding. Once this is done, the Registrar will send you a duplicate certificate.

If you lose a dividend cheque you should contact the Registrar immediately, confirming which payment has been lost. They will then arrange for the cheque to be stopped and issue you with a duplicate free of charge. Dividend cheques are currently valid for one year from the date of payment.

If you lose a tax voucher you should contact the Registrar, confirming which tax voucher has been lost. A duplicate will be issued upon payment of an administration charge. If you need a new form for dividend mandating, Scrip Dividend Programme participation or expressing your communication preferences, or have lost your pre-paid envelope, or have any further queries, you can contact the BP Registrar.

### Further information

To access further information on BP's Scrip Dividend Programme, visit www.bp.com/scrip. For further information on BP's performance, latest results and dividends, and to view share price information charted against competitors and major indices, visit: www.bp.com/investors.

### How to contact us

| The BP Registrar | Telephone in UK |
| --- | --- |
| Equiniti Limited | 0800 701107 |
| Aspect House | |
| Spencer Road | +44 (0)121 415 7005 |
| Lancing | |
| West Sussex | +44 (0)121 415 7057 |
| BN99 6DA | |
| UK | |