Companies House
— for the record —

# AR01 (ef)

## Annual Return

*Received for filing in Electronic Format on the:* **05/01/2011**

XE4T4QJL

*Company Name:* **BP Holdings North America Limited**

*Company Number:* **06034588**

*Date of this return:* **20/12/2010**

*SIC codes:* **7415**

*Company Type:* **Private company limited by shares**

*Situation of Registered Office:*
CHERTSEY ROAD
SUNBURY ON THAMES
MIDDLESEX
UNITED KINGDOM
TW16 7BP

## Officers of the company

## *Company Secretary 1*

*Type:* **Corporate**

*Name:* SUNBURY SECRETARIES LIMITED

*Registered or principal address:* 12 PLUMTREE COURT
LONDON
UNITED KINGDOM
EC4A4HT

## *European Economic Area (EEA) Company*

*Register Location:* UNITED KINGDOM

*Registration Number:* 7158629

---

## *Company Director 1*

*Type:* **Person**

*Full forename(s):* DR. BYRON ELMER

*Surname:* GROTE

*Former names:*

*Service Address recorded as Company's registered office*

*Country/State Usually Resident:* ENGLAND

*Date of Birth:* 08/03/1948 *Nationality:* BRITISH AND US CITIZEN

*Occupation:* OIL COMPANY EXECUTIVE

---

## *Company Director 2*

*Type:* **Person**

*Full forename(s):* MR ROGER CHRISTOPHER

*Surname:* HARRINGTON

*Former names:*

*Service Address recorded as Company's registered office*

*Country/State Usually Resident:* UNITED KINGDOM

*Date of Birth:* 19/06/1966 *Nationality:* BRITISH

*Occupation:* OIL COMPANY EXECUTIVE

---

## *Company Director 3*

*Type:* **Person**

*Full forename(s):* MR. DEBASISH

*Surname:* SANYAL

*Former names:*

*Service Address recorded as Company's registered office*

*Country/State Usually Resident:* UNITED KINGDOM

*Date of Birth:* 04/09/1965 *Nationality:* BRITISH

*Occupation:* OIL COMPANY EXECUTIVE

## Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| **Class of shares** | CUMULATIVE REDEEMABLE PREFERENCE | *Number allotted* | 4700000000 |
| | | *Aggregate nominal value* | 4700000000 |
| *Currency* | AUD | *Amount paid per share* | 1 |
| | | *Amount unpaid per share* | 0 |

*Prescribed particulars*

RIGHTS TO:- A) CUMULATIVE FLOATING RATE DIVIDEND - LIBOR + 1.4%; B) PREFERENCE OVER ORDINARY SHARES ON WINDING UP; ENTITLED TO RETURN OF CAPITAL AT PAR AND DIVIDENDS; C) REDEMPTION AT PAR ONLY AT THE DISCRETION OF THE DIRECTORS.

| | | | |
|---|---|---|---|
| **Class of shares** | ORDINARY | *Number allotted* | 1000010000 |
| | | *Aggregate nominal value* | 100001000 |
| *Currency* | USD | *Amount paid per share* | 0.1 |
| | | *Amount unpaid per share* | 0 |

*Prescribed particulars*

THE SHARES HAVE ATTACHED TO THEM FULL VOTING, DIVIDEND AND CAPITAL DISTRIBUTION (INCLUDING ON WINDING UP) RIGHTS; THEY DO NOT CONFER ANY RIGHTS OF REDEMPTION.

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency* | AUD | *Total number of shares* | 4700000000 |
| | | *Total aggregate nominal value* | 4700000000 |
| *Currency* | USD | *Total number of shares* | 1000010000 |
| | | *Total aggregate nominal value* | 100001000 |

## *Full Details of Shareholders*

The details below relate to individuals / corporate bodies that were shareholders as at 20/12/2010 or that had ceased to be shareholders since the made up date of the previous Annual Return

*A full list of shareholders for a private or non-traded public company are shown below*

*Shareholding 1* : 4700000000 CUMULATIVE REDEEMABLE PREFERENCE shares held as at 2010-12-20
*Name:* BP P.L.C.

*Shareholding 2* : **1000010000 ORDINARY shares held as at 2010-12-20**
*Name:* BP P.L.C.

---

## *Authorisation*

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.