IN THE
U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| Robert R. Glenn, individually and on behalf of all persons similarly situated,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>BP P.L.C., a company organized under the laws of England and Wales<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>CV 11-6124 AA<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER; DISCOVERY AGREEMENT; MAGISTRATE CONSENT FORM; CIVIL CASE MANAGEMENT TIME SCHEDULES |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a resident of the state of service, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **14th day of April, 2011**, at **2:49 PM**, at the address of **388 STATE Street #420, SALEM, Marion** County, **OR 97301-3581**; this affiant served the above described documents upon **BP P.L.C. c/o BP AMERICA INC, AS AGENT FOR BP P.L.C. c/o CT CORPORATION SYSTEM, R/A**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Rylynn Poole, Process Specialist, A blonde-haired white male approx. 25-35 years of age, 5'8"-6'0" tall and weighing 160-180 lbs, with glasses.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **14th** day of **April, 2011**.

_____
Dan Dewar, OR

Service Fee Total: $95.00

SUBSCRIBED AND SWORN to before me this **14th** day of **April, 2011**

_____
NOTARY PUBLIC in and for the State of **Oregon**
Residing at: _____
My Commission Expires: _____

FOR: **Stoll Berne Lokting & Schlacter**
REF: **Glen v. BP P.L.C**

ORIGINAL PROOF OF SERVICE

Tracking #: 6591169 PDX

OFFICIAL SEAL
LAURICE AVERILL
NOTARY PUBLIC – OREGON
COMMISSION NO. A424888
MY COMMISSION EXPIRES FEBRUARY 19, 2012