# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Serena E. Pollack
701 Poydras St.
Suite 3600
New Orleans LA 70139-7735



Case: 4:10-md-02185    Instrument: 280    (1 pages)
Date: Oct 17, 2011
Control: 11108511
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In Re: BP p.l.c. Securities Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kristin J. Moody<br>Berman DeValerio<br>One Liberty Square, 8th Floor<br>Boston, MA 02109<br>617-542-8300<br>Massachusetts BBO #661792<br>USDC-Massachusetts admitted 2005 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated:    10/14/2011 | Signed: [signature] |

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated:   10/14/11 | Clerk's signature: [signature] |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                      United States District Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 27 2011
David J. Bradley, Clerk of Court

Return to sender — no longer at [this address]

NIXIE  708  DE 1  00 10/25/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010  *0133-04883-18-38

012H1620294 9
Mailed From 77002
10/17/2011
$00.440
US POSTAGE
Hasler