# EXHIBIT T

# EIGHTEENTH AMENDMENT
# OF
# BP EMPLOYEE SAVINGS PLAN

**(As Amended and Restated Generally Effective as of January 1, 2002)**

WHEREAS, BP Corporation North America Inc. (the "Corporation") maintains the BP Employee Savings Plan (the "Plan");

WHEREAS, the Plan has previously been amended and further amendment of the Plan now is considered desirable;

WHEREAS, pursuant to the power delegated to a Designated Officer under Section 16.1 of the Plan, the Vice President - HR Total Rewards, Western Hemisphere, as a Designated Officer of the Corporation, has the authority to amend the Plan; and

WHEREAS, in all other respects the Plan, as amended, will continue in full force and effect;

NOW, THEREFORE, the Vice President – HR Total Rewards, Western Hemisphere, hereby amends the Plan, effective as of December 2, 2008, by substituting the following for Appendix 1.58 of the Plan:

"**Appendix 1.58**

**Investment Funds**

**CORE INVESTMENT OPTIONS**

Short-Term
    Short-Term Investments Fund

Bond
    Bond Index Fund (closed to new investment after October 14, 2008)
    Bond Index Fund - Long Duration
    Bond Index Fund - Short Duration (closed to new investment after October 14, 2008)
    U.S. Fixed Income Fund (effective as of December 2, 2008)
    U.S. Fixed Income Fund – Short Duration (effective as of December 2, 2008)

Large Cap
    Equity Index Fund (closed to new investment after October 14, 2008)
    Equity Index Fund – Growth
    Equity Index Fund – Value
    S&P 500 Index Fund (effective as of December 2, 2008)

Mid Cap
    Mid-Cap Equity Index Fund

Small Cap
    Small-Cap Equity Index Fund (closed to new investment after October 14, 2008)
    Small-Cap Equity Index Fund – Growth
    Small-Cap Equity Index Fund – Value
    Russell 2000 Index Fund (effective as of December 2, 2008)

International
    International Equity Index Fund
    International Equity Index Fund – Europe
    International Equity Index Fund – Pacific

Company Stock
    BP Stock Fund

Stable Value
    Income Fund

Target Date
    Target Date Retirement Fund
    Target Date 2010 Fund
    Target Date 2015 Fund
    Target Date 2020 Fund
    Target Date 2025 Fund
    Target Date 2030 Fund
    Target Date 2035 Fund
    Target Date 2040 Fund
    Target Date 2045 Fund
    Target Date 2050 Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

Short-Term
    Fidelity Institutional Money Market Fund

BPGOM ERISA 0001248

Fidelity U.S. Treasury Money Market Fund

<u>Bond Funds</u>
    Short-Term Bond
        Fidelity Institutional Short-Intermediate Government Fund
        Harbor Short Duration Fund-Institutional Class
        PIMCO Low Duration Fund-Institutional Class

    Intermediate-Term Bond
        AIM Income Fund-Institutional Class
        Dodge & Cox Income Fund
        Fidelity Government Income Fund
        Fidelity Investment Grade Bond Fund
        Harbor Bond Fund
        Janus Flexible Bond Fund
        Morgan Stanley Institutional Fund Trust Core Plus
            Fixed Income Portfolio-Class I
        PIMCO Total Return Fund-Institutional Class
        PIMCO Total Return Fund III-Institutional Class
        T. Rowe Price Spectrum Income Fund
        T. Rowe Price U.S. Treasury Intermediate Bond Fund
        USAA GNMA Trust
        USAA Income Fund
        Wells Fargo Advantage Government Securities Fund-
            Institutional Class

    Long-Term Government
        PIMCO Long-Term U.S. Government Fund-Institutional Class

    High Yield Bond
        AIM High Yield Fund-Institutional Class
        Fidelity Capital & Income Fund
        Fidelity High Income Fund
        PIMCO High Yield Fund-Institutional Class I

<u>Hybrid Funds</u>
    Domestic Hybrid
        Calamos Convertible Fund-Class A (closed to new investments 4/30/03; reopened 12/08/08)
        Calvert Social Investment Fund Balanced Portfolio-Class A
        Columbia Balanced Fund-Class Z
        Dreyfus Founders Balanced Fund-Class F
        Dreyfus Premier Balanced Fund-Class I
        Fidelity Balanced Fund-Class K
        Fidelity Convertible Securities Fund

