## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No.  4:10-MD-02185 |
| Robert R. Glenn,<br><br>               Plaintiff,<br>          v.<br><br>BP p.l.c.,<br><br>               Defendant. | No.  4:11-cv-02941<br><br>Honorable Keith P. Ellison |

### <u>ORDER</u>

UNDER SUBMISSION this day was Defendant BP p.l.c.'s Unopposed Motion To Expand Page Limits Applicable to BP's Reply Memorandum in Further Support of its Motion to Dismiss ("Reply").  Upon considering BP's Unopposed Motion, the Court is of the opinion that BP's Motion should be and hereby is:

GRANTED in all respects.  BP's Reply can be up to 18 pages in length, exclusive of tables and cover.

Signed this _____ day of _____ 2011.


_____
UNITED STATES DISTRICT JUDGE