**AO 435** (Rev. 03/08)
*Please Read Instructions:*

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: Pamela Wofford for R. Paul Yetter | 2. PHONE NUMBER: 713-632-8021 | 3. DATE: 11-14-11 |
| 4. MAILING ADDRESS: 909 Fannin Suite 3600 | 5. CITY: Houston | 6. STATE: TX  7. ZIP CODE: 77010 |
| 8. CASE NUMBER: 4:10-md-2185 | 9. JUDGE: Ellison | DATES OF PROCEEDINGS — 10. FROM: 11-4-11  11. TO: 11-4-11 |
| 12. CASE NAME: In re BP plc Securities Litigation | | LOCATION OF PROCEEDINGS — 13. CITY: Houston  14. STATE: TX |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 15 2011
David J. Bradley, Clerk of Court

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | 11-4-11 hearing - all day beginning 10:30 a.m. ending 4:00 p.m. |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES: 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signed]
19. DATE: 11-14-11

- [x] EMAIL ONLY REQUIRED
- [ ] EMAIL AND HARD COPY REQUIRED

EMAIL ADDRESS: pwofford@yettercoleman.com

**20. TRANSCRIPT TO BE PREPARED BY**
Mara Malone
713 250 5787

COURT ADDRESS:
515 Rusk
Houston, Texas

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY