UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185 |
| Robert R. Glenn,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BP p.l.c.,<br><br>　　　　Defendant. | No. 4:11-cv-02941<br><br>Honorable Keith P. Ellison |

## ORDER

UNDER SUBMISSION this day was Defendant BP p.l.c.'s Unopposed Motion To Expand Page Limits Applicable to BP's Reply Memorandum in Further Support of its Motion to Dismiss ("Reply"). Upon considering BP's Unopposed Motion, the Court is of the opinion that BP's Motion should be and hereby is:

GRANTED in all respects. BP's Reply can be up to 18 pages in length, exclusive of tables and cover.

Signed this 15th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE