# Exhibit 1

Supplemental Declaration of Thomas W. Taylor

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185 |
| Robert R. Glenn,<br><br>              Plaintiff,<br>v.<br>BP p.l.c.,<br><br>              Defendant. | No. 4:11-cv-02941<br><br>Honorable Keith P. Ellison<br><br>JURY TRIAL DEMANDED<br><br>**ORAL ARGUMENT REQUESTED** |

## SUPPLEMENTAL DECLARATION OF THOMAS W. TAYLOR

Pursuant to 28 U.S.C. § 1746, I, THOMAS W. TAYLOR, declare as follows:

1. I am over twenty-one years of age and I am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2. I am a partner in the law firm of Andrews Kurth LLP. My office is located at 600 Travis, Suite 4200, Houston, Texas 77002.

3. I am a member in good standing of the Bar of the State of Texas.

4. I am the Attorney-in-Charge for the defendant named in the Class Action Complaint (Dkt. 1) in the above-captioned matter. I submit this declaration to provide the Court with a document cited in Defendant's Reply Memorandum in Further Support of its Motion to Dismiss, which is being filed on November 18, 2011.

5. Attached hereto as Exhibit A is a true and correct copy of excerpts of the minutes and resolutions from a meeting of the Board of Directors of BP p.l.c. held on April 15, 2010.

6. The excerpts of the April 26, 2010 minutes and resolutions of the Results Committee of the Board of Directors of BP p.l.c., attached to the Supplement to Exhibit 2 to the Declaration of Martin Moore QC, filed Sept. 30, 2011 (Dkt. 18-1), are true and correct excerpts of those minutes and resolutions.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

Executed on this 18th day of November, 2011.