# Exhibit 2

Ex. A to Supplemental Declaration of Thomas W. Taylor

Case 4:10-md-02185   Document 301-2   Filed in TXSD on 11/18/11   Page 1 of 4

## Minutes of a meeting of the Board of Directors of
## BP p.l.c.
## held at ExCel, One Western Gateway, Royal Victoria Dock, London
## on 15th April 2010

| | | | |
|---|---|---|---|
| **Present** | Mr. C-H. Svanberg | Chairman | Mr. G. David |
| | Sir Ian Prosser | | Mr. E.B. Davis, Jr. |
| | Dr. A.B. Hayward | | Mr. I. Davis |
| | Mr. P.M. Anderson | | Mr. R. Dudley |
| | Mr. A. Burgmans | | Mr. D.J. Flint |
| | Mrs. C.B. Carroll | | Dr. B.E. Grote |
| | Sir William Castell | | Mr. A.G. Inglis |
| | Mr. I.C. Conn | | Dr. D.S. Julius |
| **And** | Mr. D.J. Jackson | Secretary | |
| **In attendance** | Mr. R. Bondy | | |
| | Mr. D.J. Pearl | | |
| | Mr. C. Proctor | | |



**Scrip Dividend Programme and Delegation of Authority for the Q1 Results**



The Board gave preliminary consideration to the first quarter interim dividend for 2010 and **IT WAS RESOLVED** that:

(i) the Audit Committee be authorised to review the draft announcement of the first quarter results to the London Stock Exchange and to consider the announcement of a first quarter interim dividend for 2010 on the Board's behalf and to recommend a range for the amount of such dividend;

(ii) the Results Committee be authorised on the Board's behalf to finalise the amount of the first quarter interim dividend for 2010 within the range recommended by the Audit Committee and to settle the final form of the results announcement to the London Stock Exchange and authorise its release on Tuesday 27 April and to settle the final form of the press release (if any) and to authorise its release to the market on 27 April;





CHAIRMAN