UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | No. 4:10-md-02185 |
| | Honorable Keith P. Ellison |

**NOTICE OF APPEARANCE**

The Ohio Public Employees Retirement System, the State Teachers Retirement System of Ohio, the School Employees Retirement System of Ohio and the Ohio Police & Fire Pension Fund, as represented by Ohio's Attorney General Mike DeWine, hereby give notice that attorney Mark Alan Delaney of the law firm Block & Leviton LLP is a counsel of record in this matter and request that he receive electronic copies of all pleadings filed and orders issued. Attorney Delaney was admitted *pro hac vice* in this action while he was an attorney with the law firm Berman DeValerio. *See* Docket No. 279. Please send all future notices to:

Mark Alan Delaney
Block & Leviton LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Tel: (617) 398-5600
Fax: (713) 507-6020
Mark@blockesq.com

1

DATED:  November 18, 2011                    Respectfully submitted,

**YETTER COLEMAN LLP**

/s/ R. Paul Yetter
R. Paul Yetter (Bar No. 22154200)
Autry W. Ross (Bar No. 17283950)
909 Fannin, Suite 3600
Houston, TX  77010
Tel: (713) 632-8000
Fax: (713) 632-8002

*Counsel for New York and Ohio and Liaison Counsel for the Class*

**BLOCK & LEVITON LLP**
Jeffrey C. Block (admitted *pro hac vice*)
*Jeff@blockesq.com*
Jason M. Leviton (admitted *pro hac* vice)
*Jason@blockesq.com*
Whitney E. Street (admitted *pro hac vice*)
*Whitney@blockesq.com*
Mark Alan Delaney (admitted *pro hac vice*)
*Mark@blockesq.com*
155 Federal Street, Suite 1303
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020

*Counsel for the Ohio Funds*

**Certificate of Service**

I hereby certify that on November 18, 2011, the foregoing was electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

/s/ R. Paul Yetter
R. Paul Yetter