UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Plaintiff,

v.

BP plc, et al.

Defendant.

Case No.: 4:10–md–02185
Judge Keith P Ellison

TYPE OF CASE: Multidistrict Litigation

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/10/12

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #261

Date:   November 22, 2011

David J. Bradley, Clerk