# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Serena E. Pollack
701 Poydras St.
Suite 3600
New Orleans LA 70139-7735

United States Courts
Southern District of Texas
FILED

NOV 25 2011

Michael N. Milby, Clerk of Court

---

Case: 4:10-md-02185   Instrument: 300   (1 pages)
Date: Nov 16, 2011
Control: 11117395
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

LITF

Return to Sender
No longer at this address

7013980000000000 0000

NIXIE        708   DE  1        00   11/22/11

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010         *0833-07450-16-39

NOV 25 2011

Hasler
$00.440
US POSTAGE
012H1620294 9