# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Serena E. Pollack
Lowe, Stein, Hoffman, Allweiss & Hauver, LLP One Shell Square
701 Poydras St.
Suite 3600
New Orleans LA 70139-7735

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC - 5 2011

David J. Bradley, Clerk of Court

Case: 4:10-md-02185   Instrument: 306   (1 pages)   aty
Date: Nov 23, 2011
Control: 111113253
Notice: The attached order has been entered.

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Return To Sender
No longer at this Address

United States Courts
Southern District of Texas
FILED
DEC 0 5 2011
David J. Bradley, Clerk of Court

NIXIE          708  DE 1           00  11/30/11
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 77208101010        *1433-05998-29-41