IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE BP SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) ) ) | MDL NO. 2185<br><br>Case No. 4:10-cv-03447 |
| In Re: BP P.L.C. SECURITIES LITIGATION ) ) ) ) ) ) | Civil Action No. 4:10-md-2185 |

## FINAL JUDGMENT

On September 15, 2011, this Court issued a memorandum and order granting Defendants' motion to dismiss. On November 23, 2011, this Court issued a memorandum and order denying Plaintiffs' motion to alter or amend that dismissal order. Based on the facts, analysis, and conclusions of law set forth in those orders, the Court renders judgment for Defendants and declares that:

1. This case is dismissed on *forum non conveniens* grounds because the courts of England are a more appropriate forum for this litigation;

2. Individual Defendants have stipulated that they will submit to the jurisdiction of the appropriate English court in any derivative action brought by a shareholder of BP p.l.c. in that court based upon the facts and claims alleged in the Verified Consolidated Amended Shareholder Derivative Complaint in this action; and

3. This Court may reassert jurisdiction upon timely notification if the courts of England refuse to accept jurisdiction for reasons other than Plaintiffs' failure to comply with the procedural requirements of English courts.

All costs are taxed against the parties incurring same.

This is a FINAL JUDGMENT.

SIGNED ON December 8, 2011.

_____
U.S. DISTRICT JUDGE