**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov
United States Courts
Southern District of Texas
FILED

JAN 0 4 2012

David J. Bradley, Clerk of Court

Serena E. Pollack
701 Poydras St.
Suite 3600
New Orleans LA 70139-7735

---

Case: 4:10-md-02185   Instrument: 311   (2 pages)
Date: Dec 9, 2011
Control: 11125189
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED
JAN 0 4 2012
David J. Bradley, Clerk of Court

RTS — No longer @ this address

LHF

7013 1717 1735 0023

012H16202949
$00.440
Mailed From 12/12/2011
77002
US POSTAGE
Hasler