UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | MDL No. 2185 |
|---|---|---|---|
| | In re: BP ERISA Litigation | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Scott D. Egleston<br>Egleston Law Firm<br>440 Park Avenue South,<br>New York, NY 10016<br>212-683-3400<br>FL -- #883425<br>SD Florida; Supreme Court State of Florida |
|---|---|
| Seeks to appear for this party: | Ralph Whitely |
| Dated:          1/12/2012 | Signed: *Scott Egleston* |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                    United States District Judge