| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | MDL No. 2185 |
|---|---|---|---|
| In re: BP ERISA Litigation | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Scott D. Egleston<br>Egleston Law Firm<br>440 Park Avenue South,<br>New York, NY 10016<br>212-683-3400<br>FL -- #883425<br>SD Florida; Supreme Court State of Florida |
|---|---|
| Seeks to appear for this party: | Ralph Whitely |
| Dated: 1/12/2012 | Signed: *Scott Egleston* |

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 17 January 2012 | Clerk's signature: *SD Lowe* |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 17 January 2012

United States District Judge