

NEW NOA - Fw: Activity in Case 4:10-md-02185 In Re: BP plc Securities Litigation Notice of Appeal
Peter Conners    to: Brandy Lemelle                          01/11/2012 08:48 AM
Cc: Debbie Kranz

| From: | Peter Conners/CA05/05/USCOURTS |
| To: | Brandy Lemelle/CA05/05/USCOURTS@USCOURTS |
| Cc: | Debbie Kranz/CA05/05/USCOURTS@USCOURTS |
| Follow Up: | Normal Priority. |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JAN 17 2012
David J. Bradley, Clerk of Court

inst102185.pdf    doc102185.pdf

Brandy, I'm sending you 2 BP cases. Please have these cases docketed today as we are now on the 6th day. It's taken Debbie and I a few days to get the party alignment correct. Docket this case first.

Thanks,
Peter Conners
Case Manager
Eastern and Southern Texas Division
United States Court of Appeals 5th Circuit
(504) 310-7685

Houston
12-20018

----- Forwarded by Peter Conners/CA05/05/USCOURTS on 01/11/2012 08:26 AM -----

| From: | CA5SETX Notification/CA05/05/USCOURTS |
| To: | Peter Conners/CA05/05/USCOURTS@USCOURTS |
| Date: | 01/03/2012 02:44 PM |
| Subject: | NEW NOA - Fw: Activity in Case 4:10-md-02185 In Re: BP plc Securities Litigation Notice of Appeal |
| Sent by: | Amanda Sutton-Foy |

----- Forwarded by Amanda Sutton-Foy/CA05/05/USCOURTS on 01/03/2012 02:43 PM -----

| From: | DCECF_LiveDB@txs.uscourts.gov |
| To: | DC_Notices@txs.uscourts.gov |
| Date: | 01/03/2012 01:52 PM |
| Subject: | Activity in Case 4:10-md-02185 In Re: BP plc Securities Litigation Notice of Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by Weintraub, Robert on 1/3/2012 at 1:49 PM CST and filed on 1/3/2012

**Case Name:** In Re: BP plc Securities Litigation
**Case Number:** 4:10-md-02185
**Filer:** City of New Orleans Employee's Retirement System
**Document Number:** 312

**Docket Text:**
**NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: [311] Final Judgment, [256] Memorandum and Order, [307] Memorandum and Order by City of New Orleans Employee's Retirement System (Filing fee $ 455, receipt number 0541-9066096), filed.(Weintraub, Robert)**

**4:10-md-02185 Notice has been electronically mailed to:**

Albert M Myers     albert.myers@ksfcounsel.com, ecf.filings@ksfcounsel.com

Aron J Frakes     ajfrakes@mwe.com, cbogucki@mwe.com, jjknapp@mwe.com

Aron K Liang     aliang@cpmlegal.com

Arvind B. Khurana     akhurana@milberg.com

Autry W Ross     aross@yettercoleman.com, pwofford@yettercoleman.com

Bruce W Bowman , Jr     bbowman@godwinronquillo.com

Bryan L Clobes     bclobes@caffertyfaucher.com

Bryan M. Payne     bpayne@cpmlegal.com, jhamilton@cpmlegal.com

Carl J Hebert     cjh@preisroy.com

Daniel A Tadros     tadros@chaffe.com, vicknair@chaffe.com

Daryl A Libow     libowd@sullcrom.com

Derek A Walker walker@chaffe.com, martinez@chaffe.com

Don K Ledgard DLedgard@capretz.com

Dona Szak dszak@ajamie.com, file@ajamie.com, jedwards@ajamie.com, pfuchs@ajamie.com

Donald Amamgbo donald@amamgbolaw.com

Donald Everett Godwin dgodwin@godwinronquillo.com, agarcia@godwinronquillo.com

Edwin G Preis , Jr epreis@preisroy.com

Edwin J Mills emills@ssbny.com

Evan M Janush emj@lanierlawfirm.com

Evans Martin McLeod marty.mcleod@phelps.com

Floyd Richard Hartley , Jr fhartley@godwinronquillo.com, awhitten@godwinronquillo.com, EDolghih@GodwinRonquillo.com

