UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BP p.l.c. | § | MDL NO.: 10-md-2185 |
| SECURITIES LITIGATION | § | |
| | § | Civil Action No. 4:10-md-2185 |
| | § | |
| | § | HON. KEITH P. ELLISON |
| | § | |

**ORDER**

The Court anticipates issuing this month a Memorandum and Order on each of the Motions to Dismiss pending in the two securities class actions before the Court. Accordingly, the Court needs an itemization of individuals, other than the confidential witnesses, whose names must be redacted and kept under seal.

Any other information that is referred to in the parties' submissions on these Motions, and that one or more parties contend must remain under seal, should also be identified and grounds stated as to the need for confidentiality. Any itemization the parties wish to provide need not reference documents and testimony obtained through discovery in the MDL 2179 docket, as the Court is cognizant of the confidentiality concerns governing that information.

Responses to this request may be filed under seal, and are due by February 13, 2012.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of February, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE