UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 25 2011

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 10-md-2185 |
|---|---|---|---|
| In re BP, P.L.C. Securities Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Victor S. Elias<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame CA  94010<br>650-697-6000<br>California 262269 |
|---|---|
| Seeks to appear for this party: | Attorneys for Ludlow Plaintiffs |
| Dated: 5/23/11 | Signed: /s/ |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 5/26/11 | Clerk's signature: *[signature]* |

Order

This lawyer is admitted *pro hac vice*.

Dated: 7 February 2012

*[signature]*
United States District Judge