UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-2185 |
|---|---|---|---|
| In re BP ERISA Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ryan T. Jenny<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>202-429-8098<br>Dist. of Columbia - 495863<br>US Dist. Court - District of Columbia |
|---|---|
| Seeks to appear for this party: | BP p.l.c.; BP Corporation North America, Inc.; BP America, Inc. |
| Dated:   7/22/2011 | Signed: /s/ Ryan T. Jenny |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 7/25/11 | Clerk's signature: R. Saldaña |

Order

This lawyer is admitted *pro hac vice*.

Dated: 7 February 2012

United States District Judge