# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185<br><br>Honorable Keith P. Ellison |

## JOINT RESPONSE TO FEBRUARY 7, 2012 ORDER

On February 7, 2012, the Court ordered the parties to identify any documents, testimony or names referenced in their submissions in connection with the motions to dismiss these actions, other than those obtained through confidential discovery in the MDL 2179 docket, that the parties contend should be under seal. The parties hereby notify the Court that they do not contend that there is any such additional information in their submissions that should be filed under seal.

Dated: February 10, 2012

Respectfully submitted,

*s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com
*Attorney-in-Charge for Defendants*

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com
pellerm@sullcrom.com
*Additional Counsel for Defendants*

| | |
|---|---|
| Steven J. Toll (pro hac vice) <br> Daniel S. Sommers (pro hac vice) <br> Julie Goldsmith Reiser (pro hac vice) <br> Joshua M. Kolsky (pro hac vice) <br> COHEN MILSTEIN SELLERS & <br>     TOLL PLLC <br> 1100 New York Avenue N.W. <br> West Tower, Suite 500 <br> Washington, D.C.  20005-3964 <br> Telephone:  (202) 408-4600 <br> Facsimile:  (202) 408-4699 <br><br> Glen DeValerio (pro hac vice) <br> Kristin J. Moody (pro hac vice) <br> Steven J. Buttacavoli (pro hac vice) <br> BERMAN DEVALERIO <br> One Liberty Square <br> Boston, MA  02109 <br> Telephone:  (617) 542-8300 <br> Facsimile:  (617) 542-1194 <br> *Counsel for New York and Ohio and* <br> *Co-Lead Counsel for the Class* | s/ R. Paul Yetter <br> R. Paul Yetter (Bar No. 22154200) <br> Autry W. Ross (Bar No. 17283950) <br> YETTER COLEMAN LLP <br> 909 Fannin, Suite 3600 <br> Houston, TX  77010 <br> Telephone:  (713) 632-8000 <br> Facsimile:  (713) 632-8002 <br> *Counsel for New York and Ohio and Liaison* <br> *Counsel for the Class* |
| Joseph W. Cotchett <br> Mark C. Molumphy <br> Matthew K. Edling (pro hac vice) <br> Jordanna G. Thigpen (pro hac vice) <br> Victor S. Elizas (pro hac vice) <br> Bryan M. Payne (pro hac vice) <br> COTCHETT, PITRE & McCARTHY, LLP <br> San Francisco Airport Office Center 840 <br> Malcolm Road <br> Burlingame, CA 94010 <br> Telephone:  (650) 697-6000 <br> Facsimile:  (650) 697-0577 <br> *Co-Lead Counsel for Ludlow Plaintiffs* | s/ Richard W. Mithoff <br> Richard W. Mithoff (Bar Number: 14228500) <br> Sherie P. Beckman (Texas Bar No. 16182400) <br> Warner V. Hocker (Texas Bar No. 24074422) <br> MITHOFF LAW FIRM <br> One Allen Center <br> 500 Dallas Street <br> Houston, TX 77002 <br> Telephone: (713) 654-1122 <br> Facsimile: (713) 739-8085 <br> *Attorney-In-Charge and Co-Lead Counsel for* <br> *Ludlow Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Joint Response to February 7, 2012 Order has been served by electronic CM/ECF filing, on this 10th day of February, 2012.

*s/ Thomas W. Taylor*
Thomas W. Taylor
