UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 4:10–md–02185 |
| | Judge Keith P Ellison |
| BP plc, et al. | |
| Defendant. | |
| TYPE OF CASE: Multidistrict Litigation | |

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/23/12

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   February 17, 2012

David J. Bradley, Clerk