| ◎AO 435<br>(Rev. 03/08)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME<br>Pamela Wofford for R. Paul Yetter | 2. PHONE NUMBER<br>713-632-8021 | | 3. DATE<br>2-27-2012 | |
| 4. MAILING ADDRESS<br>909 Fannin Suite 3600 | 5. CITY<br>Houston | | 6. STATE<br>TX | 7. ZIP CODE<br>77010 |
| 8. CASE NUMBER<br>4:10-md-2185 | 9. JUDGE<br>Ellison | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. TO | |
| 12. CASE NAME<br>In re BP plc Securities Litigation | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY   Houston | 14. STATE    TX | |

15. ORDER FOR
☐ APPEAL            ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL                      ☐ IN FORMA PAUPERIS             ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 2-23-2012 hearing |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☐ OTHER (Specify) | |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | United States Courts<br>Southern District of Texas<br>FILED |
| EXPEDITED | ☐ | ☒ X | NO. OF COPIES<br>1 | | FEB 28 2012 |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | David J. Bradley, Clerk of Court |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE | ☒ EMAIL ONLY REQUIRED<br>☐ EMAIL AND HARD COPY REQUIRED | |
| 19. DATE<br>2-27-12 | EMAIL ADDRESS:<br>pwofford@yettercoleman.com | |
| 20. TRANSCRIPT TO BE PREPARED BY<br>Transcript taken by Bruce Slavin | COURT ADDRESS | |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

DISTRIBUTION:      COURT COPY       TRANSCRIPTION COPY      ORDER RECEIPT       ORDER COPY