IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re BP p.l.c. Securities Litigation

Case No.: 10-md-2185

Hon. Keith P. Ellison

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Lead Plaintiffs and the Ludlow Subclass Plaintiffs need another week to finalize and file the Joint Consolidated Amended Complaint ("Amended Complaint"). Defendants do not oppose an extra week, which moves the filing deadline for the Amended Complaint to April 2, 2012. Defendants will have 30 days, until May 2, 2012, to answer, move to dismiss or otherwise respond to the Amended Complaint.

2. Defendant BP Exploration & Production, Inc. shall be deemed to have been served with the Amended Complaint, or has waived service of that complaint.

3. Notwithstanding any waiver of service, defendant BP Exploration & Production, Inc. will answer, move to dismiss or otherwise respond to the Amended Complaint by May 2, 2012.

4. The entry into this stipulation shall not constitute a waiver of any defense other than insufficient service of process.



Dated: March 22, 2012

STIPULATED AND AGREED TO:

/s/ R. Paul Yetter
R. Paul Yetter
Autry R. Ross
Wynn B. McCloskey
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, TX 77010
Tel: (713) 632-8000
Fax: (713) 632-8002

Steven J. Toll
Julie G. Reiser
COHEN MILSTEIN SELLERS
& TOLL PLC
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Glen DeValerio
Kristin Moody
Steven Buttacavoli
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Counsel for Lead Plaintiffs New York and Ohio and Co-Lead Counsel for the Class*

/s/ Richard W. Mithoff
Richard W. Mithoff
Sherie Potts Beckman
Warner V. Hocker
MITHOFF LAW FIRM
One Allen Center
500 Dallas Street
Houston, TX 77002
Tel: 713-654-1122
Fax: 713-739-8085

Joseph W. Cotchett
Mark C. Molumphy
Matthew K. Edling
COTCHETT, PITRE & McCARTHY
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Co-Lead Counsel for Ludlow Lead Plaintiffs and the Subclass*

/s/ Thomas W. Taylor
Thomas W. Taylor
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Tel: (713) 220-4200
Fax: (713) 220-4285

Daryl A. Libow (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330

Richard C. Pepperman, II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 291-9113

*Attorneys for Defendants*

IT IS SO ORDERED on this 23rd day of March, 2012.

                                                                                         _____
                                                                                         HON. KEITH P. ELLISON
                                                                                         UNITED STATES DISTRICT JUDGE