UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | No. 4:10-md-02185 |
| | Honorable Keith P. Ellison |

# LEAD PLAINTIFFS' MOTION TO PLACE
# DOCUMENTS UNDER SEAL

Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and sole Trustee of the New York State Common Retirement Fund, and the Ohio Public Employees Retirement System and its statutory litigation counsel, the Ohio Attorney General Mike DeWine (collectively "New York and Ohio"), along with Sub-Class Lead Plaintiffs Robert H. Ludlow, Peter D. Lichtman, Leslie J. Nakagiri and Paul Huyck (along with New York and Ohio, "Lead Plaintiffs"), respectfully request to have The Second Consolidated Amended Class Action Complaint (Dkt. #339) filed April 2, 2012, placed under seal in order to protect confidential information from public dissemination.

DATED:  April 2, 2012						Respectfully submitted,

        **YETTER COLEMAN LLP**

/s/ R. Paul Yetter
R. Paul Yetter (Fed. Bar No. 3639)
Autry W. Ross (Fed. Bar No. 9731)
Wynn B. McCloskey (Fed. Bar No. 99)
909 Fannin, Suite 3600
Houston, TX  77010
Tel: (713) 632-8000
Fax: (713) 632-8002

*Counsel for New York and Ohio and Liaison Counsel for the Class*

/s/ Richard W. Mithoff
**MITHOFF LAW FIRM**
Richard W. Mithoff (Fed. Bar No. 2012)
William J. Stradley (Fed. Bar No. 397)
Sherie P. Beckman (Fed. Bar No. 11098)
Warner V. Hocker (Fed. Bar No. 1133732)
One Allen Center
500 Dallas Street
Houston, TX 77002
Telephone:  713-654-1122
Fax:  713-739-8085

*Attorney-In-Charge and Co-Lead Counsel for the Subclass*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
Julie Goldsmith Reiser (admitted *pro hac vice*)
Joshua S. Devore (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

**BERMAN DEVALERIO**
Glen DeValerio (admitted *pro hac vice*)
Kristin J. Moody (admitted *pro hac vice*)
Steven J. Buttacavoli (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Co-Lead Counsel for New York and Ohio and for the Class*

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Imtiaz A. Siddiqui
Matthew K. Edling
Bryan M. Payne
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Co-Lead Counsel for the Subclass*

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
155 Federal Street
Boston, MA 02110
(617) 398-5600

*Counsel to Lead Plaintiff the Ohio Public Employees Retirement System*

## Certificate of Service

I certify that a true and correct copy of this pleading was served by e-filing on the 2nd day of April, 2012, on all counsel of record.

/s/  R. Paul Yetter
R. Paul Yetter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | No. 4:10-md-02185 |
| | Honorable Keith P. Ellison |

## ORDER

It is hereby ORDERED that Lead Plaintiffs Second Consolidated Amended Class Action Complaint (Dkt. #339) filed April 2, 2012, shall be placed under seal and docketed as a sealed filing.

SIGNED at Houston, Texas this ___ day of April, 2012.

_____
Keith P. Ellison
United States District Judge