UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | No. 4:10-md-02185 |
| | Honorable Keith P. Ellison |

NOTICE RELATED TO FILING
THE SECOND CONSOLIDATED AMENDED
CLASS ACTION COMPLAINT UNDER SEAL

In accordance with the Court's Memoranda and Orders dated February 13, 2012 and February 23, 2012, together with the Court's Confidentiality Order of January 19, 2011, Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement Systems and sole Trustee of the New York State Common Retirement Fund, and the Ohio Public Employees Retirement System and its statutory litigation counsel, the Ohio Attorney General Mike DeWine (collectively "New York and Ohio"), along with Sub-Class Lead Plaintiffs Robert H. Ludlow, Peter D. Lichtman, Leslie J. Nakagiri and Paul Huyck (along with New York and Ohio, "Lead Plaintiffs"), file this Notice Related to Filing The Second Consolidated Amended Class Action Complaint, and in support thereof, respectfully set forth the following:

1.  Lead Plaintiffs have filed under seal, as Dkt #339, Lead Plaintiffs' Second Consolidated Amended Class Action Complaint (the "Consolidated Complaint"). In accordance with the Court's Memoranda and Orders dated February 13, 2012 and February 23, 2012, the Consolidated Complaint contains amended allegations that relate to documents and information produced in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April*

*20, 2010* (MDL No. 2179) that Defendants have previously deemed or may deem confidential pursuant to the Court's Confidentiality Order of January 19, 2011.

2. In an effort to determine what documents or testimony Defendants maintain is confidential, on March 30, 2012, Lead Plaintiffs' counsel identified portions of documents and deposition testimony produced in MDL No. 2179 that Lead Plaintiffs reference in the Consolidated Complaint. Defendants responded that they did not have sufficient time to meaningfully review the referenced documents with their clients and counsel in MDL 2179 prior to the Consolidated Complaint's public disclosure.

3. Accordingly, Lead Plaintiffs respectfully file the Consolidated Complaint under seal so as to afford Defendants a reasonable amount of time to identify testimony or other references in the Consolidated Complaint that Defendants contend must be redacted and sealed. After Defendants identify such testimony or references, Lead Plaintiffs will file a redacted version of the Consolidated Complaint.

4. Defendants have reviewed this Notice in advance of filing and state that they do not oppose the procedure set forth herein.

DATED: April 2, 2012          Respectfully submitted,

**YETTER COLEMAN LLP**

/s/ R. Paul Yetter
R. Paul Yetter (Fed. Bar No. 3639)
Autry W. Ross (Fed. Bar No. 9731)
Wynn B. McCloskey (Fed. Bar No. 99)
909 Fannin, Suite 3600
Houston, TX 77010
Tel: (713) 632-8000
Fax: (713) 632-8002

*Counsel for New York and Ohio and Liaison Counsel for the Class*

/s/ Richard W. Mithoff
**MITHOFF LAW FIRM**
Richard W. Mithoff (Fed. Bar No. 2012)
William J. Stradley (Fed. Bar No. 397)
Sherie P. Beckman (Fed. Bar No. 11098)
Warner V. Hocker (Fed. Bar No. 1133732)
One Allen Center
500 Dallas Street
Houston, TX 77002
Telephone: 713-654-1122
Fax: 713-739-8085

*Attorney-In-Charge and Co-Lead Counsel for the Subclass*


**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice)*
Daniel S. Sommers (admitted *pro hac vice)*
Julie Goldsmith Reiser (admitted *pro hac vice)*
Joshua S. Devore (admitted *pro hac vice)*
Joshua M. Kolsky (admitted *pro hac vice)*
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

**BERMAN DEVALERIO**
Glen DeValerio (admitted *pro hac vice)*
Kristin J. Moody (admitted *pro hac vice*)
Steven J. Buttacavoli (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Co-Lead Counsel for New York and Ohio and for the Class*

3

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Imtiaz A. Siddiqui
Matthew K. Edling
Bryan M. Payne
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Fax:  (650) 697-0577

*Co-Lead Counsel for the Subclass*

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
155 Federal Street
Boston, MA 02110
(617) 398-5600

*Counsel to Lead Plaintiff the Ohio Public Employees Retirement System*