UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | No. 4:10-md-02185<br><br>Honorable Keith P. Ellison |

# ORDER

It is hereby ORDERED that Lead Plaintiffs Second Consolidated Amended Class Action Complaint (Dkt. #339) filed April 2, 2012, shall be placed under seal and docketed as a sealed filing.

SIGNED at Houston, Texas this 3rd day of April, 2012.

Keith P. Ellison
United States District Judge