# MITHOFF LAW FIRM

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY

OF COUNSEL
   WILLIAM J. STRADLEY
   DAVID H. BURROW

ONE ALLEN CENTER
PENTHOUSE
SUITE 3450
500 DALLAS STREET
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085
www.mithofflaw.com

April 18, 2012

Clerk to Honorable Keith P. Ellison      *Via: Electronic Filing*
United States District Court
Southern District of Texas
515 Rusk Street, Room 3716
Houston, Texas 77002

   Re:   Cause No. 4:10-md-02185; *In Re: BP P.L.C., Securities Litigation;* In the United States District Court for the Southern District of Texas

Dear Clerk of the Court:

   Filed together with this cover letter is a copy of a redacted version of Plaintiffs' Second Consolidated Amended Class Action Complaint for All Purchasers of BP ADS Securities (the "Second Amended Complaint"). The Second Amended Complaint was filed under seal with the Court on April 2, 2012.

   The accompanying redacted Second Amended Complaint is filed pursuant to the Court's Confidentiality Order.

   Thank you very much.

   Respectfully Submitted,

| | |
|---|---|
| **YETTER COLEMAN LLP** | **MITHOFF LAW FIRM** |
| /s/ R. Paul Yetter | /s/ Richard W. Mithoff |
| R. Paul Yetter (Federal Bar No. 3639) | Richard W. Mithoff (Federal Bar No. 2012) |
| Autry W. Ross (Federal Bar No. 9731) | William J. Stradley (Federal Bar No. 397) |
| Wynn B. McCloskey (Federal Bar No. 99) | Sherie P. Beckman (Federal Bar No. 11098) |
| 909 Fannin, Suite 3600 | Warner V. Hocker (Federal Bar No. 1133732) |
| Houston, TX 77010 | One Allen Center |
| Tel: (713) 632-8000 | 500 Dallas Street |
| Fax: (713) 632-8002 | Houston, TX 77002 |
| ***Counsel for New York and Ohio and Liaison Counsel for the Class*** | Telephone: 713-654-1122 |
| | Fax: 713-739-8085 |
| | ***Attorney-In-Charge and Co-Lead Counsel for the Subclass*** |

<table>
<tr><td>

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
Julie Goldsmith Reiser (admitted *pro hac vice*)
Joshua S. Devore (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

**BERMAN DEVALERIO**
Glen DeValerio (admitted *pro hac vice*)
Kristin J. Moody (admitted *pro hac vice*)
Steven J. Buttacavoli (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
*Co-Lead Counsel for New York and Ohio and for the Class*

</td><td>

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
Mark C. Molumphy
Imtiaz A. Siddiqui
Matthew K. Edling
Jordanna G. Thigpen
Bryan M. Payne
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
*Co-Lead Counsel for the Subclass*

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
155 Federal Street
Suite 1303
Boston, MA 02110
(617) 398-5600
*Counsel to Lead Plaintiff the*
*Ohio Public Employees Retirement System*

</td></tr>
</table>