# MITHOFF LAW FIRM

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY
WARNER V. HOCKER

OF COUNSEL
    WILLIAM J. STRADLEY
    DAVID H. BURROW

ONE ALLEN CENTER
PENTHOUSE
SUITE 3450
500 DALLAS STREET
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085
www.mithofflaw.com

April 18, 2012

Clerk to Honorable Keith P. Ellison      *Via Hand Delivery*
United States District Court
Southern District of Texas
515 Rusk Street, Room 3716
Houston, Texas 77002

    Re:    Cause No. 4:10-md-02185; *In Re: BP plc Securities Litigation;* In the United States District Court for the Southern District of Texas

Dear Clerk of the Court:

    Enclosed please find two (2) courtesy copies of (1) Lead Plaintiffs' Motion to File Documents Under Seal, electronically filed with this Court on April 2, 2012; (2) Notice Related to Filing the Second Consolidated Amended Class Action Complaint Under Seal, electronically filed with this Court on April 2, 2012; (3) the Second Consolidated Amended Class Action Complaint for All Purchasers of BP ADS Securities (the "Second Amended Complaint"), including Appendix A thereto, electronically filed under seal with the Court on April 2, 2012; and (4) a redacted version of the Second Amended Complaint, including a cover letter thereto, electronically filed with the Court on April 18, 2012.

    Thank you very much.

Sincerely,

RICHARD WARREN MITHOFF

RWM/wvh
Enclosures