UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No.  4:10-MD-02185 <br><br> Honorable Keith P. Ellison <br><br> **JURY TRIAL DEMANDED** <br> ORAL ARGUMENT REQUESTED |

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMITS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants submit this unopposed motion to enlarge the page limits for briefing on Defendants' motion to dismiss in part the Second Consolidated Amended Class Action Complaint ("SAC") in this action, and would show as follows:

Defendants intend to move to dismiss the SAC in part, consistent with the Court's Orders of February 13 and February 27, 2012.  Given the length of the SAC, the parties agree that the page limit for Defendants' brief in support of their motion to dismiss should be enlarged to 50 pages, exclusive of tables and cover, followed by Plaintiffs' opposition brief of equal length, and Defendants' reply brief of 25 pages.  Defendants therefore respectfully request that the page limits be enlarged as agreed by the parties.

Dated:      April 27, 2012

OF COUNSEL

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Telephone:  (202) 956-7500

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:  (212) 558-4000

Respectfully submitted,

*/s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas  77002
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

## CERTIFICATE OF CONFERENCE

   The undersigned has conferred by electronic mail with Steven J. Toll of Cohen Milstein Sellers & Toll PLLC, and he agreed, on behalf of all Plaintiffs, with the proposed page limits set forth above.

Dated: April 27, 2012    Respectfully submitted,

               By: */s/ Daryl A Libow*
                  Daryl A. Libow *(pro hac vice)*
                  SULLIVAN & CROMWELL LLP
                  1701 Pennsylvania Avenue, N.W.
                  Washington, D.C.  20006-5805
                  Telephone:  (202) 956-7500
                  libowd@sullcrom.com

                  COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re BP p.l.c. Securities Litigation** | **No. 4:10-MD-02185**<br><br>**Honorable Keith P. Ellison**<br><br>**JURY TRIAL DEMANDED**<br><br>ORAL ARGUMENT REQUESTED |

## **ORDER**

UNDER SUBMISSION this day was the Unopposed Motion to Enlarge Page Limits filed by Defendants.  The Court is of the opinion that the Defendants' Motion should be and hereby is:

GRANTED in all respects.  Defendants' brief in support of their motion to dismiss in part the Second Consolidated Amended Class Action Complaint can be up to 50 pages in length, exclusive of tables and cover.  Plaintiffs' opposition brief can be the same length; Defendants' reply brief can be up to 25 pages.

Signed this _____ day of _____ 2012.

Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE