UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In re BP plc Securities Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kathleen Goodhart<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>415-693-2000<br>California 165659 |
|---|---|
| Seeks to appear for this party: | Defendant Andrew G. Inglis |
| Dated: 4/26/12 | Signed: |

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States District Judge