UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185<br><br>Honorable Keith P. Ellison<br><br>**JURY TRIAL DEMANDED**<br><br>ORAL ARGUMENT REQUESTED |

## ORDER

UNDER SUBMISSION this day was the Unopposed Motion to Enlarge Page Limits filed by Defendants. The Court is of the opinion that the Defendants' Motion should be and hereby is:

GRANTED in all respects. Defendants' brief in support of their motion to dismiss in part the Second Consolidated Amended Class Action Complaint can be up to 50 pages in length, exclusive of tables and cover. Plaintiffs' opposition brief can be the same length; Defendants' reply brief can be up to 25 pages.

Signed this 30th day of April 2012.

_____
Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE