# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Serena E. Pollack
701 Poydras St.
Suite 3600
New Orleans  LA  70139-7735

United States Courts
Southern District of Texas
FILED

APR 3 0 2012

David J. Bradley, Clerk of Court

Case: 4:10-md-02185   Instrument: 348   (1 pages)
Date: Apr 19, 2012
Control: 120411462
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

LITF

RTS
no longer at this address

7072208101010
7011535773502

US POSTAGE
Mailed From 77002
04/20/2012
$00.450

Hasler

United States Courts
Southern District of Texas
FILED
APR 30 2012
David J. Bradley, Clerk of Court

NIXIE   708   DE 1   00   04/28/12
   RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
BC: 77208101010   *2988-02681-20-40