UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  BP ERISA LITIGATION | MDL No. 4:10-md-2185<br><br>Civil Action No. 4:10-cv-04214<br>Hon. Keith P. Ellison |

### ORDER

On this day the Court considered the Plaintiffs' Motion for Leave to File Amended Complaint and the Opposition thereto.

Upon consideration of the filings of the parties, it is this _____ day of _____, 2012, hereby

**ORDERED** that the Plaintiffs' Motion for Leave to File Amended Complaint is **DENIED**; and it is further

**ORDERED** that the Defendants may re-file their motion for entry of judgment pursuant to Fed. R. Civ. P. 58(d).

_____
Keith P. Ellison
United States District Judge