# Exhibit D

Case 4:10-md-02185   Document 357-5   Filed in TXSD on 05/02/12   Page 1 of 2

# Exhibit contains confidential information and is filed under seal.