# Exhibit F

# Exhibit contains confidential information and is filed under seal.