# Exhibit I

**Exhibit contains confidential information and is filed under seal.**