# Exhibit K

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3   IN RE: OIL SPILL        )    MDL NO. 2179
     by the OIL RIG          )
 4   "DEEPWATER HORIZON" in  )    SECTION "J"
     the GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )    JUDGE BARBIER
                             )
 6                           )    MAG. JUDGE
                             )    SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19                 VOLUME 1 OF 1
20
21       Deposition of ELLIS ARMSTRONG, as the
22   30(b)(6) representative of BP, taken at
23   Pan American Life Center, 601 Poydras
24   Street, Room Bayou 4, New Orleans,
25   Louisiana, on the 13th of July, 2011.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   their -- beyond knowing that we were the
2   operator, I'm not sure what the precise
3   nature of the -- the legal obligations
4   were after that fact or, indeed, have they
5   sort of relayed the contractual
6   relationship between BP and its partners'
7   and its contractors' work.  That's not in
8   my area of expertise.
9              MS. McCULLEY:  Okay.  Thank
10  you, sir.
11             THE WITNESS:  Thank you.
12             THE VIDEOGRAPHER:  Off the
13  record at 4:53 p.m.
14             (Recess 4:53-4:54 p.m.)
15             THE VIDEOGRAPHER:  Back on the
16  record at 4:54 p.m.
17                  EXAMINATION
18  BY MR. BLANKENSHIP:
19     Q.  Mr. Armstrong, I just introduced
20  myself to you.  My name is Robert
21  Blankenship, and I represent Transocean in
22  this matter.  I just -- honestly, just one
23  question for you.
24             You've referenced several
25  times today -- and correct me if I'm

```
 1      mischaracterizing your -- your
 2      testimony -- but when talking about OMS
 3      and whether it applies to MODUs, you
 4      stated that part -- there's a part of OMS
 5      that looks to the contractors' safety
 6      management system and whether it
 7      applies -- whether it falls within OMS or
 8      whether it doesn't.
 9               My question is simply, what
10      part of OMS is that?  Where can I find
11      that part?
12         A.   I -- I think if you look in the --
13      in the -- I don't have the OMS
14      documentation --
15         Q.   And I apologize for not --
16         A.   -- but you can go through the --
17      we can provide -- we can provide you with
18      the sort of OMS documentation that would
19      say, here's the scope, here's how it
20      applies to company-owned and operated
21      operations, here's how it applies to joint
22      ventures and here's how it applies to
23      contractors.
24         Q.   Is that the bridging document or
25      is it really --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1     A.   No, I think this is --
2     Q.   -- specific?
3     A.   This is in OMS itself.
4     Q.   It's not the local Gulf of Mexico
5  OMS; this is the broader --
6     A.   This is in the sort of core
7  description of OMS, there's some language
8  that describes that.  I -- I don't know
9  how it was applied to the Macondo, but
10 there is a provision inside of OMS that
11 says broadly what I've said, and I may
12 have got the words not precisely right,
13 but the intent is that we would look at
14 their management -- the management systems
15 of the contractor and, you know, seek to
16 match them to -- you know, check those to
17 see if they're consistent with OMS.
18    Q.   I understand that.  And I had kind
19 of understood that -- that principle
20 through the bridging document.  I'd never
21 heard of it actually referenced in a
22 specific part of OMS, and I didn't know if
23 you knew offhand it's -- I can go and find
24 it and look for it on my own.  I just
25 want --

```
 1          A.  I don't know -- I don't know
 2    what -- we can -- to save you the trouble,
 3    we can -- I'm sure that we can sort of
 4    send you exactly where to look.
 5          Q.  That -- that's a part of my job.
 6    And I apologize, I only had five minutes
 7    and I'm not going to make you look through
 8    that to figure that out.
 9               MR. BLANKENSHIP:  I appreciate
10    your time.
11               THE WITNESS:  Okay.  Thank
12    you.
13               THE VIDEOGRAPHER:  Off the
14    record, 4:57.
15               (Recess 4:57-5:06 p.m.)
16               THE VIDEOGRAPHER:  Back on the
17    record at 5:06 p.m.
18                    EXAMINATION
19    BY MR. FOWKES:
20          Q.  Good afternoon -- or I suppose
21    it's almost evening now, Mr. Armstrong.
22    I'm Scott Fowkes representing BP.  We've
23    met before, haven't we?
24          A.  We have.
25          Q.  Okay.  Let me ask you some
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1                MR. BRODY:  Objection, form.
2         A.   They're a key part of the design
3    of the process, so gaps are to be
4    expected.  And you put in place plans to
5    close the gaps as part of the performance
6    improvement cycle.
7                (Exhibit Number 3894 marked.)
8         Q.   (BY MR. FOWKES)  Okay.  Let me
9    hand you what's been marked as Exhibit
10   3894, please.
11               Just take a minute and let
12   you -- I'm not asking you to read the
13   whole thing, but take a -- take a look at
14   it until you're sufficiently familiar with
15   it to be able to identify it for us,
16   please, then I'll direct to you a specific
17   page.
18        A.   Yeah, I'm -- I'm familiar with it.
19        Q.   Okay.  What is Exhibit 3894?
20        A.   This is part of the operating
21   management system framework.  It's part 4,
22   entitled OMS Governance and
23   Implementation.
24        Q.   And does Exhibit 3894 discuss
25   where and when OMS is applicable?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1          A.  It does.
2          Q.  And I'll direct you to page 14 out
3    of 16, which ends with Bates number 151.
4          A.  Aha.  Very good.
5          Q.  All right.
6          A.  Yep.
7          Q.  When counsel for Transocean was
8    asking you some questions a minute ago
9    about your understanding of the
10   applicability of the OMS to contractor
11   operations, was this the document you were
12   referring to?
13         A.  This is the document I was
14   referring to.
15         Q.  Okay.  And were you specifically
16   referring to any particular paragraph or
17   section here?
18         A.  Yeah.  I said that inside of
19   OMS -- and I've -- I've now got the words
20   in front of me that I was trying to
21   remember -- it's --
22         Q.  Could you tell us where you're
23   reading from?
24         A.  I'm reading on page 14 of 16 where
25   it says, OMS applicability -- this is --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

