# Exhibit L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# John Baxter

**VOLUME 1**

JUNE 21, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

1  practice and then specifically to MAR.  So reading the

2  words there but also recollection, a MAR assessment was

3  not carried out on the -- on a range of contractor

4  activities because the -- the applicable -- the other --

5  the process was applied in the way that BP defines it.

6       Q.   Well, let's see if we can go about it this

7  way.  BP conducted a MAR assessment on all of the

8  BP-owned entities in the Gulf of Mexico, correct?

9       A.   MAR is carried out on a BP -- the first thing

10 is to say which management system is an operation being

11 run under.  So where an operation is under OMS, then MAR

12 is an element of the operating management system.

13      Q.   Okay.  Stop right there.  On the BP-owned

14 facilities, Thunderhorse, Mad Dog, Na Kika, Marlin,

15 Atlantis, Pompano, Mad Dog, Horn Mountain, and Holstein,

16 those are all BP-owned facilities in the Gulf of Mexico,

17 they're all subject to OMS, and they all got a MAR

18 assessment, right?

19      A.   So those subject to OMS --

20      Q.   And they all got a MAR assessment?

21      A.   -- come under MAR as an element of OMS.

22      Q.   So they all got a MAR assessment because they

23 were part of OMS, right?

24      A.   And my understanding is yes.

25      Q.   All right.  Now, in addition to those eight

**PURSUANT TO CONFIDENTIALITY ORDER**

1  facilities that BP owns in the Gulf of Mexico, it leases

2  a number of MODU from Transocean to explore and drill

3  for oil, right?

4      A.   Correct.  Yes.

5      Q.   With respect to all of the MODUs -- and by the

6  way, DEEPWATER HORIZON was a MODU owned by Transocean

7  and leased to BP, right?

8      A.   My understanding of that, yes.

9      Q.   Did you know that it always had been leased to

10  BP, that the DEEPWATER HORIZON had never worked for

11  anybody but BP since 2001 when it was first created?

12      A.   I recall reading that somewhere.

13      Q.   Now, so BP is using this MODU that it has

14  leased continuously since its creation in the Gulf of

15  Mexico.

16          Is it your testimony that the DEEPWATER

17  HORIZON did not have the OMS system apply to it?  First

18  of all, is that true?

19      A.   There was no requirement to apply -- sorry.  I

20  take that back.  OMS requires that where BP is

21  contracting any service which is -- and I can't recall

22  the words, but they're not on a BP entity, then the

23  business which is contracting in that service reviews

24  the safety management system that the contractor is

25  using.  And the question then is, is that safety

**PURSUANT TO CONFIDENTIALITY ORDER**

1   management system, will it deliver the same -- let me

2   remember the words.  It's something like it will deliver

3   the same intent as OMS.  The BP business is then

4   required to carry out some kind of gap assessment.  And

5   the point is that the question is then what, if anything

6   additional, should be applied.  And, of course, MAR is

7   an element of OMS, taking an isolation, one, may not be

8   the right thing to do.  The other thing is that MAR is a

9   very high-level risk assessment.

10       Q.    Okay.  Do you remember what my question was?

11  Did BP do a MAR assessment on the DEEPWATER HORIZON?

12       A.    No.  It wasn't a requirement within the OMS

13  system.

14       Q.    Did OMS apply to the DEEPWATER HORIZON?

15       A.    No.

16       Q.    Did BP do a gap assessment on the DEEPWATER

17  HORIZON?

18       A.    I don't know how the contract was set up

19  because it's not -- not something I was involved in.

20       Q.    Did BP do a gap assessment on any of the lease

21  facilities in the Gulf of Mexico?

22       A.    I don't know because that's the business's

23  responsibility.  It's not anything I would be involved

24  in.

25       Q.    You were involved with looking at a gap

**PURSUANT TO CONFIDENTIALITY ORDER**

1    assessment after the DEEPWATER HORIZON exploded?

2         A.   No, I was not.

3         Q.   Okay.  Well, we'll get to that in a second.

4         Q.   If you could, go to Tab 96.

5              MR. WATTS:  It's Exhibit 7178.

6              (Marked Baxter Exhibit No. 7178.)

