# Exhibit M

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
#### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Patrick O'Bryan

**VOLUME 1**

JULY 14, 2011

## *COPY*



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

For U.S. & International Services
800 - 745 - 1101

```
 1         Q.    Okay.  But all the others
 2   were --
 3         A.    That's correct.
 4         Q.    -- third party owned and
 5   operated, correct?
 6         A.    That's correct.
 7         Q.    And did the Local OMS, as you
 8   understood it, apply to those rigs?
 9         A.    The rig -- so let's look at
10   what's in the Local OMS.
11         Q.    No.
12         A.    The roles and responsibilities,
13   the Wells Team Leader, I don't know that
14   it -- I don't know that I see anywhere in
15   here that it says "Transocean."  I don't know
16   that I see that it says "Pride."  But what I
17   do see in here is it talks about the
18   processes that we will use for how we do --
19   how we do Risk Assessment prioritization,
20   planning and controls, implementation and
21   operations, roles and responsibilities, those
22   things apply to the BP organization.
23               But I don't know anywhere in
24   here that it specifies that Transocean -- it
25   doesn't say "Transocean" anywhere in here, I
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  don't believe.
 2       Q.    Does it say anything about third
 3  party contractors?
 4       A.    I haven't read this in a while,
 5  so I'd have to read it.
 6       Q.    Is there any mention in there of
 7  how BP Drilling & Completions is supposed to
 8  relate to third party Drilling Contractors?
 9       A.    (Reviewing document.) It talks
10  about pre-tour meetings, pre-job meetings,
11  crew engagement meetings.  Those would be all
12  things around how we relate to -- to our
13  contractors.
14       Q.    Is it important to BP that third
15  party drilling rigs are operated in a manner
16  consistent with OMS essentials?
17       A.    Again, I'm going to --
18       MS. KARIS:  Object to form.
19       A.    I'm going to say, as I've said
20  before, the drilling rig Safety Management
21  System, the contractor's Safety Management
22  System, is bridged to the BP Safety
23  Management System, which is in conformance
24  with OMS, and we operate under the Drilling
25  Contractors Safety Management System.  We do
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  not operate the drilling rigs under a BP OMS.
2           But we op -- the rigs belong to
3  the Drilling Contractor, and we operate the
4  rigs under the -- under the Drilling
5  Contractors Safety Management System.
6           The only drilling rig that we
7  had in our fleet that would fall under the BP
8  OMS is the BP-owned rig, the PDQ on THUNDER
9  HORSE.
10      Q.    (By Mr. Dart) What about Well
11 Control manuals, which -- which company's
12 wells control manual is -- is used to operate
13 a rig such as the DEEPWATER HORIZON, or the
14 MARIANAS, or any of the third party offshore
15 rigs?
16      A.    Drilling Contractors.
17      Q.    It is?
18      A.    Yes.
19      Q.    And how do you know that?
20      A.    Within DWOP, it says that there
21 is to be a bridging of the Well Control
22 Manual between the BP Well Control Manual and
23 the Drilling Contractor Well Control Manual.
24 Identify any issues, similar to the Safety
25 Management System, we would operate under

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  what the Drilling Contractor had in place.
 2       Q.    BP and Transocean did not have a
 3  drill -- a -- a bridging document for the
 4  DEEPWATER HORIZON's drilling of the Mari --
 5  of the Macondo Well; isn't that true?
 6       A.    I have not seen one.
 7       Q.    No, nor has anybody else at BP?
 8       A.    Okay.
 9       Q.    Correct?
10       MS. KARIS:  Object to form.
11       A.    I -- I don't know that, but I
12  have -- I have personally not seen one.
13       Q.    (By Mr. Dart) Turn to the
14  second-to-last page of the -- the OMS
15  Framework document.  Where is -- do you have
16  that?
17       A.    This -- this page, 70 of 71?
18       Q.    Actually, it's 14 of 16 of the
19  Appendices.  It -- not -- it's the -- the
20  Framework document (indicating), OMS
21  Framework over here?
22       MR. SIMMONS:  This one?
23       MR. DART:  Yes.
24       Q.    (By Mr. Dart) And you'll see
25  "Appendix 7," which deals with "OMS
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1       I further certify that I am neither
counsel for, related to, nor employed by any
2  of the parties in the action in which this
proceeding was taken, and further that I am
3  not financially or otherwise interested in
the outcome of the action.
4
    SUBSCRIBED AND SWORN to by me on this
5  14th day of July, 2011.
6
7
8               Emanuel A. Fontana, Jr., RPR
                Texas CSR No. 1232
9               Expiration Date: 12/31/12
                Worldwide Court Reporters
10              Firm Registration No. 223
                3000 Weslayan, Suite 235
11              Houston, Texas  77027
                (713) 572-2000
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**