# Exhibit N

- REDACTED -

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3

 4    IN RE:  OIL SPILL       MDL NO. 2179
      BY THE OIL RIG
 5    "DEEPWATER HORIZON"     SECTION:  J
      IN THE GULF OF
 6    MEXICO, ON APRIL        JUDGE BARBIER
      20, 2010                MAG. JUDGE SHUSHAN
 7

 8

 9




15
              Deposition of RONALD W. SEPULVADO,
16    taken in the Pan American Life Center,
      Bayou Room, 11th Floor, 601 Poydras Street,
17    New Orleans, Louisiana 70130, on Thursday,
      March 10, 2011.
18

19
      APPEARANCES:
20

21         LEWIS, KULLMAN, STERBCOW
           & ABRAMSON
22         (By:  Paul M. Sterbcow, Esquire)
           601 Poydras Street
23         Suite 2616
           New Orleans, Louisiana  70130
24             (Attorneys for the Plaintiffs
                Steering Committee)
25
```

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters
**- REDACTED -**



**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters
**- REDACTED -**

[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted]
[redacted] [redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted] [redacted] [redacted]
[redacted] [redacted]
[redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted]

**- REDACTED -**





**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters
**- REDACTED -**



GAUDET KAISER, L.L.C.
Board-Certified Court Reporters
**- REDACTED -**

```
 1        Q.   Okay.  We're almost out of tape,
 2   let's take a short break to change the
 3   tape.
 4        THE WITNESS:
 5             Okay.
 6        THE VIDEOGRAPHER:
 7             We're off the record, this is
 8   conclusion of Tape 7, the time is 5:13.
 9             (Off the record.)
10        THE VIDEOGRAPHER:
11             Returning to the record, it is
12   5:20, start of Tape 8.
13   EXAMINATION BY MR. DART:
14   ▪ ███████████████████████████████
15   ███████████████████████████
16   ████
17   ▪ █████████
18   ▪ ████████████████████████
19   ███████████████████████████████
20   ██████
21   ▪ ████████████████████
22   ▪ █████ ████████████████
23   ███████████████████████████████
24   ██████████████████████████
25   ████████
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters
**- REDACTED -**

```
 1                REPORTER'S CERTIFICATE
 2
 3
 4          I, JOSEPH R. KAISER, JR., Certified
 5   Court Reporter, State of Louisiana, do
 6   hereby certify that the above-mentioned
 7   witness, after having been first duly sworn
 8   by me to testify to the truth, did testify
 9   as hereinabove set forth;
10         That the testimony was reported by
11   me in shorthand and transcribed under my
12   personal direction and supervision, and is
13   a true and correct transcript, to the best
14   of my ability and understanding;
15         That I am not of counsel, not
16   related to counsel or the parties hereto,
17   and not in any way interested in the
18   outcome of this matter.
19
20                     _____
                       JOSEPH R. KAISER, JR., CCR, RPR
21                     Certified Court Reporter
                       State of Louisiana
22
23
24
25
```

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters
- REDACTED -