# Exhibit P

EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )      MDL NO.  2179
"DEEPWATER HORIZON"  in the )
GULF OF MEXICO, on )      SECTION : J
APRIL 20, 2010 )
 )      JUDGE BARBIER
 )
 )      MAG. JUDGE SHUSHAN

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# ANTHONY HAYWARD

**VOLUME 1**

June 6, 2011

# COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1      A.   Correct.

2      Q.   And then there's a segment on the "Progress in

3   implementation," correct?

4      A.   Correct.

5      Q.   And does the last sentence say:  "This

6   represents around 80% of our planned implementation.

7   It is expected that the OMS will be adopted at all

8   operations in scope by the end of 2010."

9           Did I read that correctly?

10     A.   That is correct.  That is correct.

11              MR. CUNNINGHAM:  Tab 29, 6017.

12     A.   6017.

13              MR. GODFREY:  6017?

14              MR. CUNNINGHAM:  Yes.

15              MR. GODFREY:  Hold on one second, please.

16   I don't have it yet, sorry.  All right.  Got it.

17     Q.   (By Mr. Cunningham) This is a speech you gave

18   to the Annual General Meeting five days before the

19   DEEPWATER HORIZON blowout, correct?

20     A.   Correct.

21     Q.   Two months before you testified to Congress on

22   June the 17th of 2010, correct?

23     A.   Correct.

24     Q.   Look at Page 2 and tell me whether or not in

25   the next to the last couple of paragraphs, I read this

PURSUANT TO CONFIDENTIALITY ORDER

1  correctly:  "We are continuing..." --

2       And this -- this is you talking, right?

3  A.   M-h'm, yes.

4  Q.   "We are continuing to improve our skills and

5  capabilities as we roll out a common Operating

6  Management System across our business.  By the end of

7  2009 we'd fully implemented this at 70 sites - covering

8  around 80 per cent of our operations -- and the

9  remainder will be completed this year."

10      Did you say that?

11 A.   I did.

12 Q.   And then did you say in the next paragraph,

13 "But implementation is just the beginning"?

14 A.   I did.

15 Q.   Okay.  And in the PowerPoint you gave in that

16 same exhibit, Page 9, you discussed the "Forward

17 Agenda," right?

18 A.   I did.

19 Q.   And the second bullet point in the Forward

20 Agenda says, quote, "Implement Operating Management

21 System," end quote, correct?

22 A.   It does.

23           MR. CUNNINGHAM:  Tab 43.

24      (Exhibit No. 6024 marked.)

25           THE COURT REPORTER:  6024.

**PURSUANT TO CONFIDENTIALITY ORDER**

1      Q.   (By Mr. Cunningham) This is portions of the

2  Report, not the entire Report, but I'll call your

3  attention to Page 38.  This is a BP Group results

4  report in July of 2010, correct?

5      A.   (Reviewing document.) Correct.

6      Q.   Your testimony was given in June of 2010,

7  correct?

8      A.   M-h'm, correct.

9      Q.   Turn to Page 38, at the bottom right-hand

10  corner.  Do you have Page 38?

11      A.   I -- yes, I do.

12      Q.   All right.  The third paragraph down, second

13  sentence, does it say this -- or in part does the first

14  sentence say this:  "...BP continues to implement a

15  group-wide operational management system...at the

16  present time OMS has not yet been fully implemented

17  across the group."

18          Did I read that correctly?

19      A.   It is correct.

20      Q.   And, Dr. Hayward, if you had told Congress

21  that OMS -- the central safety system, the process

22  safety system, that, in fact, that OMS only covered

23  part of the company, the next question would have been

24  what part did it not cover, wouldn't it?

25              MR. WEBB:  Object to the form of the

1   question about what Congress would have asked.

2     A.   How can I speculate what Congress would have

3   asked?

4     Q.   (By Mr. Cunningham) So you think if you had

5   told Congress that, "Look, we have this Operating

6   Management System, that includes process safety, and

7   it's been implemented across most of the company," you

8   don't think somebody might have been curious about what

9   part it had not been implemented across?

10           MR. GODFREY:  Objection, form.

11           MR. WEBB:  Objection as to form.

12     A.   I think -- I think there were two things I

13   would have said, number one.

14     Q.   (By Mr. Cunningham) No, that's -- the question

15   is:  Do you think Congress --

16     A.   I have no idea what Congress would have said.

17     Q.   You don't know -- you don't know whether they

18   would --

19     A.   I cannot possibly speculate.

20     Q.   -- have been interested?  Okay.

21     A.   Because they may well have been inter --

22   interested.  And what I would have said is that's not

23   to say there wasn't a process safety system in place

24   before OMS.  OMS was designed to bring all of our

25   process safety systems to a common consistent standard.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    It wasn't as if there was nothing there prior to OMS.

2        Q.    When you told Congress that OMS had been

3    implemented across all the company's operations, you

4    knew that, in fact, OMS was nowhere near full

5    implementation in the Gulf of Mexico, didn't you?

6                    MR. GODFREY:  Objection to form.

7                    MR. WEBB:  Objection as to form.

8        Q.    (By Mr. Cunningham) Didn't you?

9        A.    I knew --

10                   MR. GODFREY:  Same objection.

11       A.    I certainly knew that OMS implementation was

12   not complete in many parts of the company because we

13   had made it very clear it was a five-year journey and

14   we were in Year 3.

15       Q.    (By Mr. Cunningham) You didn't make that very

16   clear to Congress, did you, when you told them it had

17   been implemented across the entire company?

18                   MR. WEBB:  Object as to form.

19                   MR. GODFREY:  Objection, form.

20       A.    Let's go back and just look again at what I

21   did say, shall we?

22       Q.    (By Mr. Cunningham) Sure.  Page 58, at the

23   bottom, quote, "And we've implemented significant

24   changes to all of our operating practices, including

25   the implementation of an Operating Management System

**PURSUANT TO CONFIDENTIALITY ORDER**

1   that covers all of the company's operations," end

2   quote.

3       A.   That's true.

4       Q.   That's what you said, isn't it?

5       A.   That is true.

6            MR. GODFREY:  Objection, form.

7       A.   It wasn't complete, but the initiation of that

8   program had begun everywhere.

9       Q.   (By Mr. Cunningham) I didn't ask you about the

10  initiation --

11      A.   And you can verify --

12      Q.   And you didn't say the initiation, did you?

13           MR. GODFREY:  Object to form.  Is it your

14  representation this is the only commentary on the OMS?

