# Exhibit Q

**From:** Rainey, David I
 **Sent:** Tue Jul 28 00:54:20 2009
 **To:** Berryhill, Sammye A; Blankenship, Cynthia L; Coterill, Katrina L.; Howe, Kemper; Hurt, Mandy; Kraus, Malcolm D; Little, Ian; Liu, Xuemei; Rainey, David I; Saavedra-Germany, Celeste; Singh, Pramod K; Tate, Maurice (Marty); Thorseth, Jay C; Tink, Steve; Wardlaw, O. Kirk; Yeilding, Cindy; Westall, Karen



Dave

---

**From:** Inglis, Andy G (UPSTREAM)
**Sent:** Monday, July 13, 2009 9:10 AM
**To:** G MOR Upstream SLT
**Subject:** E&P Safety Stand Down
<<…>>

SLT Members,

## Lifting Operations and Dropped Objects

At our June SLT meeting we discussed our plans to address a deteriorating trend in lifting and dropped object incidents. Since then we have had five more HiPos/MIAs associated with this risk, one of them tragically resulting in a fatality on the Dada Gorgud rig in Azerbaijan.



6312

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

We need to act now to turn this around. As part of executing your local action plan, I want every SPU to conduct a lifting operations and dropped objects safety stand-down. It is critical that we significantly raise awareness around lifting operations and dropped objects and learn from recent incidents. Delivery of the stand-down should start immediately and be completed before end August 2009.

**Segment wide Safety Stand-down**

We need to ensure that learnings from recent incidents are understood throughout the organisation. The attached slide-pack should be used to engage your workforce (BP and contractors) in learning from the incidents and how they relate to local operating practices. This engagement should be used to develop further local actions to address deficiencies.

My expectations are that the stand-down should:

- be achieved via a separate safety stand-down (i.e. not as part of a regular safety meeting);

- cover all operational sites, including contractor operated drilling rigs;

- be led by a Senior Level Leader from within your SPU (jointly with contractor management as appropriate);

- include office based personnel who are connected to, or have influence over, lifting operations within your SPU;

- be complete by end August 2009; and

- generate feedback to the SPU leadership team on key insights/learnings resulting from the stand-down.

**Segment Recommended Practices (SRPs)**

As agreed at the June SLT, your SPU local action plans should also include the embedment of the two related SRPs:

1. Lifting Operations SRP which is being developed from the "North Sea Lifting

CONFIDENTIAL

rules".

2.      Dropped Objects Prevention Scheme (DROPS) process which is being converted into a SRP.

**Bridging of Control of Work Practice**

One of the emerging findings from our analysis of incidents is that conformance with Control of Work (CoW) practices, on many of our contractor operated drilling rigs, falls short of BP expectations. I have asked Barbara to clarify the expectations we have of our contractors in the matter of CoW and the bridging requirements between contractor practice and BP's CoW Standard.

With this focus and your leadership, I am confident that we will reduce risk and see a reduction in the number of Lifting and Dropped Object incidents.

Andy