UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185<br><br>Honorable Keith P. Ellison |

COMPENDIUM OF UNREPORTED AUTHORITIES CITED IN DEFENDANTS'
MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS IN PART
THE SECOND CONSOLIDATED AMENDED COMPLAINT

1. *In re OfficeMax, Inc. Securities Litigation,*
   2002 U.S. Dist. LEXIS 27019, No. 1:00-CV-2432 (N.D. Ohio Mar. 26, 2002)

2. *In re TETRA Technologies., Inc. Securities Litigation,*
   2009 U.S. Dist. LEXIS 126687, No. 4:08-cv-0965 (S.D. Tex. July 9, 2009)