| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In re BP plc Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Stephen C. Neal<br>Cooley LLP<br>Five Palo Alto Square, 3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>650-843-5000<br>California 170085 |
|---|---|
| Seeks to appear for this party: | Defendant Andrew G. Inglis |
| Dated: 4/24/2012 | Signed: /s/ Stephen C. Neal |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: 2 May 2012

United States District Judge