UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-md-02185 |
|---|---|---|---|
| In re BP plc Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kathleen Goodhart<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>415-693-2000<br>California 165659 |
|---|---|
| Seeks to appear for this party: | Defendant Andrew G. Inglis |
| Dated: 4/26/12 | Signed: [signature] |

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 2 May 2012 | Clerk's signature: [signature] |
| Order | This lawyer is admitted *pro hac vice*. |

Dated: 2 May 2012

[signature]
United States District Judge