UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: BP p.l.c. SECURITIES LITIGATION | **Civil Action No. 4:10-md-2185** |
| In re:  BP ERISA LITIGATION | **Civil Action No. 4:10-cv-4214** <br><br> **Honorable Keith P. Ellison** |

**PLAINTIFFS' UNOPPOSED MOTION TO SET RESPONSE DATE
AND PAGE LIMITATIONS FOR PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

The ERISA Plaintiffs file this unopposed request for a four-day extension of time and the addition of five pages to the page limit for Plaintiffs' Reply in Support of Motion for Leave to File Amended Complaint and Response to Defendants' Notice of Supplemental Authority.

Counsel for the ERISA Plaintiffs has conferred with counsel for the Defendants and confirmed that the Defendants are unopposed to this request.  Accordingly, the ERISA Plaintiffs respectfully request that the Court set the following filing date and page limitations for Plaintiffs' Reply in Support of Motion for Leave to File Amended Complaint and Plaintiffs' Response to Defendants' Notice of Supplemental Authority:

1. The Plaintiffs shall file their Reply on or before May 18, 2012.

2. The Reply shall include Plaintiffs' Response to Defendants' Notice of Supplemental Authorities [Doc. No. 122, filed on May 10, 2012, in Civil Action No. 4:10-cv-4214].

3. The Reply shall be 15 pages or fewer (exclusive of tables, cover and signature).

Wherefore, premises considered, the ERISA Plaintiffs respectfully request that the Court enter an order reflecting the above-described schedule and page limitations, and for such other and further relief to which Plaintiffs may show themselves justly entitled.

Dated: May 11, 2012

Respectfully submitted,

| | |
|---|---|
| __/s/ Thomas R. Ajamie_____ | __W. Mark Lanier_____ |
| Thomas Robert Ajamie | W. Mark Lanier |
| Texas Bar No. 00952400 | Texas Bar No. 11934600 |
| Dona Szak | Evan M. Janush *(pro hac vice)* |
| Texas Bar No. 19597500 | THE LANIER LAW FIRM |
| John W. Clay | 6810 FM 1960 West |
| Texas Bar No. 00796366 | Houston, Texas 77069 |
| AJAMIE LLP | Tel: (713) 659-5200 |
| 711 Louisiana, Suite 2150 | Fax: (713) 659-2204 |
| Houston, TX 77002 | |
| Tel: (713) 860-1600 | |
| Fax: (713) 860-1699 | |

*Attorneys for Plaintiff David M. Humphries and Interim Co-Liaison Counsel*

Ronald S. Kravitz
Texas Bar No. 00795147
Kim Zeldin (*pro hac vice*)
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGEINSTREIF & TAYLOR LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Tel: (415) 489-7700
Fax: (415) 278-7701

*Attorneys for Plaintiff David M. Humphries and Interim Co-Lead Counsel*

Stephen J. Fearon, Jr. (*pro hac vice*)
Olga Anna Posmyk *(pro hac vice)*
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492

*Attorneys for Plaintiffs Ralph Whitley and Frankie Ramirez and Interim Counsel -- Executive Committee*

Gregory M. Egleston (*pro hac vice*)
EGLESTON LAW FIRM
440 Park Avenue South, 5th Floor
New York, New York 10016
 Tel: (212) 683-3400

*Attorneys for Plaintiff Ralph Whitley*

Edwin J. Mills
Michael J. Klein
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Attorneys for Plaintiff Edward Mineman*

Evan M. Janush *(pro hac vice)*
THE LANIER LAW FIRM
126 East 56th Street, 6th Floor
New York, New York, 10022
Tel: (212) 860-1600
Fax: (713) 860-7699

*Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely and Interim Co-Liaison Counsel*

Sanford P. Dumain (*pro hac vice*)
Lori G. Feldman (*pro hac vice*)
Arvind B. Khurana (*pro hac vice*)
MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
Tel: (212) 594-5300
Fax:  (212) 868-1229

*Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely and Interim Co-Lead Counsel*

Robert I. Harwood *(pro hac vice)*
Tanya Korkhov *(pro hac vice)*
HARWOOD FEFFER LLP
488 Madison Avenue, Suite 801
New York, NY 10022
(212) 935-7400

*Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely and Interim Counsel -- Executive Committee*

3

Robert A. Izard (*pro hac vice*)
IZARD NOBEL LLP
29 South Main Street Suite 215
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Attorneys for Plaintiff Arshadullah Syed*

Thomas J. McKenna (*pro hac vice*)
GAINEY AND MCKENNA
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel:  (212) 983-1300
Fax:  (212) 983-0383

*Attorneys for Plaintiff Thomas P. Soesman*

## CERTIFICATE OF CONFERENCE

On May 11, 2012, Lori Feldman, counsel for the ERISA Plaintiffs, conferred with Marc De Leeuw, counsel for the Defendants, and Mr. De Leeuw confirmed that the Defendants do not oppose the relief requested in this motion.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Unopposed Motion to Set Response Date and Page Limitations was served upon counsel of record for the parties through the Court's ECF system on May 11, 2012.

                                                     _/s/ Thomas R. Ajamie_
                                                    Thomas R. Ajamie