UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: BP p.l.c. SECURITIES LITIGATION | **Civil Action No. 4:10-md-2185** |
| In re: BP ERISA LITIGATION | **Civil Action No. 4:10-cv-4214** <br> **Honorable Keith P. Ellison** |

**[PROPOSED] ORDER ON PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

On this day the Court considered the Plaintiffs' Unopposed Motion to Set Response Date and Page Limitations for Plaintiffs' Reply in Support of Motion for Leave to File Amended Complaint. The Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Plaintiffs may file a reply as follows:

1. The Plaintiffs shall file their Reply on or before May 18, 2012.

2. The Reply shall include Plaintiffs' Response to Defendants' Notice of Supplemental Authorities [Doc. No. 122, filed on May 10, 2012, in Civil Action No. 4:10-cv-4214].

3. The Reply shall not exceed 15 pages in length (exclusive of tables, cover and signature).

- 2 -

SIGNED ON _____, 2012.

_____
Keith P. Ellison
United States District Judge