# EXHIBIT 19

**Document Properties** ✕

| Description | Security | Fonts | Initial View | Custom | Advanced |

**Description**

File: NetBen_WebFNL.aspx

Title: BPH-1007 NetBenefitsBUB

Author:

Subject:

Keywords:

Created: 1/22/2007 6:02:08 PM

Modified:

Application: QuarkXPress(tm) 6.5

[Additional Metadata...]

**Advanced**

PDF Producer: QuarkXPress(tm) 6.5

PDF Version: 1.3 (Acrobat 4.x)

File Size: 897.16 KB (918,690 Bytes)

Page Size: 8.00 x 11.63 in          Number of Pages: 28

Tagged PDF: No                      Fast Web View: No

[Help]                              [OK]  [Cancel]