**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

MAY 21 2012

David J. Bradley, Clerk of Court

Lionel Howard Sutton
Lionel Sutton, III, Attorney at Law
610 Baronne St.
New Orleans LA 70113

Case: 4:10-md-02185   Instrument: 352   (1 pages)   aty
Date: Apr 30, 2012
Control: 120417446
Notice: The attached order has been entered.

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re BP p.l.c. Securities Litigation | No. 4:10-MD-02185<br><br>Honorable Keith P. Ellison<br><br>**JURY TRIAL DEMANDED**<br><br>ORAL ARGUMENT REQUESTED |
|---|---|

## ORDER

UNDER SUBMISSION this day was the Unopposed Motion to Enlarge Page Limits filed by Defendants. The Court is of the opinion that the Defendants' Motion should be and hereby is:

GRANTED in all respects. Defendants' brief in support of their motion to dismiss in part the Second Consolidated Amended Class Action Complaint can be up to 50 pages in length, exclusive of tables and cover. Plaintiffs' opposition brief can be the same length; Defendants' reply brief can be up to 25 pages.

Signed this 30th day of April 2012.

Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

RTS

United States Courts
Southern District of Texas
FILED

MAY 21 2012

David J. Bradley, Clerk of Court

Hasler
$00.450
Mailed From 77002
05/01/2012
US POSTAGE

BC: 77208101010

NIXIE
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD