UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP plc Securities Litigation | MDL No.:10-md-2185 |
| | Civil Action No. 4:10-md-2185 |
| | Honorable Keith P. Ellison |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS IN PART THE SECOND CONSOLIDATED AMENDED COMPLAINT**

Pending before the Court is Defendants' Motion to Dismiss In Part the Second Consolidated Amended Complaint. Having duly considered the Motion, including supporting and reply memoranda, and the memorandum in opposition, the Court concludes that Defendants' Motion should be denied.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss In Part the Second Consolidated Amended Complaint is hereby **DENIED** in its entirety.

Signed at Houston, Texas, on this _____ day of _____, 2012

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE