# MITHOFF LAW FIRM

RICHARD WARREN MITHOFF, P.C.
JANIE L. JORDAN
SHERIE POTTS BECKMAN
JOSEPH R. ALEXANDER, JR.
HERRICK L. SOVANY
WARNER V. HOCKER

OF COUNSEL
    WILLIAM J. STRADLEY
    DAVID H. BURROW

ONE ALLEN CENTER
PENTHOUSE
SUITE 3450
500 DALLAS STREET
HOUSTON, TEXAS 77002

TELEPHONE 713-654-1122
FACSIMILE 713-739-8085
www.mithofflaw.com

May 24, 2012

Clerk to Honorable Keith P. Ellison            *Via: Electronic Filing*
United States District Court
Southern District of Texas
515 Rusk Street, Room 3716
Houston, Texas 77002

    Re:    Cause No. 4:10-md-02185 (MDL No: 10-md-2185); *In Re: BP P.L.C., Securities Litigation;* In the United States District Court for the Southern District of Texas

Dear Clerk of the Court:

Enclosed please find the following regarding the above referenced matter:

1. Courtesy copies of Plaintiffs' Opposition to Defendants' Motion to Dismiss in Part the Second Consolidated Amended Complaint (**redacted with attachments**), filed with Court on May 23, 2012; and

2. Courtesy copies of Plaintiffs' Opposition to Defendants' Motion to Dismiss in Part the Second Consolidated Amended Complaint (**un-redacted without attachments - SEALED**), filed with the Court on May 23, 2012.

Thank you very much.

Respectfully Submitted,

| | |
|---|---|
| **MITHOFF LAW FIRM**<br>/s/ Richard W. Mithoff<br>Richard W. Mithoff (Federal Bar No. 2012)<br>William J. Stradley (Federal Bar No. 397)<br>Sherie P. Beckman (Federal Bar No. 11098)<br>Warner V. Hocker (Federal Bar No. 1133732)<br>One Allen Center<br>500 Dallas Street<br>Houston, TX 77002<br>Telephone: 713-654-1122<br>Fax: 713-739-8085<br>***Attorney-In-Charge and Co-Lead Counsel for the Subclass*** | **COTCHETT, PITRE & McCARTHY**<br>Joseph W. Cotchett<br>Mark C. Molumphy<br>Imtiaz A. Siddiqui<br>Matthew K. Edling<br>Jordanna G. Thigpen<br>Bryan M. Payne<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>***Co-Lead Counsel for the Subclass*** |
| **YETTER COLEMAN LLP**<br>/s/ R. Paul Yetter<br>R. Paul Yetter (Federal Bar No. 3639)<br>Autry W. Ross (Federal Bar No. 9731)<br>Wynn B. McCloskey (Federal Bar No. 99)<br>909 Fannin, Suite 3600<br>Houston, TX 77010<br>Tel: (713) 632-8000<br>Fax: (713) 632-8002<br>***Counsel for New York and Ohio and Liaison Counsel for the Class*** | **COHEN MILSTEIN SELLERS & TOLL**<br>Steven J. Toll (admitted *pro hac vice*)<br>Daniel S. Sommers (admitted *pro hac vice*)<br>Julie Goldsmith Reiser (admitted *pro hac vice*)<br>Joshua S. Devore (admitted *pro hac vice*)<br>Joshua M. Kolsky (admitted *pro hac vice*)<br>1100 New York Avenue N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005-3964<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>***Counsel for New York and Ohio and Liaison Counsel for the Class*** |
| **BERMAN DEVALERIO**<br>Glen DeValerio (admitted *pro hac vice*)<br>Kristin J. Moody (admitted *pro hac vice*)<br>Steven J. Buttacavoli (admitted *pro hac vice*)<br>One Liberty Square<br>Boston, MA 02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1194<br>***Co-Lead Counsel for New York and Ohio and for the Class*** | **BLOCK & LEVITON LLP**<br>Jeffrey C. Block<br>Jason M. Leviton<br>Whitney E. Street<br>Mark A. Delaney<br>155 Federal Street<br>Suite 1303<br>Boston, MA 02110<br>(617) 398-5600<br>***Counsel to Lead Plaintiff the Ohio Public Employees Retirement System*** |