UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: BP P.L.C. Securities Litigation | § MDL No. 2185 §<br>§ Civil Action No. 4:10-md-2185 §<br>§ Hon. Keith P. Ellison §<br>§ |

## ORDER

UNDER SUBMISSION this day was the Unopposed Motion to Extend Defendants' Time to File Reply Papers in Further Support of Their Motion to Dismiss in Part the Second Consolidated Amended Complaint filed by defendants BP p.l.c., BP America Inc., BP Exploration & Production Inc., Anthony B. Hayward, Andrew G. Inglis and Douglas J. Suttles (collectively, "Defendants"). Upon considering Defendants' motion, the Court is of the opinion that the Defendants' motion should be and hereby is:

GRANTED in all respects. Defendants' deadline to file reply papers in further support of their Motion to Dismiss in part the Second Consolidated Amended Complaint is June 8, 2012.

Signed this 31st day of May 2012.

_____
UNITED STATES DISTRICT JUDGE

HOU:3222103.1