# Exhibit CC

CL-36977
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# John Mogford

**VOLUME 1**

JUNE 28, 2011

# *COPY*



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

1    either event, correct?

2        A.    The consequence of failure on an offshore

3    production platform such as THUNDER HORSE is way worse.

4        Q.    In terms of money?

5        A.    In terms of people.

6        Q.    In terms of -- because there are --

7        A.    200 --

8        Q.    -- more people --

9        A.    -- 200 people onboard, and --

10       Q.    And they're BP employees?

11       A.    No, the Drilling Contractor is not.  The

12   Drilling Contractor is from a competent drilling

13   organization.  As I said before, BP does not have the

14   competence to run Drilling Operations.  This -- this

15   was a specific conversation about the THUNDER HORSE

16   vessel, where I'd actually raised with them that

17   THUNDER HORSE had a drilling rig, and they mustn't miss

18   sight of the drilling risks on those.

19       Q.    You believe this whole presentation is

20   regarding THUNDER HORSE, correct?

21       A.    No.  No, no, I don't.  I don't believe it

22   was all -- but it was not regarding MODUs.  This

23   particular piece, it was --

24       Q.    I mean --

25       A.    -- the --

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   -- the fact of matter is, BP does not

2  implement its off -- off -- its Operations Management

3  System with respect to MODUs, correct?

4    A.   I think it implements part of its OMS, and it

5  has a reasonable expectation that, by choosing

6  contractors, contractors have to implement parts of the

7  Management System that BP itself cannot do.

8    Q.   And a conscious decision was made by you and

9  others at BP, not to require the implementation of the

10  Operating Management System on MODUs --

11    A.   I don't --

12    Q.   -- correct?

13    A.   -- I don't believe that -- that BP can -- or

14  any operator can implement its Management System onto a

15  Contractor who provides people and equipment.

16    Q.   So the conscious decision was made that there

17  would be no requirement in the Contract for the

18  implementation of your Operating Management System in

19  the drilling of wells owned by BP on -- and leased by

20  BP, correct?

21    A.   I -- I don't know whether there was a

22  conscious decision to exclude it from contracts, but I

23  believe it would have imported risk to have implied

24  BP's OMS in totality into contract vessels.

25    Q.   It -- it was certainly not accidental.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   Someone had to consciously decide, we will not -- while
 2   we're talking about OMS, all over the company, we will
 3   not require that OMS be implemented with respect --
 4        A.    There are --
 5        Q.    -- to MODUs?
 6        A.    -- there are parts of OMS that -- that can be
 7   applied.  There are parts of OMS which cannot be
 8   applied to any kind of contractor-supplied, whether
 9   it's a vessel, whether it's a drilling rig, whether
10   it's a marine terminal that's operated by somebody
11   else.  BP did not have con -- control of the people.  A
12   lot of OMS is about the way you manage people -- the
13   way you implement rules and the way you maintain
14   people.
15        Q.    A lot of OMS is about leadership?
16        A.    Correct.
17        Q.    A lot of it is about pro -- mo -- much of it
18   is about process safety, correct?
19        A.    Correct.
20        Q.    Much of it is about communication, correct?
21        A.    Correct.
22        Q.    Much -- much of it is -- would apply with
23   respect to Drilling Engineering, correct?
24        A.    Much of it would not apply to Drilling
25   Engineering, as well.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   Much of it would apply to decisions made with

2  respect to drilling margins related to pore pressure

3  and fracture gradient, correct?

4    A.   OMS --

5    Q.   In terms of process?

6    A.   -- OMS at a Group level could never go to that

7  level of detail.

8    Q.   Okay.

9    A.   It was not designed to.

10            MR. LEGER:  (Indicating.)

11            THE VIDEOGRAPHER:  Off the record at

12  12:04 p.m., ending Tape 3.

13        (Recess from 12:04 p.m. to 1:11 p.m.)

14            MR. LEGER:  Okay.  I believe we're ready

15  to go.

16            THE VIDEOGRAPHER:  All set?

17        On the record at 1:11 p.m., beginning Tape 4.

18    Q.   (By Mr. Leger) Mr. Mogford, did you have

19  anything to do with the hiring of Kevin Lacy?

20    A.   No -- no.

21    Q.   Did you even know Kevin Lacy?

22    A.   I -- I knew -- I knew him -- I met him once, I

23  think.

24            THE COURT REPORTER:  Would you put your

25  microphone on, please.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    I further certify that I am neither counsel for,
related to, nor employed by any of the parties in the
2  action in which this proceeding was taken, and
further that I am not financially or otherwise
3  interested in the outcome of the action.
4        SUBSCRIBED AND SWORN to by me on this 28th day of
June, 2011.

5

6

7        _____

         Emanuel A. Fontana, Jr., RPR
8        Texas CSR No. 1232
         Expiration Date: 12/31/12
9        Worldwide Court Reporters
         Firm Registration No. 223
10       3000 Weslayan, Suite 235
         Houston, Texas  77027
11       (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )    MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )    SECTION: J
APRIL 20, 2010 )
)    JUDGE BARBIER
)
)    MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# John Mogford

**VOLUME 2**

JUNE 29, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1  rigs."  This "team will provide verification that rigs

2  are being operated and maintained in accordance with BP

3  Policy (IM/OMS) and manage a central Rig Audit Plan

4  for" the Gulf of Mexico.

