| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-MD-2185 |
|---|---|---|---|
| In re: BP P.L.C. Securities Litigation ||||
| *versus* ||||
| ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Brian P. Muething<br>Keating, Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>513-579-6400<br>Ohio (0076315)<br>S.D. Ohio (76315) |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated: 6/25/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                United States District Judge

## BRIAN P. MUETHING SEEKS TO APPEAR AS COUNSEL FOR:

1. Ohio Public Employees Retirement System;

2. State Teachers Retirement System of Ohio;

3. School Employees Retirement System of Ohio;

4. Ohio Police & Fire Pension Fund;

5. Special Counsel for the Attorney General Michael Dewine.