UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-MD-2185 |
|---|---|---|---|
| In re: BP P.L.C. Securities  Litigation | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul V. Muething<br>Keating, Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>513-579-6400<br>Ohio (0032527)<br>S.D. Ohio (32527) |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated:          6/25/2012 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                United States District Judge

## PAUL V. MUETHING SEEKS TO APPEAR AS COUNSEL FOR:

1.      Ohio Public Employees Retirement System;

2.      State Teachers Retirement System of Ohio;

3.      School Employees Retirement System of Ohio;

4.      Ohio Police & Fire Pension Fund;

5.      Special Counsel for the Attorney General Michael Dewine.