| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-MD-2185 |
|---|---|---|---|
| In re: BP P.L.C. Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Gregory M. Utter<br>Keating, Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>513-579-6400<br>Ohio (0032528)<br>S.D. Ohio (32528) |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated: 6/25/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 26 June 2012 | Clerk's signature: *[signature]* |

Order

This lawyer is admitted *pro hac vice*.

Dated: 6/26/2012

*[signature]*
United States District Judge