UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE STATE OF OREGON, by and through the OREGON STATE TREASURER on behalf of the COMMON SCHOOL FUND, the HIGHER EDUCATION ENDOWMENT FUND, and, together with the OREGON PUBLIC EMPLOYEE RETIREMENT BOARD, on behalf of the OREGON PUBLIC EMPLOYEE RETIREMENT FUND,<br><br>    Plaintiff,<br><br>v.<br><br>BP P.L.C., BP AMERICA INC., and BP EXPLORATION AND PRODUCTION INC.,<br><br>    Defendants. | No.: 4:10-md-02185<br><br>No.: 4:12-cv-01836<br><br>Honorable Keith P. Ellison |

### ORDER

UNDER SUBMISSION this day was Plaintiff the State of Oregon's Unopposed Motion to Expand Page Limits Applicable to Plaintiff's Reply in Support of Its Motion to Remand. Plaintiff's Motion is hereby **GRANTED** in all respects. Plaintiff's reply can be up to 20 pages in length, exclusive of tables and cover.

**SIGNED** at Houston, Texas, on this 27 day of June, 2012.

_____
THE HONORABLE KEITH P. ELLISON
U.S. District Court Judge