# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| THE STATE OF OREGON, by and through the OREGON STATE TREASURER on behalf of the COMMON SCHOOL FUND, the HIGHER EDUCATION ENDOWMENT FUND, and, together with the OREGON PUBLIC EMPLOYEE RETIREMENT BOARD, on behalf of the OREGON PUBLIC EMPLOYEE RETIREMENT FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C., BP AMERICA INC., and BP EXPLORATION AND PRODUCTION INC.,<br><br>    Defendants. | No.: 4:10-md-02185<br><br>No.: 4:12-cv-01836<br><br>Honorable Keith P. Ellison |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND

Plaintiff and Defendants, through their respective counsel, agree and stipulate that Plaintiff may have an extension of time to and including July 11, 2012 within which to file its reply memorandum in support of its Motion to Remand.

DATED this 27th day of June, 2012.

Respectfully submitted,

| | |
|---|---|
| STOLL STOLL BERNE LOKTING & SHLACHTER PC<br><br>/s/ Jacob S. Gill<br>Gary M. Berne<br>Scott A. Shorr<br>Jacob S. Gill<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br>gberne@stollberne.com<br>sshorr@stollberne.com<br>jgill@stollberne.com<br><br>*Attorneys for Plaintiff* | ANDREWS KURTH LLP<br><br>/s/ Thomas W. Taylor<br>Thomas W. Taylor<br>Texas State Bar No. 19723875<br>S.D. Tex. Bar No. 3906<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 220-4200<br>Facsimile: (713) 220-4285<br>ttaylor@andrewskurth.com<br><br>*Attorney-in-Charge for Defendants* |
| OREGON ATTORNEY GENERAL'S OFFICE<br><br>Frederick M. Boss<br>Keith S. Dubanevich<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, Oregon 97301<br>Telephone: (503) 934-4400<br>Facsimile: (503) 373-7067<br>fred.boss@doj.state.or.us<br>keith.dubanevich@doj.state.or.us<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br><br>Steven J. Toll<br>Julie Goldsmith Reiser<br>Joshua M. Kolsky<br>1100 New York Avenue, NW #500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmilstein.com<br>jreiser@cohenmilstein.com<br>jkolsky@cohenmilstein.com<br><br>*Attorneys for Plaintiff* | SULLIVAN & CROMWELL LLP<br><br>Daryl A. Libow<br>Amanda F. Davidoff<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 956-7500<br>Facsimile: (202) 293-6330<br>libowd@sullcrom.com<br>davidoffa@sullcrom.com<br><br>Richard C. Pepperman, II<br>Marc De Leeuw<br>Matthew A. Peller<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>peppermanr@sullcrom.com<br>deleeuwm@sullcrom.com<br>pellerm@sullcrom.com<br><br>*Of Counsel* |

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this 27 day of June, 2012.

                                                THE HONORABLE KEITH P. ELLISON
                                                U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic CM/ECF filing on this 27th day of June, 2012.

/s/ Jacob S. Gill
Jacob S. Gill