| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-MD-2185 |
|---|---|---|---|
| In re: BP P.L.C. Securities Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | J. Pierre Tismo<br>Dyer, Garofalo, Mann & Schultz<br>131 N. Ludlow St. Suite 1400<br>Dayton, OH 45402<br>937-223-8888<br>Ohio 0067924<br>Southern & Northern District of Ohio 0067924 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated: 6/26/2012 | Signed: *J. Pierre Tismo* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
United States District Judge

## **J. PIERRE TISMO SEEKS TO APPEAR AS COUNSEL FOR:**

1. Ohio Public Employees Retirement System;

2. State Teachers Retirement System of Ohio;

3. School Employees Retirement System of Ohio;

4. Ohio Police & Fire Pension Fund;

5. Special Counsel for the Attorney General Michael Dewine.