UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BP p.l.c., et al., <br><br> Defendants. | Case No.: 4:12-cv-01837 |
| In re BP p.l.c. Securities Litigation | MDL No. 2185 <br><br> Hon. Keith P. Ellison |

**STIPULATION AND ORDER RE:
DEFENDANTS' RESPONSE TO COMPLAINT**

Plaintiffs and Defendants, through their respective counsel, agree and stipulate as follows:

1. On April 19, 2012, Plaintiffs filed the Complaint for Common Law Fraud and Violations of Ohio Securities Law (the "Complaint").

2. On May 22, 2012, Defendants filed a Notice of Removal to the United States District Court for the Northern District of Ohio from the Court of Common Pleas, Cuyahoga County.

3. On June 20, 2012, the Judicial Panel on Multidistrict Litigation transferred this action to this Court as part of MDL 2185.

4. On June 21, 2012, Plaintiffs filed a motion to remand this action to state court (Doc. 384).

1

5.  The parties hereby stipulate that Defendants shall have thirty (30) days from the entry of a decision on Plaintiffs' motion to remand within which to answer, respond or otherwise move against the Complaint, whether such responsive pleading is filed in state or federal court.

6.  The filing of this stipulation in this Court is without prejudice to Plaintiffs' position that this case should proceed in state court and by entering into this stipulation, Plaintiffs are not consenting to federal jurisdiction.  This stipulation is also without prejudice to Defendants' position that this matter should remain in federal court.  This stipulation is also without prejudice to all parties' claims and/or defenses, including but not limited to lack of personal jurisdiction.

Dated:  June 29, 2012

STIPULATED AND AGREED:

| | |
|---|---|
| *s/Brian P. Muething* | *s/Thomas W. Taylor* |
| Gregory M. Utter | Thomas W. Taylor |
| gmutter@kmklaw.com | S.D. Bar No. 3906 |
| Paul V. Muething | Texas State Bar No. 19723875 |
| pmuething@kmklaw.com | ANDREWS KURTH LLP |
| Brian P. Muething | 600 Travis, Suite 4200 |
| (pro hac vice) | Houston, Texas  77002 |
| bmuething@kmklaw.com | Tel: (713) 220-4200 |
| W. Jeffrey Sefton | Fax: (713) 220-4285 |
| jsefton@kmklaw.com | Email: ttaylor@andrewskurth.com |
| KEATING MUETHING & KLEKAMP PLL | |
| One East Fourth Street, Ste. 1400 | |
| Cincinnati, OH 45202 | |
| Phone: 513-579-6400 | |
| Fax: 513-579-6457 | |

J. Pierre Tismo, Esq.
DYER, GAROFALO, MANN & SCHULTZ
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Phone: (937) 223-8888
Toll Free: (800) 223-8897
Fax: (937) 824-8630

*Attorneys for Plaintiffs*

Glen DeValerio
Kristin J. Moody
Steven J. Buttacavoli
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020

*Of counsel*

Daryl A. Libow (pro hac vice)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel: (202) 956-7500
Fax: (202) 956-6330
Email: libowd@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 291-9113
Email: peppermanr@sullcrom.com
          deleeuwm@sullcrom.com

*Attorneys for Defendants*

IT IS SO ORDERED.

Signed:  June __, 2012

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

3