UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BP p.l.c., et al., )<br>)<br>Defendants. )<br>)<br>) | Case No.: 4:12-cv-01837 |
| In re BP p.l.c. Securities Litigation ) )<br>) | MDL No. 2185<br><br>Hon. Keith P. Ellison |

**STIPULATION AND ORDER RE:
BRIEFING SCHEDULE FOR MOTION TO REMAND**

Plaintiffs and Defendants, through their respective counsel, agree and stipulate as follows:

1.  The parties hereby stipulate that Defendants' time to file their opposition to Plaintiffs' motion to remand shall be extended from July 12, 2012 to July 19, 2012. Plaintiffs' reply shall be due August 6, 2012.

Dated: June 29, 2012

1

HOU:3230582.1

STIPULATED AND AGREED:

| | |
|---|---|
| *s/Brian P. Muething* | *s/Thomas W. Taylor* |
| Gregory M. Utter | Thomas W. Taylor |
| gmutter@kmklaw.com | S.D. Bar No. 3906 |
| Paul V. Muething | Texas State Bar No. 19723875 |
| pmuething@kmklaw.com | ANDREWS KURTH LLP |
| Brian P. Muething | 600 Travis, Suite 4200 |
| (pro hac vice) | Houston, Texas  77002 |
| bmuething@kmklaw.com | Tel: (713) 220-4200 |
| W. Jeffrey Sefton | Fax: (713) 220-4285 |
| jsefton@kmklaw.com | Email: ttaylor@andrewskurth.com |
| KEATING MUETHING & KLEKAMP PLL | |
| One East Fourth Street, Ste. 1400 | |
| Cincinnati, OH 45202 | Daryl A. Libow (pro hac vice) |
| Phone: 513-579-6400 | Amanda F. Davidoff |
| Fax: 513-579-6457 | SULLIVAN & CROMWELL LLP |
| | 1701 Pennsylvania Avenue, N.W. |
| | Washington, D.C.  20006 |
| | Tel: (202) 956-7500 |
| | Fax: (202) 956-6330 |
| | Email: libowd@sullcrom.com |
| | davidoffa@sullcrom.com |
| | |
| J. Pierre Tismo, Esq. | |
| DYER, GAROFALO, MANN & SCHULTZ | Richard C. Pepperman, II (pro hac vice) |
| 131 N. Ludlow St., Suite 1400 | Marc De Leeuw (pro hac vice) |
| Dayton, OH 45402 | SULLIVAN & CROMWELL LLP |
| Phone: (937) 223-8888 | 125 Broad Street |
| Toll Free: (800) 223-8897 | New York, New York  10004 |
| Fax: (937) 824-8630 | Tel: (212) 558-4000 |
| | Fax: (212) 291-9113 |
| *Attorneys for Plaintiffs* | Email: peppermanr@sullcrom.com |
| | deleeuwm@sullcrom.com |
| | |
| Glen DeValerio | |
| Kristin J. Moody | *Attorneys for Defendants* |
| Steven J. Buttacavoli | |
| BERMAN DEVALERIO | |
| One Liberty Square | |
| Boston, MA 02109 | |
| Phone: (617) 542-8300 | |
| Fax: (617) 542-1194 | |

HOU:3230582.1

Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020

*Of counsel*

IT IS SO ORDERED.

Signed:  June __, 2012

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE