| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-MD-2185 |
|---|---|---|---|
| | In re: BP P.L.C. Securities Litigation | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | J. Pierre Tismo<br>Dyer, Garofalo, Mann & Schultz<br>131 N. Ludlow St. Suite 1400<br>Dayton, OH 45402<br>937-223-8888<br>Ohio 0067924<br>Southern & Northern District of Ohio 0067924 |
|---|---|
| Seeks to appear for this party: | See attached list |
| Dated: 6/26/2012 | Signed: *J. Pierre Tismo* |

| The state bar reports that the applicant's status is: *Active* |
|---|
| Dated: 2 July 2012   Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 2 July 2012

_____
United States District Judge