UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BP p.l.c., et al., <br><br> Defendants. | Case No.: 4:12-cv-01837 |
| In re BP p.l.c. Securities Litigation | MDL No. 2185 <br><br> Hon. Keith P. Ellison |

**STIPULATION AND ORDER RE:
BRIEFING SCHEDULE FOR MOTION TO REMAND**

Plaintiffs and Defendants, through their respective counsel, agree and stipulate as follows:

1.  The parties hereby stipulate that Defendants' time to file their opposition to Plaintiffs' motion to remand shall be extended from July 12, 2012 to July 19, 2012. Plaintiffs' reply shall be due August 6, 2012.

Dated: June 29, 2012

STIPULATED AND AGREED:

*s/Brian P. Muething*
Gregory M. Utter
gmutter@kmklaw.com
Paul V. Muething
pmuething@kmklaw.com
Brian P. Muething
(pro hac vice)
bmuething@kmklaw.com
W. Jeffrey Sefton
jsefton@kmklaw.com
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Ste. 1400
Cincinnati, OH 45202
Phone: 513-579-6400
Fax: 513-579-6457

J. Pierre Tismo, Esq.
DYER, GAROFALO, MANN & SCHULTZ
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Phone: (937) 223-8888
Toll Free: (800) 223-8897
Fax: (937) 824-8630

*Attorneys for Plaintiffs*

Glen DeValerio
Kristin J. Moody
Steven J. Buttacavoli
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

*s/Thomas W. Taylor*
Thomas W. Taylor
S.D. Bar No. 3906
Texas State Bar No. 19723875
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: ttaylor@andrewskurth.com

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330
Email: libowd@sullcrom.com
   davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 291-9113
Email: peppermanr@sullcrom.com
   deleeuwm@sullcrom.com

*Attorneys for Defendants*

Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020

*Of counsel*

IT IS SO ORDERED.

Signed: July 2, 2012

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

3

HOU:3230582.1