# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al., | ) ) ) | Case No.: 4:12-cv-01837 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BP p.l.c., et al., | ) ) | |
| Defendants. | ) ) ) ) | |
| | ) | |
| In re BP p.l.c. Securities Litigation | ) ) | MDL No. 2185 |
| | ) | Hon. Keith P. Ellison |

## STIPULATION AND ORDER RE:
## DEFENDANTS' RESPONSE TO COMPLAINT

Plaintiffs and Defendants, through their respective counsel, agree and stipulate as follows:

1.    On April 19, 2012, Plaintiffs filed the Complaint for Common Law Fraud and Violations of Ohio Securities Law (the "Complaint").

2.    On May 22, 2012, Defendants filed a Notice of Removal to the United States District Court for the Northern District of Ohio from the Court of Common Pleas, Cuyahoga County.

3.    On June 20, 2012, the Judicial Panel on Multidistrict Litigation transferred this action to this Court as part of MDL 2185.

4.    On June 21, 2012, Plaintiffs filed a motion to remand this action to state court (Doc. 384).

1

HOU:3230577.1

5.      The parties hereby stipulate that Defendants shall have thirty (30) days from the entry of a decision on Plaintiffs' motion to remand within which to answer, respond or otherwise move against the Complaint, whether such responsive pleading is filed in state or federal court.

6.      The filing of this stipulation in this Court is without prejudice to Plaintiffs' position that this case should proceed in state court and by entering into this stipulation, Plaintiffs are not consenting to federal jurisdiction.  This stipulation is also without prejudice to Defendants' position that this matter should remain in federal court.  This stipulation is also without prejudice to all parties' claims and/or defenses, including but not limited to lack of personal jurisdiction.

Dated:  June 29, 2012

STIPULATED AND AGREED:

_s/Brian P. Muething_____
Gregory M. Utter
gmutter@kmklaw.com
Paul V. Muething
pmuething@kmklaw.com
Brian P. Muething
(pro hac vice)
bmuething@kmklaw.com
W. Jeffrey Sefton
jsefton@kmklaw.com
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Ste. 1400
Cincinnati, OH 45202
Phone: 513-579-6400
Fax: 513-579-6457

_s/Thomas W. Taylor_____
Thomas W. Taylor
S.D. Bar No. 3906
Texas State Bar No. 19723875
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas  77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: ttaylor@andrewskurth.com

2

J. Pierre Tismo, Esq.
DYER, GAROFALO, MANN & SCHULTZ
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Phone: (937) 223-8888
Toll Free: (800) 223-8897
Fax: (937) 824-8630

*Attorneys for Plaintiffs*


Glen DeValerio
Kristin J. Moody
Steven J. Buttacavoli
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194


Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020


*Of counsel*


Daryl A. Libow (pro hac vice)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel: (202) 956-7500
Fax: (202) 956-6330
Email: libowd@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 291-9113
Email: peppermanr@sullcrom.com
       deleeuwm@sullcrom.com

*Attorneys for Defendants*


IT IS SO ORDERED.

Signed: ~~June~~ July 2, 2012

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

3