UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM ET AL., <br><br>    Plaintiffs, <br>  v. <br><br>BP P.L.C. ET AL., <br><br>    Defendants. | No. 4:12-cv-01837 |
| IN RE BP P.L.C. SECURITIES LITIGATION | No. 4:10-md-02185 <br><br>Honorable Keith P. Ellison <br><br>JURY TRIAL DEMANDED <br><br>**ORAL ARGUMENT REQUESTED** |

### ORDER DENYING PLAINTFFS' MOTION TO REMAND

On today's date the Court considered Plaintiffs' Motion to Remand ("Motion"). Upon considering the Motion and Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand, the Court is of the opinion that the Motion should be and hereby is:

DENIED.

Signed this _____ day of _____ 2012.

_____
UNITED STATES DISTRICT JUDGE

HOU:3235326.1