UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, <br> Plaintiff, <br><br> v. <br><br> BP p.l.c., BP AMERICA INC., BP EXPLORATION & PRODUCTION INC., ANTHONY B. HAYWARD and DOUG SUTTLES, <br><br> Defendants. | Case No.: 4:12-CV-1256 |
| In re BP p.l.c. Securities Litigation | MDL No. 2185 <br><br> Hon. Keith P. Ellison |

## AMENDED STIPULATION AND ORDER

WHEREAS, on April 20, 2012, Plaintiff Alameda County Employees' Retirement Association commenced the above-captioned action in this Court;

WHEREAS, on May 1, 2012, Plaintiff filed a Corrected Complaint in this action;

WHEREAS, the parties have conferred and agreed upon a schedule for Plaintiff to file an amended complaint and for Defendants to answer, move to dismiss or otherwise respond to that amended complaint;

WHEREAS, there are no pending dates set by the Court that would be affected this extension;

THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned parties:

1. The undersigned counsel for Defendants agree to accept service of the Corrected Complaint on behalf of Defendants, without waiving any defenses other than failure of service of process, and specifically preserving the defense of lack of personal jurisdiction.

2. Plaintiff agrees that Defendants need not respond to the Corrected Complaint.

3. Plaintiff shall have 90 days from the entry date of this Stipulation and Order in which to file an amended complaint.

4. Plaintiff further agrees that Defendants shall have 60 days from the filing of the amended complaint in this action to answer, move to dismiss or otherwise respond to that amended complaint. If Defendants move to dismiss the amended complaint, Plaintiff's opposition to that motion shall be due within 60 days of the filing of the motion and Defendants' reply in further support of them motion shall be due within 40 days of the filing of Plaintiff's opposition.

5. BP p.l.c., BP America Inc. and BP Exploration & Production Inc. will make available to Plaintiff all documents and other discovery produced by any BP entity in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* MDL 2179 (E.D. La.) ("MDL 2179"), and will not object to Plaintiff gaining access to all documents and discovery produced by other parties in MDL 2179, on substantially the same terms as governs the use of those documents by plaintiffs in MDL 2179.

6. Plaintiff may attend and shall have an opportunity to examine deponents in all depositions of any witness taking place in MDL 2179, so long as Plaintiff has access to all discovery produced by any BP entity in MDL 2179.

7.   Plaintiff shall not seek additional depositions of any witness already deposed in MDL 2179, except if after the Court rules on Defendants' anticipated motion to dismiss and denies said motions and Plaintiff has reasonable grounds to seek to re-depose a witness, the parties shall meet and confer about whether a witness may be re-deposed or, if the parties cannot agree, Plaintiff may apply to the Court for leave to conduct an additional deposition of any such witness on matters not covered by the previous deposition(s) upon a showing of reasonable cause.

8.   Except with respect to obtaining any discovery provided in the putative federal securities class action, *In re BP Securities Litigation*, MDL 2185 (S.D. Tex.), and participating in any depositions taken in that action, Plaintiff will not seek additional discovery beyond that set forth above until the Court rules on Defendants' anticipated motion to dismiss or unless otherwise Ordered by the Court.

3

STIPULATED AND AGREED:

Dated: May 14, 2012

*[signature]*

Patrick V. Dahlstrom
Joshua B. Silverman
Leigh Smollar Handelman
POMERANTZ HAUDEK GROSSMAN &
GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-8300
Fax: (312) 377-1184

*[signature]*

Randall O. Sorrels
Sammy Ford IV
ABRAMAN, WATKINS, NICHOLS, SORRELS,
AGOSTO & FRIEND
800 Commerce Street
Houston, Texas 77002
Tel: (713) 222-7211
Fax: (713) 225-0827

*[signature]*

Marc I. Gross
Jeremy A. Lieberman
Jason Cowart
Cheryl D. Hamer
Fei-Lu Qian
Tamar A. Weinrib
POMERANTZ HAUDEK GROSSMAN &
GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

*Attorneys for Alameda County Employees' Association*

4

*[signature: Thomas W. Taylor]*
Thomas W. Taylor
ANDREWS KURTH LLP *by permission*
600 Travis, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285

*[signature: Daryl A. Libow]*
Daryl A. Libow (pro hac vice)
SULLIVAN & CROMWELL LLP *by permission*
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330

*[signature: Marc De Leeuw]*
Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice) *by permission*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 291-9113

*Attorneys for Defendants*

IT IS SO ORDERED.

Signed: _____

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE