UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION | § § § | MDL No. 10-md-2185 |
| Robert R. Glenn, | § § | Civil Action No. 11-cv-2941 |
| Plaintiff, v. | § § § | HON. KEITH P. ELLISON |
| BP p.l.c., | § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Plaintiff Robert R. Glenn's Unopposed Motion for Leave to Amend the Class Action Complaint ("Plaintiff's Motion"). Plaintiff's Motion is hereby GRANTED in all respects.

Plaintiff shall file a First Amended Class Action Complaint in the form attached as Exhibit A to Plaintiff's Motion (the "Amended Complaint") no later than five days after the date of this Order.

Defendant BP p.l.c. ("Defendant") shall file its motion to dismiss the Amended Complaint no later than 60 days after the date on which Plaintiff files the Amended Complaint.

Plaintiff shall file its opposition to Defendant's motion to dismiss no later than 45 days after the date on which Defendant files its motion to dismiss.

Defendant will file its reply to Plaintiff's opposition no later than 21 days after the date on which Plaintiff files its opposition.

1

**IT IS SO ORDERED**

**SIGNED** at Houston, Texas, on this 8th day of August, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE