## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

David Bradley                                                                                    P.O. BOX 61010
CLERK                                                                                        HOUSTON, TX 77208

August 16, 2012

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130
 Attn: Michael Brown


IN RE: BP, P L C Securities, et al
District Court Case No.: 4:10md2185
Circuit Court Case No.: 12-20018

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains   _82_   volumes of the printed record on appeal.


- Transcripts enclosed

- Sealed documents enclosed

.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.


Very Truly Yours,

David J Bradley, Clerk


   __B Lacy_____
Deputy Clerk