| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

*Plaintiff,*

v.                                                                         **Civil No. 4:10–md–02185**

BP plc, et al.
         *Defendant.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**

DATE:    9/25/2012

TIME:    10:30 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

UNITED STATES COURTHOUSE

515 RUSK COURTROOM 3–A

HOUSTON, TEXAS 77002.

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe                                        Date: August 28, 2012