UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

v.                                              Case No.: 4:10–md–02185
                                                Judge Keith P Ellison
BP plc, et al.
                    Defendant

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/5/12

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing


Date:    August 30, 2012

                                                David J. Bradley, Clerk