UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: BP ERISA LITIGATION | MDL No. 4:10-md-2185<br><br>Civil Action No. 4:10-cv-04214<br>Hon. Keith P. Ellison |

## FINAL JUDGMENT

On March 30, 2012, this Court issued a memorandum and order granting Defendants' motion to dismiss, and on August 27, 2012, this Court issued a memorandum and order denying in its entirety Plaintiffs' motion for leave to file an amended complaint. Based on the facts, analysis, and conclusions of law set forth in those orders, the Court renders judgment for Defendants and declares that:

1. This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted; and

2. All costs are taxed against the parties incurring same.

This is a FINAL JUDGMENT.

SIGNED ON 4 Sept, 2012.

U.S. DISTRICT JUDGE