UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | MDL NO. 10-md-02185 |
| | Civil Action No. 4:10-md-2185 |
| | Honorable Keith P. Ellison |

**DECLARATION OF RICHARD W. MITHOFF IN SUPPORT OF PLAINTIFFS'
MOTION FOR CERTIFICATION**

**I, Richard W. Mithoff, declare as follows:**

1. I am an attorney at law and the founding partner at the Mithoff Law Firm, counsel for plaintiffs Robert Ludlow, Peter D. Lichtman, Leslie J. Nakagiri, and Paul Huyck (collectively the "Ludlow Plaintiffs") and Attorney-in-Charge and Co-Lead Counsel for the Subclass. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the BP, Form 20-F dated March 2, 2011.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the expert report of Chad Coffman, CFA.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the resume of Cohen Milstein Sellers & Toll PLLC.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the resume of Berman DeValerio.

6. Attached hereto as **Exhibit E** is a true and accurate copy of the resume of Cotchett, Pitre & McCarthy, LLP.

7. Attached hereto as **Exhibit F** is a true and accurate copy of the resume of the Mithoff Law Firm.

///

8. Attached hereto as **Exhibit G** is a true and accurate copy of the Initial Exploration Plan for the Macondo Well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of June 2013, in Houston, Texas.

_____
Richard Warren Mithoff