UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* <br> ----------------------------------------------------- <br> This document relates to: <br><br> *Alameda County Employees' Retirement Association et al. v. BP p.l.c. et al.* <br><br> *Connecticut Retirement Plans & Trust Funds et al. v. BP p.l.c. et al.* <br><br> *Ohio Public Employees Retirement System et al. v. BP p.l.c. et al.* | No. 4:10-md-02185 <br><br> No. 4:12-cv-1256 (cons.) <br><br> No. 4:12-cv-1272 <br><br> No. 4:12-cv-1837 <br><br> Honorable Keith P. Ellison |

## STIPULATION AND ORDER RE: CASE MANAGEMENT ORDER

WHEREAS, on October 15, 2013, the Court ordered pursuant to a stipulation in the above-referenced actions (e.g., Document 67 in No. 4:12-cv-01837) that the parties shall confer and submit a proposed case management order that, if necessary, will include the parties' competing proposals, by November 22, 2013, and that the remaining defendants shall answer the complaints in the above-referenced actions by November 27, 2013;

WHEREAS, the parties have been conferring about a proposed case management order;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The parties shall submit a proposed case management order in the above-referenced actions that, if necessary, will include the parties' competing proposals, by December 6, 2013.

2.   The time for the remaining defendants in the above-referenced actions (other than David Rainey in the *Alameda* action, whose time to answer the complaint in that action shall be governed by a separate stipulation) to answer the complaints in those actions is further extended until December 11, 2013.

Dated: November 22, 2013

STIPULATED AND AGREED:

/s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Third Avenue
New York, New York 10016
Phone: 212-661-1100, ext. 294
Toll-free: 888-476-6529, ext. 294
Fax: 212-661-8665

*Attorney for Alameda Plaintiffs*

/s/ *Matthew L. Mustokoff*
Matthew L. Mustokoff
KESSLER TOPAZ MELTZER &
CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056 (fax)

*Attorney for Connecticut Plaintiffs*

/s/ *Gregory M. Utter*
Gregory M. Utter
KEETING MUETHING & KLECAMP PC
One East Fourth Street Suite 1400
Cincinnati, OH 45202
Phone: 513-579-6400
Fax: 513-579-6457

*Attorney for Ohio Plaintiffs*

/s/ *Thomas W. Taylor*
Thomas W. Taylor
S.D. Bar No. 3906
Texas State Bar No. 19723875
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

IT IS SO ORDERED.

Signed: November 22, 2013

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

HOU:3377934.1