# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| *In re BP plc Securities Litigation* | MDL 2185<br>Case No. 4:10-md-02185 |
| *South Yorkshire Pensions Auth. et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-2362 (cons.) |
| *Mondrian Global Equity Fund, L.P. et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-3621 |
| *Stichting Pensioenfonds Metaal en Techniek et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0069 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | No. 4:13-cv-0129 |
| *KBC Asset Mgmt. NV, et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0517 |
| *Deutsche Asset Mgmt. Investmentgesellschaft MBH* v. *BP p.l.c. et al.* | No. 4:13-cv-0887 |
| *N.Y.C. Emps.' Ret. Sys. et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-1393 |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c., et al.* | No. 4:13-cv-3397 |

## **SCHEDULING STIPULATION**

WHEREAS, the opposition brief(s) to the motion to dismiss the above-captioned cases was due January 17, 2014, and the reply brief(s) thereto subsequently due February 14, 2014;

IT IS HEREBY STIPULATED respectfully by the Parties, subject to the approval of the Court, that an opposition brief not to exceed fifty (50) pages, exclusive of tables, exhibits, declarations, appendices and other ancillary supporting documents, shall be due February 7, 2014 and that the reply brief thereto such be subsequently due March 10, 2014.

January 8, 2014                     /s/ Sammy Ford IV_____
                                    Sammy Ford IV
                                    Federal Bar No. 950682
                                    Texas Bar No. 24061331
                                    ABRAMAN, WATKINS, NICHOLS,
                                    SORRELS, AGOSTO & FRIEND
                                    800 Commerce Street
                                    Houston, Texas 77002
                                    Tel: (713) 222-7211
                                    Fax: (713) 225-0827

                                    *Attorneys in Charge for the Alameda, South
                                    Yorkshire, Mondrian, HESTA, Stichting, New
                                    York City, and Nova Scotia Plaintiffs*


January 8, 2014                     /s/ Matthew L. Tuccillo_____
                                    Marc I. Gross
                                    Jeremy A. Lieberman
                                    Matthew L. Tuccillo
                                    Emma Gilmore
                                    Jessica N. Dell
                                    POMERANTZ LLP
                                    600 Third Avenue
                                    New York, NY 10016
                                    Tel: 212-661-1100
                                    Fax: 212-661-8665

                                    *Attorneys for the Alameda, South Yorkshire,
                                    Mondrian, HESTA, Stichting, New York City,
                                    and Nova Scotia Plaintiffs*

January 8, 2014                     /s/ J. Brandon Walker_____
                                    Ira M. Press
                                    J. Brandon Walker
                                    KIRBY McINERNEY LLP
                                    825 Third Avenue, 16th Floor
                                    New York, NY 10022
                                    Telephone: (212) 371-6600
                                    Fax: (212) 699-1194

                                    *Attorney for the KBC and Deutsche Action
                                    Plaintiffs*

| | |
|---|---|
| January 8, 2014 | /s/ Thomas W. Taylor<br>Thomas W. Taylor<br>Texas State Bar No. 19723875<br>S.D. Tex. Bar No. 3906<br>ANDREWS KURTH LLP<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 220-4200<br>Facsimile: (713) 220-4285<br>ttaylor@andrewskurth.com<br><br>*Attorneys in charge for Defendants* |
| January 8, 2014 | /s/ Daryl A. Libow<br>Daryl A. Libow (pro hac vice)<br>Amanda F. Davidoff<br>Elizabeth A. Rose<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 956-7500<br>libowd@sullcrom.com<br>davidoffa@sullcrom.com<br>rosee@sullcrom.com<br><br>Richard C. Pepperman, II (pro hac vice)<br>Marc De Leeuw (pro hac vice)<br>Matthew A. Peller<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>peppermanr@sullcrom.com<br>deleeuwm@sullcrom.com<br>pellerm@sullcrom.com<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| January 8, 2014 | /s/_ Kathleen H. Goodhart_____<br>Kathleen H. Goodhart<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 693-2000<br><br>Stephen C. Neal<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, California  94304<br>Telephone: (650) 843-5000<br><br>*Attorneys for Andrew G. Inglis* |
| January 8, 2014 | /s/ Theodore V. Wells, Jr. _____<br>Theodore V. Wells, Jr. (pro hac vice)<br>Roberto Finzi (pro hac vice)<br>Jaren Janghorbani (pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York  10019-6064<br>Telephone:  (212) 373-3000<br><br>*Attorneys for Defendant Douglas Suttles* |
| January 8, 2014 | /s/ Patrick F. Linehan_____<br>Patrick F. Linehan (pro hac vice)<br>Reid H. Weingarten (pro hac vice)<br>Brian M. Heberlig (pro hac vice)<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br><br>*Attorneys for Defendant David Rainey* |

SO ORDERED:

January __, 2014

_____
Keith P. Ellison
United States District Judge