May 12, 2014

Honorable Keith P. Ellison
United States District Judge
Southern District of Texas
Bob Casey Federal Courthouse
515 Rusk Avenue, Room 3716
Houston, Texas 77002

Re:   *In re BP p.l.c. Securities Litigation*, 4:10-MD-02185

Dear Judge Ellison:

      We write jointly to inform the Court of a schedule, to which the parties have agreed, for the remainder of expert discovery and the filing of summary judgment and *Daubert* motions that will be keyed to the trial date the Court selects. If the Court agrees, the parties jointly propose the following revisions to the remaining schedule:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants to serve expert reports responsive to the Report of Chad Coffman | May 12 | May 16 |
| Close of Expert Discovery | June 19 | 180 days before trial |
| Dispositive and non-dispositive motions, including *Daubert* motions (but not motions *in limine*) | N/A | 165 days before trial |
| Oppositions to dispositive and non-dispositive motions | N/A | 120 days before trial |
| Replies on dispositive and non-dispositive motions | N/A | 90 days before trial |

Honorable Keith P. Ellison -2-

We are, of course, available to discuss this subject if the Court wishes.

Respectfully Submitted,

Julie Reiser
COHEN MILSTEIN
SELLERS & TOLL PLLC

*Attorneys for Plaintiffs*

Marc De Leeuw
SULLIVAN & CROMWELL LLP

*Attorneys for Defendants*

cc: All Counsel