UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNIVERSITIES SUPERANNUATION SCHEME, LTD., | ) ) ) | |
| v. | ) ) | |
| BP P.L.C., BP AMERICA INC., BP EXPLORATION & PRODUCTION INC., ANTHONY B. HAYWARD, DOUGLAS SUTTLES, ANDREW G. INGLIS, H. LAMAR MCKAY, and ROBERT W. DUDLEY, | ) ) ) ) ) ) ) | Case No.: 4:14-cv-01280 |
| Defendants. | ) ) ) ) ) | |
| In re BP p.l.c. Securities Litigation | ) ) ) ) ) | MDL 2185<br>Case No.: 4:10-md-2185<br>Hon. Keith P. Ellison |

## STIPULATION AND ORDER

WHEREAS, on April 18, 2014, Universities Superannuation Scheme, Ltd. ("Plaintiff") filed suit in the District of Harris County, Texas, 234th Judicial District;

WHEREAS, the action was removed to this Court on May 9, 2014 and transferred to the Hon. Keith P. Ellison on July 9, 2014;

WHEREAS, on December 11, 2013, Defendants filed their Amended Motion to Dismiss Plaintiffs' Complaints in ten individual actions in MDL 2185 (Dkt. 717) ("Second Tranche Motion to Dismiss"), with respect to which oral argument has been scheduled for July 25, 2014;

WHEREAS, the parties have conferred about a schedule;

{00136798;1 }

WHEREAS, there are no pending dates set by the Court that would be affected by this extension;

THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned parties:

1. The undersigned counsel for Defendants agree to accept service of the complaint on behalf of Defendants, without waiving any defenses other than failure of service of process, and specifically preserving the defense of lack of personal jurisdiction.

2. Plaintiff agrees that Defendants need not respond to the complaint.

3. The parties shall confer as to an appropriate schedule for Plaintiff to amend the complaint, and for Defendants to answer, move to dismiss or otherwise respond to that amended complaint, once the Court issues its anticipated order on the Second Tranche Motion to Dismiss.

4. BP p.l.c., BP America Inc. and BP Exploration & Production Inc. will make available to Plaintiff all documents and other discovery produced by any BP entity in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL 2179 (E.D. La.) ("MDL 2179") and MDL 2185, and will not object to Plaintiff gaining access to all documents and discovery produced by other parties in MDL 2179 and MDL 2185, on substantially the same terms as governs the use of those documents by plaintiffs in MDL 2179 and MDL 2185. In any event, the deadline for amending the complaint shall not be less than 60 days following entry of such order.

Dated: July 11, 2014

STIPULATED AND AGREED:

                                                                                                     /s/ Sammy Ford IV
                                                                      Sammy Ford IV
                                                                      ABRAHAM, WATKINS, NICHOLS, SORRELS,
                                                                      AGOSTO & FRIEND
                                                                       800 Commerce Street

OF COUNSEL                                  Houston, TX  77002
                                                                       Tel: (713) 222-7211

Marc I. Gross                                   Fax: (713) 225-0827
Jeremy A. Lieberman
Matthew L. Tuccillo                       *Attorneys for Plaintiff*
Jessica N. Dell
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY  10016
Tel: (212) 661-1100
Fax: (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Tel: (312) 377-1181
Fax: (312) 377-1184

{00136798;1 }                          3

|  |  |
|---|---|
| OF COUNSEL<br><br>Daryl A. Libow (pro hac vice)<br>Amanda F. Davidoff (pro hac vice)<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Washington, D.C.  20006<br>Tel: (202) 956-7500<br>Fax: (202) 956-6330<br><br>Richard C. Pepperman, II (pro hac vice)<br>Marc De Leeuw (pro hac vice)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588<br><br>*Attorneys for Defendants BP p.l.c., BP America Inc., BP Exploration & Production Inc., Anthony B. Hayward, Douglas Suttles, Andrew G. Inglis, H. Lamar McKay, and Robert W. Dudley*<br><br>Mark Pomerantz (pro hac vice)<br>Jaren Janghorbani (pro hac vice)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br><br>*Attorneys for Douglas Suttles* |   /s/ Thomas W. Taylor<br>Thomas W. Taylor<br>ANDREWS KURTH LLP<br>600 Travis, Suite 4200<br>Houston, TX  77002<br>Tel: (713) 220-4200<br>Fax: (713) 220-4285<br><br>*Attorney-in-Charge for Defendants BP p.l.c., BP America Inc., BP Exploration & Production Inc., Anthony B. Hayward, Douglas Suttles, Andrew G. Inglis, H. Lamar McKay, and Robert W. Dudley* |

{00136798;1 }                              4

Stephen C. Neal (pro hac vice)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Tel: (650) 843-5000
Fax: (650) 857-0663

Kathleen Goodhart (pro hac vice)
Scott Joiner (pro hac vice)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Tel: (415) 693-2000
Fax: (415) 693-2222

*Attorneys for Andrew G. Inglis*

|  |  |
|---|---|
| OF COUNSEL | _____/s/ Lara D. Pringle_____<br>Lara D. Pringle<br>JONES WALKER LLP<br>1001 Fannin Street, Suite 2450<br>Houston, TX  77002<br>Tel:  (713) 437-1800<br>Fax:  (713) 437-1810 |
| Patrick F. Linehan (pro hac vice)<br>Reid H. Weingarten (pro hac vice)<br>Brian M. Heberlig (pro hac vice)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Tel:  (202) 429-3000<br>Fax:  (202) 429-3902 | Michael W. Magner<br>JONES WALKER LLP<br>201 St. Charles Avenue, 50th Floor<br>New Orleans, LA  70170<br>Tel:  (504) 582-8000<br>Fax:  (504) 582-8583<br><br>*Attorneys for David Rainey* |

IT IS SO ORDERED.

Signed: July 11, 2014

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

{00136798;1}                                    6