UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BP p.l.c. | § | MDL No. 10-md-2185 |
| SECURITIES LITIGATION | § | |
| | § | |
| | § | |
| | § | |
| STICHTING PENSIOENFONDS | § | Civ. Act. No. 4:13-cv-0069 |
| METAAL EN TECHNIEK et al. | § | |
| | § | |
| v. | § | HON. KEITH P. ELLISON |
| | § | |
| BP P.L.C. et al. | § | |

# ORDER

Pending before the Court is Defendants' Amended Second Tranche Consolidated Motion to Dismiss. (Doc. Nos. 48, 55.)[1] Having reviewed the original motion (Doc. No. 22), the amended motion, Plaintiffs' response (Doc. Nos. 66, 72), Defendants' reply (Doc. Nos. 78, 80), all papers in support thereof, and having heard oral argument, the Court finds that Defendants' Motion (Doc. Nos. 48, 55) must be **GRANTED IN PART** and **DENIED IN PART**. Pursuant to the reasoning articulated in the Memoranda and Orders issued this day in three related cases—*Avalon Holdings, Inc. et al. v. B.P. p.l.c. et al.* [12-cv-3715] (the "*Avalon Holdings* Opinion"); *Mondrian Global Equity Fund, L.P. et al. v. BP p.l.c. et al.* [12-cv-3621] (the "*Mondrian* Opinion"); and *New York City Employees' Retirement System et al. v. BP p.l.c. et al.* [13-cv-1393] (the "*New York* Opinion")—the Court **GRANTS** the Amended Motion to Dismiss as to the following claims:

- All negligent misstatement claims.

---

[1] Unless otherwise indicated, all docket references are to 13-cv-0069.

- All claims based on Andrew Inglis's statements made in the 2008 Strategy Presentation on February 27, 2008. (Doc. Nos. 18, 19 (the "Stichting Compl."), at ¶ 352(b).)

- All claims based on statements made in the May 20, 2010 press release and Form 6-K. (*Id.* ¶ 434.)

- All claims based on statements made in the May 24, 2010 press release and Form 6-K. (*Id.* ¶ 441.)

- All Section 20(a) claims asserted against Mr. Inglis and David Rainey.

There being no remaining claims against Mr. Rainey, he is **DISMISSED**.

In all other respects, the Motion is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the thirtieth day of September, 2014.

*[signature]*

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE