United States District Court
Southern District of Texas

**ENTERED**
February 08, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP p.l.c. Securities Litigation <hr> This document relates to: <br><br> MONDRIAN GLOBAL EQUITY FUND, L.P., et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BP PLC, et al., <br><br> Defendants. | No. 4:10-md-02185 <br><br> No. 4:16-cv-01307 <br><br> Honorable Keith P. Ellison |

## STIPULATION AND ORDER

WHEREAS, on June 2, 2017, Defendants filed a Motion to Dismiss the Complaint in the above-captioned action;

WHEREAS, on November 7, 2017, the Court entered an Order stating that (i) Plaintiffs would file an opposition to that Motion to Dismiss or an amended complaint by December 7, 2017, and (ii) if Plaintiffs filed an amended complaint, the parties would meet and confer at that time as to an appropriate schedule for any remaining motion to dismiss briefing regarding this action;

WHEREAS, on December 7, 2017, Plaintiffs filed the First Amended Complaint; and

WHEREAS, the parties have conferred about a schedule for briefing on a Motion to Dismiss the Amended Complaint and expanded page limits that they would jointly request for those briefs.

THEREFORE, IT IS STIPULATED AND AGREED by and between the undersigned parties:

1. Defendants shall file their Motion to Dismiss the above-captioned action within two business days of entry of this Order. Defendants' brief in support of the motion shall not exceed 35 pages.

2. Plaintiffs shall file their opposition to the Motion to Dismiss on or before May 3, 2018. Plaintiffs' opposition brief shall not exceed 35 pages.

3. Defendants shall file their reply to Plaintiffs' opposition to the Motion to Dismiss on or before May 31, 2018. Defendants' reply brief shall not exceed 15 pages.

Dated: January 30, 2018

STIPULATED AND AGREED:

OF COUNSEL

Marc. I. Gross
Jeremy A. Liberman
Matthew L. Tuccillo
Jessica N. Dell
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184

/s/ Sammy Ford IV
Sammy Ford IV
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC
1221 McKinney, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Plaintiffs*

OF COUNSEL

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 291-9113

/s/ *Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285

*Attorneys for Defendants*


IT IS SO ORDERED.

Signed: 8 February 2018

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE