United States District Court
Southern District of Texas
**ENTERED**
February 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: BP p.l.c. Securities Litigation | No. 4:10-MD-2185 |
| JOHN HANCOCK CAPITAL SERIES; JOHN HANCOCK PREMIUM DIVIDEND FUND; JOHN HANCOCK PREFERRED INCOME FUND ; JOHN HANCOCK PREFERRED INCOME FUND II; and JOHN HANCOCK TAX ADVANTAGED DIVIDEND INCOME FUND, <br> Plaintiffs, <br> v. <br> BP, PLC; BP EXPLORATION & PRODUCTION, INC.; and ANTHONY B. HAYWARD, <br> Defendants. | Civil Action No. 4:15-cv-02704 |

## ORDER

The Parties in this case have filed a Stipulation of Voluntary Dismissal with prejudice of the claims of Plaintiffs John Hancock Capital Series, John Hancock Premium Dividend Fund, John Hancock Preferred Income Fund, John Hancock Preferred Income Fund II, and John Hancock Tax Advantaged Dividend Income Fund (Doc. No. 1658). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims of Plaintiffs John Hancock Capital Series, John Hancock Premium Dividend Fund, John Hancock Preferred Income Fund, John Hancock Preferred Income Fund II, and John Hancock Tax Advantaged Dividend Income Fund are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** Case No. 4:15-cv-02704.

**IT IS SO ORDERED.**

1

**SIGNED** at Houston, Texas on this the 16th day of February, 2018.

                                                  KEITH P. ELLISON
                                                  UNITED STATES DISTRICT JUDGE