United States District Court
Southern District of Texas
**ENTERED**
February 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: BP p.l.c. Securities Litigation | No. 4:10-MD-2185 |
| AVALON HOLDINGS, INC., PREMIER LTD., INTER-LOCAL PENSION FUND OF THE GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, JACKSONVILLE POLICE & FIRE PENSION FUND, THE MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN, SAN MATEO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, BAYERNINVEST KAPITALANLAGEGESELLSCHAFT, MBH, NORTHERN IRELAND LOCAL GOVERNMENT OFFICERS' SUPERANNUATION COMMITTEE, XEROX PENSIONS LIMITED, CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC, CUMBRIA COUNTY COUNCIL AS ADMINISTERING AUTHORITY OF THE CUMBRIA LOCAL GOVERNMENT PENSION SCHEME, LINCOLNSHIRE COUNTY COUNCIL, NOMURA TRUST AND BANKING CO., LTD., NYKREDIT ASSET MANAGEMENT, ONTARIO PENSION BOARD, THE ROYAL BOROUGH OF KENSINGTON AND CHELSEA, LONDON BOROUGH OF REDBRIDGE PENSION FUND, UTAH RETIREMENT SYSTEMS, CITY OF WESTMINSTER COUNCIL SUPERANNUATION FUND, NORTHWESTERN MUTUAL LIFE INSURANCE CO., NORTHWESTERN MUTUAL SERIES FUND, INC., BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA, ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, TEACHERS' RETIREMENT SYSTEM OF THE STATE OF ILLINOIS, JOHN HANCOCK VARIABLE INSURANCE TRUST, JOHN HANCOCK FUNDS II, JOHN HANCOCK FUNDS III, JOHN HANCOCK TAX ADVANTAGED GLOBAL SHAREHOLDER YIELD FUND, MARATHON ASSET MANAGEMENT LLP, EAST RIDING PENSION FUND, STICHTING SHELL PENSIOENFONDS, SHELL PENSIONS TRUST LTD., AS TRUSTEE FOR | Civil Action No. 4:12-cv-03715 |

1

| |
|---|
| THE SHELL CONTRIBUTORY PENSION FUND, SHELL TRUST (BERMUDA) LTD., AS TRUSTEE FOR THE SHELL INTERNATIONAL PENSION FUND, AND SHELL TRUST (BERMUDA) LTD., AS TRUSTEE FOR THE SHELL OVERSEAS CONTRIBUTORY PENSION FUND, HERMES INVESTMENT MANAGEMENT LTD., GENERALI INVESTMENTS DEUTSCHLAND KAPITALANLAGEGESELLSCHAFT MBH, MEAG MUNICH ERGO ASSET MANAGEMENT GMBH, MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH, ALLIANZ GLOBAL INVESTORS EUROPE GMBH and BANCO DE SABADELL S.A., <br><br> Plaintiffs, <br><br> v. <br><br> BP, P.L.C.; BP AMERICA, INC., BP EXPLORATION & PRODUCTION, INC., ANTHONY B. HAYWARD, DOUGLAS SUTTLES, H. LAMAR McKAY, DAVID RAINEY, ROBERT DUDLEY and ANDREW G. INGLIS, <br><br> Defendants. |

## ORDER

The Parties in this case have filed a Stipulation of Voluntary Dismissal of Plaintiff Marathon Asset Management LLP. (Doc. No. 1659.) In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims of Marathon Asset Management LLP are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of February, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE