UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE BP P.L.C. SECURITIES LITIGATION | MDL 2185<br><br>NO. 4:10-MD-02185<br><br>HON. KEITH P. ELLISON |
| AVALON HOLDINGS, INC.; PREMIER LTD; INTER-LOCAL PENSION FUND OF THE GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS; JACKSONVILLE POLICE & FIRE PENSION FUND; THE MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF MICHIGAN; SAN MATEO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION; BAYERNINVEST KAPITALANLAGEGESELLSCHAFT, MBH; METZLER INVESTMENT GMBH; NORTHERN IRELAND LOCAL GOVERNMENT OFFICERS' SUPERANNUATION COMMITTEE; XEROX PENSIONS LIMITED; CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC; CUMBRIA COUNTY COUNCIL AS ADMINISTERING AUTHORITY OF THE CUMBRIA LOCAL GOVERNMENT PENSION SCHEME; LINCOLNSHIRE COUNTY COUNCIL; NOMURA TRUST AND BANKING CO., LTD.; NYKREDIT ASSET MANAGEMENT; ONTARIO PENSION BOARD; THE ROYAL BOROUGH OF KENSINGTON AND CHELSEA; LONDON BOROUGH OF REDBRIDGE PENSION FUND; UTAH RETIREMENT SYSTEMS; CITY OF WESTMINSTER COUNCIL SUPERANNUATION FUND; NORTHWESTERN MUTUAL LIFE INSURANCE CO.; NORTHWESTERN MUTUAL SERIES FUND, INC.; BNP | NO. 4:12-CV-3715<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS JACKSONVILLE POLICE & FIRE PENSION FUND, ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM, THE ROYAL BOROUGH OF KENSINGTON AND CHELSEA, LONDON BOROUGH OF REDBRIDGE PENSION FUND, CITY OF WESTMINSTER COUNCIL SUPERANNUATION FUND, and BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA |

**PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA; ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM; TEACHERS' RETIREMENT SYSTEM OF THE STATE OF ILLINOIS; JOHN HANCOCK VARIABLE INSURANCE TRUST; JOHN HANCOCK FUNDS II; JOHN HANCOCK FUNDS III; JOHN HANCOCK TAX ADVANTAGED GLOBAL SHAREHOLDER YIELD FUND; EAST RIDING PENSION FUND; STICHTING SHELL PENSIOENFONDS; SHELL PENSIONS TRUST LTD., AS TRUSTEE FOR THE SHELL CONTRIBUTORY PENSION FUND; SHELL TRUST (BERMUDA) LTD., AS TRUSTEE FOR THE SHELL INTERNATIONAL PENSION FUND; SHELL TRUST (BERMUDA) LTD., AS TRUSTEE FOR THE SHELL OVERSEAS CONTRIBUTORY PENSION FUND; HERMES INVESTMENT MANAGEMENT LTD.; GENERALI INVESTMENTS DEUTSCHLAND KAPITALANLAGEGESELLSCHAFT MBH; MEAG MUNICH ERGO ASSET MANAGEMENT GMBH; MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH; ALLIANZ GLOBAL INVESTORS EUROPE GMBH; BANCO DE SABADELL S.A.,**

   **Plaintiffs,**

 **v.**

**BP, PLC; BP AMERICA, INC.; BP EXPLORATION & PRODUCTION, INC.; ANTHONY B. HAYWARD; DOUGLAS SUTTLES; H. LAMAR MCKAY; DAVID RAINEY; ROBERT DUDLEY; and ANDREW G. INGLIS,**

 **Defendants.**

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated among the undersigned that Plaintiffs **Jacksonville Police & Fire Pension Fund, Orange County Employees Retirement System, The Royal Borough of Kensington and Chelsea, London Borough of Redbridge Pension Fund, City of Westminster Council Superannuation Fund, and BNP Paribas Investment Partners Belgium NV/SA (n/k/a BNP Paribas Asset Management Belgium)** voluntarily dismiss all of their claims asserted against Defendants, with prejudice and without costs to any Party.

Respectfully submitted,

Dated: June 18, 2018      **KENDALL LAW GROUP LLP**

By:    /s/ *Joe Kendall*
Joe Kendall
3232 McKinney Avenue
Suite 700
Dallas, TX 75204
Tel.:  214.744.3000
Fax:  214.744.3015
jkendall@kendalllawgroup.com

*Local Counsel*

**SPECTOR ROSEMAN & KODROFF, P.C.**

By:    */s/ Daniel J. Mirarchi*
Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirarchi
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel.:  215.496.0300

3

Fax: 215.496.6611
rroseman@srkattorneys.com
aabramowitz@srkattorneys.com
dmirarchi@srkattorneys.com

*Counsel for Plaintiffs Avalon Holdings, Inc.; Bayerninvest Kapitalanlagegesellschaft, mbH; BNP Paribas Investment Partners Belgium NV/SA; Jacksonville Police & Fire Pension Fund; Metzler Investment GmbH; Northern Ireland Local Government Officers' Superannuation Committee; Nomura Trust And Banking Co., Ltd.; Nykredit Asset Management; Orange County Employees Retirement System; Premier Ltd; The Royal Borough of Kensington and Chelsea; City of Westminster Council Superannuation Fund; London Borough of Redbridge Pension Fund; Generali Investments Deutschland Kapitalanlagegesellschaft mbH; San Mateo County Employees' Retirement Association; Xerox Pensions Limited; Banco de Sabadell S.A.; East Riding Pension Fund; Hermes Investment Management Ltd.; MEAG Munich Ergo Asset Management GmbH; and MEAG Munich Ergo Kapitalanlagegesellschaft mbH*

**HUNTON ANDREWS KURTH LLP**

By: */s/ Thomas W. Taylor*
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
600 Travis, Suite 4200
Houston, TX 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants*

                    **SULLIVAN & CROMWELL LLP**

By:    */s/ Marc De Leeuw*
        Richard C. Pepperman, II
        Marc De Leeuw
        Matthew A. Peller
        125 Broad Street
        New York, NY 10004
        Tel: (212) 558-4000
        peppermanr@sullcrom.com
        deleeuwm@sullcrom.com
        pellerm@sullcrom.com

*Attorneys for Defendants*


**COOLEY LLP**

By:    */s/ Kathleen H. Goodhart*
        Kathleen H. Goodhart
        101 California Street, 5th Floor
        San Francisco, CA 94111
        Tel: (415) 693-2000

*Attorneys for Defendant*
*Andrew G. Inglis*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:    */s/ Theodore V. Wells, Jr.*
        Theodore V. Wells, Jr.
        Roberto Finzi
        Jaren Janghorbani
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Tel: (212) 373-3000

*Attorneys for Defendant*
*Douglas Suttles*

**Certificate of Service**

I certify that a true and correct copy of this **Stipulation of Voluntary Dismissal of Plaintiffs Jacksonville Police & Fire Pension Fund, Orange County Employees Retirement System, The Royal Borough of Kensington and Chelsea, London Borough of Redbridge Pension Fund, City of Westminster Council Superannuation Fund, and BNP Paribas Investment Partners Belgium NV/SA** was served by e-filing on the 18th day of June, 2018, on all counsel of record.

                                                **KENDALL LAW GROUP LLP**

By:    /s/ *Joe Kendall*
            Joe Kendall
            3232 McKinney Avenue
            Suite 700
            Dallas, TX 75204
            Tel.: 214.744.3000
            Fax: 214.744.3015
            jkendall@kendalllawgroup.com

            *Local Counsel*