UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* <br><br> This document relates to: <br><br> *Avalon Holdings, Inc. et al. v. BP p.l.c., et al.* | No. 4:10-md-02185 (KPE) <br> Honorable Keith P. Ellison <br><br><br> No. 4:12-cv-03715 |

**NOTICE OF JOINDER TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs in the *Avalon Holdings, Inc. et al. v. BP p.l.c., et al.* action ("Avalon Action"), by and through their undersigned counsel, hereby join in the Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings (the "Opposition"), filed on July 30, 2018. *See* No. 4:10-md-02185, ECF No. 1693

For all the reasons set forth in the Opposition, which Plaintiffs in the Avalon Action hereby join, adopt, and incorporate herein by reference, together with any related arguments to be presented at any hearing on Defendants' Motion for Judgment on the Pleadings (the "Motion"), *see* No. 4:10-md-2185, ECF No. 1662, Plaintiffs in the Avalon Action submit that this Court should deny Defendants' Motion.

Dated: July 30, 2018                                              Respectfully submitted,

| | |
|---|---|
| **SPECTOR ROSEMAN & KODROFF P.C.** | **LABATON SUCHAROW LLP** |
| Robert M. Roseman | |
| Andrew D. Abramowitz | By: *s/   Thomas G. Hoffman, Jr.* |
| Daniel J. Mirarchi | Thomas G. Hoffman, Jr. (*pro hac vice*) |
| 1818 Market Street | Thomas A. Dubbs (*pro hac vice*) |
| Suite 2500 | Eric J. Belfi (*pro hac vice*) |
| Philadelphia, PA 19103 | 140 Broadway |
| Tel.: 215.496.0300 | New York, NY 10005 |
| Fax: 215.496.6611 | Telephone:  (212) 907-0700 |
| | Facsimile:   (212) 818-0477 |

*Attorneys for Plaintiffs in the Avalon Action*

## Certificate of Service

I hereby certify that on July 30, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to the email addresses denoted on the Electronical Mail Notice List.

**LABATON SUCHAROW LLP**

By: s/ *Thomas G. Hoffman, Jr.*
Thomas G. Hoffman, Jr. (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477