United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re BP p.l.c. Securities Litigation

MDL No. 10-MD-2185

**ORDER OF DISMISSAL**

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiff Paul Huyck and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Anthony B. Hayward, Carl-Henric Svanberg, William Castell, Paul Anderson, Antony Burgmans, Cynthia Carroll, Erroll B. Davis, Jr., Douglas J. Suttles, H. Lamar McKay, and Andy G. Inglis (collectively, "Defendants") in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiff Paul Huyck's claims against Defendants in this action are hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this the 21st day of June, 2021, in Houston, Texas.



UNITED STATES DISTRICT JUDGE