BPGOM ERISA 0001249

Fidelity Puritan® Fund-Class K
Janus Balanced Fund
Morgan Stanley Institutional Fund Trust
    Balanced Portfolio- Class I
Vanguard Asset Allocation Fund-Investor Shares
Vanguard Wellesley Income Fund-Admiral Class
Vanguard Wellington Fund-Admiral Class

Large Cap U.S. Stock Funds
    Large Cap Value
        American Century Equity Income Fund-Institutional Class
        American Century Income & Growth Fund-Institutional Class
        American Century Value Fund-Institutional Class
        American Funds® American Mutual Fund®-Class R5
        American Funds® Investment Company of America-Class R5
        American Funds® Washington Mutual Investors Fund-Class R5
        Credit Suisse Large Cap Value Fund-Class A
        Dreyfus Premier Strategic Value Fund-Class I
        Fidelity Equity-Income Fund-Class K
        Fidelity Equity-Income II Fund-Class K
        T. Rowe Price Equity Income Fund
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund-Admiral Class
        Vanguard Windsor Fund-Admiral Class
        Vanguard Windsor II Fund-Admiral Class

    Large Cap Blend
        AIM Large Cap Basic Value Fund-Institutional Class
        American Century Equity Growth Fund-Institutional Class
        American Funds® Fundamental Investors Fund-Class R5
        Clipper Fund
        Domini Social Equity Fund-Class R
        Dreyfus Appreciation Fund
        Dreyfus Disciplined Stock Fund-Class R
        Fidelity Disciplined Equity Fund-Class K
        Fidelity Dividend Growth Fund-Class K
        Fidelity Focused Stock Fund
        Fidelity Fund-Class K
        Legg Mason Value Trust, Inc.-Institutional Class
        Neuberger Berman Socially Responsive Fund-Investor Class
        PIMCO StocksPLUS Fund-Institutional Class
        Putnam Investors Fund-Class Y
        T. Rowe Price Dividend Growth Fund
        Vanguard Growth and Income Fund-Admiral Class

BPGOM ERISA 0001250

Large Cap Growth
    AIM Large Cap Growth Fund-Institutional Class
    Alger Capital Appreciation Institutional Fund-Institutional Shares
    BlackRock Fundamental Growth Fund, Inc.
    Credit Suisse Large Cap Growth Fund-Common Class
    Dreyfus Founders Growth Fund-Class I
    Dreyfus Premier Third Century Fund, Inc.-Class I
    DWS Large Company Growth Fund-Institutional Class
    Fidelity Blue Chip Growth Fund-Class K
    Fidelity Capital Appreciation Fund-Class K
    Fidelity Export and Multinational Fund
    Fidelity Fifty®
    Fidelity Growth Company Fund-Class K
    Fidelity Independence Fund-Class K
    Fidelity Large Cap Stock Fund
    Fidelity Trend Fund
    Fidelity OTC Portfolio-Class K
    Harbor Capital Appreciation Fund
    Janus Fund
    Janus Growth and Income Fund
    Janus Twenty Fund
    Morgan Stanley Institutional Fund
        Capital Growth Fund-Class I
    Pioneer Growth Leader Fund-Class A
    T. Rowe Price Blue Chip Growth Fund
    T. Rowe Price Growth Stock Fund
    USAA Growth Fund
    Vanguard PRIMECAP Fund-Admiral Class
    Vanguard U.S. Growth Fund-Admiral Class
    Wells Fargo Advantage Growth Fund-Institutional Class
    Wells Fargo Advantage Large Cap Growth Fund-Investor Class

<u>Medium Cap U.S. Stock Funds</u>
    Medium Cap Value
        Fidelity Value Fund-Class K
        Franklin Balance Sheet Investment Fund- Advisor Class

    Medium Cap Blend
        Ariel Appreciation Fund
        Credit Suisse Mid-Cap Core Fund-Common Shares
        Legg Mason Special Investment Trust-Institutional Class
        Wells Fargo Advantage Opportunity Fund-Administrator Class

    Medium Cap Growth
        AIM Dynamics Fund-Institutional Class

BPGOM ERISA 0001251

       Alger MidCap Growth Institutional Fund-Institutional Class
       Baron Asset Fund
       Columbia Acorn Fund-Class Z
       Delaware Trend Fund-Institutional Class
       Fidelity Aggressive Growth Fund-Class K
       Fidelity Mid-Cap Stock Fund-Class K
       Franklin Small-Mid Cap Growth Fund-Advisor Class
       Morgan Stanley Institutional Fund Trust
            Mid Cap Growth Portfolio- Class I
       T. Rowe Price Mid Cap Growth Fund