Gavin Eugene Hill ghill@godwinronquillo.com

Glen DeValerio gdevalerio@bermandevalerio.com

Gregory M. Egleston greg.egleston@gmail.com

Hester H. Cheng hcheng@cpmlegal.com

Jacob S Gill jgill@stollberne.com, jsloan@stollberne.com

Jarrell Edward Godfrey , Jr usdc.filings@godfreyfirm.com

Jason M Leviton jleviton@bermandevalerio.com, bdentremont@bermandevalerio.com, ecf@bermandevalerio.com, kdonovanmaher@bermandevalerio.com

Jeffrey C Block jblock@bermandevalerio.com, dennis.smith@ohioattorneygeneral.gov, Frederick.Nelson@ohioattorneygeneral.gov, gmutter@kmklaw.com, ptismo@dgmslaw.com

Jeffrey M Norton jnorton@nfllp.com

Jeffrey M. Hoffman jhoffman@lshah.com

Jennifer S Wagner     jwagner@stollberne.com

Jenny LaNell Martinez     jmartinez@godwinronquillo.com, dsmith@godwinronquillo.com

Jeroen van Kwawegen     jeroen@blbglaw.com

John Alden Meade     johnalden@blbglaw.com

John Daniel Johnson     daniel.johnson@sutherland.com, carla.kelley@sutherland.com

Joshua S Devore     jdevore@cmht.com

Julie Reiser     jreiser@cohenmilstein.com, dsommers@cohenmilstein.com, efilings@cohenmilstein.com, jkolsky@cohenmilstein.com, mhandley@cohenmilstein.com, stoll@cohenmilstein.com

Katharine Rachael Colletta     colletta@chaffe.com, rupp@chaffe.com

Keith A Ketterling     kketterling@stollberne.com, dhaner@stollberne.com

Kim S. Zeldin     kzeldin@linerlaw.com

Kristin J. Moody     kmoody@bermandevalerio.com

Lewis Kahn     lewis.kahn@ksfcounsel.com, ecf.filings@ksfcounsel.com

Lori G Feldman     lfeldman@milberg.com, mbarrett@milberg.com

Marc De Leeuw     deleeuwm@sullcrom.com, s&cmanagingclerk@sullcrom.com

Mark Delaney     mdelaney@bermandevalerio.com

Mark C Molumphy     mmolumphy@cpmlegal.com, aliang@cpmlegal.com, isiddiqui@cpmlegal.com, jhamilton@cpmlegal.com, medling@cpmlegal.com, obacigalupi@cpmlegal.com

Matthew D Pearson     mpearson@bermandevalerio.com

Matthew K. Edling     medling@cpmlegal.com, bpayne@cpmlegal.com, velias@cpmlegal.com

Michael A. Swick     michael.swick@ksfcounsel.com

Michael J. Klein     mklein@ssbny.com

Miles Paul Clements     mclements@frilot.com

Morgan D Hodgson    mhodgson@steptoe.com, rjenny@steptoe.com

Nancy L Fineman    nfineman@cpmlegal.com

Paul J Ondrasik , Jr    Pondrasik@steptoe.com, msherman@steptoe.com

Paul S Balanon    paul.balanon@ogletreedeakins.com, kathy.albeanese@ogletreedeakins.com

R Paul Yetter    pyetter@yettercoleman.com, aross@yettercoleman.com, gcabrera@yettercoleman.com, ldechiro@yettercoleman.com, pwofford@yettercoleman.com, wmccloskey@ywcllp.com

Reginald Von Terrell    reggiet2@aol.com

Richard C. Pepperman, II    peppermanr@sullcrom.com

Richard J Arsenault    rarsenault@nbalawfirm.com

Richard J Hymel    rhymel@preisroy.com, csb@preisroy.com, rsm@preisroy.com

Richard Warren Mithoff , Jr    rmithoff@mithofflaw.com, dmorris@mithofflaw.com, tdemetriou@mithofflaw.com