appendix 7, OMS applicability. This section defines the applicability of OMS.

There's a subsection which says, wholly owned and operated. OMS shall apply to each project, operation, et cetera, that is wholly owned and operated by BP. Where this is not the case -- where this is not the case, the following applies.

And then there are categories for exceptions to that. One is --

Q. Okay. To one of -- is one of the categories joint ventures?

A. One of the categories is joint ventures, non-BP-operated.

Q. Okay.

A. And the other is contractors.

Q. All right.

A. So as I was saying --

Q. Let's read -- could you read the section for us about contractors, and then after you'd read it, maybe you could --

A. I can.

Q. -- explain it.

A. So for Contractors it says, where

1  BP relies on a contractor to carry out
2  work, BP shall, as needed, include and
3  apply contract provisions such that the
4  work is carried out in a way that supports
5  and is consistent with BP's application of
6  OMS to BP's operating activities.  Where
7  such contract provisions are not included
8  in an existing contract, BP shall endeavor
9  to amend the contract as needed,
10 immediately or on renewal.
11          So that's -- the intent of
12 that was that there are operations that
13 others do for us, and we don't apply OMS
14 directly to it.  We take -- we look at the
15 clauses in the contract and see that
16 they've got management systems that are
17 consistent with our OMS.
18      Q.  And within OMS itself, are there
19 other provisions that discuss how BP
20 should go about hiring and -- and
21 monitoring and supervising its contractor
22 operations?
23      A.  There are, and they speak --
24          MR. CHAKERES:  Objection to
25 form.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A.  -- they speak to contractor safety
2  performance and -- and all that stuff.
3         (Exhibit Number 3895 marked.)
4  Q.  (BY MR. FOWKES)  Let me hand you
5  what's been marked as 3895, Mr. Armstrong,
6  and ask you if Exhibit 3895 -- and
7  specifically I'm referring to page 2, the
8  second page of the document -- does that
9  generally describe how integrity
10 management and the six-point plan and OMS
11 were implemented over time in the Gulf of
12 Mexico?
13 A.  It does.  This -- this chart
14 describes what I was saying in words a
15 moment ago, which is that the Gulf of
16 Mexico set up a team to implement the
17 integrity management standard, which was
18 led by Tom Gray.
19         That evolved into the
20 six-point plan, and we -- we built on the
21 experience and the -- experience of the
22 team to implement the six-point plan.
23         And then the six-point plan
24 evolved into a comprehensive and complete
25 management system, OMS, in line with the

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1            _____, 2011;
 2       That the amount of time used by each
 3  party at the deposition is as follows:
 4            Mr. Watts - 4 hours, 37 minutes
 5            Mr. Chakeres - 0 hours, 15 minutes
 6            Mr. Godwin -  0 hours, 28 minutes
 7            Mr. Brody - 0 hours, 24 minutes
 8            Ms. McCulley - 0 hours, 5 minutes
 9            Mr. Blankenship - 0 hours, 3
10  minutes
11            Mr. Fowkes - 0 hours, 54 minutes
12       I further certify that I am neither
13  counsel for, related to, nor employed by
14  any of the parties or attorneys in the
15  action in which this proceeding was taken,
16  and further that I am not financially or
17  otherwise interested in the outcome of the
18  action.
19       Subscribed and sworn to by me this
20  14th day of July, 2011.
21
22       _____
         Therese J. Casterline, CSR, RMR, CRR
23       Texas CSR 5001, Expires 12-31-11
         Louisiana CSR 25014, Expires 12-31-11
24       WORLDWIDE COURT REPORTERS
         3000 Weslayan, Suite 235
25       Houston, Texas 77027
```

**PURSUANT TO CONFIDENTIALITY ORDER**