7         A.   Which tab again?

8         Q.   96?

9         A.   96.

10        Q.   Now, if you go to the bottom of the page,

11   there's an E-mail that you wrote on May the 12th of 2010

12   to Tim Overton.  Subject is "URGENT DRAFT -- GORC/SEEAC

13   Brief."  Importance is high.  You say:  "Tim/Malcolm.  I

14   am preparing a short brief for Tony Hayward SEEAC" on

15   "20 May (and will use it"..."necessary at GORC)" --

16   "use"..."if necessary at GORC) on how we apply 'risk

17   assessment' and how we are using the" engineering

18   technical practices "in the" Gulf of Mexico.  "This has

19   taken on a bit more urgency as the Chairman has asked"

20   me -- "has asked to see me tomorrow morning."

21              The chairman has Carl-Henric Svanberg,

22   right?

23        A.   Yes.

24        Q.   So you're preparing a brief for Tony Hayward,

25   and you've asked to meet the chairman of the board of

PURSUANT TO CONFIDENTIALITY ORDER

1  detail, but this was part of just understanding how much

2  we were spending, and the various BP entities, they were

3  to continuously improve as -- as we picked up earnings

4  from Texas City.

5                 THE VIDEOGRAPHER:  Mr. Watts, you have

6  five minutes.

7      Q.   (BY MR. WATTS)  I want to follow up on that

8  last answer.  Do you think that BP did a good job

9  following up with respect to the Texas City facility

10 itself in meeting the commitments that it made to the

11 government?

12                MR. GODFREY:  Objection as to form.

13     Q.   (BY MR. WATTS)  Will you agree with me?

14                MR. GODFREY:  Same objection.

15     A.    I certainly think that -- that -- that BP

16 spent -- I don't know the exact figure or how many

17 hundred million or billion we spent in Texas City, but

18 there was a significant expenditure on integrity

19 management, on the recruitment of new employees,

20 et cetera, at the Texas City site.  So there was a huge

21 commitment by the company continuously improve and learn

22 from the Texas City incident.

23     Q.   Another continuous expenditure or a huge

24 expenditure was when the company got to pay OSHA 87

25 million dollars several years after the incident because

PURSUANT TO CONFIDENTIALITY ORDER

1    it failed to correct the safety problems at the rebuilt

2    Texas City plant.  Did you know that you-all paid a fine

3    several years afterwards for failing to do what you were

4    required to do on your probation agreement?

5         A.   I don't know the relationship of -- I don't

6    know the detail of that legal settlement.  But all I can

7    say was there was a considerable investment in Texas

8    City and we aimed to learn and further improve as we

9    learn.

10        Q.   But getting back to integrity management

11   spend, you-all tracked what it cost to implement the

12   integrity management standard in different facilities,

13   right?

14             MR. GODFREY:  Objection as to form.

15        A.   Not in detail.  It was just to -- it was try

16   to get some understanding of the level of expenditure

17   across the company.  And I can't remember how many

18   billions of dollars it was, but it was significant

19   expenditure across the company.

20        Q.   (BY MR. WATTS)  In that integrity management

21   spend documentation, can you tell the members of the

22   jury or the judge, whoever is watching this, how much

23   money is in the integrity management spend document for

24   the implementation of the integrity management standard

25   for the DEEPWATER HORIZON?  Is there a single dollar?

**PURSUANT TO CONFIDENTIALITY ORDER**

1   A.   There is BP -- does not apply its safety

2  management system to other activities where the

3  contractor has their own safety management system, and

4  so there -- there -- there is no requirement to

5  actually -- to bring the BP safety management -- the OMS

6  to actually apply that to the contractors' activities.

7  One interpretation of it may be that actually replacing

8  the contractors' safety management system could be

9  less -- less safer or than more safe.  So it has to

10  be -- follow the OMS in terms of reviewing contractor

11  safety management system.

12   Q.   But you're understanding is that with respect

13  to the DEEPWATER HORIZON owned by Transocean and leased

14  to BP, that BP was not required to implement its

15  integrity management system on the DEEPWATER HORIZON,

16  correct?

17   A.   That is correct.

18   Q.   Secondly, as a result, BP did not implement

19  its integrity management system on the DEEPWATER

20  HORIZON?

21   A.   BP was not required to do so.

22   Q.   It did not do so, true?

23   A.   Yes.

24   Q.   It did not implement its operation of

25  management system, the OMS, with respect to the

**PURSUANT TO CONFIDENTIALITY ORDER**

1    DEEPWATER HORIZON, right?

2        A.    The answer is that -- that what I -- I don't

3    know what the business unit did in the context of

4    reviewing the DEEPWATER HORIZON safety management system

5    against the OMS, but there was no requirement to replace

6    the contractors' own safety management system with OMS

7    to my -- to my -- certainly that is the requirements as

8    laid out in OMS.  What I don't know is what the business

9    unit did.