15           MR. WEBB:  Well, I also object to him --

16           MR. CUNNINGHAM:  I haven't represented

17  anything.

18           MR. WEBB:  I'm going to object to

19  interrupting his last answer where he was explaining

20  and responding to your question.

21      Q.   (By Mr. Cunningham) When you told Congress

22  that the OMS system had been implemented and covered

23  all of the company's operations, you knew that even

24  though it was ten years after Grangemouth and five

25  years after Texas City, the process -- the process

1   safety aspect of OMS, and OMS itself, had not been

2   implemented in the Gulf of Mexico, you knew that,

3   didn't you?

4           MR. GODFREY:  Objection as to form.

5       A.   Was not -- what I knew was it was not fully

6   implemented across the entirety of the operations.

7       Q.   (By Mr. Cunningham) And if you had told

8   Congress that it had not been implemented in the Gulf

9   of Mexico, that would have been a disaster for BP,

10  wouldn't it?

11          MR. GODFREY:  Objection as to form.

12      A.   I -- I think we had plenty of disaster to be

13  going on with.  Thank you.

14      Q.   (By Mr. Cunningham) You had oversight of OMS,

15  didn't you?

16      A.   I was the Chairman of the GORC.

17      Q.   Yes.

18      A.   The oversight of OMS was with Mark Bly and a

19  gentleman called John Sieg.

20          MR. CUNNINGHAM:  Tab 47.  What's the

21  exhibit number?  6002 is the exhibit number.

22          MR. GODFREY:  6002.

23          MR. CUNNINGHAM:  6002.

24      A.   6002.

25          MR. GODFREY:  Bear with us a second,

PURSUANT TO CONFIDENTIALITY ORDER

1    please.

2              MR. CUNNINGHAM:  Page 6.

3              MR. GODFREY:  We need to find the exhibit

4    first, please.

5              THE WITNESS:  Here we go.  Got it.

6       Q.   (By Mr. Cunningham) The title of it on the

7    cover is "Leading from the top."

8       A.   I have it.

9       Q.   And I'm looking at Page 6 which is "Leading

10   from the very top," which describes your role as Chair

11   of the Group Operations Risk Committee.  Do you see

12   that?