5         Do you see that?

6     A.   That's what it says.

7     Q.   And what does this mean in terms of the

8  responsibility BP has for Contractor verification?

9              MR. FOWKES:  Objection, form.

10    A.   I don't know.  I don't know which policy

11  IM/OMS.  There's a -- I think there's a -- there should

12  have been a Gulf of Mexico local Operating Management

13  System.  But I can't -- you have to ask the person who

14  wrote it in terms of what they -- what they meant by

15  this.

16    Q.   (By Ms. House) There's no reference in here --

17  or I'll represent to you, I've never seen any reference

18  in any of the documents that MODUs are not covered.  Is

19  that -- have you ever seen any written reference in

20  anything that says that MODUs are not covered by BP's

21  safety processes?

22             MR. FOWKES:  Objection, form.

23    A.   No.  I -- have you moved -- have we moved on?

24  Sorry, I was still move -- moving on from this.

25    Q.   (By Ms. House) Right.  And --

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1        A.    We move -- we moved on from this.

2        Q.    Right.  There's -- there's no reference to

3   MODUs here, correct?

4        A.    So -- sorry.  So there's -- there's --

5              MR. FOWKES:  Let's just make sure there's

6   a question.

7        A.    I -- I'm sorry.

8        Q.    (By Ms. House) Okay.

9        A.    I just --

10       Q.    All right.  So let -- let -- let's make it

11  clear.

12       A.    That's probably my fault.  I just -- probably

13  I just got lost in there.

14       Q.    No worries, no worries.  If you're lost, then

15  the other people get lost, too, and that's not what we

16  want.

17             Going back to that section that we just

18  covered, 1.4.1.7, we all agree there's no reference to

19  Mobile Operating Drilling Units specifically there,

20  correctly -- correct?

21       A.    That's correct.

22       Q.    So if MODUs are supposedly not covered, are

23  you aware of any indication in any written document

24  that would say that they aren't?

25       A.    The -- the -- so this -- so this is the -- the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    local Operating Management System for the Drilling

2    Completions Team, and this is what they worked with.

3    As I say, I've never seen it before.

4            In the Group OMS, it's the nonowned, operated,

5    and controlled installations are not included in the

6    scope of OMS.

7        Q.   And that would be the only place that you're

8    aware of that that would be referenced?

9        A.   Yes.

10       Q.   Does having such a gap in the Contractor

11   assurance procedures make sense if the goal is

12   comprehensive safety barriers?

13       A.   No.  It's -- it's just that using the frame

14   that works at the Group level is not appropriate for

15   installations where B -- as I said before, where BP do

16   not operate, manage, control the workforce.

17       Q.   And so, again, the idea is that this

18   verification process is supposed to be the stop gap?

19       A.   So it's supposed to bridge -- it's supposed to

20   bridge into the Contractor system.

21       Q.   Okay.  And could you look at Section 2.5,

22   which is -- it ends 877.  Did you find that?

23           And this No. 2.5 is titled "Working With

24   Contractors."  And on the left-hand side, it says:  "BP

25   entities systematically assure that goods, equipment

1  and services provided by suppliers, contractors and

2  other parties meet contractual and BP requirements."

3        Do you see that?

4     A.   Yes, that's correct.

5     Q.   And do you have any understanding that -- what

6  was a system for such assurance?

7             MR. FOWKES:  Objection, form.

8     A.    Not in the Gulf of Mexico.

9     Q.   (By Ms. House) Are you aware of any

10  standardized written procedures for such verifications

11  at BP?

12             MR. FOWKES:  Objection, form.

13     A.    No.  Be -- be -- the range of contractors that

14  BP works with means that there are hundreds of bridging

15  documents and systems to manage contractors.  It

16  couldn't possibly be managed at the Group level.

17     Q.   (By Ms. House) Are you aware, for instance,

18  within the Rig Audit proceeding -- procedures whether

19  or not there's any written verification standard

20  procedures?

21     A.   I'm not.

22             MR. FOWKES:  Let her finish.

23     A.   Sorry.  Sorry.  I'm -- no, I'm not aware.

24     Q.   (By Ms. House) Do you -- in your experience,

25  do you think that using a term like "verification" and

**PURSUANT TO CONFIDENTIALITY ORDER**

642

1       I further certify that I am neither counsel for,
related to, nor employed by any of the parties in the
2   action in which this proceeding was taken, and
further that I am not financially or otherwise
3   interested in the outcome of the action.
4       SUBSCRIBED AND SWORN to by me on this 29th day of
June, 2011.
5

6

7       _____

        Emanuel A. Fontana, Jr., RPR
8       Texas CSR No. 1232
        Expiration Date: 12/31/12
9       Worldwide Court Reporters
        Firm Registration No. 223
10      3000 Weslayan, Suite 235
        Houston, Texas  77027
11      (713) 572-2000
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**