<u>Small Cap U.S. Stock Funds</u>
    Small Cap Value
       Allianz NFJ Small Cap Value Fund-Institutional Class
       Morgan Stanley Institutional Fund Trust
            U.S. Small Cap Value Portfolio-Class I

    Small Cap Blend
       Credit Suisse Small Cap Value Fund-Common Shares
       Managers Special Equity Fund-Institutional Class
       Neuberger Berman Genesis Fund-Institutional Class
       T. Rowe Price Small-Cap Stock Fund

    Small Cap Growth
       Alger Small Cap Institutional Fund-Institutional Class
       Allianz CCM Emerging Companies Fund-Institutional Class
       Baron Growth Fund
       Dreyfus Founders Discovery Fund-Class I
       Fidelity Small Cap Independence Fund
       Morgan Stanley Institutional Fund
            Small Company Growth Portfolio-Class I

<u>Specialty U.S. Stock Funds</u>
    Specialty-Health Care
       T. Rowe Price Health Sciences Fund

    Specialty-Natural Resources
       T. Rowe Price New Era Fund

    Specialty-Real Estate
       Cohen & Steers Realty Shares
       Fidelity Real Estate Investment Portfolio

    Specialty-Technology
       Munder Internet Fund-Class Y

BPGOM ERISA 0001252

        Old Mutual Technology & Communications Fund-Institutional Class

    Specialty-Utilities
        AIM Utilities Fund-Institutional Class
        Fidelity Utilities Fund

<u>International Stock Funds</u>
    World Stock
        AIM Global Growth Fund-Class I
        American Funds® Capital World Growth and Income Fund®-Class R5
        American Funds® New Perspective Fund®-Class R5
        Dreyfus Premier Worldwide Growth Fund-Class I
        Janus Worldwide Fund
        Mutual Discovery Fund-Class Z
        Putnam Global Equity Fund-Class Y
        Templeton Growth Fund-Advisor Class
        Templeton World Fund-Advisor Class

    Foreign Stock
        American Century International Growth Fund-Institutional Class
        Credit Suisse International Focus Fund-Common Class
        DWS International Equity Fund-Institutional Class
        Fidelity Aggressive International Fund
        Fidelity Diversified International Fund-Class K
        Fidelity Emerging Markets Fund-Class K
        Fidelity Global Balanced Fund
        Fidelity International Discovery Fund-Class K
        Fidelity New Markets Income Fund
        Fidelity Overseas Fund-Class K
        J.P. Morgan Fleming International Value Fund-Institutional Class
        Lazard Emerging Markets Portfolio-Institutional Class
        Lazard International Equity Portfolio-Institutional Class
        Managers International Equity Fund
        Payden & Rygel Global Fixed Income Fund-Class R
        PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class
        Putnam International Equity Fund-Class Y
        Templeton Foreign Fund-Advisor Class
        Templeton Institutional Funds, Inc.-Emerging Markets Series-Institutional Class

    Europe Stock
        AIM European Growth Fund-Investor Class
        BlackRock EuroFund-Class I
        Fidelity Europe Capital Appreciation Fund
        Fidelity Europe Fund

BPGOM ERISA 0001253

>        Putnam Europe Equity Fund-Class Y
>        T. Rowe Price European Stock Fund
>
> Latin America Stock
>        DWS Latin America Fund-Class S
>        Fidelity Latin America Fund
>        T. Rowe Price Latin America Fund
>
> Pacific Stock
>        AIM Asian Pacific Growth Fund-Class A
>        Fidelity Pacific Basin Fund
>        Fidelity Southeast Asia Fund
>        BlackRock Pacific Fund-Class I
>
> Japan Stock
>        Fidelity Japan Fund
>        The Japan Fund, Inc.-Class S"

\*   \*   \*   \*   \*

I, Richard J. Dorazil, Vice President – HR Total Rewards, Western Hemisphere, of the Corporation, hereby approve and adopt the foregoing amendment to the Plan.

Dated this 30th day of December, 2008

*[signature: Richard J. Dorazil]*
Vice President – HR Total Rewards
Western Hemisphere
BP Corporation North America Inc.

8

BPGOM ERISA 0001254