Robert Alan York    ayork@godwinronquillo.com, fhunter@godwinronquillo.com

Robert B Weintraub    weintraub@whafh.com

Robert D. Allison    rdalaw@ix.netcom.com

Robert I Harwood    rharwood@hfesq.com

Ronald S Kravitz    rkravitz@linerlaw.com, ccoloyan@linerlaw.com, jmendoza@linerlaw.com

Ryan Thomas Jenny    rjenny@steptoe.com

Sanford P. Dumain    sdumain@milberg.com

Stanley M Chesley    stanchesley@wsbclaw.com

Stephen J Fearon , Jr    stephen@sfclasslaw.com

Steve D Larson    slarson@stollberne.com, gseaman@stollberne.com

Steven G Spears    sspears@mwe.com, cljordan@mwe.com, jjknapp@mwe.com

Tanya Korkhov     tkorkhov@hfesq.com

Thomas J McKenna     tjmlaw2001@yahoo.com

Thomas Robert Ajamie     tajamie@ajamie.com, dmolloy@ajamie.com, dszak@ajamie.com, jclay@ajamie.com, pfuchs@ajamie.com

Thomas W Taylor     ttaylor@andrewskurth.com, jmitchell@andrewskurth.com

W Mark Lanier     jrm@lanierlawfirm.com

Whitney Street     wstreet@bermandevalerio.com

Wilber H Boies     bboies@mwe.com, jjknapp@mwe.com

Wilbert B Markovits     billmarkovits@wsbclaw.com

**4:10-md-02185 Notice has not been electronically mailed to:**

Adelaida J Ferchmin
Chaffe McCall LLP
1100 Poydras Street
Ste 2300
New Orleans, LA 70163-2300

Alan Davis
Chaffe McCall LLP
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300

Amber M. Nesbitt
Wexler Wallace LLP
55 W. Monroe Street
Suite 3300
Chicago, IL 60603

Amy Miller
Bernstein, Litowitz, Berger & Grossmann, LLP (New York)
1285 Avenue of the Americas
New York, NY 10019

Ana M Cabassa
Zwerling Schachter & Zwerling LLP

41 Madison Avenue
New York, NY 10010

Anthony Chu
Capretz & Associates
West Tower
5000 Birch Street
Ste 2500
Newport Beach, CA 92660

Bruce C. Howard
Robert D. Allison & Associates
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603

Campbell Edington Wallace
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700

Charles Robert Watkins
Donaldson & Guin, LLC
300 South Wacker Drive
Suite 1700
Chicago, IL 60603

Daniel S Sommers
Cohen Milstein et al

Deborah R Gross
Law Offices of Bernard M Gross PC
Wannamaker Building
Juniper and Market Streets
Ste 450
Philadelphia, PA 19107

Diane Lee McGimsey
Sullivan and Cromwell LLP
1888 Century Park East Suite 2100
Los Angeles, CA 90067

Dianne M Nast
Roda and Nast PC
801 Estelle Dr
Lancaster, PA 17601

Edward F. Kohnke , IV
Preis & Roy
601 Poydras St
Suite 1700
New Orleans, LA 70130

Ellen Meriwether
Cafferty Faucher LLP


Eric R Nowak
Harrell and Nowak
650 Poydras St
Ste 2107
New Orleans, LA 70130

Everett R. Fineran
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700

Frankie Ramirez


George Denegre , Jr
Liskow & Lewis


George M Gilly
Phelps Dunbar LLP
365 Canal St
Ste 2000
New Orleans, LA 70130

Gregory Anthony Gelderman , III
Bernstein, Litowitz, Berger & Grossmann, LLP (New Orleans)
2727 Prytania St.
Suite 14

New Orleans, LA 70130

James P Roy
Domengeaux Wright et al
556 Jefferson St
PO Box 3668
Lafayette, LA 70502

James T Capretz
Attorney at Law
5000 Birch St
Ste 2500
Newport Beach, CA 92660

Jennifer J. Sosa
Milberg Llp
One Penn Plaza
New York, NY 10119

Jeremy Friedman
Bernstein, Litowitz, Berger & Grossmann, LLP (New York)
1285 Avenue of the Americas
New York, NY 10019

Jessica A. DeNisi
Godfrey Firm, PLC
2500 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2500