10       Q.    Did you know that Tony Hayward called the OMS

11   framework a cornerstone of BP safety operations?

12       A.    I don't recall that.  I mean, I don't recall

13   him saying --

14       Q.    If he said that, would you agree that it was a

15   cornerstone of BP's safety?

16       A.    I think it's an extremely important element in

17   BP's safety.  So if -- from my perspective, it is -- it

18   has brought significant change and improvement into the

19   organization.

20       Q.    Okay.

21             THE VIDEOGRAPHER:  You have one minute

22   remaining.

23       Q.    (BY MR. WATTS)  It was not implemented on the

24   DEEPWATER HORIZON as of April 20, 2010, true?

25       A.    There was no requirement to implement it, so

PURSUANT TO CONFIDENTIALITY ORDER

1   it was not implemented.

2       Q.   It had not been fully implemented on BP

3   facilities in the Gulf of Mexico by April 20, 2010,

4   true?

5               MR. GODFREY:  Objection as to form.

6       A.   The -- the transition -- the implementation of

7   OMS -- the -- the word "implementation" means that a

8   business has transitioned in a managed way from its

9   core management system to the OMS and that's done in a

10  state -- in a managed way where the step change on to

11  OMS.  What I don't know is and my recollection is that

12  the Gulf of Mexico business unit had transitioned on,

13  had "implemented" is the word we used, which means it

14  was on OMS.  So -- so my understanding it was and had

15  been reported to GORC, but I don't recall the detail.

16              MR. WATTS:  Let's go off the record.

17              THE VIDEOGRAPHER:  Off the record at 1:30

18  p.m., ending Tape 4.

19              THE VIDEOGRAPHER:  On the record at 2:23

20  p.m., beginning Tape 5.

21      Q.   (BY MR. WATTS)  Mr. Baxter, I want to take you

22  back to Exhibit 7152, which is Tab 68.  And on the

23  second page of that exhibit, we see that this is a

24  "Group Operations Risk Committee Pre-read for 31st July

25  2009," and I want to refer to you Page 118, which is a

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        A.    Are we coming back to this one?

 2        Q.    (BY MR. WATTS)  Let's go to Tab 8.

 3        A.    Tab 8.

 4              MR. GODFREY:  Exhibit 7158.

 5              MR. WATTS:  Yeah.

 6        Q.    (BY MR. WATTS)  Go to Bates Page Number 273.

 7  Do you remember this 2006-2010 HSSE Functional Plan?  Do

 8  you remember discussing this with me?

 9        A.    Yes.

10        Q.    And it says, "six safety interventions," and

11  the next page has seven things.

12        A.    Yes, I do.  We looked at that this morning.

13        Q.    Yeah.  And we looked at No. 4, "Implement a

14  Group wide Contractor Safety Process in partnership with

15  Procurement Supply Change Management and group legal for

16  all contractors at all locations, including construction

17  and building contractors."  Right?