13      A.   That's correct.

14      Q.   And one of the responsibilities you had --

15      A.   M-h'm.

16      Q.   -- as Chair of that Committee, look at the

17   fourth bullet -- bullet point and tell me whether I

18   read this correctly, quote, "Oversight of development

19   and implementation of BP's Operating Management

20   System..."

21      A.   That's correct.

22      Q.   Is that what it says?

23      A.   Yep.

24      Q.   Dr. Hayward, you knew when you gave your

25   testimony to Congress, on June the 17th of 2010, that

PURSUANT TO CONFIDENTIALITY ORDER

164

```
1    there were huge safety-related gaps in the OMS system

2    in the Gulf of Mexico, didn't you?

3         A.   No, I did not.

4              MR. GODFREY:  Objection as to form.

5         Q.   (By Mr. Cunningham) You did not?

6         A.   I knew that we hadn't completed the

7    implementation of OMS.

8              MR. CUNNINGHAM:  Tab 44.

9         A.   It tells you nothing about safety-related

10   gaps.  It just tells you we haven't completed the

11   implementation of OMS.

12             MR. CUNNINGHAM:  Tab 44.

13             THE COURT REPORTER:  6025.

14        (Exhibit No. 6025 marked.)

15        Q.   (By Mr. Cunningham) (Tendering.)

16        A.   Thank you.

17        Q.   This document is identified as a 2010 -- "2010

18   SPU" -- that's Strategic Performance Unit -- "OMS" --

19   Operating Management System" --

20        A.   M-h'm.

21        Q.   -- "Gaps," isn't it?

22        A.   M-h'm.

23        Q.   It's a "Ranking" Matris -- "Matrix" for OMS

24   gaps, isn't it?

25        A.   Correct.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   To put this in perspective, before we go into

2  this document, this is five years after Texas City,

3  correct?

4    A.   Three years after I assumed the CEO role of

5  BP.

6    Q.   Three years after you became CEO.  Three

7  years --

8    A.   Three years into a five-year journey.

9    Q.   Three years after you told the Congress that

10  you had made all these changes --

11    A.   M-h'm.

12    Q.   -- implemented all these changes, and three

13  years after OMS was in -- initiated, wasn't it?

14    A.   Exactly.

15    Q.   All right.  Look at the first page of this

16  exhibit.  On the right is "IMPORTANCE" and on the --

17         MR. GODFREY:  The -- you mean the second

18  page of the exhibit?

19         MR. CUNNINGHAM:  Excuse me, yes.

20         MR. GODFREY:  Page Number --

21         MR. CUNNINGHAM:  Yes.

22         MR. GODFREY:  -- 1?

23         MR. CUNNINGHAM:  1, correct.

24    Q.   (By Mr. Cunningham) Right is "IMPORTANCE" and

25  at the bottom, "GAP RISK TO THE BUSINESS."

PURSUANT TO CONFIDENTIALITY ORDER

1          Do you see that?

2     A.    I do.

3     Q.    It looks at the highest risk and the highest

4  important -- importance gaps, doesn't it?

5     A.    It does.

6     Q.    And the highest ones, when you add them up, is

7  in the top right corner where you got a "High" for

8  importance, and a "High" for risk to business.  Do you

9  see that on the front?

10    A.    Correct.

11    Q.    On the front page?

12    A.    M-h'm.

13    Q.    And then if you turn to the second page,

14 it's -- there's "OMS Gap Detail."  It tells you exactly

15 where the gaps are in safety in the Gulf, correct?

16    A.    No.  It tells you where the gaps are in

17 relation to the OMS standards.

18    Q.    Okay.

19    A.    It doesn't tell you anything about gaps

20 rela -- rela -- relative to safety.

21    Q.    It tells you what the gaps are in the OMS.

22    A.    It does.

23    Q.    All right.  And if you'll look in the

24 right-hand corner, you see the letters there?  It tells

25 you where there are gaps for a given area on the left?

PURSUANT TO CONFIDENTIALITY ORDER

1      A.   Yes.

2      Q.   For example, "4.1 Procedures & Practices" on

3  the left, matches up with the blue A, B, C, D, E, F,

4  G --

5      A.   M-h'm.

6      Q.   -- under the "10," the highest risk, right?

7      A.   Yes.

8      Q.   All right.  And if you turn down to the next

9  page, Practices & Procedures, and look in the item

10  number, you find which items under Practices &

11  Procedures are considered the highest risk gaps in OMS,

12  right?

13      A.   M-h'm.

14      Q.   And if you look to the right, under "Area,"

15  you see which ones of these relate to Health, Safety,

16  Security, and Environment, don't you?

17      A.   Yes.

18      Q.   And the highest risk under "4.1 Procedures &

19  Practices," are A, B, C, D, E, F, and G, aren't they?

20      A.   Correct.

21      Q.   For example, "A, Inconsistent methodology in

22  creating & reviewing Operating procedures," which is an

23  a -- HSSE gap, right?

24      A.   Correct.

25      Q.   And then "B, Lack of culture to use procedures

1   in the" Gulf of Mexico.  Do you see that?

2       A.   Correct.

3       Q.   And then multiple other of the highest risk

4   gaps are HSSE gaps, aren't they, under "Procedures &

5   Practices"?

6       A.   Correct.

7       Q.   All right.  And then if you go back to the

8   first page and look at the next color, which is the

9   gray, and you see an A, B, C, then you look over to the

10  left, you find that "2.2, People & Competence" is where

11  those major gaps exist, right?

12      A.   That's correct.

13      Q.   And then if you turn to the next page, under

14  "People & Competence" 2.2, and you look and see which

15  items of the highest risk A, B, and C, you can find out

16  where the gaps are, right?

17      A.   That's right.

18      Q.   And, for example, "B, Lack of process to

19  assess key operating risk decision makers," is an

20  example --

21      A.   M-h'm.

22      Q.   -- of one determined to be a highest risk gap,

23  right?

24      A.   Correct.

25      Q.   And then go back to the first page and look at

1    "Process Safety," 3.3, do you see that on the left, and
2    you match it up on the right --
3        A.    Yes.
4        Q.    -- to the A, B, C, and D --
5        A.    Yes.
6        Q.    -- and you go back down a few pages, and you
7    get to "Process Safety," right?  Do you have that,
8    "3.3, Process Safety"?
9        A.    I do.
10       Q.    And if you look back, you see that the -- the
11   highest risk gaps were A, B, C, and D under Process
12   Safety, right?
13       A.    Correct.
14       Q.    And just to reiterate, again, process safety
15   is that aspect of safety that deals with major
16   disasters like the one that occurred on the DEEPWATER
17   HORIZON, right?
18       A.    No, it doesn't, actually.  It -- does it --
19   it -- it -- it -- it -- it often is, but process safety
20   is designed -- is defined as the systems around an
21   operation that maintain the integrity of the plant or
22   the control of work around an operation.
23       Q.    Is the purpose of process safety to prevent,
24   control, and mitigate major accidents?
25       A.    Absolutely.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   All right.  And the DEEPWATER HORIZON was a

2 major accident?

3    A.   It was a tragic and --

4    Q.   All right.

5    A.   -- major accident.

6    Q.   So if you look under Process Safety, you see

7 that the major gaps were in A, B, C, and D.  A, for

8 example, "Lack of information to provide-predictive

9 indication of process safety issues."

10        Did I read that correctly?

11    A.   You did.

12    Q.   All right.  And then if you look back to the

13 first page, go to "Regulatory Compliance," 7.1, do you

14 see that the major gaps there are A, B, C, D, E, F, G,

15 and H, right?

16    A.   Sorry.  Where are you?

17    Q.   "Regulatory Compliance."  I'm back on the

18 front page.

19    A.   Yep, okay.

20    Q.   And you see that the gaps -- the major risk

21 gaps are A, B, C, D, E, F, G, and H --

22    A.   M-h'm.

23    Q.   -- correct?

24    A.   Correct.

25    Q.   And if we go back to Regulatory Compliance, A,

PURSUANT TO CONFIDENTIALITY ORDER

1   B -- you have a major gap in every single one, with one

2   exception, don't you?

3        A.   Sorry.  Which page are you looking at?  Okay.

4        Q.   "Regulatory Compliance."  Do you see that?

5   Major gap in every single one.  The one exception where

6   you don't have a major risk gap is "Incorrect

7   application of federal drinking water regs."  Other

8   than that, you've got major high risk gaps, don't you?

9             MR. GODFREY:  Objection as to form.

10       A.   Well, they're of -- of varying severity, I

11  would say, but --

12       Q.   (By Mr. Cunningham) Yeah.  Well, they're all

13  in the 10 -- they all rate a 10 --

14       A.   They --

15       Q.   -- the highest you can possibly --

16       A.   Yes.

17       Q.   -- get, don't they?

18       A.   They do.

19       Q.   All right.  And do you understand in this case

20  that BP claims that the Federal Government didn't

21  regulate them enough?

22            MR. GODFREY:  Objection as to form.

23            MR. WEBB:  Object to the form of the

24  question.

25       A.   I have --

**PURSUANT TO CONFIDENTIALITY ORDER**

 1      Q.    (By Mr. Cunningham) Do you know that --