John C. Anjier
Liskow & Lewis
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139-5099

Jordanna G Thigpen
Cotchett Pitre McCarthy
840 Malcolm Rd
Ste 200
Burlingame, CA 94010

Joseph E Lee , III
Preis & Roy, PLC

Pan American Life Center
601 Poydras St.
Suite 1700
New Orleans, LA 70130

Joseph J Tabacco , Jr
Berman DeValerio
One California Street, Suite 900
San Francisco, CA 94111

Joseph W Cotchett
Cotchett Pitre et al
840 Malcolm Rd
Ste 200
Burlingame, CA 94010

Joshua Kolsky
Cohen Milstein Sellers & Toll PLLC


Kenneth A. Wexler
Wexler Wallace LLP
55 West Monroe
Suite 3300
Chicago, IL 60603

Kerry J. Miller
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700

Kirk B Hulett
Hulett Harper Stewart LLP
525 B Street
Ste 760
San Diego, CA 92101

Kristopher S. Ritter
Kirkland & Ellis LLP (Chicago)
300 N. LaSalle
Chicago, IL 60654

Laura Elizabeth Towbin

Novack and Macey, LLP
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606

Lionel Howard Sutton , III
Lionel Sutton, III, Attorney at Law
610 Baronne St.
New Orleans, LA 70113

Lois O Rosenbaum
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

Mark Lebovitch
Bernstein, Litowitz, Berger & Grossmann, LLP (New York)
1285 Avenue of the Americas
New York, NY 10019

Marvin Alan Miller
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Mary K Blasy
Scott and Scott LLP


Matthew E Van Tine
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Matthew K Handley
Cohen Milstein et al


Mitchell J. Hoffman
Lowe, Stein, Hoffman, Allweiss & Hauver, LLP
One Shell Square
701 Poydras St.

Suite 3600
New Orleans, LA 70139-7735

Mitchell L. Marinello
Novack & Macey
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606

Olga Anna Posmyk
Squitieri & Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022

Patrice Lyn Bishop
Stull, Stull & Brody
10940 Wilshire Blvd.
Suite 2300
Los Angeles, CA 90024

Paul C. Thibodeaux
Frilot L.L.C.
Energy Centre
1100 Poydras St.
Suite 3700
New Orleans, LA 70163-3700

Robert A Izard , Jr
Izard Nobel LLP
29 South Main Street
Ste 215
West Hartford, CT 06107

Robert Michael Kallam
Preis & Roy, PLC (Lafayette)
Versailles Centre
102 Versailles Blvd.
Suite 400
Lafayette, LA 70501

Robert P Frutkin
Law Offices of Bernard M Gross PC
Wannamaker Building
Juniper and Market Streets
Ste 450

Philadelphia, PA 19107

Robert S Schachter
Zwerling Schachter & Zwerling
41 Madison Avenue
New York, NY 10010

Russell Keith Jarrett
Liskow & Lewis
One Shell Square
701 Poydras St
Ste 5000
New Orleans, LA 70139

Sarah P Weber
Hulett Harper Stewart LLP
525 B Street
Ste 760
San Diego, CA 92101

Serena E. Pollack
Lowe, Stein, Hoffman, Allweiss & Hauver, LLP
One Shell Square
701 Poydras St.
Suite 3600
New Orleans, LA 70139-7735

Sona R Shah
Zwerling Schachter & Zwerling LLP
41 Madison Avenue
New York, NY 10010

Steven J Toll
Cohen Milstein et al


Steven Paul Schneck
Robert D. Allison & Associates
122 South Michigan Ave.
Suite 1850
Chicago, IL 60603

Vincent J. Esades
Heins, Mills & Olson, PLC
310 Clifton Ave.

Minneapolis, MN 55403

William W Thomas
Behn & Wyetzner, Chtd.
500 N. Michigan Avenue
Suite 850
Chicago, IL 60611

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=1/3/2012]
[FileNumber=14211977-0
]
[6b530eb31a5008de924908a56df3eeb4c35ebc2f7ea1d37c7275b52d2f4069910c6
a42d8a20dccca4a6708f18069a6c46745fe10cb8bf53482de32fa231ea9a9]]