18        A.    I see the words there.  What I don't know is

19  what action came out of that.  However, looking at the

20  statement about DuPont, the OMS is based on the

21  DuPont -- DuPont and other world leading systems in

22  terms of a management system, some similarities to IMS,

23  which is the Exxon system, and then within that, there

24  are provisions for contractor safety management.  I

25  don't know the detail of it because I don't get involved
```

1    in contractor safety management.

2        Q.   Well, that's going to be my next question.  If

3    you go back to Tab 81, which is the 2009 Annual

4    Engineering Plan for the Gulf of Mexico SPU.

5        A.   Yes.

6        Q.   Bates 808.  Do you remember our discussion

7    about, "By July 1, 2010, Drilling and Maintenance

8    procedures will be complete"?

9        A.   Just looking for that, if I can find it.

10       Q.   Bottom of Practices and Procedures, last

11   bullet point.

12       A.   But there's two things.  One is the linkage of

13   this document I recall is dated 2005.  This document is

14   dated 2010.  And the practices that have been reported

15   if here are ones that derive from OMS, which apply to BP

16   entities.  We don't imply them to our contractors.

17       Q.   And you just saved yourself about 20 minutes

18   of your deposition.  And that is that the OMS contractor

19   safety training that is required was not implemented on

20   the DEEPWATER HORIZON because BP did not own it, true?

21              MR. GODFREY:  Objection as to form.

22              THE VIDEOGRAPHER:  You have three more

23   minutes remaining --

24       A.   The requirement -- let's step back to, OMS

25   requires that BP entities so OMS looks at people, plant,

**PURSUANT TO CONFIDENTIALITY ORDER**

1    process and performance.  So people plan and process for

2    BP entities.  It also requires that any contractor

3    activity, which is not operating in the BP entity, is

4    reviewed against OMS, which covers people, plant and the

5    process, i.e., procedures.  And therefore, I do not know

6    the detail of what was done.  But there should have been

7    a review done of the requirements against competency --

8    against BP OMS.

9              In addition, a module is operating as a

10   marine vessel, therefore, it would be national and

11   national requirements on the competency of the marine

12   crew, the drilling crew and others.  I can't comment on

13   those, because they're not my experience, but having

14   been a naval officer onboard a nuclear submarine at sea,

15   certainly my experience was heavy regulation in terms of

16   the training competency of crews.  I would expect the

17   same in U.S. waters.

18             MR. ALEXANDER:  Objection, nonresponsive.

19        Q.   (BY MR. WATTS)  Can I have an answer to my

20   question?  Do you remember my question?

21        A.   Let's go back to it.

22        Q.   Okay.  My question was:  Did the OMS

23   requirements for contractor safety and training get

24   implemented on the DEEPWATER HORIZON or not?

25        A.   I don't know because there would not be

1   requirements through OMS so I don't know what was done.

2       Q.   Go to 818, please.

3       A.   Go to?

4       Q.   818.  Same doc.

5       A.   Oh, the same document.

6       Q.   It says, "Drilling and completing wells with

7   the BP owned drilling rig (Thunder Horse) and contracted

8   MODUs operating in the SPU fleet, potentially exposes

9   the organization to blowouts and environmental spills.

10   As in 2008, the high pressure Thunder Horse wells are

11   considered to be the most vulnerable to this risk.

12   Planned activities towards managing blowout risks for

13   all BP owned risks are detailed below.  And under the

14   2010 Action Plans, "Evaluate barrier effectiveness with

15   each rig team."  That's set to occur in the fourth

16   quarter of 2010.

17       A.   Can you just point me to where that says.

18       Q.   Sure.  Right here.

19       A.   Thank you.

20       Q.   Evaluate barrier effectiveness with each rig

21   team is set to occur in the fourth quarter of 2010,

22   right?

23       A.   That's what it says here.  As I say, it's not

24   an area I get involved in, so I'm not able to say

25   absolutely.

**PURSUANT TO CONFIDENTIALITY ORDER**

 1    recollection is that in 2008 was when OMS and the

 2    relevant GDP's were approved, including some

 3    investigation that we've talked about.  And then

 4    businesses -- a series -- a number were used as pilots

 5    to move from the previous BP safety management system

 6    onto OMS.  And then there was a plan over a period of

 7    years for that to happen.  I don't know the detail of

 8    the plan, but that's available.  I think we talked a bit

 9    about it earlier in the day.

10        Q.   All right.  And as we've discussed -- well,

11    you have discussed earlier in the depo, BP's OMS program

12    did not apply to the DEEPWATER HORIZON?

13        A.    The -- OMS refers to contractors.  So anywhere

14    where BP is working -- BP is either -- has activities on

15    one of its own entities or has contractors working for

16    it, then the OMS does apply.  The key point is you need

17    to see what the wording is in terms of what does apply.

18    So certain things do apply.  So the key point is just

19    understanding what the scope of departments are and how

20    they're enacted.  So that's why I -- I was not able to

21    say "yes" or "no" to your answer.

22        Q.    (BY MS. DELEMARRE)  Did any of the IM

23    standards that we've just identified on what has been

24    marked as Exhibit 7196 -- did any of those standards

25    apply to the DEEPWATER HORIZON?

**PURSUANT TO CONFIDENTIALITY ORDER**

1      A.   Could you repeat that question again because I

2  didn't really understand the comment of standard?  Do --

3  do you mean the IM standard which was superseded by the

4  IM GDP?

5      Q.   I do indeed.

6      A.   So it would depend when the Gulf of Mexico

7  transferred over from the old management system onto MS.

8  And my recollection is I don't have the exact date that

9  the Gulf of Mexico business unit had trans -- had

10  implemented OMS.  And so, therefore, OMS was then

11  applicable and with the group defined practice,

12  integrity management, not the IM -- not the IM standard.

13  The IM standard had been retired in -- in the context of

14  the Gulf of Mexico.

15      Q.   And when did the Gulf of -- of Mexico

16  transition to OMS?

17      A.   I -- I don't know.  It's -- OMS is -- as I've

18  said previously, OMS, the content owner for that is the

19  group head of operations.  So he oversees the

20  implementation of OMS in the company.  My

21  responsibilities relate to IM and integrity management

22  and the engineering technical practices.

23      Q.   But IM has been superseded, right?

24      A.   No.  They -- the IM standard was superseded by