 2      A.    -- I have not said that.

 3      Q.    That -- do -- do you know that BP says that

 4   the Federal Government is at fault, that it didn't have

 5   enough regulations?

 6              MR. GODFREY:   Objection as to form.

 7      A.    I'm not aware of that.

 8              THE COURT REPORTER:   Three minutes.

 9   Sorry.

10      Q.    (By Mr. Cunningham) The next one, 2.5, looking

11   back, "Working w/Contractors," do you see that?  That's

12   the purple.  A, B, C, D, E, F, G is where the gaps are

13   there, right?

14      A.    (Reviewing document.)

15      Q.    You got every one of them on that, didn't you?

16      A.    I'm sorry.  I'm -- not actually found your --

17   where you're referring to yet.  "Working with

18   Contractors," okay.

19      Q.    Yeah.  Working with Con --

20      A.    Okay.  Let me just have a look.

21      Q.    Every one of them --

22      A.    Just hang on --

23      Q.    -- had a high risk number 10, didn't it?

24      A.    Lack of accountabilities between supply

25   chain's management and HSE.

1          Lack of standardization/documentation in

2   supply chain and management.

3        Q.   Where are you?

4        A.   I'm looking at "Working with Contractors."

5        Q.   All right.

6        A.   Lack of understanding --

7        Q.   Working --

8        A.   -- of supply chain management.

9        Q.   Working with Contractors, and if you go back

10  to the front, every single one of those --

11       A.   Well, not --

12       Q.   -- fell into the high risk, didn't it?

13       A.   It doesn't sound much like it's got anything

14  to do with safety, actually.

15       Q.   "It doesn't sound like it's got anything to do

16  with safety?"  Is that --

17       A.   Yeah.

18       Q.   -- what you just said?

19       A.   Lack of understanding of supply chain

20  management.  I don't know.

21       Q.   Do you --

22       A.   I haven't seen this document --

23       Q.   Well, do you --

24       A.   -- of course, so --

25       Q.   Well, you read documents all the time you

PURSUANT TO CONFIDENTIALITY ORDER

1    haven't seen before, don't you?

2        A.   Yeah, but not normally in this sort of

3    situation --

4        Q.   Well --

5        A.   -- where someone is firing questions at me

6    before I can have a chance to look at the document.

7        Q.   You -- you say that this doesn't have much to

8    do with safety.  What are the two words at the end of

9    "B"?

10                MR. GODFREY:  Objection as to form.

11       A.   At the end of B?

12       Q.   (By Mr. Cunningham) Yeah.  "Process safety,"

13   isn't it?

14       A.   "...incorporates robust" --

15            This -- yeah, but this is about tendering in

16   supply chain management.

17       Q.   Well, this is a BP document, isn't it?

18       A.   It is.

19       Q.   All right.

20       A.   But I --

21       Q.   Over on the area on the right --

22       A.   M-h'm.

23       Q.   -- whoever wrote this BP document listed

24   "HSSE" under every single one of these major gaps --

25       A.   As I --

PURSUANT TO CONFIDENTIALITY ORDER

1      Q.   -- in Working with Contractors, didn't it?

2  Every one?

3      A.   Every one is a -- as I -- as I understand this

4  document, having not seen it before, the -- this is --

5  this is referring to the interface between HSSE and

6  Engineering in the matter of supply chain management.

7  That's probably very serious, but it -- it is not

8  really about the -- you know, the inherent safety in

9  operation, I don't think.  As I said, I haven't seen

10 this before.

11     Q.   So where it says, "Inconsistent" or "absent

12 communication of applicable HSSE requirements," that

13 doesn't have anything to do with safety?

14     A.   Well --

15          MR. WEBB:   Objection to the form of the

16 question.

17     A.   It -- my -- without any backing up -- backup

18 information, it's very difficult to determine exactly

19 what this all means.

20     Q.   (By Mr. Cunningham) Okay.  So this would -- it

21 wouldn't have done any good if somebody had sent this

22 to you as head --

23     A.   I --

24     Q.   -- of the Group Operations Risk Committee

25 because you don't understand it?

1           MR. GODFREY:  Object to the form.

2           MR. WEBB:  Objection to the form of the

3    question.

4       A.   Can I just make a comment, please?  This

5    document --

6       Q.   (By Mr. Cunningham) Do you understand it?

7       A.   -- this document was not designed as a written

8    document.  It was designed as a presentation for

9    someone to be out -- to make on this issue.  It has --

10   there -- there's no explanation of what's here.

11      Q.   You read documents all the time that don't

12   have an explanation for everything in them, don't you?

13      A.   Well, I -- I think in -- in this -- in this

14   particular situation, the -- this document is quite

15   difficult to understand without a bit of supporting

16   documentation and explanation.

17           MR. CUNNINGHAM:  Let's take a break.

18           THE VIDEOGRAPHER:  Off the record at

19   12:10 p.m., ending Tape 3.

20        (Recess from 12:10 p.m. to 1:03 p.m.)

21           MR. GODFREY:  Okay.  I believe we're

22   ready to start.

23           MR. CUNNINGHAM:  Ready.

24           THE VIDEOGRAPHER:  All set?

25        On the record at 1:03 p.m., beginning

PURSUANT TO CONFIDENTIALITY ORDER

177

1    deposi -- beginning Tape 4.

2        Q.    (By Mr. Cunningham) Dr. Hayward, I call your

3    attention back to Exhibit 6025, and the last section I

4    want to ask you about is 4.5, "Control of Work."  Do

5    you see the gaps noted for that area?

6        A.    I see -- I can see the -- let me see what I

7    can see.  "Control of Work," yes.

8        Q.    A, B, C, D, E, correct?

9        A.    Correct.

10       Q.    And then if you turn back, where there's the

11   list of Items and Descriptions, do you see that covers

12   all of them but one?

13       A.    Well, without -- without wishing to be

14   difficult, I can't actually see anything on this -- on

15   this copy that I've got.

16               MR. WEBB:  The copy we have is all black.

17       A.    It's completely black.

18       Q.    (By Mr. Cunningham) (Tendering.)

19       A.    Thank you.  Yeah.

20       Q.    You see that?  And one of those, C, says this:

21   "Inconsistent task based approach in JSEA process

22   resulting in process safety hazards/personnel safety

23   individuals."  Do you see -- did I read that correctly?

24       A.    You did, yeah.

25       Q.    And if when you testified in Congress that

**PURSUANT TO CONFIDENTIALITY ORDER**

1  implementation of an Operating Management System

2  covered everything across the company's operations, if,

3  instead, you had said that "We have an Operating

4  Management System, but it has huge safety gaps, in the

5  Gulf of Mexico," BP stock prices would have tanked,

6  wouldn't it?

7              MR. WEBB:  Objection, form.

8              MR. GODFREY:  Objection, form.

9      A.    It's complete conjecture, but more

10 importantly, it's not true.

11     Q.    (By Mr. Cunningham) So --

12     A.    The whole notion of OMS is that you measure

13 gaps.  It's a continuous improvement process.  You

14 measure gaps, and you take action to close them.  You

15 measure gaps; you take action to close them.  It's the

16 fundamental tenet of the system that we're putting in

17 place.

18     Q.    And what we've just looked at in the -- the

19 last exhibit is BP's evaluation of all of the gaps that

20 existed in OMS in the Gulf of Mexico in 2010, correct?

21             MR. GODFREY:  Objection as to form.

22     Q.    (By Mr. Cunningham) Not some other time, but

23 2010.

24     A.    That -- that is --

25     Q.    -- correct?

PURSUANT TO CONFIDENTIALITY ORDER

1      A.    -- what the document describes.

2      Q.    And the truth is, as you sat there testifying

3 with the oil flowing in the Gulf of Mexico, that BP had

4 major gaps in the Gulf of Mexico and that those gaps

5 and those failures were a product of the failure of

6 Senior Management; isn't that true?

7      A.    That's not true either.

8           MR. GODFREY:   Objection, form.

9      Q.    (By Mr. Cunningham) Well, you were the one

10 generally responsible for safety at BP?

11      A.    I was im --

12      Q.    And you were the one specifically responsible

13 for OMS implementation, weren't you?

14      A.    Absolutely.   And I was implementing it, we

15 were implementing it, the company was implementing it.

16 And we were very clear that it was a five-year journey

17 and we were three years into it.   And as I've stated on

18 many occasions, it wasn't that there was nothing there

19 previously.   There was process safety systems in place.

20 What we were doing is ensuring that they were a common

21 and consistent standard across the company.

22      Q.    You not only testified before Congress that

23 OMS covered all the company's operations, you also

24 testified that, specifically as to the DEEPWATER

25 HORIZON, that safeguards were in place, didn't you, for

180