25  the IM group-defined practice.

**PURSUANT TO CONFIDENTIALITY ORDER**

1     Q.   Okay.  So you are now responsible for the IM

2  group-defined practice?

3     A.   Yes.

4     Q.   All right.  But that doesn't apply to a rig

5  such as the DEEPWATER HORIZON?

6     A.   And it --

7     Q.   How about this:  Why don't you -- why don't

8  you give me a "yes" or a "no," and then -- and then I'll

9  say, "Why?" and you'll explain and that way the record

10 will be clear.

11          MR. GODFREY:  Or I can object to the use

12 of the word "apply."

13          MS. DELEMARRE:  Okay.  Well, go ahead.

14          MR. GODFREY:  Objection to form.

15          MS. DELEMARRE:  All right.

16    Q.   (BY MS. DELEMARRE)  Now "yes" or "no," does

17 the group-defined practice for integrity management

18 apply to a rig such as the DEEPWATER HORIZON?

19    A.   My recollection with -- through the -- the

20 OMS, it doesn't.

21    Q.   Okay.

22    A.   So no.

23    Q.   Would you care to explain why?

24    A.   Well, the -- the -- as I've said previously,

25 BP's safety management system, be it the previous one

**PURSUANT TO CONFIDENTIALITY ORDER**

1  that was replaced by OMS or OMS, covers both BP's

2  activities and BP entities where BP is using

3  contractors.  And the arrangements are that where BP has

4  had a contractor and the contractor's activities with

5  its own safety management system, BP will review the

6  difference between the contractor safety management

7  system and BP's safety management system and come -- and

8  then look at any gaps to see whether the contractor

9  safety management system will deliver what BP aims to do

10  with its own safety.  So it's looking at really what

11  BP's view is of the contractor safety management system,

12  and then decisions are made as to whether anything

13  additional is required of the contractor in relation to

14  their safety management system or whether the contractor

15  uses their own safety management system.  That's why I

16  was struggling to -- to actually give you the answer in

17  terms of a "yes" and "no."

18      Q.   All right.  I believe you testified earlier

19  today that you did not know whether or not a gap

20  analysis had been conducted for the DEEPWATER HORIZON,

21  correct?

22      A.   I did not know whether one had been conducted.

23      Q.   Who would know?

24      A.   The answer is I -- I -- I don't know who

25  would -- who would know that within Gulf of Mexico

1               REPORTER'S CERTIFICATE

2

3          I, Donna L. Garza, Certified Court Reporter,

4    State of Louisiana, State of Texas, do hereby certify

5    that the above-mentioned witness, after having been

6    first duly sworn by me to testify to the truth, did

7    testify as hereinabove set forth;

8    That the testimony was reported by me in shorthand and

9    transcribed under my personal direction and supervision,

10   and is a true and correct transcript, to the best of my

11   ability and understanding;

12   That I am not of counsel, not related to counsel or the

13   parties hereto, and not in any way interested in the

14   outcome of this matter.

15

16

                        Donna L. Garza

17                      Certified Court Reporter

                        State of Texas, CSR No. 4785

18                      Expiration Date:  12-31-11

19                      WORLDWIDE COURT REPORTERS, INC.

                        Firm Registration No. 223

20                      3000 Weslayan, Suite 235

                        Houston, Texas 77027

21                      (800)745-1101

22

23                      Donna Garza

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                  )          MDL NO.  2179
"DEEPWATER HORIZON" in the                   )
GULF OF MEXICO,  on                                  )          SECTION: J
APRIL 20, 2010                                             )
                                                                       )          JUDGE BARBIER
                                                                       )
                                                                       )          MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# John Baxter

## VOLUME 2

JUNE 22, 2011

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group●Court Reporting●Video Production●Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

 1          THE VIDEOGRAPHER:  On the record at

 2    8:40 a.m., beginning of Tape 1 [sic].

 3               JOHN BAXTER,

 4    having been previously sworn, testified as follows:

 5               E X A M I N A T I O N

 6    BY MR. ALEXANDER:

 7        Q.   Mr. Baxter, for the record, my name is Ben

 8    Alexander.  I represent Transocean.

 9               How are you today, sir?

08:40 10        A.   Fine, thank you.  Good morning.

11        Q.   Good.  Good morning.

12               Yesterday, you mentioned -- and correct me

13    if I'm wrong -- but that BP's OMS did not apply to the

14    DEEPWATER HORIZON because it was not a BP-owned

08:40 15    facility; is that right?

16               THE VIDEOGRAPHER:  It's right there

17               MR. ALEXANDER:  Sorry.  Do I need to

18    repeat the question?

19               THE VIDEOGRAPHER:  Yes.  Please.

08:40 20               MR. ALEXANDER:  Okay.  Sorry.

21               THE VIDEOGRAPHER:  That's okay.

22        Q.   (BY MR. ALEXANDER)  Okay.  Once again,

23    Mr. Baxter -- I apologize.  I have the mike on now.

24               Yesterday, I understood you to have

08:40 25    testified that BP's operating management system did not

1   apply to the DEEPWATER HORIZON because it was not a

2   BP-owned facility.  Am I correct in that understanding?

3        A.   My recollection is that I explained that OMS

4   is a BP management -- safety management system which

08:41   5   applies to BP entities.  It does have provisions for

6   where BP is working with contractors.  And where the

7   contractors aren't working at a BP site, then it would

8   review the contractor safety management system.  And BP

9   requires that it's contractors have safety management

08:41   10   systems of their own.

11        Q.   And -- and that's what I want to clarify.

12   Because my understanding -- and I hope you would

13   agree -- is that the Macondo 252 well was a BP-owned

14   asset, was it not?

08:41   15             MR. GODFREY:  Objection as to form.

16        A.   I don't get involved in leasings and -- so I

17   don't understand the detail of the leasing arrangement.

18   The key point to my understanding is that Transocean was

19   responsible for the operation of the vessel working on

08:41   20   that well with the master, the OM, the driller, the tool

21   pusher, a series of people who had specific

22   responsibilities in terms of operations on the well.

23   But as I say, I don't get involved in the contractual

24   arrangements, so I don't know the detail.

08:42   25        Q.   (BY MR. ALEXANDER)  Well, surely you