```
1    OMS?

2                   MR. GODFREY:  Objection as to form.

3         A.   I'm sorry.  I don't understand the question.

4    I think you're referring --

5         Q.   (By Mr. Cunningham) Tab 1 --

6         A.   -- to something I may have testified.  I'd

7    like to see it, please.

8         Q.   Exhibit 6001.  Turn to Page 36.

9         A.   All right.

10                   THE COURT REPORTER:  It should be on the

11   top, second one down.

12        A.   That's not -- there it is.

13        Q.   (By Mr. Cunningham) Page 36.  Did you say

14   in -- at the bottom of the page, a little bit up, about

15   a paragraph up, "HAYWARD:  As I said, we acknowledged

16   the problems that we had in 2005 and 2006.  The vast

17   number of those things that you've referred to date

18   from that time" -- "to date from that time period.  And

19   we have made major changes in the company over the last

20   three to four years."  That's OMS, isn't it?

21        A.   It's not only --

22        Q.   That's what you called it?

23        A.   It is many other things in addition to O -- to

24   OMS.  It --

25        Q.   Does it include OMS?
```

PURSUANT TO CONFIDENTIALITY ORDER

```
 1     A.   It includes OMS, but it's --

 2     Q.   Okay.

 3     A.   -- many other things as well.

 4     Q.   And then you were asked:  "Do you think the

 5  changes you made in that time period you're talking

 6  about when you were" C -- "CEO -- I understand what

 7  you're saying -- do you think that they were using

 8  those measures and protocols on the DEEPWATER HORIZON?"

 9  That was the question, wasn't it?

10     A.   And I said:  "To the best of my knowledge,

11  they absolutely were."

12     Q.   You testified that to the -- you testified

13  under oath that to the best of your knowledge, the

14  safeguards of OMS absolutely were being used --

15     A.   No --

16     Q.   -- on the DEEPWATER HORIZON, didn't you?

17     A.   That actually is not --

18          MR. GODFREY:  Objection as to the form.

19     A.   False.  That is not actually what I said.

20          I said:  We acknowledge problems, and we've

21  made major changes in the company over the last three

22  years.  I was asked:  Do you think the -- those changes

23  apply to the DEEPWATER HORIZON?

24          And I said:  To the best of my knowledge, they

25  did.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

182

1    Q.   You just told us --

2    A.   I have no -- there's no reference to OMS

3 there.

4    Q.   You just told us that when you said, "We have

5 made major changes in the company over the last three

6 to four years," that you meant to include OMS.  You

7 just testified to that?

8    A.   OMS was certainly part of that --

9    Q.   All right.

10    A.   -- of course.

11    Q.   And then you said:  Whether or not those

12 measures and protocols were in application on the

13 DEEPWATER, "to the best of my knowledge, they

14 absolutely were," is what you testified.

15    A.   That's correct.

16    Q.   Okay.  And you knew when you gave that

17 testimony that not only had OMS not been fully

18 implemented in the Gulf of Mexico, but that an integral

19 part of it, the process safety part of OMS, had not

20 been implemented on the DEEPWATER HORIZON, didn't you?

21    A.   I --

22         MR. GODFREY:  Objection to the form.

23         MR. WEBB:  Object to the form of the

24 question.

25    A.   I wasn't aware of the details of the

1   implementation in the Gulf of Mexico at the time.

2       Q.   (By Mr. Cunningham) So --

3       A.   But I was certainly aware that the

4   implementation of OMS was not complete across the

5   company.  And I may -- I can't recall -- have been

6   aware that it was not complete in the Gulf of Mexico.

7   I probably was.

8       Q.   When you gave the testimony that the measures

9   and protocols absolutely were being used on the

10  DEEPWATER HORIZON, you knew for a fact -- you knew for

11  a fact, didn't you, that critical aspects, process

12  safety-related aspects of OMS were not implemented on

13  the DEEPWATER HORIZON on April 20th, 2010?

14      A.   No, I did --

15           MR. GODFREY:  Object to the form.

16      A.   I did not know that absolutely.

17      Q.   (By Mr. Cunningham) Well, you had actually

18  been briefed on that very point less than a month

19  before you testified, hadn't you?

20      A.   I -- I think you need to refresh my memory if

21  I had.

22      Q.   Tab 49.  Tab 49.  This is Exhibit 1737,

23  previously marked.  I call your attention to the E-mail

24  at the bottom of the first page, from John Baxter.  Do

25  you see that?

PURSUANT TO CONFIDENTIALITY ORDER

1       I further certify that I am neither counsel for,
related to, nor employed by any of the parties in the
2  action in which this proceeding was taken, and
further that I am not financially or otherwise
3  interested in the outcome of the action.
4       SUBSCRIBED AND SWORN to by me on this 6th day of
June, 2011.
5

6

7       _____
                Emanuel A. Fontana, Jr., RPR
8               Texas CSR No. 1232
                Expiration Date: 12/31/12
9               Worldwide Court Reporters
                Firm Registration No. 223
10              3000 Weslayan, Suite 235
                Houston, Texas  77027
11              (713) 572-2000
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

1               UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

2

3   IN RE:  OIL SPILL        )      MDL NO. 2179

    BY THE OIL RIG           )

4   "DEEPWATER HORIZON" IN    )      SECTION "J"

    THE GULF OF MEXICO, ON    )

5   APRIL 20, 2010            )      JUDGE BARBIER

                             )      MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17              * * * * * * * * * * * * * * * * *

                        VOLUME 2

18              * * * * * * * * * * * * * * * * *

19

20

21          Deposition of Anthony Hayward, taken at

    Kirkland & Ellis International, 30 St. Mary Axe, 22nd

22  Floor, London EC3A 8AF, England, United Kingdom, on the

    8th of June, 2011.