```
 1    understand, though, that Transocean does not provide
 2    engineering services or work in connection with the
 3    drilling of deep water wells?
 4         A.   I don't know what Transocean provides or
 5    doesn't provide.  But, nevertheless, Transocean were
 6    responsible for having a safety management system for
 7    the management of their vessel, which was a deep
 8    seagoing marine vessel; and under international law, the
 9    master of that vessel has an absolute responsibility for
10    safety of the vessel for safety of the personnel on
11    board and also for any environmental effect.
12                   MR. ALEXANDER:  Object to the response.
13                   THE COURT REPORTER:  Okay.  Hold one
14    second.
15                   THE VIDEOGRAPHER:  I need -- I need to go
16    off the record one second.
17                   MR. ALEXANDER:  Sure.
18                   THE VIDEOGRAPHER:  Off the record at
19    8:43 a.m.
20                   (Break from 8:43 a.m. to 8:46 a.m.)
21                   THE VIDEOGRAPHER:  On the record at
22    8:46 a.m., beginning of Tape 9.
23         Q.   (BY MR. ALEXANDER)  Mr. Baxter, you have
24    reviewed the Bly report, have you not?
25         A.   I've certainly read it and reviewed it, yes.
```

08:42  5
08:42 10
08:42 15
08:44 20
08:46 25

```
 1    THE STATE OF TEXAS      )

 2    COUNTY OF HARRIS        )

 3

 4              I, Donna L. Garza, Certified Shorthand

 5    Reporter in and for the State of Texas, do hereby

 6    certify that the above and foregoing contains a true and

 7    correct transcription of all portions of evidence and

 8    other proceedings in the above-styled and numbered

 9    cause, all of which occurred and were reported by me.

10              I further certify that I am neither counsel

11    for, related to, nor employed by any of the parties or

12    attorneys in the action in which this proceeding was

13    taken, and further that I am not financially or

14    otherwise interested in the outcome of the action.

15              GIVEN UNDER MY HAND AND SEAL OF OFFICE, on

16    this, the _____ day of June, 2011.

17

18

19                          _____

                            DONNA L. GARZA, TEXAS CSR NO. 4785

20                          Expiration Date:  12-31-11

21

22

      WORLDWIDE COURT REPORTERS, INC.

23    Firm Registration No. 223

      3000 Weslayan, Suite 235

24    Houston, Texas  77027

      (800) 745-1101

25
```