23

24

25

PURSUANT TO CONFIDENTIALITY ORDER

662

1    Q.    And those were after April 20th, correct?

2    A.    They were.

3    Q.    And in connection with the relief efforts?

4    A.    With -- in connection with the response.

5    Q.    With the response.  Okay.

6          What role did Anadarko play in connection with

7    the -- the response efforts?

8    A.    To -- to my knowledge, they provided some of

9    their people and some of their -- their Technicians,

10   Engineers --

11   Q.    Okay.

12   A.    -- to help with the response.

13   Q.    So they were assisting?

14   A.    They were assisting, yes.

15   Q.    Are you aware of -- of any decisions that

16   Anadarko made with respect to the relief efforts or

17   leading the relief efforts in any way, or was it your

18   understanding they were simply assisting?

19   A.    They were assisting.

20   Q.    Okay.  Have you had any other communications

21   with Anadarko since April 20, 2010, other than those

22   two discussions with Jim Hackett?

23   A.    I haven't.

24   Q.    Thank you.

25         Go back to an old, familiar subject, the OMS.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Did you know in April of 2010, that the OMS had not

2  been fully implemented in the Gulf of Mexico?

3       A.   I -- yeah.  I believe I was aware that it had

4  not been fully implemented.  It was in the process of

5  being implemented as it was in other parts of BP.

6       Q.   But specifically with respect to the Gulf of

7  Mexico, that's your answer?

8       A.   Yes.

9       Q.   Okay.  When did you come to learn that?

10      A.   I would have been aware of it prior to the --

11 you know, in the course of doing my -- my job.

12      Q.   Okay.

13      A.   Because we had a -- as I've explained a number

14 of times through this deposition, the Group Operations

15 Risk Committee was looking at the progress of

16 implementation.

17      Q.   So you were getting reports as to where it was

18 implemented, where it was not yet implemented?

19      A.   And where it -- where it was entrained, so to

20 speak.

21      Q.   Okay.  Were there any parts of OMS, to your

22 knowledge, that were applicable in the Gulf of Mexico

23 in April of 2010?

24      A.   That were applicable?  It was all applicable.

25 I'm --

PURSUANT TO CONFIDENTIALITY ORDER

664

1      Q.    That were implemented then?

2      A.    I'm -- I'm not aware of the precise status on

3    that date of the implementation.

4      Q.    Okay.  Now, I want to read you something from

5    BP Magazine, Issue 3, 2006, and it's a statement made

6    by -- you're welcome to look at it if you want.  It's

7    Tab 1, but you don't need to.  It's a statement that

8    John Mogford made in an article entitled, "Safety, THE

9    NUMBER ONE PRIORITY."

10           Let me ask you first:  Who is John Mogford?

11     A.    He was the Head of Group Operations -- Group

12   Safety and Operations prior to Mark Bly.

13     Q.    Okay.  All right.  On page -- the numbered

14   Page 13 of this article, he's talking about OMS, and he

15   says:  "It is about" -- and he means -- he's discussing

16   OMS:  "It is about how we make our operations people

17   understand more of the context, increase their

18   awareness of inherent risk, empower them to continually

19   improve what they do, and enable them to build their

20   learning into the system for future use."

21           Do you agree with that --

22     A.    I do.

23     Q.    -- description of OMS?

24     A.    I do.

25     Q.    Okay.  And in the same magazine on, let's see,

665

 1   numbered Page 19, Mr. Mogford also says at the top

 2   right corner:  "Whatever we say in the centre, if it

 3   doesn't help people who are conducting hazardous

 4   activities day-to-day in our plants, we have failed and

 5   have only a management piece of paper."

 6         And, again, he's referring to the OMS.  Do you

 7   agree with that statement?

 8       A.   I do.

 9       Q.   Okay.  Thank you.

10         Now, you said on Monday that although --

11   although OMS was not rolled out across the entire

12   company, that you said, quote, "That's not to say there

13   wasn't a Process Safety system in place before OMS.

14   OMS was designed to bring all our Process Safety

15   systems to a common, consistent standard."

16         Do you remember that testimony?

17       A.   M-h'm.  Yes.

18       Q.   Okay.  So I take it that it's your position,

19   then, that there were, in fact, BP Process Safety

20   systems and procedures applicable to the Gulf of

21   Mexico -- implemented and applicable to the Gulf of

22   Mexico on April 20th, 2010?

23       A.   Correct.

24       Q.   And that you believed that those were designed

25   to mitigate against major accidents or -- such as the

PURSUANT TO CONFIDENTIALITY ORDER

1  DEEPWATER HORIZON?

2      A.    That's correct.

3      Q.    Okay.  And these were BP Process Safety

4  systems, correct?

5      A.    The BP Process Safety systems are in the

6  matter of the drilling operation.  They were systems

7  and processes designed by Transocean, which BP had

8  oversight of.

9      Q.    Okay.  So is it -- is it your position, then,

10  that BP had none of its own safety processes in place

11  in April 2010?

12          MR. GODFREY:  Objection as to form.

13      A.    It -- it had many of its own -- a -- a

14  complete suite of Process Safety systems in place in

15  April 2010.  The point I was making is that the systems

16  and processes on the rig were Transocean systems and

17  processes, which were required to be consistent and

18  verified by BP.

19      Q.    (By Ms. Hertz) Okay.  So just so I understand,

20  are you -- are you saying that BP -- the BP processes

21  and systems didn't apply on the Transocean rig, or they

22  applied in conjunction with Transocean processes?

23      A.    They applied in conjunction with.

24      Q.    So they were fully applicable to the DEEPWATER

25  HORIZON?

PURSUANT TO CONFIDENTIALITY ORDER

1        A.    Correct.

2        Q.    You also testified on Monday that the

3   identification of a blowout was the sort of accident

4   that was, quote, "part of the Group wide risk

5   assessment," and that such risk was, quote, "believed

6   to have been mitigated by the things we had in place"?

7        A.    That's correct.

8        Q.    Do you recall that?

9        A.    (Nodding.)

10       Q.    Okay.  And when you were asked by Mr. Sterbcow

11   what those things were in place, you stated you didn't

12   recall discussing that with anybody in detail, but that

13   one such thing that would have mitigated it would have

14   been a blow -- a functioning blowout preventer.

15            Do you remember that?

16       A.    Correct.

17       Q.    Okay.  What other things in place were you

18   talking about, other than the blowout preventer?

19       A.    Effective well control systems --

20       Q.    Okay.

21       A.    -- as an example.

22       Q.    Okay.  And what is an effective well control

23   system?

24       A.    It is a set of procedures that, if implemented

25   when a well begins to flow, as I -- as I understand it

1  because I'm not a driller, but -- and I'm going to give

2  you the -- my layman's version as to what a well

3  control system is.  It's a system of measurement and

4  monitoring to determine the state of the well, and it's

5  a system of interventions to be taken in the event that

6  a well starts flowing.

7      Q.   And, again, the effective well control system,

8  is that something that is both part TO's and part BP's?

9      A.   Yes, very largely Transocean, because it is a

10  Transocean Drilling Team that implement the well

11  control procedures.  There's no one from BP involved in

12  implementing well control procedures.

13          So what we have to do is determine that the

14  well control procedures that Transocean has and that

15  are documented as their well control procedures are

16  appropriate, and, of course, that they're -- they're

17  followed.

18      Q.   Okay.  But if there are well control

19  procedures and process procedures in place in the Gulf

20  of Mexico, BP procedures, those are applicable as well

21  as the TO procedures?

22      A.   Well, I don't want to be pedantic, but BP

23  doesn't have well control procedures to manage a well

24  that is beginning to flow, because we're not actually

25  drilling any of the wells that our contractors are.  So

PURSUANT TO CONFIDENTIALITY ORDER

1   what we want to verify is that those procedures are in

2   place, and they're deemed to be appropriate, and people

3   have been trained such that they know them, and when a

4   situation occurs, that they implement and follow them

5   to control the well.

6       Q.   Well, does BP have procedures regarding well

7   operations that apply to wells being drilled off

8   someone else's rig?

9            MR. GODFREY:  Objection as to form.

10      A.   Do we have procedures relating to -- sorry, I

11  don't understand the question.

12      Q.   (By Ms. Hertz) Related to BP drilling --

13      A.   Okay.

14      Q.   -- from a rig that's not owned by BP.

15           MR. GODFREY:  Objection as to form.

16      A.   Well, again, not to be -- we're not -- BP is

17  not conducting the drilling operation.

18      Q.   (By Ms. Hertz) Is BP is not the operator?

19      A.   BP is the operator, but we're not actually

20  physically conducting the operation.

21      Q.   Okay.  Well, I'm going to show you some

22  specific procedures because I want to understand --

23      A.   Yeah.  Sure.

24      Q.   -- how they relate to the drilling that was

25  going on in the Gulf of Mexico on a non-BP-owned rig.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1                  MR. BECK:  Okay.  Why don't we change the
 2   tape.  I've just got a few more minutes, and I'm done.
 3                  THE WITNESS:  Okay.
 4                  THE VIDEOGRAPHER:  Off the record at
 5   2:48 p.m.  Ending Tape 18.
 6             (Recess from 2:48 p.m. to 2:58 p.m.)
 7                  THE VIDEOGRAPHER:  On the record at
 8   2:58 p.m., beginning Tape 19.
 9        Q.    (By Mr. Beck) Dr. Hayward, as of April 20,
10   2010, what part of OMS was implemented?
11        A.    We were in the middle of companywide
12   implementation, so a lot of the -- in fact, all of
13   the -- if I can call it the superstructure was in
14   place.  We had completed implementation at the
15   operating level in around 80 percent, I think, of the
16   operations and were -- in the case of the Gulf of
17   Mexico, I -- I think my recollection is we had begun
18   that process in the Fall of 2009.  And we, in fact,
19   were on target to complete implementation by the end of
20   2010, which would, in fact, have been in three years,
21   not five.
22        Q.    The -- and just see if I understand what
23   you're -- you're saying.  When you say that the OMS was
24   implemented 80 percent at the operating level, the
25   operating level would include what?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.    The -- the operations down through to the

2    front line.  So all of the -- you know, the

3    superstructure was complete, and in -- I think it was

4    80 percent of the operations that had gone through all

5    the way down to the front line operations.

6    Q.    All right.  When you say the "superstructure,"

7    you're talking about the plan?

8    A.    The -- the -- yeah, the -- the -- well, not --

9    not only the plan, but the systems and processes would

10   make -- that would make a plan become alive.

11   Q.    All right.  And then you said that you were on

12   target to implement OMS in the Gulf of Mexico in 2009?

13   A.    I -- my recollection is that we began the

14   process of cutover to OMS in the Fall of 2009.

15   Q.    And --

16   A.    That's my recollection.

17   Q.    And your recollection also is that you would

18   have completed that implementation in the Gulf of

19   Mexico by the end of 2010?

20   A.    That's correct.

21   Q.    In -- in -- in other parts of the world, at

22   the operating level, was OMS fully implemented?

23   A.    In some places, yes.

24   Q.    What places?

25   A.    A relatively large number.  Colombia, Egypt, I

1  think, all of our refineries in the United States, our

2  refineries in Europe and places like Australia.  I'm

3  not -- I can't remember exactly the -- the list, but --

4  but we -- we had made a lot of progress.

5      Q.   Were any other areas begun in 2009 other than

6  the Gulf of Mexico Operating --

7      A.   Yes, they were.

8      Q.   -- Division?  And what areas were those?

9      A.   I can't recall, but we can certainly find out.

10     Q.   All right.  And, again, just so we're clear,

11  who was it who made the decision to begin

12  implementation of the process in 2009 in the Gulf of

13  Mexico?

14     A.   I -- I don't know who was actually involved in

15  the decision to begin the process, but I can imagine

16  that it was the Business Unit Leader of the Gulf of

17  Mexico, along with Mark Bly and people in his

18  organization.

19     Q.   And who was the Business Unit Leader?

20     A.   A gentleman called James Dupree.

21     Q.   James Dupree?

22     A.   Correct.

23     Q.   Where is he located?

24     A.   In Houston.

25     Q.   Do you recall his title or position?

**PURSUANT TO CONFIDENTIALITY ORDER**

1      A.    Strategic Performance Unit Leader.

2                  THE COURT REPORTER:  Dupree?

3                  THE WITNESS:  Dupree.

4      Q.   (By Mr. Beck) All right.  And what other areas

5      would not have had OMS fully implemented until the end

6      of 2010, other than the Gulf of Mexico?

7      A.    I can't remember the list, but, you know, we

8      have a list that's in many of these reports, that --

9      that document -- if you refer to the thing called the

10     Orange Book, it's very clear which areas are complete,

11     which areas are in -- in transition.  And I think by

12     the time we're talking about, everywhere was in

13     transition.  I don't think there was anywhere that had

14     not started the process.

15     Q.   All right.  And just again so I'm clear, when

16     you're implementing OMS, do you do it by well site at a

17     time?  Do you do it by group?  I mean, how -- how --

18     how do you specifically do it?

19     A.    You do it by operating activity.  So

20     Drilling -- Drilling, broadly.  Production Operations,

21     broadly.  And then within Production Operations, at an

22     indepen -- individual production facility.  But I

23     believe that Drilling would have been done as Drilling,

24     not rig by rig.

25     Q.   All right.  It would have been done across the

PURSUANT TO CONFIDENTIALITY ORDER

1    board simultaneously?

2       A.   Yeah, essentially.

3       Q.   And you testified earlier that this was -- one

4    of the ways it was implemented, that it was determined

5    when the Business Unit was sufficiently prepared.  Who

6    determined when the Business Unit was sufficiently

7    prepared to implement OMS?

8       A.   That was a -- as I said earlier, a combination

9    of the Safety and Operations Team, led by -- Safety and

10   Operations Team, led by Mark Bly, and the Business Unit

11   Team.

12      Q.   All right.  I want to ask you two questions,

13   and I'm going to ask you to assume something for me.  I

14   know you're not going to agree with the assumption, so

15   I'll alert you to that right now, okay?  But I want to

16   ask you anyway.

17               MR. GODFREY:  Should I preemptively

18   object?

19               MR. BECK:  No.

20      Q.   (By Mr. Beck) And -- and my question is this:

21   If OMS had been implemented over a three-year period

22   instead of a five-year period, wouldn't there have been

23   a better chance of avoiding the April 20, 2010

24   incident?

25               MR. WEBB:  Object to the form of the

 1  question.

 2              MR. GODFREY:  Same objection.

 3      A.    The answer is I don't know.  I don't know.

 4      Q.    (By Mr. Beck) There is certainly --

 5      A.    Do you think -- excuse me.  Do you think I

 6  haven't thought about that?  Of course, I have.  But

 7  do -- can I sit here today and say one way or the

 8  other?  The answer is I can't.

 9      Q.    If it had been implemented by April 20, 2010,

10  by Drilling, which would have included the Gulf of

11  Mexico, would you agree that at least there's the

12  potential, Dr. Hayward, that this terrible catastrophe

13  would have been averted?

14              MR. GODFREY:  Objection as to form.

15              MR. WEBB:  Object to the form of the

16  question.

17      A.    There's lots of assumptions in your question.

18      Q.    (By Mr. Beck) (Nodding.)

19      A.    There -- on the basis of your assumptions, it

20  is potentially possible that it may have been avoided.

21  There are many other things that potentially possibly

22  may have prevented the accident.

23      Q.    Not -- not -- and, again, I'm not saying

24  they're -- they're not.  But -- but -- but -- but,

25  again, to get back to my two questions:  If OMS had

PURSUANT TO CONFIDENTIALITY ORDER

1    been implemented in the Gulf of Mexico before April 20,

2    2010, is there not the potential for having avoided

3    this terrible catastrophe?

4                    MR. GODFREY:  Objection, form.

5                    MR. WEBB:  Objection, form.

6        A.    There is possible potential --

7        Q.    (By Mr. Beck) All right.

8        A.    -- undoubtedly.

9        Q.    All right.  And, similarly, if OMS had been

10   implemented during a three-year period instead of a

11   five-year period, there was at least the potential that

12   the April 20, 2010 incident could have been avoided?

13                   MR. GODFREY:  Objection as to form.

14                   MR. WEBB:  Objection to the form of the

15   question.

16       A.    There's potential for all sorts of things in a

17   theoretical world, which is the one we're talking

18   about.

19       Q.    (By Mr. Beck) So would you agree --

20       A.    It wasn't the real world.  It was a

21   theoretical world.

22       Q.    All right.  So would you agree, then, that at

23   least there's the potential?

24                   MR. GODFREY:  Object as to form.

25                   MR. WEBB:  Objection, form.

PURSUANT TO CONFIDENTIALITY ORDER

795

1     A.   There's a potential for anything in a

2 theoretical world.

3     Q.   (By Mr. Beck) All right.  By the way, just so

4 I'm clear, ha -- have you had any conversations with

5 anybody at Cameron related to the DEEPWATER HORIZON?

6     A.   I've never had any conversations with anyone

7 at Cameron.

8     Q.   And you consider Cameron to be well-respected

9 in the industry?

10     A.   I consider them to be very well-respected in

11 the industry.

12     Q.   And then my last question to you:  If the

13 Judge or Jury who decides this case determines that the

14 safety culture at BP on April 20, 2010 was either poor

15 or not what it should have been, who would have been

16 responsible for that?

17           MR. WEBB:  Object to the form of the

18 question.

19           MR. GODFREY:  Same objection.

20     A.   I'll cross that bridge when I come to it.

21     Q.   (By Mr. Beck) I'm not sure I understand your

22 answer.

23     A.   That's another -- completely --

24     Q.   I'm asking the question now.

25     A.   -- theoretical question.

**PURSUANT TO CONFIDENTIALITY ORDER**

1      I further certify that I am neither counsel for,
related to, nor employed by any of the parties in the
2  action in which this proceeding was taken, and
further that I am not financially or otherwise
3  interested in the outcome of the action.
4      SUBSCRIBED AND SWORN to by me on this 8th day of
June, 2011.

5

6

7            _____
             Emanuel A. Fontana, Jr., RPR
8            Texas CSR No. 1232
             Expiration Date: 12/31/12
9            Worldwide Court Reporters
             Firm Registration No. 223
10           3000 Weslayan, Suite 235
             Houston, Texas  77027
11           (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**